1  CARLETON L. BRIGGS, SBN 117361
   Law Offices of Carleton L. Briggs
2  3510 Unocal Place, Suite 209
   Santa Rosa, CA 95403-0918
3  Telephone: (707) 523-2251
   Facsimile: (707) 523-2253
4  E-mail: clbriggs@sonic.net

5  Attorneys for Defendant
   GREENSPRINGS BAPTIST
6  CHRISTIAN FELLOWSHIP TRUST

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | BARBARA MILLER, as guardian of Molly Miller, an individual; and ANNE MILLER, an individual, | Case No. C 07-04776 JL |
   | --- | --- |
   | Plaintiffs, | REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT GREENSPRINGS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED |
   | vs. | |
   | GREENSPRINGS BAPTIST CHRISTIAN FELLOWSHIP TRUST, et al., | Date: December 5, 2007 |
   | Defendants. | Time: 9:30 a.m. |
   | | Courtroom: F, 15th Floor |
   | | Magistrate Judge: Hon. James Larson |
   | | Complaint filed: August 17, 2007 |
   | | Trial date: None |

18   Defendant Greensprings Baptist Christian Fellowship Trust hereby requests that

19 the Court take judicial notice, under Rule 201 of the Federal Rules of Evidence, of the

20 fact that Greensprings is a tax exempt organization.

21   Attached hereto as Exhibit A is a true and correct copy of a Letter 947 from the

22 Internal Revenue Service to Greensprings, dated September 20, 1994, stating in part: "we

23 have determined you are exempt from federal income tax under section 501(a) of the

24 Internal Revenue Code as an organization described in section 501(c)(3)." Moreover,

25 The IRS lists Greensprings as a tax exempt organization in Publication 78, *Cumulative*

26 *List of Organizations described in Section 170(c) of the Internal Revenue Code of 1986*

27

28

(organizations eligible to receive charitable contributions), which is easily accessed on the IRS's website. Judicial notice of action by a government agency may properly be taken where the action is officially published and thus ascertainable and verifiable. *Kitty Hawk Aircargo, Inc. v. Chao,* 418 F.3d 453, 457 & fn. 9 (5th Cir. 2005) (judicial notice properly taken of union's status as certified collective bargaining representative where administrative action approving certification published in official administrative agency reporter); *Island Software & Computer Service, Inc. v. Microsoft Corp.,* 413 F.3d 257, 261 (2nd Cir. 2005) (judicial notice properly taken of federal copyright registrations published in Copyright Office's registry).

Paragraph 3 of the complaint in the instant action alleges on information and belief that Greensprings is not a § 501(c)(3) organization because it is not registered with the California Attorney General's Registry of Charitable Trusts. Plaintiffs' allegation is incorrect. The Attorney General maintains the Registry under the Supervision of Trustees and Fundraisers for Charitable Purposes Act, Cal. Government Code § 12580 et seq. See, § 12584. Greensprings does not appear in the Registry because the Act does not apply "to any religious corporation sole or other religious corporation or organization that holds property for religious purposes, or to any officer, director, or trustee thereof who holds property for like purposes." *Id.*, § 12583.

Dated: October 31, 2007

LAW OFFICES OF
CARLETON L. BRIGGS

/s/ Carleton L. Briggs
CARLETON L. BRIGGS
Attorneys for Defendant
GREENSPRINGS BAPTIST
CHRISTIAN FELLOWSHIP TRUST

2
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT GREENSPRINGS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED