EXHIBIT A

## Mark A. Schmuck

**From:** Carleton L. Briggs [clbriggs@sonic.net]
**Sent:** Friday, November 16, 2007 7:53 AM
**To:** Mark A. Schmuck
**Subject:** Miller v. Greensprings

Mark:

I received notification of your opposition to the 12b7 motion, filed yesterday, 20 days from the hearing date, in violation of local rule. You never requested that I stipulate to any late-filing.

### 7-3. Opposition; Reply; Supplementary Material.

**(a) Opposition.** Any opposition to a motion must be served and filed not less than 21 days before the hearing date. The opposition may include a proposed order, affidavits or declarations, as well as a brief or memorandum under Civil L.R. 7-4. Pursuant to Civil L.R. 7-4(b), such briefs or memoranda may not exceed 25 pages of text.

**Cross Reference**

> See Civil L. R. 5-5 *"Manner of Service,"* regarding time and methods for service of pleadings and papers.

Please move for leave to late-file the pleading, or I will move to strike it.

:Carl

```
--
Carleton L. Briggs
Attorney and Counselor at Law
3510 Unocal Place, Suite 209
Santa Rosa, California 95403-0918
Telephone: (707) 523-2251, Cell: (707) 280-6323
Facsimile: (707) 523-2253
E-mail: clbriggs@sonic.net
```

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confident