EXHIBIT B

## Mark A. Schmuck

**From:** Mark A. Schmuck
**Sent:** Friday, November 16, 2007 8:23 AM
**To:** 'Carleton L. Briggs'
**Cc:** Catherine M. Prouty
**Subject:** RE: Miller v. Greensprings

Carl,

Here's what happened: this was purely a clerical error, nothing more. Both of our oppositions were finalized and done at the same time on Wednesday. However, there was some sort of miscommunication between me and my secretary, who prepared everything for filing. She was under the impression that there was only one opposition (the 12(b)(6) motion) to file instead of two. Unfortunately, the final draft of the 12(b)(7) opposition was attached to the 12(b)(6) opposition, so when she made the final revisions to the 12(b)(6) opposition, she never saw the other opposition. I did not realize that the other opposition had not been filed until yesterday, shortly before we filed.

I sincerely apologize for the mix-up. There was certainly no intend on our part to file late. I would like to propose a stipulation. If you will stipulate to our late filing, then we will stipulate to the late filing of your 12(b)(7) reply papers to November 26 (the first court day after the holiday).

Please let me know your thoughts.

Mark Schmuck, Esq.
TEMMERMAN & CILLEY, LLP
2502 Stevens Creek Boulevard
San Jose, CA 95128
(408) 998-9500 x254
Fax: (408) 998-9700

This e-mail and any attached document(s) are intended only for the use of the individual or entity to whom or to which it is addressed and may contain information that is privileged, confidential, proprietary, trade secret and exempt from disclosure. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and discard the original message and any attachment(s).

---

**From:** Carleton L. Briggs [mailto:clbriggs@sonic.net]
**Sent:** Friday, November 16, 2007 7:53 AM
**To:** Mark A. Schmuck
**Subject:** Miller v. Greensprings

Mark:

I received notification of your opposition to the 12b7 motion, filed yesterday, 20 days from the hearing date, in violation of local rule. You never requested that I stipulate to any late-filing.

### 7-3. Opposition; Reply; Supplementary Material.

11/19/2007

**(a) Opposition.** Any opposition to a motion must be served and filed not less than 21 days before the hearing date. The opposition may include a proposed order, affidavits or declarations, as well as a brief or memorandum under Civil L.R. 7-4. Pursuant to Civil L.R. 7-4(b), such briefs or memoranda may not exceed 25 pages of text.

**Cross Reference**

> See Civil L. R. 5-5 *"Manner of Service,"* regarding time and methods for service of pleadings and papers.

Please move for leave to late-file the pleading, or I will move to strike it.

:Carl

```
--
Carleton L. Briggs
Attorney and Counselor at Law
3510 Unocal Place, Suite 209
Santa Rosa, California 95403-0918
Telephone: (707) 523-2251, Cell: (707) 280-6323
Facsimile: (707) 523-2253
E-mail: clbriggs@sonic.net

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confident
```