UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARBARA MILLER

    Plaintiff(s),                              No. 07-04776 JL

    v.                                          NOTICE OF CONTINUANCE

GREENSPRINGS BAPTIST CHRISTIAN FELLOWSHIP

    Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on motions to dismiss noticed for December 5, 2007 has been continued to January 16, 2008, at 9:30 a.m., in Courtroom F, 15th Floor, before Magistrate Judge James Larson.

Dated: November 20, 2007

*Wings Hom*

_____
Wings Hom, Courtroom Deputy to
U.S. Magistrate Judge James Larson

Hearing.Not                            1