| LOS ANGELES AREA OFFICE<br>433 NORTH CAMDEN DRIVE, SUITE 600<br>BEVERLY HILLS, CALIFORNIA 90210-4410<br>TELEPHONE (310) 288-1900<br><br>LAS VEGAS OFFICE<br>350 EAST DESERT INN ROAD, SUITE H-203<br>LAS VEGAS, NEVADA 89109-9006<br>TELEPHONE (702) 734-2360 | CARLETON L. BRIGGS<br>ATTORNEY AND COUNSELOR AT LAW<br>FOUNTAIN GROVE CORPORATE CENTRE I<br>3510 UNOCAL PLACE, SUITE 209<br>SANTA ROSA, CALIFORNIA 95403-0918<br>TELEPHONE: (707) 523-2251<br>FACSIMILE: (707) 523-2253<br>E-MAIL: clbriggs@sonic.net | 3411 HILLCREST AVENUE<br>SEBASTOPOL, CALIFORNIA 95472-9790<br>TELEPHONE (707) 874-2482<br>FACSIMILE (707) 874-3446 |
|---|---|---|

**FILED**

**NOV 2 6 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

November 22, 2007

Hon. James Larson
Chief Magistrate Judge, U.S. District Court
450 Golden Gate Avenue, Courtroom F, 15th Floor
San Francisco, California 94102

Re: <u>Miller v. Greensprings, Case No. C 07-04776 JL (U.S. District Court, Northern District of California)</u>

Your Honor:

I am counsel of record for defendant Greensprings Baptist Christian Fellowship Trust ("Greensprings"). This letter will confirm my telephone conversation of November 20, 2007, with the Court's calendar clerk.

I received email notification of the Clerk's Notice Continuing Motion Hearing to 1/16/2008. However, I am scheduled to be out of the country for the month of January, 2008, on a pre-paid vacation. I have a trial in Sacramento scheduled for the first half of February, 2008. The clerk told me that either February 20 or 27, 2008 would be available for the continued hearing on defendant Greensprings' motions to dismiss. The clerk indicated that I should contact counsel for the plaintiffs and agree on a date.

I exchanged e-mails with counsel for the plaintiffs, who agreed to the continuance and indicated that he preferred February 27, 2008. I therefore request that the hearing on Greensprings' two motions to dismiss, which I originally noticed for December 5, 2007 and which the Court continued to January 16, 2008, be continued to February 27, 2008, at 9:30 a.m. in Courtroom F.

I thank the Court for its attention to this matter.

Very truly yours,

Carleton L. Briggs

cc: Mark A. Schmuck, Esq.

**SO ORDERED**

JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE