UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Barbara Miller, guardian ad litem for Molly
Miller, and Anne Miller

        Plaintiff(s),

v.

Greensprings Baptist Christian Fellowship
Trust, et al.

        Defendant(s).

CASE NO. C 07-04776 JL

**AMENDED**
STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✔    Private ADR *(please identify process and provider)* _____
Parties will each exchange 3 names of potential private mediators by the end of December 2007. If the parties cannot agree to a private mediator, then the parties shall ask the court to select a mediator.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✔    other requested deadline   120 days from the court's order on defendant's Rule 12(B)(6) and 12(B)(7) motions

Dated: 12/05/2007

/s/ Mark A. Schmuck
Attorney for Plaintiff

Dated: 12/05/2007

/s/ Carleton L. Briggs
Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- ✔ Private ADR  Parties will each exchange 3 names of potential private mediators by the end of December 2007. If the parties cannot agree to a mediator, then the parties shall as the court to select a mediator.

Deadline for ADR session
90 days from the date of this order.
- ✔ other  120 days from the court's order on defendant's Rule 12(B)(6) and 12 (B)(7) motions

IT IS SO ORDERED.

Dated:_____                    _____

UNITED STATES MAGISTRATE JUDGE