|   |   |
|---|---|
| 1 | CARLETON L. BRIGGS, SBN 117361 |
|   | Law Offices of Carleton L. Briggs |
| 2 | 3510 Unocal Place, Suite 209 |
|   | Santa Rosa, CA 95403-0918 |
| 3 | Telephone: (707) 523-2251 |
|   | Facsimile: (707) 523-2253 |
| 4 | E-mail: clbriggs@sonic.net |
| 5 | Attorneys for Defendant |
|   | GREENSPRINGS BAPTIST |
| 6 | CHRISTIAN FELLOWSHIP TRUST |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BARBARA MILLER, as guardian of Molly Miller, an individual; and ANNE MILLER, an individual, | Case No. C 07-04776 JL |
|---|---|
| Plaintiffs, | DEFENDANT GREENSPRINGS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED |
| vs. | |
| GREENSPRINGS BAPTIST CHRISTIAN FELLOWSHIP TRUST, et al., | |
| Defendants. | Date: February 27, 2008 |
|   | Time: 9:30 a.m. |
|   | Courtroom: F, 15th Floor |
|   | Magistrate Judge: Hon. James Larson |
|   | Complaint filed: August 17, 2007 |
|   | Trial date: None |

Defendant Greensprings Baptist Christian Fellowship Trust hereby requests that the Court take judicial notice, under Rule 201 of the Federal Rules of Evidence, of the fact that a grant deed was executed on January 12, 1999, by Elsie G. Turchen, as Trustee of the Penny Trust, transferring the property located at 325 Malcomb Avenue, Belmont, California to Greensprings Fellowship Trust, a § 501(c)(3) organization. The document was notarized on September 19, 1999, and the deed subsequently was recorded in the office of the San Mateo County Recorder. Attached hereto as Exhibit A is a true and correct copy of that deed.

Fed. Rule of Evidence 201(b) permits judicial notice of facts that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Judicial notice may properly be taken of grant deeds transferring property, which are official records of easily verifiable accuracy. See *Hotel Employees and Rest., Local 2 v. Vista Inn,* 393 F. Supp.2d 972, 978 (N.D. Cal. 2005). Fed. Rule of Evidence 201(d) makes judicial notice mandatory when so requested by a party and supplied with the necessary information. *Haye v. United States,* 461 F. Supp.1168, 1174 (C.D. 1978).

The complaint alleges that the promise to pay $500,000 to a charity of plaintiffs' choice was a substitute for the alleged gift Elsie Turchen offered Molly and Anne Miller by letter dated November 23, 2000, of the property located at 325 Malcolm [sic] Avenue, Belmont, California. But the deed attached as Exhibit A demonstrates that Elsie Turchen already had donated that property to Greensprings before she ever made the alleged offer to plaintiffs.

Dated: December 7, 2007

LAW OFFICES OF
CARLETON L. BRIGGS


/s/ Carleton L. Briggs
CARLETON L. BRIGGS
Attorneys for Defendant
GREENSPRINGS BAPTIST
CHRISTIAN FELLOWSHIP TRUST