RECORDING REQUESTED BY

Ben Rice, Attorney at Law

WHEN RECORDED MAIL TO:
Margaret Eberle, Trustee
Greensprings Fellowship Trust
c/o 407 South "B" Street
San Mateo, CA 94401

MAIL TAX STATEMENTS TO: SAME

Title Order No.
Escrow No.

# GRANT DEED

Space above this time for recorder's use

A. P. N. 044-171-120

The undersigned grantor(s) declare(s)
Documentary transfer tax is $ NONE (Transfer to a 501(c)(3) organization

( ) computed on the consideration or value of property conveyed: OR
( ) computed on the consideration or value less liens or encumbrances remaining at time of sale
( ) Unincorporated area: ( ) City of _____
( X ) Realty not sold

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this 12th day of January, 1999, Elsie G. Turchen, as Trustee of the Penny Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California, described as:

\* \* \* See "Exhibit A" hereto attached and herein incorporated \* \* \*

Property Address:
325 Malcomb Avenue, Belmont, CA

Dated January 12, 1999

Elsie G. Turchen, Trustee
Penny Trust

STATE OF CALIFORNIA
COUNTY OF SAN MATEO

On September 19, 1999, before me, the undersigned, a Notary Public in and for said State personally appeared ELSIE G. TURCHEN, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) __is__ subscribed to the within instrument and acknowledged to me that __she__ executed the same in __her__ authorized capacity, and that by __her__ signature on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: [signed]
Name: ANN R. TUTINO
(typed or printed)

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

(This area for official notarial seal)

EXHIBIT "A"

LOT 12, BLOCK 1, AS DESIGNATED ON THE MAP ENTITLED "BELVIEW HEIGHTS MAP NO. 1 BELMONT, SAN MATEO COUNTY, CALIFORNIA", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA ON DECEMBER 7, 1950 IN BOOK 32 OF MAPS AT PAGES 37 and 38.

A.P.N. 044-171-120
Property Address: 325 Malcomb Avenue
Belmont, CA