JAMES H. HARTNETT, SBN 84587
Hartnett, Smith & Associates
777 Marshall Street
Redwood City, CA 94063
Telephone: 650-568-2820
Telefax: 650-568-2823

Attorneys for Defendant
DONALD BOHN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BARBARA MILLER, as guardian of Molly Miller, an individual; and ANNE MILLER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GREENSPRINGS BAPTIST CHRISTIAN FELLOWSHIP TRUST, et al.,<br>Defendants. | Case No. C 07-04776 JL<br><br>DEFENDANT DONALD BOHN'S NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED<br>[FRCP 12(b)(6)]<br><br>Date: Feb. 27, 2008<br>Time: 9:30 a.m.<br>Courtroom: F<br>Complaint filed: August 17, 2007<br>Trial date: None |

To all parties and their attorneys of record:

PLEASE TAKE NOTICE that on February 27, 2008, at 9:30 a.m., or as soon thereafter as the matter may be heard, in the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California, defendant DONALD BOHN will move the court to dismiss the complaint against him under FRCP 12(b)(6) on the following grounds:

1. The purported cause of action for "breach of contract - promissory estoppel" fails to state a claim upon which relief can be granted because the promises alleged in the

1 | complaint cannot give rise to any damage claim for breach of contract by plaintiffs;

2. The purported cause of action for "breach of contract-promissory estopple" fail to state a claim against Donald Bohn as he was not a contracting party and had no obligation to plaintiff;

3. The purported cause of action for conversion fails to state a claim upon which relief can be granted because the facts alleged show that plaintiffs never owned or had any right to possess the $500,000 alleged to have been converted;

4. The purported cause of action for conversion fails to state a claim against Donald Bohn as he did not posses the money;

5. The purported cause of action for fraud fails to state a claim upon which relief can be granted because the facts alleged show that plaintiffs have not been damaged;

6. The purported cause of action for fraud fails to state a claim against Donald Bohn as he did not make a representation relied upon by plaintiffs;

7. The purported cause of action for declaratory relief fails to state a claim upon which relief can be granted because the facts alleged show that the $500,000 does not and never did belong to plaintiffs;

8. The purported cause of action for declaratory relief fails to state a claim against Donald Bohn as there is no recognizable dispute between Donald Bohn and the plaintiffs;

9. The purported cause of action for a constructive trust fails to state a claim upon which relief can be granted because imposition of a constructive trust is a remedy, not a claim, and the complaint fails to state any underlying claim that warrants such a remedy.

///
///
///
///
///
///

1  The motion will be based on this notice of motion and motion, the memorandum of
2  points and authorities filed herewith, the accompanying request for judicial notice, and the
3  pleadings and papers filed herein.

4

5  December 7, 2007:                          Hartnett, Smith & Associates

6
7
8                                             _____
                                              JAMES HARTNETT
                                              Attorney for Defendant
9                                             DONALD BOHN