JAMES H. HARTNETT, SBN 84587
Hartnett, Smith & Associates
777 Marshall Street
Redwood City, CA 94063
Telephone: 650-568-2820
Telefax: 650-568-2823

Attorneys for Defendant
DONALD BOHN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MILLER, as guardian of Molly Miller, an individual; and ANNE MILLER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GREENSPRINGS BAPTIST CHRISTIAN FELLOWSHIP TRUST, et al.,<br>Defendants. | Case No. C 07-04776 JL<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: December 19, 2007

Hartnett, Smith & Associates

JAMES HARTNETT
Attorney for Defendant
DONALD BOHN

Consent to Proceed

1