1  CARLETON L. BRIGGS, SBN 117361
   Law Offices of Carleton L. Briggs
2  3510 Unocal Place, Suite 209
   Santa Rosa, CA 95403-0918
3  Telephone: (707) 523-2251
   Facsimile: (707) 523-2253
4  E-mail: clbriggs@sonic.net

5  Attorneys for Defendant
   GREENSPRINGS BAPTIST
6  CHRISTIAN FELLOWSHIP TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BARBARA MILLER, as guardian of Molly Miller, an individual; and ANNE MILLER, an individual, | Case No. C 07-04776 JL |
|---|---|
| Plaintiffs, | NOTICE OF UNAVAILABILITY |
| vs. | Magistrate Judge: Hon. James Larson |
| GREENSPRINGS BAPTIST CHRISTIAN FELLOWSHIP TRUST, et al., | Complaint filed: August 17, 2007<br>Trial date: None |
| Defendants. | |

TO EACH PARTY, HIS, HER OR ITS COUNSEL OF RECORD AND THE HONORABLE COURT:

PLEASE TAKE NOTICE that the counsel of record for Defendant Greensprings Baptist Christian Fellowship Trust, Carleton L. Briggs, will be out of state and unavailable for any purpose, including appearances, service of documents or scheduling from December 29, 2007, through January 25, 2008.

1  Dated: December 23, 2007              Respectfully submitted,

2                                         LAW OFFICES OF
                                          CARLETON L. BRIGGS
3

4
                                          /s/ Carleton L. Briggs
5                                         CARLETON L. BRIGGS
                                          Attorneys for Defendant
6                                         GREENSPRINGS BAPTIST
                                          CHRISTIAN FELLOWSHIP TRUST
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28