UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARBARA MILLER

     Plaintiff(s),                            No.C07-4776 JL

    v.                                       **NOTICE**

GREENSPRINGS BAPTIST

     Defendant(s).

_____/

    Case Management Conference in the above entitled case for is hereby set for February 27, 2008 @ 9:30 a.m. (Unless remaining defendants are served and decline consent.)

Dated: December 26, 2007

_____
Wings Hom Courtroom Deputy to
Chief United States Magistrate Judge
James Larson

Blank.frm                        1