| *Attorney or Party without Attorney:* | | | | *For Court Use Only* |
|---|---|---|---|---|
| Temmerman & Cilley, LLP<br>2502 Stevens Creek Blvd.<br>San Jose, CA 95128<br>*Telephone No:* (408) 998-9500    *FAX No:* (408) 998-9700 | | | | |
| *Attorney for:* Plaintiff | | *Ref. No. or File No.:*<br>MILLB-ESTL | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U.S. District Court, Northern District of California | | | | |
| *Plaintiff:* Miller, et al | | | | |
| *Defendant:* Greensprings, et al | | | | |
| **PROOF OF SERVICE**<br>**Summons & Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C07-04776 JL |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons and Complaint. Application and Order for Appointment of Guardian Ad Litem; Notice of Case Management Conference; ADR Information Sheet; Blank Case Management Statement; Stipulation and Order to Appropriate Dispute Resolution; Local Court Rules; Notice of Removal to Federal Court

3. *a. Party served:*    Donald Bohn, an individual
   *b. Person served:*    Donald Bohn

4. *Address where the party was served:*    1481 Plymoth Avenue
   San Francisco, CA 94112

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Nov. 19, 2007 (2) at: 7:55PM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant

7. *Person Who Served Papers:*
   a. William E. Galdamez
   **b. Bender's Legal Service**
     LRS Investigations, PI 16723
     1625 The Alameda, Ste. 511
     San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*    $70.00
   e. I am: (3) registered California process server
       *(i)*  Independent Contractor
       *(ii)* Registration No.:    634
       *(iii) County:*    Contra Costa
       *(iv) Expiration Date:*    Sun, Feb. 24, 2008

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:Mon, Nov. 26, 2007

Judicial Council Form POS-010          PROOF OF SERVICE          (William E. Galdamez)
Rule 2.150.(a)&(b) Rev January 1, 2007   Summons & Complaint                    temm.16.1237