1  CARLETON L. BRIGGS, SBN 117361
   Law Offices of Carleton L. Briggs
2  3510 Unocal Place, Suite 209
   Santa Rosa, CA 95403-0918
3  Telephone: (707) 523-2251
   Facsimile: (707) 523-2253
4  E-mail: clbriggs@sonic.net

5  Attorneys for Defendant
   GREENSPRINGS BAPTIST
6  CHRISTIAN FELLOWSHIP TRUST

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10  BARBARA MILLER, as guardian of          Case No. C 07-04776 JL
    Molly Miller, an individual; and ANNE
11  MILLER, an individual,                   STIPULATION AND ORDER TO
                                             PROTECT CONFIDENTIAL
12              Plaintiffs,                   INFORMATION

13      vs.                                  Magistrate Judge: Hon. James Larson

14  GREENSPRINGS BAPTIST                     Complaint filed: August 17, 2007
    CHRISTIAN FELLOWSHIP TRUST, et           Trial date: None
15  al.,

16              Defendants.

17  _____/

18       Subject to the approval of this Court, the parties hereby stipulate to the following

19  protective order:

20       1.  In connection with discovery proceedings in this action, the parties may

21  designate any document, thing, material, testimony or other information derived

22  therefrom, as "Confidential" under terms of this Stipulated Protective Order (hereinafter

23  "Order").  Confidential information is information which has not been made public and

24  which concerns or relates to the processes, operations, type or work, or apparatus, or to

25  the production, sales, shipments, purchases, transfers, identification of customers,

26  inventories, amount or source of any income, profits, losses, or expenditures of any

27  persons, firm, partnership, corporation, or other organization, the disclosure of which

28

1   information may have the effect of causing harm to the competitive position of the

2   person, firm, partnership, corporation, or to the organization from which the information

3   was obtained.  By designating a document, thing, material, testimony or other information

4   derived therefrom as "confidential," under the terms of this order, the party making the

5   designation is certifying to the court that there is a good faith basis both in law and in fact

6   for the designation within the meaning of Federal Rules of Civil Procedure, Rule 26(g).

7

8        2.  Confidential documents shall be so designated by stamping copies of the

9   document produced to a party with the legend "CONFIDENTIAL".  Stamping the legend

10  "CONFIDENTIAL" on the cover of any multipage document shall designate all pages of

11  the document as confidential, unless otherwise indicated by the producing party.

12

13       3.  Testimony taken at a deposition, conference, hearing or trial may be designated

14  as confidential by making a statement to that effect on the record at the deposition or

15  other proceeding.  Arrangements shall be made with the court reporter taking and

16  transcribing such proceeding to separately bind such portions of the transcript containing

17  information designated as confidential, and to label such portions appropriately.

18

19       4.  Material designated as confidential under this Order, the information contained

20  therein, and any summaries, copies, abstracts, or other documents derived in whole or in

21  part from material designated as confidential (hereinafter "Confidential Material") shall

22  be used only for the purpose of the prosecution, defense, or settlement of this action, and

23  for no other purpose.

24

25       5.  Confidential Material produced pursuant to this Order may be disclosed or

26  made available only to the Court, to counsel for a party (including the paralegal, clerical,

27  and secretarial staff employed by such counsel), and to the "qualified persons" designated

28

below:

(a) a party, or an officer, director, or employee of a party deemed necessary by counsel to aid in the prosecution, defense, or settlement of this action;

(b) experts or consultants (together with their clerical staff) retained by such counsel to assist in the prosecution, defense, or settlement of this action;

(c) court reporter(s) employed in this action;

(d) a witness at any deposition or other proceeding in this action; and

(e) any other person as to whom the parties in writing agree

Prior to receiving any Confidential Material, each "qualified person" shall be provided with a copy of this Order and shall execute a nondisclosure agreement in the form of Attachment A, a copy of which shall be provided forthwith to counsel for each other party and for the parties.

6. Depositions shall be taken only in the presence of qualified persons.

7. The parties may further designate certain discovery material or testimony of a highly confidential and/or proprietary nature as "CONFIDENTIAL--ATTORNEY'S EYES ONLY" (hereinafter "Attorney's Eyes Only Material"), in the manner described in paragraphs 2 and 3 above. Attorney's Eyes Only Material, and the information contained therein, shall be disclosed only to the Court, to counsel for the parties (including the paralegal, clerical, and secretarial staff employed by such counsel), and to the "qualified persons" listed in subparagraphs 5(b) through (e) above, but shall not be disclosed to a party, or to an officer, director or employee of a party, unless otherwise agreed or ordered. If disclosure of Attorney's Eyes Only Material is made pursuant to this paragraph, all other provisions in this order with respect to confidentiality shall also apply.

1    8.  Nothing herein shall impose any restrictions on the use or disclosure by a party

2    of material obtained by such party independent of discovery in this action, whether or

3    not such material is also obtained through discovery in this action, or from disclosing its

4    own Confidential Material as it deems appropriate.

5

6    9.  If Confidential Material, including any portion of a deposition transcript

7    designated as Confidential or Attorney's Eyes Only, is included in any papers to be filed

8    in Court, such papers shall be labeled "Confidential--Subject to Court Order" and filed

9    under seal until further order of this Court.

10

11    10.  In the event that any Confidential Material is used in any court proceeding in

12    this action, it shall not lose its confidential status through such use, and the party using

13    such shall take all reasonable steps to maintain its confidentiality during such use.

14

15    11.  This Order shall be without prejudice to the right of the parties (i) to bring

16    before the Court at any time the question of whether any particular document or

17    information is confidential or whether its use should be restricted or (ii) to present a

18    motion to the Court under FRCP Rule 26(c) for a separate protective order as to any

19    particular document or information, including restrictions differing from those as

20    specified herein.  This Order shall not be deemed to prejudice the parties in any way in

21    any future application for modification of this Order.

22

23    12.  This Order is entered solely for the purpose of facilitating the exchange of

24    documents and information between the parties to this action without involving the Court

25    unnecessarily in the process.  Nothing in this Order nor the production of any information

26    or document under the terms of this Order nor any proceedings pursuant to this Order

27    shall be deemed to have the effect of an admission or waiver by either party or of altering

28

1  the confidentiality or nonconfidentiality of any such document or information or altering

2  any existing obligation of any party or the absence thereof.

3

4      13.  This Order shall survive the final termination of this action, to the extent that

5  the information contained in Confidential Material is not or does not become known to

6  the public, and the Court shall retain jurisdiction to resolve any dispute concerning the

7  use of information disclosed hereunder.  Upon termination of this case, counsel for the

8  parties shall assemble and return to each other all documents, material and deposition

9  transcripts designated as confidential and all copies of same, or shall certify the

10  destruction thereof.

11

12      SO STIPULATED:

13

14  DATED: January 30, 2008          LAW OFFICES OF CARLETON L. BRIGGS

15

16                                   By: /s/ Carleton L. Briggs
                                         CARLETON L. BRIGGS
17                                   Attorneys for Defendant Greensprings Baptist
                                     Christian Fellowship Trust
18

19  DATED: January 30, 2008          TEMMERMAN & CILLEY, LLP

20

21                                   By: /s/ Mark Schmuck
                                         MARK SCHMUCK, ESQ.
22                                   Attorneys for Plaintiffs Barbara Miller, as
                                     guardian of Molly Miller, and Anne Miller
23

24  DATED: January 30, 2008          HARTNETT, SMITH & ASSOCIATES

25

26                                   By: /s/ James H. Hartnett
                                         JAMES H. HARTNETT, ESQ.
27                                   Attorneys for Defendant Donald Bohn

28

5

1

**APPROVED AND SO ORDERED:**

2

3    DATED: _____

4

5                                    _____
                                     United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED PROTECTIVE ORDER

Attachment A


NONDISCLOSURE AGREEMENT


I, ........................................ do solemnly swear that I am fully familiar with the terms of the Stipulated Protective Order entered in *Miller, et al. v. Greensprings, et al.*, United States District Court for the Northern District of California, Civil Action No. C 07-04776 JL, and hereby agree to comply with and be bound by the terms and conditions of said Order unless and until modified by further Order of this Court. I hereby consent to the jurisdiction of said Court for purposes of enforcing this Order.


DATED: ...........................


/s/------------------------