EXHIBIT A

LOS ANGELES AREA OFFICE
433 NORTH CAMDEN DRIVE, SUITE 800
BEVERLY HILLS, CALIFORNIA 90210-4410
TELEPHONE (310) 788-1900

LAS VEGAS OFFICE
350 EAST DESERT INN ROAD, SUITE H-203
LAS VEGAS, NEVADA 89109-9006
TELEPHONE (702) 734-2300

CARLETON L. BRIGGS
ATTORNEY AND COUNSELOR AT LAW
FOUNTAIN GROVE CORPORATE CENTRE I
3510 UNOCAL PLACE, SUITE 209
SANTA ROSA, CALIFORNIA 95403-0918
TELEPHONE: (707) 525-2201
FACSIMILE: (707) 525-2253
E-MAIL: clbriggs@sonic.net

2411 HILLCREST AVENUE
SEBASTOPOL, CALIFORNIA 95472-9790
TELEPHONE (707) 874-2482
FACSIMILE (707) 874-2469

August 11, 2005

Barbara Miller
Fax (650) 941-8935

Re: $500,000.00 charitable donation by Greensprings

Dear Ms. Miller:

This letter will confirm our telephone conversation of this evening.

You have in your possession a cashier's check in the amount of $500,000.00 which came from the bank account of The Greensprings Christian Fellowship Church, Inc., dba Real Estate Trust, made out at your request to the Maui Preparatory Academy, sent to you by Don Bohn on January 10, 2005. You have asked Mr. Bohn to exchange the check for three checks payable to different schools, as outlined in your letter of July 22, 2005.

Unfortunately, the situation is such that he may not immediately comply. I have been ordered to assume direct control of all the accounts and to suspend all charitable donations or unapproved expenditures while the court examines allegations of Penny Anderson regarding Greensprings, Don Bohn and Christine Dillon. It is therefore imperative that you return the check to Mr. Bohn at once.

I have confirmed with Anthony W. Gibbs, counsel for Greensprings, that the only way to have the check reissued as you request is to redeposit it into the Greensprings account and then to file a motion with the court to issue the three checks. I assure you this will be done in a separate motion with all possible haste, as Elsie Turchen and Ward Anderson would have wanted. In the meantime, the funds will be maintained in a separate, interest-bearing account earmarked for the schools.

I ask that you return the check to Mr. Bohn before you leave for Hawaii tomorrow. You said you were willing to do so but wanted to show this letter to your lawyer first in the morning.

Very truly yours,

Carleton L. Briggs

cc:  Anthony W. Gibbs, Esq.