1  JAMES H. HARTNETT, SBN 84587
2  Hartnett, Smith & Associates
   777 Marshall Street
3  Redwood City, CA  94063
   Telephone: 650-568-2820
4  Telefax:   650-568-2823

5
   Attorney for Defendant Donald Bohn
6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10
   BARBARA MILLER, as guardian of          Case No. C 07-04776 JL
11 Molly Miller, an individual; and ANNE
   MILLER, an individual,                  REQUEST FOR JUDICIAL NOTICE IN
12                                          SUPPORT OF DEFENDANT BOHN'S
13         Plaintiffs,                      MOTION TO DISMISS FOR FAILURE
                                            TO STATE A CLAIM UPON WHICH
14 vs.                                      RELIEF CAN BE GRANTED

15 GREENSPRINGS BAPTIST CHRISTIAN          Date:   February 27, 2008
16 FELLOWSHIP TRUST, et al.,                Time:   9:30 a.m.
                                            Courtroom: F, 15th Floor
17         Defendants.                      Complaint filed: August 17, 2007
18                                          Trial date: None

19
         Defendant Donald Bohn hereby requests that the Court take judicial notice, under
20
   Rule 201 of the Federal Rules of Evidence, of the fact that a grant deed was executed on
21
   January 12, 1999, by Elsie G. Turchen, as Trustee of the Penny Trust, transferring the
22
   property located at 325 Malcolm Avenue, Belmont, California, to Greensprings Fellowship
23
   Trust, a § 501(c)(3) organization. As stated on it face, the document was notarized on
24
   September 19, 1999, and the deed was thereafter recorded in the office of the San Mateo
25
   County Recorder.  Attached hereto as Exhibit A is a true and correct copy of that deed.
26
         Fed. Rule of Evidence 201(b) permits judicial notice of facts that are capable of

   accurate and ready determination by resort to sources the accuracy of which cannot

                                          1

# EXHIBIT A

1  accurate and ready determination by resort to sources the accuracy of which cannot

2  reasonably be questioned.  Judicial notice may properly be taken of grant deeds

3  transferring property, which are official records of easily verifiable accuracy.  See *Hotel*

4  *Employees and Rest., Local 2 v. Vista Inn,* 393 F. Supp.2d 972, 978 (N.D. Cal. 2005).  Fed.

5  Rule of Evidence 201(d) makes judicial notice mandatory when so requested by a party

6  and supported by the necessary information.  *Haye v. United States,* 461 F. Supp.1168,

7  1174 (C.D. 1978).

8          The complaint alleges that the promise to pay $500,000 to a charity of plaintiffs'

9  choice was a substitute for the alleged gift Elsie Turchen offered Molly and Anne Miller

10  by letter dated November 23, 2000, of the property located at 325 Malcolm Avenue,

11  Belmont, California.  The deed referenced above demonstrates that Elsie Turchen had

12  already transferred that property to Greensprings before she ever made the alleged offer to

13  plaintiffs.

14

15  Dated:  February 13, 2008                    HARTNETT, SMITH & ASSOCIATES

16

17                                                                  _____

18                                                              JAMES H. HARTNETT
                                                                Attorneys for Defendant
19                                                              DONALD BOHN

20

21

22

23

24

25

26

RECORDING REQUESTED BY

**Ben Rice, Attorney at Law**

WHEN RECORDED MAIL TO:
**Margaret Eberle, Trustee**
**Greensprings Fellowship Trust**
**c/o 407 South "B" Street**
**San Mateo, CA 94401**

MAIL TAX STATEMENTS TO:  SAME

Title Order No.
Escrow No.

<div style="border:1px solid">

# GRANT DEED

Space above this time for recorder's use

A. P. N.  044-171-120

The undersigned grantor(s) declare(s)
Documentary transfer tax is  $  NONE   (Transfer to a 501(c)(3) organization

(   )   computed on the consideration or value of property conveyed: OR
(   )   computed on the consideration or value less liens or encumbrances remaining at time of sale
(   )   Unincorporated area: (   ) City of _____
( X )   Realty not sold

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this __12th__ day  of January, 1999, Elsie G. Turchen, as Trustee of the Penny Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California, described as:

      *   *   *  See "Exhibit A" hereto attached and herein incorporated  *   *   *

Property Address:
325 Malcomb Avenue, Belmont, CA

Dated __January 12, 1999__              *Elsie G Turchen*
                         Elsie G. Turchen, Trustee
                         Penny Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On _September 19, 1999_
before me, the undersigned, a Notary Public in and for said State personally appeared
_____ELSIE G. TURCHEN_____
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) _____is_____subscribed to the within instrument and acknowledged to me that ____she____executed the same in ___her___ authorized capacity, and that by ____her____signature on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature *Ann R Tutino*

Name *ANN R. TUTINO*
        (typed or printed)

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

(This area for official notarial seal)

</div>

EXHIBIT "A"

LOT 12,  BLOCK 1,  AS DESIGNATED ON THE MAP ENTITLED "BELVIEW HEIGHTS MAP NO. 1 BELMONT,  SAN MATEO COUNTY, CALIFORNIA",  WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA ON DECEMBER 7, 1950 IN BOOK 32 OF MAPS AT PAGES 37 and 38.

A.P.N. 044-171-120
Property Address:  325 Malcomb Avenue
Belmont, CA