1  CARLETON L. BRIGGS, SBN 117361
   Law Offices of Carleton L. Briggs
2  3510 Unocal Place, Suite 209
   Santa Rosa, CA 95403-0918
3  Telephone: (707) 523-2251
   Facsimile: (707) 523-2253
4  E-mail: clbriggs@sonic.net

5  James E. Rice, SBN 213670
   GINES & RICE
6  2319 Polk Street
   Caldwell, Idaho 83605
7  Telephone: (208) 455-2302
   Facsimile: (208) 455-2302
8  E-mail: jim@gineslaw.com

9  Attorneys for Defendant
   GREENSPRINGS BAPTIST
10 CHRISTIAN FELLOWSHIP TRUST

11

12             UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14 BARBARA MILLER, as guardian of          Case No. C 07-04776 JL
   Molly Miller, an individual; and ANNE
15 MILLER, an individual,                  NOTICE OF ASSOCIATION OF
                                           COUNSEL FOR GREENSPRINGS
16             Plaintiffs,                 _____

17     vs.                                 Magistrate Judge: Hon. James Larson

18 GREENSPRINGS BAPTIST                    Complaint filed: August 17, 2007
   CHRISTIAN FELLOWSHIP TRUST, et          Trial date: None
19 al.,

20             Defendants.
                                        /
21

22     NOTICE IS HEREBY GIVEN that James E. Rice, Esq., whose contact

23 information is as follows:

24     Firm: GINES & RICE

25     Address: 2319 Polk Street, Caldwell, Idaho 83605

26     Telephone: (208) 455-2302

27     Facsimile: (208) 455-2302

28
                                    1
          NOTICE OF ASSOCIATION OF COUNSEL FOR GREENSPRINGS

1  is associated as co-counsel for defendant GREENSPRINGS BAPTIST CHRISTIAN
2  FELLOWSHIP TRUST in the above-entitled matter.

4  DATED: February 25, 2008        LAW OFFICES OF CARLETON L. BRIGGS

6                                  By: /s/ Carleton L. Briggs
                                        CARLETON L. BRIGGS
7                                   Attorneys for Defendant Greensprings Baptist
                                    Christian Fellowship Trust

9  DATED: February 25, 2008        GINES & RICE

11                                 By: /s/ James E. Rice
                                        JAMES E. RICE
12                                  Attorneys for Defendant Greensprings Baptist
                                    Christian Fellowship Trust