## CIVIL MINUTES

**Chief Magistrate Judge James Larson**     Debra Pas - Court Reporter
                                            9:35-9:50 (15 min)

Date: **February 27, 2008**

Case No: **C07-4776 JL**

Case Name:  **Barbara Miller, et al v. Greensprings Baptist Christian Fellowship Trust, et al.**
Plaintiff Attorney(s): James Cilley
Defendant Attorney(s): Carleton Briggs & James Rice for Greenspring; Jim Harnett for D. Bohn
Deputy Clerk: **Wings Hom**

| Motions | RULING: |
|---|---|
| 1. Defts' mos to dismiss | Granted, w/leave to amend |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

[ ]Case Management Conference  [ ] Status Conference  [] P/T Conference
**ORDERED AFTER HEARING: Pltf toamend complt w/in 30 days.**
**Order to be prepared by:** [ ] Plntf  [ ] Deft  [X] Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at  , set for  days.
      [ ] Jury  [ ] Court

Notes:

cc: Venice, Kathleen,