1  CARLETON L. BRIGGS, SBN 117361
   Law Offices of Carleton L. Briggs
2  3510 Unocal Place, Suite 209
   Santa Rosa, CA 95403-0918
3  Telephone: (707) 523-2251
   Facsimile: (707) 523-2253
4  E-mail: clbriggs@sonic.net

5  James E. Rice, SBN 213670
   GINES & RICE
6  2319 Polk Street
   Caldwell, Idaho 83605
7  Telephone: (208) 455-2302
   Facsimile: (208) 377-8722
8  E-mail: jimrice@q.com

9  Attorneys for Defendant
   GREENSPRINGS BAPTIST
10 CHRISTIAN FELLOWSHIP TRUST

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MILLER, individually and as guardian ad litem of Molly Miller, an individual; ANNE MILLER, an individual; and ROBERT MILLER, an individual,<br><br>      Plaintiffs,<br><br>  vs.<br><br>GREENSPRINGS BAPTIST CHRISTIAN FELLOWSHIP TRUST, et al.,<br><br>      Defendants.<br>_____/ | Case No. C 07-04776 JL<br><br>STIPULATION THAT DEFENDANTS SHALL HAVE THROUGH APRIL 17, 2008 TO RESPOND TO THE FIRST AMENDED COMPLAINT; ORDER THEREON<br>_____<br><br>Chief Magistrate Judge:<br>      Hon. James Larson<br><br>First Amended Complaint filed:<br>      March 28, 2008<br><br>Trial date: None |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that Defendants, and each of them, shall have through April 17, 2008 to answer or otherwise respond to the First Amended Complaint electronically filed herein by Plaintiffs on March 28, 2008.

---
1
STIPULATION RE: RESPONSE TO FIRST AMENDED COMPLAINT; ORDER THEREON

| | | |
|---|---|---|
| 1 | DATED: April 2, 2008 | LAW OFFICES OF CARLETON L. BRIGGS |
| 3 | | By: /s/ Carleton L. Briggs |
| | | CARLETON L. BRIGGS |

DATED: April 2, 2008

/s/ James E. Rice
JAMES E. RICE, ESQ.

Attorneys for Defendant GREENSPRINGS BAPTIST CHRISTIAN FELLOWSHIP TRUST

DATED: April 2, 2008        TEMMERMAN & CILLEY, LLP

By: /s/ Mark Schmuck
    MARK SCHMUCK, ESQ.

Attorneys for Plaintiffs

DATED: April 2, 2008        HARTNETT, SMITH AND ASSOCIATES

By: /s/ James H. Hartnett
    JAMES H. HARTNETT, ESQ.

Attorneys for Defendant DONALD BOHN

**ORDER**

IT IS SO ORDERED.

DATED: _____

_____
United States District Judge

2
STIPULATION RE: RESPONSE TO FIRST AMENDED COMPLAINT; ORDER THEREON