1  CARLETON L. BRIGGS, SBN 117361
   Law Offices of Carleton L. Briggs
2  3510 Unocal Place, Suite 209
   Santa Rosa, CA 95403-0918
3  Telephone: (707) 523-2251
   Facsimile: (707) 523-2253
4  E-mail: clbriggs@sonic.net

5  James E. Rice, SBN 213670
   GINES & RICE
6  2319 Polk Street
   Caldwell, Idaho 83605
7  Telephone: (208) 455-2302
   Facsimile: (208) 377-8722
8  E-mail: jimrice@q.com

9  Attorneys for Defendant
   GREENSPRINGS BAPTIST
10 CHRISTIAN FELLOWSHIP TRUST

11

12            UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14 BARBARA MILLER, individually and          Case No. C 07-04776 JL
   as guardian ad litem of Molly Miller, an
15 individual; ANNE MILLER, an               STIPULATION THAT DEFENDANTS
   individual; and ROBERT MILLER, an         SHALL HAVE THROUGH APRIL 17,
16 individual,                               2008 TO RESPOND TO THE FIRST
                                             AMENDED COMPLAINT; ORDER
17         Plaintiffs,                       THEREON
                                             _____
18      vs.
                                             Chief Magistrate Judge:
19 GREENSPRINGS BAPTIST                              Hon. James Larson
   CHRISTIAN FELLOWSHIP TRUST, et
20 al.,                                      First Amended Complaint filed:
                                                     March 28, 2008
21         Defendants.
                                             Trial date: None
22 _____/

23     IT IS HEREBY STIPULATED by and between the parties to this action, through

24 their designated counsel, that Defendants, and each of them, shall have through April 17,

25 2008 to answer or otherwise respond to the First Amended Complaint electronically filed

26 herein by Plaintiffs on March 28, 2008.

27

28
                                        1
   STIPULATION RE: RESPONSE TO FIRST AMENDED COMPLAINT; ORDER THEREON

| | | |
|---|---|---|
| 1 | DATED: April 2, 2008 | LAW OFFICES OF CARLETON L. BRIGGS |
| 2 | | |
| 3 | | By: /s/ Carleton L. Briggs |
| 4 | | CARLETON L. BRIGGS |
| 5 | DATED: April 2, 2008 | |
| 6 | | /s/ James E. Rice |
| | | JAMES E. RICE, ESQ. |
| 7 | | |
| 8 | | Attorneys for Defendant GREENSPRINGS BAPTIST CHRISTIAN FELLOWSHIP TRUST |
| 9 | | |
| 10 | DATED: April 2, 2008 | TEMMERMAN & CILLEY, LLP |
| 11 | | |
| 12 | | By: /s/ Mark Schmuck |
| | | MARK SCHMUCK, ESQ. |
| 13 | | Attorneys for Plaintiffs |
| 14 | | |
| 15 | DATED: April 2, 2008 | HARTNETT, SMITH AND ASSOCIATES |
| 16 | | |
| 17 | | By: /s/ James H. Hartnett |
| | | JAMES H. HARTNETT, ESQ. |
| 18 | | Attorneys for Defendant DONALD BOHN |

**ORDER**

IT IS SO ORDERED.

DATED: __April 4, 2008_____

_____
United States District Judge

2
STIPULATION RE: RESPONSE TO FIRST AMENDED COMPLAINT; ORDER THEREON