1  JOHN B. LYTLE, SBN 115050
   Law Office of John B. Lytle
2  1200 Humboldt Street
   Santa Rosa, California 95404
3  Telephone: (707) 578-0482
   Facsimile:  (707) 578-0468
4  E-mail: johnblytle@gmail.com

5  Attorneys for Defendant
   CARLETON L. BRIGGS

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MILLER, individually and as guardian ad litem of Molly Miller, an individual; ANNE MILLER, an individual; and ROBERT MILLER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GREENSPRINGS BAPTIST CHRISTIAN FELLOWSHIP TRUST, et al.,<br><br>Defendants.<br>_____/ | Case No. C 07-04776 JL<br><br>NOTICE OF GENERAL APPEARANCE; JOINDER IN FRCP 12(b)(6), 12(b)(7) AND 12(f) MOTIONS BY DEFENDANT GREENSPRINGS<br>_____<br><br>Date:  June 5, 2008<br>Time:  9:30 a.m.<br>Courtroom: F, 15th Floor<br>Chief Magistrate Judge:<br>        Hon. James Larson<br>Complaint filed: August 17, 2007<br>First Amended Complaint filed:<br>        March 28, 2008<br>Trial date: None |

NOTICE IS HEREBY GIVEN that John B. Lytle, Esq., whose contact information is above, makes a general appearance in the above-entitled matter as counsel for Defendant Carleton L. Briggs, who hereby joins in the FRCP 12(b)(6), 12(b)(7) and 12(f) Motions of this date by Defendant Greensprings Baptist Christian Fellowship Trust.

DATED: April 17, 2008            LAW OFFICE OF JOHN B. LYTLE


                                 By: /s/ John B. Lytle
                                     JOHN B. LYTLE
                                 Attorneys for Defendant Carleton L. Briggs

---

NOTICE OF GENERAL APPEARANCE; JOINDER