**EXHIBIT 8**

EXHIBIT 8

LOT 9, IN BLOCK 5, AS DESIGNATED ON THE MAP ENTITLED "MAP No. 8 SHORE VIEW TRACT SAN MATEO, CALIF." WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, CALIFORNIA ON JUNE 22, 1949 IN BOOK 30 OF MAPS AT PAGES 25 TO 28 INCLUSIVE:

(APN: 033-265-040)

PROPERTY ADDRESS: 1441 DAKOTA AVENUE, SAN MATEO, CA

(1441-1449 DAKOTA)

**EXHIBIT 9**

EXHIBIT 9

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN MATEO, CITY OF SAN MATEO, AND IS DESCRIBED AS FOLLOWS:

PORTION OF BLOCK 19, AS DESIGNATED ON THE MAP ENTITLED "MAP OF THE TOWN OF SAN MATEO, SAN MATEO COUNTY CAL.", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON JANUARY 24, 1863 IN LIBER 2 OF MISCELLANEOUS RECORDS AT PAGE 95, AND A COPY ENTERED IN LIBER 1 OF MAPS AT PAGE 45, MORE PARTICULARLY DESCRIBED AS:

BEGINNING AT THE POINT OF INTERSECTION OF THE EASTERLY LINE OF RAILROAD AVENUE WITH THE NORTHERLY LINE OF FIRST AVENUE: RUNNING THENCE EASTERLY ALONG SAID LINE OF FIRST AVENUE 55 FEET; THENCE AT RIGHT ANGLES NORTHERLY 100 FEET; THENCE AT RIGHT ANGLES WESTERLY 55 FEET TO THE EASTERLY LINE OF RAILROAD AVENUE; THENCE AT RIGHT ANGLES SOUTHERLY ALONG SAID EASTERLY LINE OF RAILROAD AVENUE 100 FEET TO THE POINT OF BEGINNING.

ASSESSOR'S PARCEL NUMBER: 034-156-080

PROPERTY ADDRESS: 401 FIRST AVENUE, SAN MATEO, CALIFORNIA

EXHIBIT 10

EXHIBIT 10

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN MATEO,  CITY OF SAN MATEO, AND IS DESCRIBED AS FOLLOWS:

PORTION OF  BLOCK  19, AS DESIGNATED ON THE MAP ENTITLED  "MAP OF THE TOWN OF SAN MATEO, SAN MATEO COUNTY, CALIFORNIA", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA ON JANUARY 24, 1863 IN LIBER OF MISCELLANEOUS RECORDS AT PAGE 95, AND A COPY ENTERED IN LIBER 1 OF MAPS AT PAGE 45 MORE PARTICULARLY DESCRIBED AS:

COMMENCING AT A POINT ON THE EASTERLY LINE OF RAILROAD AVENUE, DISTANT 100 FEET NORTHERLY FROM THE NORTHERLY LINE OF FIRST AVENUE AND RUNNING THENCE NORTHERLY AND ALONG SAID LINE OF RAILROAD AVENUE 100 FEET; THENCE AT RIGHT ANGLES EASTERLY 85 FEET 5 INCHES; THENCE AT RIGHT ANGLES SOUTHERLY 100 FEET;  THENCE AT RIGHT ANGLES WESTERLY  85  FEET 5 INCHES TO THE POINT OF COMMENCEMENT.

ASSESSOR'S PARCEL NUMBER: 034-156-090

PROPERTY ADDRESS: 49 RAILROAD, SAN MATEO, CALIFORNIA

**EXHIBIT 11**

# EXHIBIT 11

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN MATEO, CITY OF SAN MATEO, AND IS DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT ON THE SOUTHERLY LINE OF FIRST AVENUE, DISTANT THEREON 185 FEET EAST FROM THE EASTERLY OF D STREET, AND RUNNING THENCE EASTERLY AND ALONG SAID LINE OF FIRST AVENUE 45 FEET, THENCE AT A RIGHT ANGLE SOUTHERLY 150 FEET; THENCE AT RIGHT ANGLES WESTERLY 45 FEET; THENCE AT RIGHT ANGLES NORTHERLY 150 FEET TO THE POINT OF COMMENCEMENT.    BEING A PORTION OF BLOCK NUMBERED 28, ACCORDING TO AND AS THE SAME APPEARS UPON A CERTAIN MAP OF THE TOWN OF SAN MATEO, NOW CITY OF SAN MATEO MADE BY D. BROMFIELD, ENGINEER AND SURVEYOR, IN THE YEAR A.D. 1891, NOW ON FILE AND OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF SAN MATEO COUNTY, STATE OF CALIFORNIA.

ASSESSOR'S PARCEL NUMBER: 034-163-040

PROPERTY ADDRESS:  620 FIRST AVENUE, SAN MATEO, CALIFORNIA

**EXHIBIT 12**

EXHIBIT 12

LOT 4, BLOCK 5 AS DESIGNATED ON THE MAP ENTITLED "MAP" OF THE TOWN OF SAN MATEO SAN MATEO COUNTY CAL.", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO STATE OF CALIFORNIA, ON JANUARY 24, 1963 IN BOOK 2 OF MISCELLANEOUS RECORDS AT PAGE 95 AND A COPY ENTERED IN BOOK 1 OF MAPS AT PAGE 45.
EXCEPTING THERE FROM, THE NORTHWESTERLY 5 FEET, MEASURED AT RIGHT ANGLES    SOUTHEASTERLY    FROM    AND    LYING    CONTIGUOUS    TO    THE NORTHWESTERLY LINE OF LOT 4 IN BLOCK 5, AS GRANTED TO THE CITY OF SAN MATE, A MUNICIPAL CORPORATION, BY DEED RECORDED MAY 11, 1950 IN BOOK 1855 OFFICIAL RECORDS, PAGE 650 INSTRUMENT NO. 56836-A1.

(APN: 034-176-070)

PROPERTY ADDRESS:  400 SOUTH "B" STREET, SAN MATEO, CALIFORNIA

EXHIBIT  13

EXHIBIT  13

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY
OF SAN MATEO,  CITY OF SAN MATEO,  AND IS DESCRIBED AS FOLLOWS:

LOT 6,  BLOCK 10,  AS DESIGNATED ON THE MAP ENTITLED  "MAP OF THE
TOWN OF SAN MATEO, SAN MATEO COUNTY, CAL",  WHICH MAP WAS FILED IN
THE OFFICE OF THE RECORDER OF THE COUNTY O SAN MATEO, STATE OF
CALIFORNIA, ON JANUARY 24, 1863 IN BOOK 2 OF MISCELLANEOUS RECORDS
AT PAGE 95,  AND A COPY ENTERED INTO BOOK 1 OF MAPS AT PAGE 45.

ASSESSOR'S PARCEL NUMBER: 034-179-020

PROPERTY ADDRESS:  407 SOUTH "B" STREET - SAN MATEO, CALIFORNIA

**EXHIBIT 14**

EXHIBIT 14

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF
SAN MATEO, CITY OF SAN MATEO, AND IS DESCRIBED AS FOLLOWS:

A PORTION OF LOT 9 IN BLOCK 21 OF THE TOWN OF SAN MATEO, AS SHOWN AND
DELINEATED UPON THAT CERTAIN MAP OR PLAT OF THE TOWN OF SAN MATEO, AS
LAID OUT BY C.B. POLHEMUS AND RECORDED IN THE OFFICE OF THE COUNTY OF
SAN MATEO, STATE AFORESAID, BOOK 2 OF MISCELLANEOUS RECORDS, AT
PAGE 95. COMMENCING AT A POINT ON THE EASTERLY LINE OF SOUTH
CLAREMONT STREET, DESIGNATED AS "C" STREET ON THE MAP HEREINAFTER
MENTIONED, DISTANT THEREON ONE HUNDRED THREE (103) FEE SOUTHERLY FROM
THE POINT OF INTERSECTION THEREWITH OF THE SOUTHERLY LINE OF THIRD
AVENUE, AND RUNNING THENCE AT RIGHT ANGLES TO SAID LINE OF SOUTH
CLAREMONT STREET EASTERLY ONE HUNDRED TEN (110) FEET TO THE EASTERLY
LINE OF LOT NINE (9) HEREINAFTER MENTIONED AND THENCE SOUTHERLY
AND ALONG SAID EASTERLY LINE OF SAID LINE OF SAID LOT NINE
(9) FORTY-SEVEN (47) FEET MORE OR LESS TO THE CORNER COMMON TO LOTS
THREE (3) AND FOUR (4), NINE (9) AND TEN (10) IN BLOCK
TWENTY-ONE (21), HEREINAFTER DESCRIBED; THENCE AT A RIGHT ANGLE
WESTERLY AND ALONG THE SOUTHERLY LINE OF SAID LOT NINE (9) ONE
HUNDRED TEN (110) FEET TO SAID EASTERLY LINE OF SAID SOUTH CLAREMONT
STREET; THENCE NORTHERLY AND ALONG SAID LINE OF SAID SOUTH CLAREMONT
STREET FORTY-SEVEN (47) FEET TO THE POINT OF COMMENCEMENT. BEING A
PORTION OF LOT NINE (9) IN BLOCK TWENTY-ONE (21) OF THE TOWN OF
SAN MATEO, AS SHOWN AND DELINEATED UPON THAT CERTAIN MAP OR PLAT OF
THE TOWN OF SAN MATEO, AS LAID OUT BY C. B. POLHEMUS AND RECORDED IN
THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF SAN MATEO, STATE
AFORESAID, IN BOOK 2 OF MISCELLANEOUS RECORDS, AT PAGE 95.

ASSESSOR'S PARCEL NUMBER: 034-185-190

PROPERTY ADDRESS: 311 S. CLAREMONT STREET, SAN MATEO, CALIFORNIA

EXHIBIT 15

EXHIBIT 15

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN MATEO, CITY OF SAN MATEO, AND IS DESCRIBED AS FOLLOWS:

LOT 10, BLOCK 21, AS DESIGNATED ON THE MAP ENTITLED "MAP OF THE TOWN OF SAN MATEO SAN MATEO COUNTY CAL.", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON JANUARY 24, 1863 IN BOOK 2 OF MISCELLANEOUS RECORDS AT PAGE 95, AND A COPY IN BOOK 1 OF MAPS AT PAGE 45.

ASSESSOR'S PARCEL NUMBER: 034-185-200

PROPERTY ADDRESS: 315 S. CLAREMONT STREET, SAN MATEO, CALIFORNIA

**EXHIBIT 16**

EXHIBIT 16

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY
OF SAN MATEO,  CITY OF SAN MATEO,  AND IS DESCRIBED AS FOLLOWS:

PORTION OF LOTS 19 AND 20,  BLOCK 29,  AS DESIGNATED ON THE MAP
ENTITLED "MAP OF RESUBDIVISION OF BLOCKS  5,  6,  7,  8,  9,  10,
16,  17,  18,  19,  20,  21,  22,  23,  24,  25,  26,  27,  28,
29,  30,  31,  EAST SAN MATEO", WHICH MAP WAS FILED IN THE OFFICE
OF THE RECORDER OF THE COUNTY OF SAN MATEO,  STATE OF CALIFORNIA,
ON SEPTEMBER 21, 1908 IN BOOK  6  OF MAPS AT PAGE 36, DESCRIBED AS:

BEGINNING AT THE MOST WESTERLY CORNER OF SAID LOT 20 ON THE
SOUTHEASTERLY LINE OF TENTH AVENUE; THENCE NORTHEASTERLY ALONG SAID
LINE OF TENTH AVENUE 56 FEET TO THE MOST WESTERLY CORNER OF LAND
CONVEYED TO FRANK  A.  DE PATTA AND WIFE BY DEED DATED SEPTEMBER 3,
1938  AND RECORDED SEPTEMBER 6, 1938 IN BOOK  805  OF OFFICIAL
RECORDS AT PAGE 226, RECORDS OF SAN MATEO COUNTY,  CALIFORNIA;
THENCE SOUTHEASTERLY ALONG THE SOUTHWESTERLY BOUNDARY OF LAND SO
CONVEYED TO DE PATTA 112.5 FEET TO THE SOUTHEASTERLY LINE OF SAID
LOT 19; THENCE SOUTHWESTERLY ALONG SAID LOT LINE 56 FEET TO THE
MOST SOUTHERLY CORNER OF SAID LOT 19; THENCE NORTHWESTERLY ALONG
THE SOUTHWESTERLY BOUNDARY OF LOTS 19 AND 20,  112.5 FEET TO THE
POINT OF BEGINNING.

ASSESSOR'S PARCEL NUMBER: 035-013-020

PROPERTY ADDRESS:   612 -614 TENTH AVENUE, SAN MATEO, CA

**EXHIBIT 17**

EXHIBIT 17

THE LAND REFERRED TO IS A FIFTY PERCENT UNDIVIDED INTEREST IN THE REAL PROPERTY SITUATED IN THE CITY OF SAN MATEO, COUNTY OF SAN MATEO, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

LOT 10, BLOCK 22, AS DESIGNATED ON THE MAP ENTITLED "SUNNYBRAE MAP NO. 3 SAN MATEO, CALIFORNIA", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA ON AUGUST 29, 1946 IN BOOK 26 OF MAPS AT PAGES 11, 12 AND 13.

ASSESSOR'S PARCEL NUMBER: 035-051-320

PROPERTY ADDRESS: 1217 SOUTH RAILROAD AVENUE, SAN MATEO, CALIFORNIA

**EXHIBIT 18**

EXHIBIT  18

THE LAND REFERRED TO IS A FIFTY PERCENT UNDIVIDED INTEREST IN THE REAL PROPERTY SITUATED IN THE CITY OF SAN MATEO, COUNTY OF SAN MATEO, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

LOT 9,  BLOCK 22,  AS DESIGNATED ON THE MAP ENTITLED "SUNNYBRAE MAP NO. 3 SAN  MATEO,  CALIFORNIA",  WHICH  MAP  WAS  FILED  IN  THE  OFFICE  OF  THE RECORDER OF THE COUNTY OF SAN MATEO,  STATE OF CALIFORNIA ON AUGUST 29, 1946 IN BOOK 26 OF MAPS AT PAGE 11, 12  AND  13.

ASSESSOR'S PARCEL NUMBER:  035-051-310

PROPERTY ADDRESS:1301-1303 SOUTH RAILROAD AVENUE, SAN MATEO,  CALIFORNIA

**EXHIBIT 19**

EXHIBIT 19

Order No. : 233532

The land referred to is situated in the State of California, County of San Mateo, City of San Mateo, and is described as follows:

Portion of LOT 9, as delineated upon that certain Map entitled "MAP OF SAN MATEO GARDENS SAN MATEO CALIFORNIA", filed for record in the Office of the Recorder of the County of San Mateo, State of California, on October 29th, 1932 in Book 20 of Maps, at Page 14, described as follows:

BEGINNING at the point of intersection of the Northeasterly line of Lot 9 and the Southeasterly line of Thirty-Ninth Avenue, as shown on the map above mentioned; thence So      44° 03' West along said Southeasterly line of Thirty-Ninth Avenue 75.00 feet; thence South 45° 57' East 160.00 feet; thence North 44° 03' East 75.00 feet to the Northeasterly line of said Lot; thence North 45° 57' West along said Northeasterly line 160.00 feet to the point of beginning.

A.P.N. 040-072-240                              J.P.N. 40-07-072-24

EXHIBIT 20 A

EXHIBIT 20A


LOTS 13 AND 14, IN BLOCK 1, AS SHOWN ON THAT CERTAIN MAP ENTITLED "SOUTH B STREET TRACT, SAN MATEO CO., CALIFORNIA", FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN MATEO COUNTY ON JANUARY 6, 1927 IN BOOK 14 AT PAGES 78 AND 79.


(APN: 035-212-080)

PROPERTY ADDRESS:  143 SOUTH BOULEVARD, SAN MATEO, CALIFORNIA

EXHIBIT 20 B

EXHIBIT 20B

LOTS 15 AND 16 IN BLOCK 1, AS SHOWN ON THAT CERTAIN MAP ENTITLED
"SOUTH B STREET TRACT, SAN MATEO CO., CALIFORNIA", FILED IN THE
OFFICE OF THE COUNTY RECORDER OF SAN MATEO COUNTY ON JANUARY 6,
1927 IN BOOK 14 AT PAGES 78 AND 79.

(APN: 035-212-090)

PROPERTY ADDRESS:  147 SOUTH BOULEVARD, SAN MATEO, CA

**EXHIBIT 21**

EXHIBIT 21

LOTS 11 AND 12, IN BLOCK 1, AS SHOWN ON THAT CERTAIN MAP ENTITLED "SOUTH B STREET TRACT, SAN MATEO CO., CALIFORNIA", FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN MATEO COUNTY ON JANUARY 6, 1927 IN BOOK 14 AT PAGES 78 AND 79.

(APN: 035-212-210)

PROPERTY ADDRESS: 149-151 SOUTH BOULEVARD, SAN MATEO, CALIFORNIA

**EXHIBIT  22**

EXHIBIT 22

ALL THAT REAL PROPERTY SITUATED IN THE CITY SAN MATEO, COUNTY OF SAN MATEO, STATE OF CALIFORNIA DESCRIBED AS FOLLOWS:

PARCEL ONE:

BEGINNING at a point on the Northwesterly boundry of that tract of land described in Quit Claim Deed from Sarah T. Fox, et al, to Katie Kuruez getto, recorded February 28, 1926 in Book 209 of Officiial Records of San Mateo County at page 475, distant thereon North 47 degrees 17' East 133 feet from the most Westerly corner of said tract; thence along the Northwesterly boundry of said tract North 47 degrees 17' East 43.31 feet; thence South 42 degrees 51-1/2' East 138.58 feet; thence South 47 degrees 08-1/2' West 47 feet; thence North 41 degrees20' West along the Northeasterly line of an alley 138.73 feet to the point of beginning.

PARCEL TWO:

BEGINNING at a point on the Northwesterly boundry of that tract of land described in Quit Claim Deed from Sarah t. Fox, et al, to Katie Kuruenz getto, recorded February 28, 1926 in Book 209 of Officiial Records of San Mateo County at page 475, distant thereon North 47 degrees 17' East 50 feet; thence South 42 degrees 51-1/2' East 138.44 feet; thence South 47 degrees 08-1/2' West 50 feet; thence North 42 degrees 51-1/2' West 138.58 feet to the point of beginning.

PARCEL THREE

BEGINNING at the most Westerly corner of that certain tract of land descryved in Quit Claim Deed from Sarah t. Fox, et al, to Katie Kuruenz Getto, dated january 18, 1926 and recorded february 28, 1926 in Book 209 of Official Records of San Mateo County at page 475; thence from said point of beginning along the Nortwesterly boundry line of said tract North 47 degrees 17' east 133.00 feet; thence South 41 degrees 20' East 24.32 feet to the true point of beginning; thence from said true point of beginning South 41 degrees 20' East 114.41 feet; thence South 47 degrees 08' 30" West 20 feet; thence North 41 degrees 20' West 114.45 feet to a point that bears South 47 degrees 17' West from the true point of beginning; Tence North 47 degrees 17' East 20 feet to the true point of beginning.

PARCEL FOUR

BEGINNING at a point on the Northwesterly boundry of the tract hereinafter mentioned which point is North 47 degrees 17' East 127 feet from the most Westerly corner of that tract of land described in Quit Claim Deed from Sarah T. Fox, et al, to Katie Kuruenz Getto, recorde February 28, 1926 in Book 209 if Iffucuak Records of San Mateo County at Page 475; thence from said point of beginning along the Northwesterly boundary of said tract North 47 degrees 17' East 6 feet; thence South 41 degrees 20' East 24.32 feet; thence South 47 degrees 17' East 6 feet; thence South 41 degrees 20' West 24.32 feet to the point of beginning.

AP No. 039-072-060

< END OF DOCUMENT >

EXHIBIT 23

EXHIBIT  23

LOT 3, BLOCK 5, AS DESIGNATED ON THE MAP ENTITLED "MAP OF THE TOWN OF SAN MATEO, SAN MATEO COUNTY, CAL", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON JANUARY 24, 1863 IN BOOK 2 OF MISCELLANEOUS RECORDS AT PAGE 95 AND A COPY ENTERED IN BOOK 1 OF MAPS AT PAGE 45.

(APN: 034-176-080)

PROPERTY ADDRESS:  4TH AND B STREET UNIMPROVED LOT, KNOWN AS 410 SOUTH B STREET, SAN MATEO, CALIFORNIA

20% Post Consumer Waste

EXHIBIT 24

EXHIBIT   24

LOT 9 IN BLOCK 14 AS DESIGNATED ON THE MAP ENTITLED "SAN MATEO
KNOLLS MAP, NO. 2 SAN MATEO, CALIFORNIA", WHICH MAP WAS FILED
IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO,
STATE OF CALIFORNIA ON SEPTEMBER 6, 1945 IN BOOK 24 OF MAPS AT
PAGES 60, 61 AND 62.


(APN: 042-241-100)

PROPERTY ADDRESS: 4029 BERESFORD AVENUE, SAN MATEO, CALIFORNIA

EXHIBIT 25

EXHIBIT 25

Legal Description of Commercial Property commonly known as
2636 Broadway, Redwood City, California:

LOTS 6 AND 7 AS DESIGNATED ON THE MAP ENTITLED "PERRY'S
SUBDIVISION OF PORTIONS OF LOTS 13, 14, AND 15 MEZESVILLE VILLA
LOTS REDWOOD CITY, SAN MATEO COUNTY, CALIFORNIA", WHICH MAP
WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN
MATEO STATE OF CALIFORNIA ON AUGUST 5, 1924 IN THE BOOK II OF
MAPS AT PAGES 67 AND 68.

(APN: 052-321-100)



2001-111196
07/23/2001 11:22A
DE Page: 2 of 2

20% Post Consumer Waste

EXHIBIT 26

EXHIBIT 26

THE LAND REFERRED TO IS A FIFTY PERCENT UNDIVIDED INTEREST IN THE REAL PROPERTY SITUATED IN THE CITY OF SAN MATEO, COUNTY OF SAN MATEO, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

LOT 8, AND THE NORTHWESTERLY 3 FEET FRONT AND REAR MEASUREMENTS OF LOT 9, BLOCK 21, AS DESIGNATED ON THE MAP ENTITLED "MAP OF THE TOWN OF SAN MATEO, SAN MATEO CAL.", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA ON JANUARY 24, 1863 IN BOOK 2 OF MISCELLANEOUS AT PAGE 95 AND A COPY ENTERED IN BOOK AT PAGE 45.

ASSESSOR'S PARCEL NUMBER: 035-185-110

PROPERTY ADDRESS: 307 SO. CLAREMONT AVENUE, SAN MATEO, CALIFORNIA

**EXHIBIT  27**

EXHIBIT 27

LOTS 7 AND 8 IN BLOCK "P" AS SHOWN ON THAT CERTAIN MAP ENTITLED "MAP
OF SUBDIVISION NO. 3 AND RESUBDIVISION OF BLOCKS "G" AND "H" OF
SUBDIVISION NO. 2, HAYWARD PARK, SAN MATEO COUNTY, CALIFORNIA", FILED
IN THE OFFICE OF THE COUNTY RECORDER OF SAN MATEO COUNTY ON
OCTOBER 21, 1907 IN BOOK 5 OF MAPS AT PAGE 36.

APN 034-291-100

**EXHIBIT 28**

EXHIBIT ~~37~~ 28

LOT 12,  BLOCK 1,  AS DESIGNATED ON THE MAP ENTITLED "BELVIEW HEIGHTS MAP
NO. 1 BELMONT,  SAN MATEO COUNTY, CALIFORNIA",  WHICH MAP WAS FILED IN THE
OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA
ON DECEMBER 7, 1950 IN BOOK 32 OF MAPS AT PAGES 37 and 38.

A.P.N. 044-171-120
Property Address:  325 Malcomb Avenue
Belmont, CA

**EXHIBIT 29** A

EXHIBIT 29A

LOTS 3 AND 7, BLOCK 5, AS DESIGNATED ON THE MAP ENTITLED "MAP OF HAYWARD ADDITION TO THE CITY OF SAN MATEO, COUNTY OF SAN MATEO, CALIFORNIA", SAN MATEO, STATE OF CALIFORNIA ON NOVEMBER 2, 1904 IN BOOK "D" OF MAPES AT PAGE 61 AND A COPY ENTERED IN BOOK 3 OF MAPES AT PAGE 43.

(APN: 034-197-050)

PROPERTY ADDRESS: 811 SOUTH B STREET, SAN MATEO, CALIFORNIA

**EXHIBIT 29** [B]

EXHIBIT 29B

LOT 7  BLK 5  HAYWARD ADDITION TO CITY OF SAN MATEO SUBDIVISION D-61

(APN: 034-197-080)

PROPERTY ADDRESS:  Unimproved lot on South B Street, San Mateo, California (contiguous 811 South B Street)

Lots 3 and 7, block 5, as designated on the map entitled "Map of Hayward Addition to the City of San Mateo, County of San Mateo, California", San Mateo, State of California on November 2, 1904 in Book "D" of maps at page 61 and a copy entered in book 3 of maps at page 43.

A/P No. 034-197-080
Property address: 811 So. "B" Street.

EXHIBIT 30

EXHIBIT 30

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY
OF SAN MATEO, STATE OF CALIFORNIA, DESCRIBED AS:

LOTS 23 AND 24 IN BLOCK 54, AS DESIGNATED ON THE MAP ENTITLED "MAP
OF THE BOWIE ESTATE EASTERN ADDITION TO THE CITY OF SAN MATEO",
WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF
SAN MATEO, STATE OF CALIFORNIA ON MAY 13, 1903 IN BOOK "A" OF MAPS
AT PAGE 9 AND A COPY ENTERED IN BOOK 3 OF MAPS AT PAGE 15.


A. P. N.  033-129-060
Address: 22 South Humbolt Street, San Mateo, California

**EXHIBIT 31**

EXHIBIT 31

LOTS 7 AND 8 IN BLOCK "P" AS SHOWN ON THAT CERTAIN MAP ENTITLED "MAP OF SUBDIVISION NO. 3 AND RESUBDIVISION OF BLOCKS "G" AND "H" OF SUBDIVISION NO. 2, HAYWARD PARK, SAN MATEO COUNTY, CALIFORNIA", FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN MATEO COUNTY ON OCTOBER 21, 1907 IN BOOK 5 OF MAPS AT PAGE 36.

APN 034-291-100

**EXHIBIT 32**

RECORDER'S OFFICE COUNTY OF SAN MATEO

86168754

# EXHIBIT 32

PORTION of the Rancho Canada de Raymundo and portion of the South one-half of Section 30 in Township 5 South, Range 4 West, Mount Diablo Base and Meridian, described as follows:

BEGINNING at a point on the Southwesterly line of the Skyline Boulevard as granted to the State of California, opposite Engineer's Station 161 plus 01.C7 of the survey thereof; which said point is also distant, along said Southwesterly line, South 32° 57' 30" Earth .. 2 feet from U. S. Coast and Geodetic Survey Monument No. 2-386; thence leaving said Boulevard, South 53° 59' West 26.00 feet; South 17° 53' West, 14.00 feet; South 9° 17' West 7.00 feet; South 0° 32' West 20.2 feet; South 3° 24' East 135.3 feet; South 5° 08' East 40.5 feet; South 14° 10' East 20.2 feet; Sout  19° 15' East 13.5 feet; South 40° 03' East 13.7 feet; South 53° 48' East 85.9 feet; South 13° 27' West 12.8 feet; South 31° 48' East 59.3 feet and North 69° 07' East 46.5 feet to the aforementioned Southwesterly line of the Skyline Boulevard; thence Northwesterly, along last mentioned line, on the arc of a curve to the left with a radius of 650 feet, a central angle of 28° 49', an arc distance of 326.9 feet to end of curve, opposite Station 161 plus 76.77 of the survey of said Boulevard; thence continuing along said line, North 32° 57' 30 West 75.7 feet to the point of beginning.

A.P.  067-250-040

.79 acre

End of document

**EXHIBIT 33**

(Page 2 of 3)

Loan No:

## EXHIBIT 33

CITY OF SAN MATEO

PORTION OF LOT 5, BLOCK 3, AS SHOWN ON THAT CERTAIN MAP ENTITLED, "BERESFORD MANOR SAN MATEO COUNTY, CALIFORNIA", FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON MARCH 23, 1926 IN BOOK 13 OF MAPS AT PAGE(S) 44 AND 45, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE NORTHEASTERLY LINE OF STRATFORD WAY, WHERE IT IS INTERSECTED BY THE LINE DIVIDING LOTS 5 AND 7 IN SAID BLOCK 3, THENCE NORTH 15° 29' 20" WEST ALONG SAID NORTHEASTERLY LINE, 50.08 FEET; THENCE NORTH 71° 23' 20" EAST CROSSING SAID LOT 5, 248.21 FEET TO A POINT IN THE NORTHEASTERLY LINE THEREOF; THENCE SOUTH 18° 36' 40" EAST ALONG SAID NORTHEASTERLY LINE 50 FEET TO THE MOST EASTERLY CORNER OF SAID LOT; THENCE SOUTH 71° 23' 20" WEST ALONG THE LINE DIVIDING LOTS 5 AND 7, 250.94 FEET TO THE POINT OF BEGINNING.

ASSESSOR'S PARCEL NO. 039-051-360   JOINT PLANT NO. 039-005-051-36A

**EXHIBIT 34**

**EXHIBIT 34**

LEGAL DESCRIPTION OF PROPERTY NOT LOCATED BY DECEMBER 22, 2005

APN 045-314-130

**EXHIBIT  35**

**EXHIBIT 35**

LOT 14, BLOCK 1, AS DELINEATED UPON THAT CERTAIN MAP ENTITLED "TOWN OF BERESFORD, MAP NO. 1, SAN MATEO COUNTY, CALIF.", FILED FOR RECORD IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON OCTOBER 30TH, 1926 IN BOOK 14 OF MAPS, AT PAGES 44 AND 45.

APN 040-081-090

**EXHIBIT 36**

**EXHIBIT 36**

LOT 19 IN BLOCK 15 AS SHOWN ON THAT CERTAIN MAP ENTITLED "MAP NO. 10 SHOREVIEW TRACT, SAN MATEO, SAN MATEO COUNTY, CALIFORNIA", FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN MATEO COUNTY, STATE OF CALIFORNIA, ON APRIL 8, 1952 IN BOOK 34 PF MAPS AT PAGES 44, 45, 46 AND 47.

APN 035-102-190

**EXHIBIT 37**

Order No. : 282063

## EXHIBIT 37

The land referred to is situated in the State of California, County of San Mateo,
City of San Mateo, and is described as follows:

BEGINNING at a point on the Northwesterly line of LOT 6, BLOCK 31, as delineated upon
that certain Map entitled "MAP OF THE SUBDIVISION OF BLOCKS IN THE WESTERN ADDITION
TO THE TOWN OF SAN MATEO SAN MATEO CO. CALIFORNIA", filed for record in the Office of
the Recorder of the County of San Mateo, State of California, on April 12th, 1889 in
Book "D" of Maps, at Page 48, and a copy entered in Book 1 of Maps at Page 52,
distant thereon North 33° 15' East 150 feet from the most Westerly corner of said Lot
6; thence Northeasterly along said Northwesterly line, North 33° 15' East, 91 feet to
the most Northerly corner of said Lot 6; thence Southeasterly along the Northeasterly
line of said Lot 6 and its Southeasterly prolongation, South 56° 45' East 129.50 feet
to the center of San Mateo Creek; thence Southwesterly along the center of San Mateo
Creek, South 14° 00' West 96.39 feet to a point which bears South 56° 45' East the
point of beginning; thence leaving the center of said San Mateo Creek, North 56° 45'
West 161.28 feet to the point of beginning.

A.P.N. 032-335-040                          J.P.N. 032-033-335-04

**Hartnett, Smith & Associates**

*Attorneys at Law*    777 Marshall Street Redwood City, CA 94063-1818

Telephone: 650.568.2820 Facsimile: 650.568.2823

December 21, 2005

VIA HAND DELIVERY

The Honorable Carol L. Mittlesteadt
SAN MATEO COUNTY SUPERIOR COURT
400 County Center
Redwood City, CA 94063

RECEIVED

DEC 21 2005

DEPT. No. 1

Re:   *Anderson v. Christine Dillon, et al.*, Case No.: CIV 445617
      Order After Hearing
      December 20, 2005

Dear Judge Mittlesteadt:

Enclosed is the proposed Order After Hearing on Joint Motion to Quash Deposition Subpoenas. The proposed Order has been approved as to form by counsel for plaintiff.

If it meets with your approval we ask that your clerk file the original and return a filed-endorsed copy to us in the enclosed envelope. Thank you.

Sincerely,

Jim Hartnett

JHH:kd
Enclosures

cc:   Merrill G. Emerick, Esq.
      Anthony W. Gibbs, Esq.
      H. Wayne Greene, Esq.
      Frank M Pitre, Esq.

Superior Court of California
County of San Mateo
Minute Order

Case No.:    445617        Date: 12/20/05      Dept.:LM
Case Name: PENNY D ANDERSON VS CHRISTINE DILLON
Case Category:   FRAUD
Hearing:   HEARING: MOTION RE: JOINT MOTION TO QUASH DEPO SUBPOENAS-ETC
           FILED BY DON BOHN, BER MANAGEMET INC, GREENSPRINGS CHRIST
*********************************************************************
Honorable  Carol L. Mittlesteadt, Judge Presiding. Clerk: Gloria
Ochoa, Court Reporter: Pamela Fisk

Attorney MERRILL EMERICK appearing with/for Plaintiff(s).

Attorney(s): JIM HARTNETT for Defendants Bohn and BER Management

Attorney(s): ANTHONY GIBBS for Defendant Greensprings Christian
Fellowship Church

Matter argued by counsel and submitted to the Court.

Tentative ruling adopted and becomes the order:

GRANTED Defendants Bohn, BER Management, Inc. and The Greensprings
Christian Fellowship Church, Inc. ("Defendants")'s motion to quash 3
deposition subpoenas issued to Bank of the West.  All 3 subpoenas seek
the production of consumer records within the meaning of CCP Section
1985.3(a)(2).  Accordingly, Plaintiff should have served, but did not
serve, copies of an affidavit supporting the issuance of the subpoenas
on the consumers.  SEE CCP Section 1985.3(b).

* *.

DENIED Defendants' motion for a protective order preventing Plaintiff
from propounding discovery until an amended complaint is settled.

* *.

Moving party shall prepare and submit a formal order complying with
CRC 391 for the Court's signature.

Entered by G.OCHOA on 12/20/05.

1   P. TERRY ANDERLINI, ESQ. (SBN 044783)

2   MERRILL G. EMERICK, ESQ. (SBN 117248)
    **ANDERLINI, FINKELSTEIN, EMERICK & SMOOT**

3   400 South El Camino Real, Suite 700
    San Mateo, California 94402

4   Telephone: (650) 348-0102
    Facsimile: (650) 348-0962

5

6   Attorneys for Plaintiff
    **PENNY D. ANDERSON**

7

**FILED**
SAN MATEO COUNTY

DEC 2 0 2005

Clerk of the Superior Court
By_____
DEPUTY CLERK

8           IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9           SAN MATEO COUNTY – UNLIMITED JURISDICTION

10  PENNY D. ANDERSON,                      )   Case No.: CIV-445617
                                            )
11          Plaintiff,                      )   NOTICE OF ENTRY OF ORDER DENYING
                                            )   MOTION TO DISSOLVE PRELIMINARY
12  vs.                                     )   INJUNCTION
                                            )
13  CHRISTINE DILLON, also known as BETH    )
    ANDERSON, DON BOHN and DOES ONE         )
14  to FIFTY,                               )
                                            )
15          Defendants.                     )
                                            )
16  _____)

17  TO:    ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

18         **NOTICE IS HEREBY GIVEN** that on December 7, 2005, the above-entitled court duly

19  entered an Order Denying Motion to Dissolve Preliminary Injunction, a true and correct copy of

20  which is attached hereto as Exhibit "A".

21  DATED:  December 14, 2005

22

23                      ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

24

25                      By:_____P. Terry Anderlini_____

26                         P. TERRY ANDERLINI, Attorneys for Plaintiff
                           PENNY D. ANDERSON

27

28

                                      1

NOTICE OF ENTRY OF ORDER DENYING MOTION TO
DISSOLVE PRELIMINARY INJUNCTION

Legal Tabs Co. 1-800-322-3022

Recycled  Stock # EXA-5-B

**EXHIBIT A**

11/22/2005 11:44 FAX 650 3480962          ANDERLINI                                    ☒003

ENDORSED FILED
SAN MATEO COUNTY

DEC - 7 2005

Clerk of the Superior Court
By ____ E. MORNEAU
      Deputy Clerk

1   P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
2   MERRILL G. EMERICK, ESQ. (State Bar No. 117248)
    ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
3   400 South El Camino Real, Suite 700
    San Mateo, California 94402
4   Telephone: (650) 348-0102
    Facsimile: (650) 348-0962
5
6   Attorneys for Plaintiff
    **PENNY D. ANDERSON**
7

8           SUPERIOR COURT OF THE STATE OF CALIFONRIA

            IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

11  PENNY D. ANDERSON,                    )   Case No. CIV-445617
12                                        )
              Plaintiff,                  )   ORDER DENYING MOTION TO
13                                        )   DISSOLVE PRELIMINARY INJUNCTION
14        vs.                             )
                                          )   DATE: November 9, 2005
15  CHRISTINE DILLON, also known as BETH  )   TIME: 9:00 a.m.
    ANDERSON, DON BOHN and DOES ONE       )   DEPT: 28
16  to FIFTY,                             )
                                          )
17                                        )
              Defendants.                 )
18                                        )
19  _____   )

20          This motion came on regularly for hearing on defendant DON BOHN's motion to

21   dissolve preliminary injunction. Plaintiff appeared by and through Paul J. Smoot and Merrill

22   G. Emerick of Anderlini, Finkelstein, Emerick & Smoot. Defendant appeared by and through

23   James H. Hartnett of Hartnett, Smith & Associates.

24          The court having read and considered supporting and opposing papers, having heard

25   and considered argument of counsel, and GOOD CAUSE APPEARING,

26   ///

27   ///

28   ///

# EXHIBIT " A "

1

1      IT IS HEREBY ORDERED that the motion to dissolve preliminary injunction is

2  denied.

3

4  Dated:        **DEC – 5 2006**

5

6                          **GEORGE A. MIRAM**

7             THE HONORABLE GEORGE A. MIRAM,
             Judge of the SAN MATEO COUNTY SUPERIOR COURT

8

9  APPROVED AS TO FORM:

10

11  Dated: _____

12

13  HARTNETT, SMITH & ASSOCIATES

14  By: _____
      James H. Hartnett, Attorneys for
15    Defendant DON BOHN

16

17

18

19

20

21

22

23

24

25

26

27

28

2

ORDER DENYING MOTION TO DISSOLVE PRELIMINARY INJUNCTION

Case Name:   <u>Penny Anderson v. Christine Dillon, et al.</u>
Court:       San Mateo County Superior Court
Case No.:    CIV-445617

## PROOF OF SERVICE

I declare that:

I am a resident of the County of San Mateo and am over the age of eighteen years and not a party to the within entitled action; my business address is 400 So. El Camino Real Suite 700, San Mateo, California 94402.

On the date below, I caused to be served the attached:

NOTICE OF ENTRY OF ORDER DENYING MOTION TO
DISSOLVE PRELIMINARY INJUNCTION

on the party(ies) below in said action:

| | |
|---|---|
| H. WAYNE GREEN, Esq. | CHARLES J. SMITH, Esq. |
| LAW OFFICES OF H. WAYNE GREEN | HARTNETT, SMITH & ASSOCIATES |
| 7522 North Colonial Avenue, Suite 130 | 777 Marshall Street |
| Fresno, California 93711-5706 | Redwood City, California 94063-1818 |
| Telephone:  (559) 435-2788 | Telephone:  (650) 568-2820 |
| Facsimile:  (559) 435-4630 | Facsimile:  (650) 568-2823 |
| Attorneys for Defendant Christine Dillon | Attorneys for Defendant Don Bohn |
| | |
| ANTHONY W. GIBBS, Esq. | Frank M. Pitre, Esq. |
| LAW OFFICES OF ANTHONY W. GIBBS | COTCHETT, PITRE, SIMON & McCARTHY |
| 655 Middlefield Road | 840 Malcolm Road, Suite 200 |
| Redwood City, California 94063 | Burlingame, California 94010 |
| Telephone:  (650) 367-7500 | Telephone:  (650) 697-6000 |
| Facsimile:  (650) 367-1700 | Facsimile:  (650) 697-0577 |
| Attorneys for Defendant Greensprings Christian Fellowship Church, Inc. | Associate Counsel for Plaintiff |

[XX ]  BY FIRST CLASS MAIL: By placing a true copy thereof enclosed in a sealed envelope, with postage fully prepaid, following ordinary business practices, for deposit with the United States Postal Service at my place of business as set forth above, addressed to the person(s) listed above.  I am readily familiar with this business practice for collection and processing of correspondence for mailing within the United States Postal Service.  In the ordinary course of business, such correspondence would be deposited with the United States Postal Service that same day.

[ ]    BY FACSIMILE: I caused a copy of such document(s) to be sent via FACSIMILE Number(s):

NOTICE OF ENTRY OF ORDER DENYING MOTION TO
DISSOLVE PRELIMINARY INJUNCTION

1  [  ]    BY PERSONAL SERVICE: I caused such envelope to be delivered by hand VIA
2  _____, to the offices(s) of the addressee(s) as indicated above.

3  [  ]    BY FEDERAL EXPRESS: I caused such envelopes to be delivered to Federal Express for
4  overnight courier service to the office(s) of the above addressee(s).

5  I declare under penalty of perjury under the laws of the State of California that the
   foregoing is true and correct and that this declaration was executed on December 14, 2005, at San
6  Mateo, California.

7

8  JANET F. JENNINGS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3