1  P. Terry Anderlini (State Bar No. 044783)
   Merrill G. Emerick (State Bar No. 117248)
2  **ANDERLINI, FINKELSTEIN, EMERICK & SMOOT**
   400 South El Camino Real, Suite 700
3  San Mateo, California 94402
   Telephone: (650) 348-0102
4  Facsimile: (650) 348-0962

5  Frank M. Pitre (State Bar No. 100077)
   Barbara L. Lyons (State Bar No. 173548)
6  Ara B. Jabagchourian (State Bar No. 205777)
   **COTCHETT, PITRE, SIMON & McCARTHY**
7  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
8  Telephone: (650) 697-6000

9  Attorneys for Plaintiff
   PENNY D. ANDERSON, an individual; and
10 RAMONA MARTINEZ, as Personal Representative
   of the Estate of Ward D. Anderson III, Deceased,
11 and of the Estate of Elsie Turchen, Deceased

**FILED**
SAN MATEO COUNTY

DEC 0 5 2006

Clerk of the Superior Court
By _____
DEPUTY CLERK

12              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

13          **IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION**

14  RAMONA MARTINEZ, as Administrator of   )   Case No. CIV 445617
    the ESTATE OF WARD D. ANDERSON III,    )
15  Deceased, and as Administrator of the  )   **THIRD AMENDED COMPLAINT FOR**
    ESTATE OF ELSIE TURCHEN, Deceased,     )   **QUIET TITLE**
16                                         )
                Plaintiff,                 )   Action Filed: March 18, 2005
17                                         )   Trial Date:   Not Yet Set
        vs.                                )
18                                         )
    CHRISTINE MASERDOTTI DILLON, also      )
19  known as BETH ANDERSON, an individual; )
    DON BOHN, an individual; ERIK HEATH    )
20  PENNINGTON, also known as ERIC         )
    HEATH, an individual;  BER             )
21  MANAGEMENT, a business entity, form    )
    unknown; THE GREENSPRINGS BAPTIST      )
22  CHRISTIAN FELLOWSHIP TRUST DATED )
    APRIL 25, 1994, a/k/a GREENSPRINGS     )
23  FELLOWSHIP TRUST, a trust; THE         )
    GREENSPRINGS CHRISTIAN                 )
24  FELLOWSHIP CHURCH, INC., a California   )
    corporation;  and DOES Seven to Fifty, )
25                                         )
                Defendants.                )
26  _____    )

27

28

TABLE OF CONTENTS

I.      INTRODUCTION ........................................... 1

II.     PARTIES ................................................ 1

        A.      Plaintiff ...................................... 1

        B.      Defendants ..................................... 1

III.    THE DECEDENTS .......................................... 2

IV.     THE ANDERSON "TRUSTS" .................................. 3

V.      THE ANDERSON AND TURCHEN ESTATE PROPERTIES ............ 4

        A.      Property #1: 773 El Cerrito Avenue, Hillsborough ........... 4

        B.      Property #2:  12170 Skyline Boulevard, Woodside ........... 5

        C.      Property #3: 789 El Camino Real, Burlingame ............... 5

        D.      Property #4: 1507 Willow Avenue, Burlingame .............. 5

        E.      Property #5: 501 N. El Camino Real, San Mateo ............ 5

        F.      Property #6: 611 S. El Dorado, San Mateo ................ 5

        G.      Property #7: 1449 Dakota Avenue, San Mateo .............. 6

        H.      Property #8: 1441 Dakota Avenue, San Mateo .............. 6

        I.      Property #9: 401 First Avenue, San Mateo ................ 6

        J.      Property #10: 49 S. Railroad Avenue, San Mateo ........... 6

        K.      Property #11: 620 First Avenue, San Mateo ............... 6

        L.      Property #12: 400 South "B" Street, San Mateo ........... 7

        M.      Property #13: 407 South "B" Street, San Mateo ........... 7

        N.      Property #14: 311 South Claremont, San Mateo ............ 7

        O.      Property #15: 315 South Claremont, San Mateo ............ 7

        P.      Property #16: 612-614 Tenth Avenue, San Mateo ........... 7

        Q.      Property #17: 1217 South Railroad Avenue, San Mateo ...... 7

        R.      Property #18: 1301-1303 South Railroad Avenue, San Mateo ........ 8

        S.      Property #19: 62 East 39th Avenue, San Mateo ............ 8

        T.      Property #20: 143 - 147 South Boulevard, San Mateo ........ 8

U.    Property #21: 149-151 South Boulevard, San Mateo . . . . . . . . . . . . . . . . . . . . . 8

V.    Property #22: 69-75  21st Avenue, San Mateo . . . . . . . . . . . . . . . . . . . . . . . . . . 9

W.    Property #23: 410 South B Street, San Mateo . . . . . . . . . . . . . . . . . . . . . . . . . . 9

X.    Property #24: 4029 Beresford, San Mateo . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Y.    Property #25: 2636 Broadway, Redwood City  . . . . . . . . . . . . . . . . . . . . . . . . . 9

Z.    Property #26: 307 South Claremont Street, San Mateo . . . . . . . . . . . . . . . . . . . 9

AA.    Property #27: 1225 South "B" Street, San Mateo . . . . . . . . . . . . . . . . . . . . . . 10

BB.    Property #28: 325 Malcolm Avenue, Belmont . . . . . . . . . . . . . . . . . . . . . . . . 10

CC.    Property #29: 811-813 South B Street, San Mateo . . . . . . . . . . . . . . . . . . . . . 10

DD.    Property #30: 22 South Humboldt Street, San Mateo . . . . . . . . . . . . . . . . . . . 10

EE.    Property #31: 1229 South B Street, San Mateo . . . . . . . . . . . . . . . . . . . . . . . . 10

FF.    Property #32: Assessor's Parcel No. 067-250-040, Unincorporated San
Mateo County . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

GG.    Property #33: 2025 Stratford Way, San Mateo . . . . . . . . . . . . . . . . . . . . . . . . 11

HH.    Property #34: 101 Elm Street, San Carlos (APN 045-314-130) . . . . . . . . . . . . 12

II.    Property #35: 57 McLellan Avenue, San Mateo . . . . . . . . . . . . . . . . . . . . . . . 12

JJ.    Property #36: 1804 Maxine Avenue, San Mateo . . . . . . . . . . . . . . . . . . . . . . . 13

KK.    Property #37: 20 South Eldorado Street, San Mateo . . . . . . . . . . . . . . . . . . . . 13

LL.    Other Properties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

VI.    DAMAGES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

VII.    FIRST CAUSE OF ACTION
(Quiet Title) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

VIII.    PRAYER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

# I.

## INTRODUCTION

1.     This complaint arises out of competing claims to title to the real property described herein.

# II.

## PARTIES

**A.     Plaintiff**

2.     Plaintiff RAMONA MARTINEZ (the "Estate Administrator") is an individual who resides in San Mateo County, California.

3.     This Court granted a Petition to administer the ESTATE OF WARD D. ANDERSON III on April 27, 2005.  On the same day, this Court issued Letters Testamentary to Penny D. Anderson, authorizing her to act as Personal Representative of the estate of Ward D. Anderson III.  On April 12, 2006, this Court issued an order naming Ramona Martinez successor administrator of the Estate of Ward D. Anderson in place and stead of Penny D. Anderson.

4.     This Court granted a Petition to administer the ESTATE OF ELSIE TURCHEN on April 27, 2005.  On the same day, this Court issued Letters Testamentary to Penny D. Anderson, authorizing her to act as Personal Representative of the estate.  On April 12, 2006, this Court issued an order naming Ramona Martinez successor administrator of the Estate of Elsie Turchen in place and stead of Penny D. Anderson.

**B.     Defendants**

5.     Defendant CHRISTINE MASERDOTTI DILLON, a/k/a BETH ANDERSON ("Dillon") was at all relevant times a resident of San Mateo County, California.

6.     Defendant DONALD BOHN ("Bohn") is a resident of San Francisco, California. At all relevant times, Bohn has done business in San Mateo County, California.

7.     Defendant ERIK HEATH PENNINGTON, also known as ERIC HEATH ("Pennington"), is an individual who resides in San Mateo County.

/ / /

/ / /

8.    Defendant BER MANAGEMENT, INC. ("BER"), is a California corporation formed November 21, 2001 and having its principal place of business at 204 East Second Avenue, Suite 303, San Mateo, California 94401.

9.    Defendant THE GREENSPRINGS BAPTIST CHRISTIAN FELLOWSHIP TRUST DATED APRIL 25, 1994 ("Greensprings Baptist Trust") is a trust having its principal place of business in Ashland, Oregon. Plaintiff is informed and believes, and on that basis alleges, that Defendant Greensprings Baptist Trust claims an ownership interest in certain of the real property that is the subject of this action. Plaintiff is further informed and believes, and on that basis alleges, that Defendant Greensprings Baptist Trust contends that it holds title to those properties in the name "THE GREENSPRINGS FELLOWSHIP TRUST."

10.    Defendant THE GREENSPRINGS CHRISTIAN FELLOWSHIP CHURCH, INC. ("Greensprings Church") is a California corporation formed December 7, 2001 and having its principal place of business at 407 South B Street, San Mateo, California 94401.

11.    Plaintiff is ignorant of the true names and capacities of the Defendants sued herein as DOES Seven through Fifty, inclusive, and therefore sues them under their fictitious names. Plaintiff is further informed and believes, and thereon alleges, that each of those fictitiously named Defendants is responsible in some manner for the acts alleged of Defendants herein.

**C.    Agency**

12.    At all times relevant to this Complaint, Defendants, and each of them, were acting as the agents, servants, employees, joint venturers, and/or representatives of each other, and were acting within the course and scope of their agency, employment and/or joint venture, with the full knowledge, consent, permission, authorization and ratification, either express or implied, of each of the other Defendants in performing the acts alleged in this Complaint.

**III.**

**THE DECEDENTS**

13.    This action concerns property of the estates of Ward Anderson and his mother Elsie Turchen. Ward Anderson was Elsie Turchen's son, and was her only child. Plaintiff Penny D. Anderson and her sister Candace Anderson Jenkins, who lives at 43 Canal Street, Graniteville,

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

THIRD AMENDED COMPLAINT FOR QUIET TITLE                    2

1    South Carolina 29829, are the only living children of Ward D. Anderson, and there are no

2    deceased children of Ward D. Anderson.

3        14.    Ward Anderson died on July 12, 1998 at the age of 64. He was unmarried at the

4    time of his death.

5        15.    Elsie Turchen died on December 10, 2000 at the age of 87. She was unmarried at

6    the time of her death.

7    **IV.**

8    **THE ANDERSON "TRUSTS"**

9        16.    Ward Anderson and Elsie Turchen owed numerous parcels of real property in San

10    Mateo County, California (individually and collectively, the "Estate Properties"). Those parcels

11    were predominantly rental properties. On information and belief, Ward Anderson made several

12    attempts to transfer his interest in those properties to family "trusts" by executing and having

13    recorded deeds to the "Beresford Trust," the "Skyline Trust," the "'B' Street Trust," the "Penny

14    Trust," the "Willow Trust," the "Danny Boy Trust" the "Dannelle Trust," the "Ward D.

15    Anderson Trust," the "Partner Trust," and/or the "El Cerrito Trust." Plaintiff is informed and

16    believes, and thereon alleges, that no such trusts were ever validly formed, in that: (a)

17    instruments creating those "trusts" either do not now exist and never have existed, or were

18    defective if existing; and (b) the deeds purporting to transfer the properties to Elsie Turchen in

19    trust were ineffective to create those trusts, in that they failed to name any beneficiary. As a

20    consequence, any and all ownership interest in those properties is and/or was that of Ward

21    Anderson, Elsie Turchen, or both of them.

22        17.    Plaintiff is informed and believes, and on that basis alleges, that if any trust

23    instrument forming any of the trusts described in Paragraph 17 did exist: (1) Ward Anderson was

24    a trustor; (2) no Defendant was named as a beneficiary; and (3) the trusts became irrevocable on

25    Ward Anderson's death, at which time no Defendant was an eligible beneficiary.

26        18.    Defendants contend that by deeds dated January 12, 1999, Elsie Turchen as trustee

27    transferred the real property that is the subject of this action to "Greensprings Fellowship Trust, a

28

1    501(c)(3) organization, Margaret Eberle, Trustee." Plaintiff is informed and believes, and

2    thereon alleges, that certain of those deeds were ineffective.

3         19.      The deeds executed on January 12, 1999 were ineffective to convey any real

4    property to "Margaret Eberle, Trustee" of "Greensprings Fellowship Trust," because: (a) as of

5    January 12, 1999, there was no trust bearing the name "Greensprings Fellowship Trust;" and/or

6    (b) the January 12, 1999 deeds failed to name a beneficiary; and/or (c) there was no Margaret

7    Eberle serving as trustee of any such trust.

8         20.      Plaintiff is further informed and believes that Defendants contend that the deeds to

9    "Greensprings Fellowship Trust" were in fact deeds to Greensprings Baptist Trust, and that

10    Greensprings Baptist Trust is also known as "Greensprings Fellowship Trust." Plaintiff is

11    informed and believes, and on that basis alleges, that even if there was a valid, existing

12    Greensprings Baptist Trust on or about January 12, 1999; (a) there was no "Margaret Eberle,

13    Trustee" of that trust, and (b) that Trust has never received or accepted delivery of any deed from

14    Elsie Turchen.

15         21.      Plaintiff is informed and believes, and on that basis alleges, that as of January 12,

16    1999, Elsie Turchen lacked the capacity to transfer the subject real property.

17                                         V.

18             **THE ANDERSON AND TURCHEN ESTATE PROPERTIES**

19         22.      Each of the properties and property interests described below (individually and

20    collectively, the "Estate Properties") was the property of either Elsie Turchen on her death, or of

21    Ward Anderson on his death. As a result, the Estate of Elsie Turchen and/or the Estate of Ward

22    D. Anderson III owned each of the properties described below as of December 11, 2000.

23    **A.**      **Property #1: 773 El Cerrito Avenue, Hillsborough**

24         23.      As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward

25    D. Anderson III owned the real property located in the County of San Mateo, State of California,

26    commonly known as 773 El Cerrito Avenue, Hillsborough, and legally described as set forth on

27    Exhibit 1 hereto (hereinafter, "Property #1").

28    / / /

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

1  **B.    Property #2:  12170 Skyline Boulevard, Woodside**

2      24.    As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward

3  D. Anderson III owned the real property located in the County of San Mateo, State of California,

4  commonly known as 12170 Skyline Boulevard, Woodside, and legally described as set forth on

5  Exhibit 2 hereto (hereinafter, "Property #2").

6  **C.    Property #3: 789 El Camino Real, Burlingame**

7      25.    As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward

8  D. Anderson III owned the real property located in the County of San Mateo, State of California,

9  commonly known as 789 El Camino Real, Burlingame, and legally described as set forth on

10  Exhibit 3 hereto (hereinafter, "Property #3").

11      26.    Defendants sold Property #3 on or about May 11, 2002.  Defendants collected the

12  proceeds of that sale, which belong to Plaintiff.

13  **D.    Property #4: 1507 Willow Avenue, Burlingame**

14      27.    As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward

15  D. Anderson III owned the real property located in the County of San Mateo, State of California,

16  commonly known as 1507 Willow Avenue, Burlingame, and  and legally described as set forth

17  on Exhibit 4 hereto (hereinafter, "Property #4").

18      28.    Defendants sold Property #4 on or about May 11, 2002.  Defendants collected the

19  proceeds of that sale, which belong to Plaintiff.

20  **E.    Property #5: 501 N. El Camino Real, San Mateo**

21      29.    As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward

22  D. Anderson III owned the real property located in the County of San Mateo, State of California,

23  commonly known as 501 N. El Camino Real, San Mateo, and legally described as set forth on

24  Exhibit 5 hereto (hereinafter, "Property #5").

25  **F.    Property #6: 611 S. El Dorado, San Mateo**

26      30.    As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward

27  D. Anderson III owned the real property located in the County of San Mateo, State of California,

28  commonly known as 611 S. El Dorado, San Mateo (hereinafter, "Property #6")..

1  **G.    Property #7: 1449 Dakota Avenue, San Mateo**

2          31.    Plaintiff is informed and believes, and on that basis alleges, as of December 11,

3  2000, the Estate of Elsie Turchen and/or the Estate of Ward D. Anderson III owned the real

4  property located in the County of San Mateo, State of California, commonly known as 1449

5  Dakota Avenue, San Mateo, and legally described as set forth on Exhibit 7 hereto (hereinafter,

6  "Property #7").

7  **H.    Property #8: 1441 Dakota Avenue, San Mateo**

8          32.    As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward

9  D. Anderson III ownedthe real property located in the County of San Mateo, State of California,

10  commonly known as 1441 Dakota Avenue, San Mateo, and legally described as set forth on

11  Exhibit 8 hereto (hereinafter, "Property #8").

12  **I.    Property #9: 401 First Avenue, San Mateo**

13          33.    As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward

14  D. Anderson III ownedthe property located in the County of San Mateo, State of California,

15  commonly known as 401 First Avenue, San Mateo, and legally described as set forth on Exhibit

16  9 hereto (hereinafter, "Property #9").

17  **J.    Property #10: 49 S. Railroad Avenue, San Mateo**

18          34.    As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward

19  D. Anderson III owned Ward Anderson owned the real property located in the County of San

20  Mateo, State of California, commonly known as 49 S. Railroad Avenue, San Mateo, and legally

21  described as set forth on Exhibit 10 hereto (hereinafter, "Property #10").

22  **K.    Property #11: 620 First Avenue, San Mateo**

23          35.    As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward

24  D. Anderson III owned the real property located in the County of San Mateo, State of California,

25  commonly known as 620 First Avenue, San Mateo, and legally described as set forth on Exhibit

26  11 hereto (hereinafter, "Property #11").

27  / / /

28  / / /

1  **L.    Property #12: 400 South "B" Street, San Mateo**

2      36.    As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward

3  D. Anderson III owned the real property located in the County of San Mateo, State of California,

4  commonly known as 400 South "B" Street, San Mateo, and legally described as set forth on

5  Exhibit 12 hereto (hereinafter, "Property #12").

6  **M.    Property #13: 407 South "B" Street, San Mateo**

7      37.    As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward

8  D. Anderson III ownedthe real property located in the County of San Mateo, State of California,

9  commonly known as 407 South "B" Street, San Mateo, and legally described as set forth on

10  Exhibit 13 hereto (hereinafter, "Property #13").

11  **N.    Property #14: 311 South Claremont, San Mateo**

12      38.    As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward

13  D. Anderson III owned the real property located in the County of San Mateo, State of California,

14  commonly known as 311 South Claremont, San Mateo, and legally described as set forth on

15  Exhibit 14 hereto (hereinafter, "Property #14").

16  **O.    Property #15: 315 South Claremont, San Mateo**

17      39.    As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward

18  D. Anderson III owned the real property located in the County of San Mateo, State of California,

19  commonly known as 315 South Claremont, San Mateo, and legally described as set forth on

20  Exhibit 15 hereto (hereinafter, "Property #15").

21  **P.    Property #16: 612-614 Tenth Avenue, San Mateo**

22      40.    As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward

23  D. Anderson III ownedthe real property located in the County of San Mateo, State of California,

24  commonly known as 612-614 Tenth Avenue, San Mateo, and legally described as set forth on

25  Exhibit 16 hereto (hereinafter, "Property #16").

26  **Q.    Property #17: 1217 South Railroad Avenue, San Mateo**

27      41.    As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward

28  D. Anderson III owned an undivided one half interest in the real property located in the County

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

THIRD AMENDED COMPLAINT FOR QUIET TITLE                                                 7

1  of San Mateo, State of California, commonly known as 1301 South Railroad Avenue, San Mateo,

2  and legally described as set forth on Exhibit 17 hereto (hereinafter, "Property #17").

3  **R.      Property #18: 1301-1303 South Railroad Avenue, San Mateo**

4       42.    As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward

5  D. Anderson III owned an undivided one half interest in the real property located in the County

6  of San Mateo, State of California, commonly known as 1301-1303 South Railroad Avenue, San

7  Mateo, and legally described as set forth on Exhibit 18 hereto (hereinafter, "Property #18") as of

8  February 13, 1992.

9  **S.      Property # 19: 62 East 39th Avenue, San Mateo**

10      43.    Elsie Turchen sold an interest in the real property located in the County of San

11  Mateo, State of California, commonly known as at 62 East 39th Avenue, San Mateo and legally

12  described as set forth on Exhibit 19 (hereinafter, "Property #19") on March 30, 1999, and

13  obtained a deed of trust from the buyer, William Wakefield Gunn, Jr.  Elsie Turchen's beneficial

14  interest under that deed of trust has never been validly assigned to any Defendant.  As a result,

15  the Estate of Elsie Turchen owns all beneficial interest under that deed of trust.  Plaintiff is

16  informed and believes, and on that basis alleges, that at her death Elsie Turchen was the

17  beneficiary of one or more additional deeds of trust, none of which have been validly assigned to

18  any Defendant.

19  **T.      Property #20: 143 - 147 South Boulevard, San Mateo**

20      44.    As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward

21  D. Anderson III owned the real property located in the County of San Mateo, State of California,

22  commonly known as 143 - 147 South Boulevard, San Mateo, and legally described as set forth on

23  Exhibits 20A and 20B hereto (hereinafter, "Property #20").

24  **U.      Property #21: 149-151 South Boulevard, San Mateo**

25      45.    As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward

26  D. Anderson III owned the real property located in the County of San Mateo, State of California,

27  commonly known as 149-151 South Boulevard, San Mateo, and legally described as set forth on

28  Exhibit 21 hereto (hereinafter, "Property #21").

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

THIRD AMENDED COMPLAINT FOR QUIET TITLE                                                    8

1  **V.     Property #22: 69-75  21ˢᵗ Avenue, San Mateo**

2          46.      Plaintiff is informed and believes, and on that basis alleges, that as of

3  December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward D. Anderson III

4  owned the real property located in the County of San Mateo, State of California, commonly

5  known as 69  21ˢᵗ Avenue, San Mateo, and legally described as set forth on Exhibit 22 hereto

6  (hereinafter, "Property #22").

7  **W.     Property #23: 410 South B Street, San Mateo**

8          47.      As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward

9  D. Anderson III owned  the real property located in the County of San Mateo, State of California,

10  commonly known as 410 South B Street, San Mateo, and legally described as set forth on Exhibit

11  23 hereto (hereinafter, "Property #23").

12  **X.     Property #24: 4029 Beresford, San Mateo**

13          48.      As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward

14  D. Anderson III owned the real property located in the County of San Mateo, State of California,

15  commonly known as 4029 Beresford, San Mateo, as of February 12, 1992 (hereinafter, "Property

16  #24").

17  **Y.     Property #25: 2636 Broadway, Redwood City**

18          49.      As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward

19  D. Anderson III owned a half interest in the real property located in the County of San Mateo,

20  State of California, commonly known as 2636 Broadway, Redwood City, and legally described

21  as set forth on Exhibit 25 hereto (hereinafter, "Property #25").

22          50.      Defendants sold said one half interest in Property #25 on or about June 26, 2002.

23  Defendants collected the proceeds of that sale, which belong to Plaintiff.

24  **Z.     Property #26: 307 South Claremont Street, San Mateo**

25          51.      As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward

26  D. Anderson III owned an undivided one half interest in the real property located in the County

27  of San Mateo, State of California, commonly known as 307-309 South Claremont Street, San

28  Mateo, and legally described as set forth on Exhibit 26 hereto (hereinafter, "Property #26").

**AA.    Property #27: 1225 South "B" Street, San Mateo**

52.    As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward D. Anderson III owned the real property located in the County of San Mateo, State of California, commonly known as 1225 South "B" Street, San Mateo, and legally described as set forth on Exhibit 27 hereto (hereinafter, "Property #27").

**BB.    Property #28: 325 Malcolm Avenue, Belmont**

53.    As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward D. Anderson III owned the real property located in the County of San Mateo, State of California, commonly known as 325 Malcolm Avenue, Belmont, and legally described as set forth on Exhibit 28 hereto (hereinafter, "Property #28").

**CC.    Property #29: 811-813 South B Street, San Mateo**

54.    As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward D. Anderson III owned the real property located in the County of San Mateo, State of California, commonly known as 811-813 South B Street, San Mateo and its contiguous parking, and legally described as set forth on Exhibits 29A and 29B, respectively, hereto (hereinafter, "Property #29").

**DD.    Property #30: 22 South Humboldt Street, San Mateo**

55.    As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward D. Anderson III owned the real property located in the County of San Mateo, State of California, commonly known as 22 South Humboldt Street, San Mateo, and legally described as set forth on Exhibit 30 hereto (hereinafter, "Property #30").

**EE.    Property #31: 1229 South B Street, San Mateo**

56.    As of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward D. Anderson III owned the real property located in the County of San Mateo, State of California, commonly known as 1229 South "B" Street, San Mateo, and legally described as set forth on Exhibit 31 hereto (hereinafter, "Property #31").

/ / /

/ / /

FF.    **Property #32: Assessor's Parcel No. 067-250-040, Unincorporated San Mateo County**

57.    Prior to November 9, 1999, the Estate of Ward D. Anderson III and/or Elsie Turchen owned the real property located in the Unincorporated Area of the County of San Mateo, State of California, identified by Assessor's Parcel No. 067-250-040 and on Exhibit 32 hereto (hereinafter, "Property #32").

58.    Plaintiff is informed and believes, and on that basis alleges, that Property #32 was sold on or about November 9, 1999, and that Elsie Turchen, purportedly as Trustee of the Danny Boy Trust, took back a deed of trust to secure a purchase money loan on that property, and that as of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward D. Anderson III owned all beneficial interest under that deed of trust. Plaintiff is further informed and believes, and on that basis alleges, that beginning on or about December 11, 2000 and continuing to the present, Defendants have collected all payments on the loan secured by that deed of trust. Plaintiff is further informed and believes, an on that basis alleges, that the November 1999 loan was repaid in or about February 20, 2002, and that Defendants have collected and misappropriated all proceeds of that loan repayment.

GG.    **Property #33: 2025 Stratford Way, San Mateo**

59.    Plaintiff is informed and believes, and on that basis alleges, that as of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward D. Anderson III owned all beneficial interest under a deed of trust recorded in the Official Records of San Mateo County on March 21, 1997 as Instrument No. 97-045836 to secure a loan on the real property located in the County of San Mateo, State of California, commonly known as 2025 Stratford Way, San Mateo, and legally described as set forth on Exhibit 33 hereto (hereinafter, "Property #33"). Plaintiff is further informed and believes, and on that basis alleges, that beginning on or about December 11, 2000 and continuing to the present, Defendants have collected and misappropriated all payments on the loan secured by that deed of trust. Plaintiff is further informed and believes, and on that basis alleges, that the loan secured by that deed of trust was

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

1  repaid on or about February 11, 2004, and that Defendants have collected all proceeds of that

2  loan repayment.

3  **HH.    Property #34: 101 Elm Street, San Carlos (APN 045-314-130)**

4      60.    Plaintiff is informed and believes, and on that basis alleges, that as of

5  December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward D. Anderson III

6  owned all beneficial interest under a deed of trust recorded in the Official Records of San Mateo

7  County on December 30, 1994 as Instrument No. 95-194754 to secure a loan on the real property

8  located in the County of San Mateo, State of California, commonly known as 101 Elm Street,

9  San Carlos and identified by Assessor's Parcel No. 045-314-130 (hereinafter, "Property #34").

10  Plaintiff is further informed and believes, and on that basis alleges, that beginning on or about

11  December 11, 2000 and continuing to the present, Defendants have collected and

12  misappropriated all payments on the loan secured by that deed of trust. Plaintiff is further

13  informed and believes, and on that basis alleges, that the loan secured by that deed of trust was

14  repaid on or about November 14, 2001, and that Defendants have collected all proceeds of that

15  loan repayment.

16  **II.    Property #35: 57 McLellan Avenue, San Mateo**

17      61.    Plaintiff is informed and believes, and on that basis alleges, that as of

18  December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward D. Anderson III

19  owned all beneficial interest under a deed of trust recorded in the Official Records of San Mateo

20  County on July 17, 1996 as Instrument No. 96-086283 to secure a loan on the real property

21  located in the County of San Mateo, State of California, commonly known as 57 McLellan

22  Avenue, San Mateo, and legally described as set forth on Exhibit 35 hereto (hereinafter,

23  "Property #35"). Plaintiff is further informed and believes, and on that basis alleges, that

24  beginning on or about December 11, 2000 and continuing to the present, Defendants have

25  collected all payments on the loan secured by that deed of trust. Plaintiff is further informed and

26  believes, and on that basis alleges, that the loan secured by that deed of trust was repaid on or

27  about February 11, 2004, and that Defendants have collected all proceeds of that loan

28  repayment.

JJ.    **Property #36: 1804 Maxine Avenue, San Mateo**

62.    Plaintiff is informed and believes, and on that basis alleges, that as of December 11, 2000, the Estate of Elsie Turchen and/or the Estate of Ward D. Anderson III owned all beneficial interest under a deed of trust recorded in the Official Records of San Mateo County on June 30, 1994 as Instrument No. 94-112452 to secure a loan on the real property located in the County of San Mateo, State of California, commonly known as 1804 Maxine Avenue, San Mateo, and legally described as set forth on Exhibit 36 hereto (hereinafter, "Property #36"). Plaintiff is further informed and believes, and on that basis alleges, that beginning on or about December 11, 2000 and continuing to the present, Defendants have collected and misappropriated all payments on the loan secured by that deed of trust. Plaintiff is further informed and believes, and on that basis alleges, that the loan secured by that deed of trust was repaid on or about February 11, 2004, and that Defendants have collected all proceeds of that loan repayment.

KK.    **Property #37: 20 South Eldorado Street, San Mateo**

63.    Plaintiff is informed and believes, and on that basis alleges, that as of January 12, 1999, either the Estate of Ward Anderson or Elsie Trustee was the owner of the real property situated in the City of San Mateo, County of San Mateo, commonly known as 20 South Eldorado Street and legally described as set forth on Exhibit 37 (hereinafter, "Property #37"). Plaintiff is further informed and believes, and on that basis alleges, that Property #37 was sold to Joseph Buchinsky on or about July 24, 2000, and that as of December 11, 2000, the Estate of Ward D. Anderson III and/or the Estate of Elsie Turchen owned all beneficial interest under a Short Form Deed of Trust and Assignment of Rents recorded July 24, 2000 as Instrument No. 2000-089694 in the Official Records of San Mateo County on June 30, 1994 as Instrument No. 94-112452, executed in favor of "Elsie Turchen, Trustee of the WILLOW TRUST dated January 1, 1990" to secure a loan on Property #37. Plaintiff is further informed and believes, and on that basis alleges, that beginning on or about December 11, 2000 and continuing to the present, Defendants have collected all payments on the loan secured by that deed of trust.

/ / /

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

1    **LL.    Other Properties**

2         64.    Plaintiff is informed and believes, and on that basis alleges, that Ward Anderson

3    owned other real property, including but not limited to two residential lots in Hilo, Hawaii.

4                                            **VI.**

5                                         **DAMAGES**

6         65.    As a direct and legal result of Defendants' acts as alleged herein, Plaintiff has

7    been damaged in an amount presently unknown, but believed to exceed $20 million, representing

8    the fair market value of the properties and assets, and the rents and profits thereon, plus pre-

9    judgment interest thereon.

10                                           **VII.**

11                              **FIRST CAUSE OF ACTION**

12                                      **(Quiet Title)**

13        66.    Plaintiff incorporates by reference and re-alleges each and every allegation of

14   Paragraphs 1 through 65, inclusive, as though set forth in full.

15        67.    Ward Anderson and/or Elsie Turchen owned the interests in Estate Properties

16   described in Paragraphs 23 through 65, above, when they died.  As a result, each of those

17   properties or property interests is now property of the Estate of Ward Anderson and/or the Estate

18   of Elsie Turchen.

19        68.    Plaintiff seeks to quiet title to the Estate Properties as of December 11, 2000.

20        69.    Plaintiff is informed and believes, and on that basis alleges, that Defendants claim

21   an interest in the Estate Properties as of December 11, 2000.  The claims of Defendants are

22   without any right whatsoever, and Defendants have no right, title, estate, lien or interest whatever

23   in the above described properties, or any part thereof.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

## VIII.

## PRAYER

WHEREFORE, Plaintiff prays for judgment as follows:

1.  On the First Cause of Action (Quiet Title)

    a.  For a judgment that as of December 11, 2000, Plaintiff was the owners in fee simple of Properties Nos. 1 through 16, inclusive, 20 through 24, inclusive, and 27 through 31, inclusive;

    b.  For a judgment that as of December 11, 2000, Plaintiff was the owners in fee simple of an undivided one half interest in Properties Nos. 17, 18, 25 and 26;

    c.  For a judgment that Plaintiff has at all times been the owners of all beneficial interest under the Deed(s) of Trust encumbering Properties Nos. Nos. 19, 32, 33, 34, 35, 36 and 37;

    d.  For a judgment that no Defendant has or ever has had any right, title or interest in or to any of the Estate Properties;

    e.  For Plaintiff's costs of suit; and

    f.  For such other and further relief as the Court may deem proper.

Dated: October _November 22_, 2006.

ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
    P. Terry Anderlini (State Bar No. 044783)
    Merrill G. Emerick (State Bar No. 117248)
COTCHETT, PITRE, SIMON & McCARTHY
    Frank M. Pitre (State Bar No. 100077)
    Barbara L. Lyons (State Bar No. 173548)
    Ara B. Jabagchourian (State Bar No. 205777)

By: _____
        P. Terry Anderlini
Attorneys for Plaintiff
RAMONA MARTINEZ, as Administrator of the ESTATE
OF WARD D. ANDERSON III, Deceased, and as
Administrator of the ESTATE OF ELSIE TURCHEN,
Deceased

47790

LAW OFFICES
COTCHETT,
PITRE, SIMON &
McCARTHY

**EXHIBIT 1**

RECORDER'S OFFICE COUNTY OF SAN MATEO

EXHIBIT 1

PARCEL ONE

A PORTION OF LOT 48, AS DESIGNATED ON THE MAP ENTITLED

"UPLANDS TERRACE HILLSBOROUGH SAN MATEO COUNTY, CALIFORNIA",

WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF

SAN MATEO, STATE OF CALIFORNIA, ON MARCH 4, 1957 IN BOOK 47 OF

MAPS AT PAGES 6, 7 AND 8, SAID PORTION BEING MORE PARTICULARLY

DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE NORTHWESTERLY LINE OF CRYSTAL SPRINGS
ROAD DISTANT THEREON SOUTH 40° 18' 20" WEST 306 FEET FROM THE INTER-
SECTION THEREOF WITH THE LINE DIVIDING LOTS 47 AND 48 AS SAID ROAD
AND LOTS ARE SHOWN ON THE MAP ABOVE MENTIONED; THENCE FROM SAID POINT
OF BEGINNING SOUTH 40° 18' 20" WEST ALONG SAID NORTHWESTERLY LINE OF
CYRSTAL SPRINGS ROAD 124 FEET; THENCE NORTH 64° 57' 25" WEST 173.22
FEET TO THE EASTERLY LINE OF EL CERRITO AVENUE AS SHOWN ON SAID MAP;
THENCE NORTHERLY ALONG THE LAST NAMED LINE ON THE ARC OF A CURVE TO
THE RIGHT TANGENT TO A LINE WHICH BEARS NORTH 27° 31' 55" EAST,
SAID CURVE HAVING A RADIUS OF 400 FEET, THROUGH A CENTRAL ANGLE OF
6° 00' 00", AN ARC LENGTH OF 41.83 FEET AND NORTH 33° 31' 55" EAST
129.24 FEET; THENCE SOUTH 49° 41' 40" EAST 189.47 FEET TO THE POINT
OF BEGINNING.

PARCEL TWO:

A NON-EXCLUSIVE EASEMENT FOR PUBLIC UTILITY AND ROADWAY PURPOSES
OVER THE FOLLOWING:

BEGINNING AT THE INTERSECTION OF THE EASTERLY LINE OF EL CERRITO
AVENUE AND THE SOUTHWESTERLY BOUNDARY LINE OF THE LANDS FIRST ABOVE
DESCRIBED; THENCE FROM SAID POINT OF BEGINNING SOUTH 64° 57' 25"
EAST ALONG THE SOUTHWESTERLY BOUNDARY LINE OF SAID LANDS 130 FEET;
THENCE SOUTHWESTERLY AND NORTHWESTERLY ALONG THE ARC OF A CURVE TO
THE RIGHT, TANGENT TO A LINE WHICH BEARS SOUTH 25° 02' 55" WEST SAID
CURVE HAVING A RADIUS OF 25 FEET, THROUGH A CENTRAL ANGLE OF 143° 07'
49" AN ARC DISTANCE OF 62.45 FEET; THENCE NORTH 64° 57' 25" WEST
85.38 FEET TO THE SOUTHEASTERLY LINE OF EL CERRITO AVENUE; THENCE
NORTHEASTERLY ALONG THE LAST NAMED LINE ON THE ARC OF A CURVE TO THE
RIGHT, TANGENT TO A LINE WHICH BEARS NORTH 25° 22' 58" EAST, SAID
CURVE HAVING A RADIUS OF 400 FEET, THROUGH A CENTRAL ANGLE OF 2° 08'
57" AN ARC DISTANCE OF 15 FEET TO THE POINT OF BEGINNING.

APN 032-380-170                          JPN 032-38-380-17

END OF DOCUMENT

**EXHIBIT 2**

EXHIBIT 2

THE LAND REFERRED TO IS SITUATED IN THE UNINCORPORATED AREA, COUNTY OF SAN MATEO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

PORTION OF THE RANCHO CANADA DE RAYMUNDO AND PORTION OF THE SOUTH ONE-HALF OF SECTION 30 IN TOWNSHIP 5 SOUTH, RANGE 4 WEST, MOUNT DIABLO, BASE AND MERIDIAN, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHWESTERLY LINE OF THE SKYLINE BOULEVARD AS GRANTED TO THE STATE OF CALIFORNIA, OPPOSITE ENGINEER'S STATION 161 PLUS 01.07 OF THE SURVEY THEREOF;   WHICH SAID POINT IS ALSO DISTANT,    ALONG SAID SOUTHWESTERLY LINE, SOUTH 32 DEGREES 57' 30" EAST 117.8 FEET FROM U.S. COAST AND GEODETIC SURVEY MONUMENT NO. 2-386;   THENCE LEAVING SAID BOULEVARD, SOUTH 53 DEGREES 59' WEST 26.00 FEET; SOUTH 17 DEGREES 53' WEST 14.00 FEET; SOUTH 9 DEGREES 17' WEST 7.00 FEET; SOUTH 0 DEGREES 32' WEST 20.2 FEET; SOUTH 3 DEGREES 24' EAST 135.3 FEET;   SOUTH 5 DEGREES 08' EAST 40.5 FEET; SOUTH 14 DEGREES 10' EAST 20.2 FEET; SOUTH 19 DEGREES 15' EAST 13.5 FEET; SOUTH 40 DEGREES 03' EAST 13.7 FEET;   SOUTH 53 DEGREES 48' EAST 85.9 FEET; SOUTH 13 DEGREES 27' WEST 12.8 FEET; SOUTH 31 DEGREES 48' EAST 59.3 FEET AND NORTH 69 DEGREES 07' EAST 46.5 FEET TO THE AFOREMENTIONED SOUTHWESTERLY LINE OF THE SKYLINE BOULEVARD; THENCE NORTHWESTERLY, ALONG LAST MENTIONED LINE, ON THE ARC OF A CURVE TO THE LEFT WITH A RADIUS OF 650 FEET, A CENTRAL ANGLE OF 28 DEGREES 49', AN ARC DISTANCE OF 326.9 FEET TO END OF CURVE, OPPOSITE STATION 161 PLUS 76.77 OF THE SURVEY OF SAID BOULEVARD;   THENCE CONTINUING ALONG SAID LINE, NORTH DEGREES 57' 30" WEST 75.7 FEET TO THE POINT OF BEGINNING.

ASSESSOR'S PARCEL NUMBER:  067-260-030

PROPERTY ADDRESS:  12170 SKYLINE BOULEVARD, WOODSIDE, CALIFORNIA

**EXHIBIT 3**



EXHIBIT 3

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN MATEO, CITY OF BURLINGAME, AND IS DESCRIBED AS FOLLOWS:

LOTS 22 AND 23 AND PORTION OF LOT 24, BLOCK 1,  AS DESIGNATED ON THE MAP ENTITLED "MAP OF SUBDIVISION NO 4 OF BURLINGAME PARK, CAL.", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON NOVEMBER 20, 1905 IN BOOK "D" OF MAPS AT PAGE 43,  AND A COPY ENTERED IN BOOK 3 OF MAPS AT PAGE 85, SAID PORTION OF LOT 24 BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST WESTERLY CORNER OF SAID LOT 24; THENCE FROM SAID POINT OF BEGINNING, SOUTHEASTERLY ALONG SAID SOUTHWESTERLY LOT LINE 25.08 FEET; THENCE NORTHEASTERLY, PARALLEL WITH THE NORTHWESTERLY LINE OF SAID LOT 24, TO THE SOUTHWESTERLY LINE OF EL CAMINO REAL (SHOWN AS COUNTY ROAD ON THE MAP ABOVE REFERRED TO); THENCE NORTHWESTERLY ALONG SAID LAST NAMED LINE, 25 FEET, MORE OR LESS, TO THE DIVIDING LINE BETWEEN LOTS 23 AND 24 IN BLOCK I; THENCE SOUTHWESTERLY ALONG THE LAST NAMED LINE, 178 FEET 9 INCHES, TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM THAT PORTION OF SAID LOTS 23 AND 24, AS DESCRIBED IN THE DEED DATED SEPTEMBER 19, 1972, EXECUTED BY TRANSAMERICA TITLE INSURANCE COMPANY,  A CALIFORNIA CORPORATION, AND RECORDED SEPTEMBER 20, 1972, IN BOOK 6235, PAGE 153, SERIES NO. 59839AF, OFFICIAL RECORDS.

PROPERTY ADDRESS: 789 EL CAMINO REAL, BURLINGAME, CALIFORNIA

ASSESSOR'S PARCEL NUMBER:  028-141-280

**EXHIBIT 4**

EXHIBIT 4


THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN MATEO, CITY OF BURLINGAME, AND IS DESCRIBED AS FOLLOWS:


LOT 21 AND THAT PORTION OF LOTS 23 AND 14 I BLOCK 1, AS SAID LOTS ARE SHOWN ON THE MAP ENTITLED "MAP OF SUBDIVISION NO. 4 OF BURLINGAME PARK, CAL.", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF SAN MATEO COUNTY, STATE OF CALIFORNIA ON NOVEMBER 20, 1905, IN BOOK "D" OF MAPS AT PAGE 43, AND A COPY ENTERED IN BOOK 3 OF MAPS AT PAGE 85, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST EASTERLY CORNER OF SAID LOT 21; THENCE FROM SAID POINT OF BEGINNING SOUTHWESTERLY ALONG THE SOUTHEASTERLY LINE OF LOTS 20 & 21, 100 FEET TO THE MOST WESTERLY CORNER OF SAID LOT 23, THENCE SOUTHEASTERLY ALONG THE SOUTHWESTERLY LINE OF SAID LOTS 23 & 24, 75.25 FEET TO THE INTERSECTION THEREOF WITH THE SOUTHEASTERLY LINE OF THE LANDS DESCRIBED AS PARCEL 1 IN THE DEED TO TRANSAMERICA TITLE INSURANCE COMPANY, A CALIFORNIA CORPORATION RECORDED SEPTEMBER 1, 1954 IN BOOK 4788, PAGE 721 OFFICIAL RECORDS, SERIES NO. 61281-X; THENCE NORTHEASTERLY ALONG LAST SAID SOUTHEASTERLY LINE, 100 FEET TO A POINT DISTANT 78.75 FEET FROM THE SOUTHWESTERLY LINE OF EL CAMINO REAL (SHOWN AS COUNTY ROAD ON MAP ABOVE REFERRED TO); AND THENCE NORTHWESTERLY ON A LINE PARALLEL TO SAID SOUTHWESTERLY LINE OF EL CAMINO REAL, 75.25 FEET TO THE POINT OF BEGINNING.

ASSESSOR'S PARCEL NUMBER: 028-141-270
(Prior 28-141-010 Portion 28-141-260)

PROPERTY ADDRESS: 1507 WILLOW AVENUE, BURLINGAME, CALIFORNIA
(a.k.a. 1507 - 1509 Willow Avenue)

**EXHIBIT 5**

EXHIBIT 5

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN MATEO, CITY OF SAN MATEO, AND IS DESCRIBED AS FOLLOWS:

PORTION OF LOT 37, AS DESIGNATED ON THE MAP ENTITLED MAP OF SUBDIVISION NO. 1 OF SAN MATEO PARK, CAL.", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON JUNE 5, 1902 IN BOOK "B" OF MAPS AT PAGE 9, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHWESTERLY LINE OF EL CAMINO REAL, DISTANT THEREON SOUTH 48 DEGREES 47' EAST 100 FEET SOUTHEASTERLY FROM THE MOST NORTHERLY CORNER OF SAID LOT 37; THENCE ALONG SAID SOUTHWESTERLY LINE OF EL CAMINO REAL SOUTH 48 DEGREES 47' EAST 100 FEET; THENCE SOUTHERLY ON A CURVE TO THE RIGHT, HAVING A RADIUS OF 20 FEET, AN ARC DISTANCE OF 30 FEET TO THE NORTHWESTERLY LINE OF BELIEVE AVENUE; THENCE SOUTHWESTERLY ALONG SAID NORTHWESTERLY LINE OF BELLEVUE AVENUE, 72.5 FEET TO THE NORTHEASTERLY LINE OF PROPERTY DESCRIBED IN PARCEL 2 OF DEED FROM JAMES WINSLOW MC CLENAHAN AND BARBARA MAE MC CLENAHAN, HIS WIFE TO DEAN H. PRATT, DATED JULY 18, 1946 AND RECORDED AUGUST 2, 1946 IN BOOK 1303 OF OFFICIAL RECORDS OF SAN MATEO COUNTY AT PAGE 95; THENCE ALONG SAID NORTHEASTERLY LINE, NORTH 47 DEGREES 43' WEST 128.42 FEET TO A LINE PARALLEL WITH AND DISTANT AT RIGHT ANGLES 100 FEET SOUTHEASTERLY FROM THE NORTHWESTERLY BOUNDARY OF SAID LOT 37; THENCE NORTHEASTERLY ALONG SAID PARALLEL LINE, 87 FEET MORE OR LESS, TO THE POINT OF BEGINNING.

ASSESSOR'S PARCEL NUMBER: 032-071-030

PROPERTY ADDRESS: 501 NORTH EL CAMINO REAL, SAN MATEO, CALIFORNIA

**EXHIBIT 6**

**EXHIBIT 6**

LEGAL DESCRIPTION NOT LOCATED AS OF DECEMBER 19, 2005

**EXHIBIT 7**

EXHIBIT 7

LOT 10, IN BLOCK 5, AS DESIGNATED ON THE MAP ENTITLED "MAP No. 8 SHORE VIEW TRACT SAN MATEO, CALIF" WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, CALIFORNIA, ON JUNE 22, 1949 IN BOOK 30 OF MAPS AT PAGES 25 TO 28 INCLUSIVE.

(APN:     033-265-030

PROPERTY ADDRESS: 1449 DAKOTA AVENUE, SAN MATEO, CA

(1441-1449 DAKOTA)

**EXHIBIT 8**

EXHIBIT 8

LOT 9, IN BLOCK 5, AS DESIGNATED ON THE MAP ENTITLED "MAP No. 8 SHORE VIEW TRACT SAN MATEO, CALIF." WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, CALIFORNIA ON JUNE 22, 1949 IN BOOK 30 OF MAPS AT PAGES 25 TO 28 INCLUSIVE:

(APN: 033-265-040)

PROPERTY ADDRESS: 1441 DAKOTA AVENUE, SAN MATEO, CA

(1441-1449 DAKOTA)

**EXHIBIT 9**

EXHIBIT 9

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF
SAN MATEO, CITY OF SAN MATEO, AND IS DESCRIBED AS FOLLOWS:

PORTION OF BLOCK 19,  AS DESIGNATED ON THE MAP ENTITLED  "MAP OF THE
TOWN OF SAN MATEO,  SAN MATEO COUNTY CAL.", WHICH MAP WAS FILED IN THE
OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF
CALIFORNIA, ON JANUARY 24, 1863 IN LIBER 2 OF MISCELLANEOUS RECORDS AT
PAGE 95, AND A COPY ENTERED IN LIBER 1 OF MAPS AT PAGE 45, MORE
PARTICULARLY DESCRIBED AS:

BEGINNING AT THE POINT OF INTERSECTION OF THE EASTERLY LINE OF
RAILROAD AVENUE WITH THE NORTHERLY LINE OF FIRST AVENUE: RUNNING
THENCE EASTERLY ALONG SAID LINE OF FIRST AVENUE 55 FEET; THENCE AT
RIGHT ANGLES NORTHERLY 100 FEET; THENCE AT RIGHT ANGLES WESTERLY 55
FEET TO THE EASTERLY LINE OF RAILROAD AVENUE;  THENCE AT RIGHT ANGLES
SOUTHERLY ALONG SAID EASTERLY LINE OF RAILROAD AVENUE 100 FEET TO THE
POINT OF BEGINNING.

ASSESSOR'S PARCEL NUMBER: 034-156-080

PROPERTY ADDRESS:  401 FIRST AVENUE,  SAN MATEO, CALIFORNIA

EXHIBIT 10

EXHIBIT 10


THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN MATEO,  CITY OF SAN MATEO, AND IS DESCRIBED AS FOLLOWS:

PORTION OF  BLOCK  19, AS DESIGNATED ON THE MAP ENTITLED  "MAP OF THE TOWN OF SAN MATEO, SAN MATEO COUNTY, CALIFORNIA", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA ON JANUARY 24, 1863 IN LIBER OF MISCELLANEOUS RECORDS AT PAGE 95, AND A COPY ENTERED IN LIBER 1 OF MAPS AT PAGE 45 MORE PARTICULARLY DESCRIBED AS:

COMMENCING AT A POINT ON THE EASTERLY LINE OF RAILROAD AVENUE, DISTANT 100 FEET NORTHERLY FROM THE NORTHERLY LINE OF FIRST AVENUE AND RUNNING THENCE NORTHERLY AND ALONG SAID LINE OF RAILROAD AVENUE 100 FEET; THENCE AT RIGHT ANGLES EASTERLY 85 FEET 5 INCHES;  THENCE AT RIGHT ANGLES SOUTHERLY 100 FEET;   THENCE AT RIGHT ANGLES WESTERLY  85  FEET 5 INCHES TO THE POINT OF COMMENCEMENT.


ASSESSOR'S PARCEL NUMBER: 034-156-090

PROPERTY ADDRESS: 49 RAILROAD, SAN MATEO, CALIFORNIA

**EXHIBIT 11**



EXHIBIT 11

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN MATEO, CITY OF SAN MATEO, AND IS DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT ON THE SOUTHERLY LINE OF FIRST AVENUE, DISTANT THEREON 185 FEET EAST FROM THE EASTERLY OF D STREET, AND RUNNING THENCE EASTERLY AND ALONG SAID LINE OF FIRST AVENUE 45 FEET, THENCE AT A RIGHT ANGLE SOUTHERLY 150 FEET; THENCE AT RIGHT ANGLES WESTERLY 45 FEET; THENCE AT RIGHT ANGLES NORTHERLY 150 FEET TO THE POINT OF COMMENCEMENT.    BEING A PORTION OF BLOCK NUMBERED 28, ACCORDING TO AND AS THE SAME APPEARS UPON A CERTAIN MAP OF THE TOWN OF SAN MATEO, NOW CITY OF SAN MATEO MADE BY D. BROMFIELD, ENGINEER AND SURVEYOR, IN THE YEAR A.D. 1891, NOW ON FILE AND OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF SAN MATEO COUNTY, STATE OF CALIFORNIA.

ASSESSOR'S PARCEL NUMBER: 034-163-040

PROPERTY ADDRESS:  620 FIRST AVENUE, SAN MATEO, CALIFORNIA

**EXHIBIT 12**



# EXHIBIT 12

LOT 4, BLOCK 5 AS DESIGNATED ON THE MAP ENTITLED "MAP" OF THE
TOWN OF SAN MATEO SAN MATEO COUNTY CAL.", WHICH MAP WAS FILED IN
THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO STATE OF
CALIFORNIA, ON JANUARY 24, 1963 IN BOOK 2 OF MISCELLANEOUS
RECORDS AT PAGE 95 AND A COPY ENTERED IN BOOK 1 OF MAPS AT PAGE
45.
EXCEPTING THERE FROM, THE NORTHWESTERLY 5 FEET, MEASURED AT RIGHT
ANGLES   SOUTHEASTERLY   FROM   AND   LYING   CONTIGUOUS   TO   THE
NORTHWESTERLY LINE OF LOT 4 IN BLOCK 5, AS GRANTED TO THE CITY OF
SAN MATE, A MUNICIPAL CORPORATION, BY DEED RECORDED MAY 11, 1950
IN BOOK 1855 OFFICIAL RECORDS, PAGE 650 INSTRUMENT NO. 56836-A1.

(APN: 034-176-070)

PROPERTY ADDRESS:  400 SOUTH "B" STREET, SAN MATEO, CALIFORNIA

**EXHIBIT 13**

EXHIBIT   13

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY
OF SAN MATEO,  CITY OF SAN MATEO,  AND IS DESCRIBED AS FOLLOWS:

LOT 6,   BLOCK 10,  AS DESIGNATED ON THE MAP ENTITLED  "MAP OF THE
TOWN OF SAN MATEO, SAN MATEO COUNTY, CAL",  WHICH MAP WAS FILED IN
THE OFFICE OF THE RECORDER OF THE COUNTY O SAN MATEO, STATE OF
CALIFORNIA, ON JANUARY 24, 1863 IN BOOK 2 OF MISCELLANEOUS RECORDS
AT PAGE 95,  AND A COPY ENTERED INTO BOOK 1 OF MAPS AT PAGE 45.

ASSESSOR'S PARCEL NUMBER: 034-179-020

PROPERTY ADDRESS:  407 SOUTH "B" STREET - SAN MATEO, CALIFORNIA

**EXHIBIT 14**

EXHIBIT 14

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN MATEO, CITY OF SAN MATEO, AND IS DESCRIBED AS FOLLOWS:

A PORTION OF LOT 9 IN BLOCK 21 OF THE TOWN OF SAN MATEO, AS SHOWN AND DELINEATED UPON THAT CERTAIN MAP OR PLAT OF THE TOWN OF SAN MATEO, AS LAID OUT BY C.B. POLHEMUS AND RECORDED IN THE OFFICE OF THE COUNTY OF SAN MATEO, STATE AFORESAID, BOOK 2 OF MISCELLANEOUS RECORDS, AT PAGE 95. COMMENCING AT A POINT ON THE EASTERLY LINE OF SOUTH CLAREMONT STREET, DESIGNATED AS "C" STREET ON THE MAP HEREINAFTER MENTIONED, DISTANT THEREON ONE HUNDRED THREE (103) FEE SOUTHERLY FROM THE POINT OF INTERSECTION THEREWITH OF THE SOUTHERLY LINE OF THIRD AVENUE, AND RUNNING THENCE AT RIGHT ANGLES TO SAID LINE OF SOUTH CLAREMONT STREET EASTERLY ONE HUNDRED TEN (110) FEET TO THE EASTERLY LINE OF LOT NINE (9) HEREINAFTER MENTIONED AND THENCE SOUTHERLY AND ALONG SAID EASTERLY LINE OF SAID LINE OF SAID LOT NINE (9) FORTY-SEVEN (47) FEET MORE OR LESS TO THE CORNER COMMON TO LOTS THREE (3) AND FOUR (4), NINE (9) AND TEN (10) IN BLOCK TWENTY-ONE (21), HEREINAFTER DESCRIBED; THENCE AT A RIGHT ANGLE WESTERLY AND ALONG THE SOUTHERLY LINE OF SAID LOT NINE (9) ONE HUNDRED TEN (110) FEET TO SAID EASTERLY LINE OF SAID SOUTH CLAREMONT STREET; THENCE NORTHERLY AND ALONG SAID LINE OF SAID SOUTH CLAREMONT STREET FORTY-SEVEN (47) FEET TO THE POINT OF COMMENCEMENT. BEING A PORTION OF LOT NINE (9) IN BLOCK TWENTY-ONE (21) OF THE TOWN OF SAN MATEO, AS SHOWN AND DELINEATED UPON THAT CERTAIN MAP OR PLAT OF THE TOWN OF SAN MATEO, AS LAID OUT BY C. B. POLHEMUS AND RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF SAN MATEO, STATE AFORESAID, IN BOOK 2 OF MISCELLANEOUS RECORDS, AT PAGE 95.

ASSESSOR'S PARCEL NUMBER: 034-185-190

PROPERTY ADDRESS: 311 S. CLAREMONT STREET, SAN MATEO, CALIFORNIA

**EXHIBIT 15**

EXHIBIT 15

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF
SAN MATEO,  CITY OF SAN MATEO,  AND IS DESCRIBED AS FOLLOWS:


LOT 10,  BLOCK 21,  AS DESIGNATED ON THE MAP ENTITLED  "MAP OF THE
TOWN OF SAN MATEO SAN MATEO COUNTY CAL.", WHICH MAP WAS FILED IN THE
OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF
CALIFORNIA, ON JANUARY 24, 1863 IN BOOK 2 OF MISCELLANEOUS RECORDS AT
PAGE 95, AND A COPY IN BOOK 1 OF MAPS AT PAGE 45.


ASSESSOR'S PARCEL NUMBER: 034-185-200

PROPERTY ADDRESS: 315 S. CLAREMONT STREET, SAN MATEO, CALIFORNIA

**EXHIBIT 16**

EXHIBIT 16

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN MATEO, CITY OF SAN MATEO, AND IS DESCRIBED AS FOLLOWS:

PORTION OF LOTS 19 AND 20, BLOCK 29, AS DESIGNATED ON THE MAP ENTITLED "MAP OF RESUBDIVISION OF BLOCKS 5, 6, 7, 8, 9, 10, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, EAST SAN MATEO", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON SEPTEMBER 21, 1908 IN BOOK 6 OF MAPS AT PAGE 36, DESCRIBED AS:

BEGINNING AT THE MOST WESTERLY CORNER OF SAID LOT 20 ON THE SOUTHEASTERLY LINE OF TENTH AVENUE; THENCE NORTHEASTERLY ALONG SAID LINE OF TENTH AVENUE 56 FEET TO THE MOST WESTERLY CORNER OF LAND CONVEYED TO FRANK A. DE PATTA AND WIFE BY DEED DATED SEPTEMBER 3, 1938 AND RECORDED SEPTEMBER 6, 1938 IN BOOK 805 OF OFFICIAL RECORDS AT PAGE 226, RECORDS OF SAN MATEO COUNTY, CALIFORNIA; THENCE SOUTHEASTERLY ALONG THE SOUTHWESTERLY BOUNDARY OF LAND SO CONVEYED TO DE PATTA 112.5 FEET TO THE SOUTHEASTERLY LINE OF SAID LOT 19; THENCE SOUTHWESTERLY ALONG SAID LOT LINE 56 FEET TO THE MOST SOUTHERLY CORNER OF SAID LOT 19; THENCE NORTHWESTERLY ALONG THE SOUTHWESTERLY BOUNDARY OF LOTS 19 AND 20, 112.5 FEET TO THE POINT OF BEGINNING.

ASSESSOR'S PARCEL NUMBER: 035-013-020

PROPERTY ADDRESS:    612 -614 TENTH AVENUE, SAN MATEO, CA

**EXHIBIT 17**

EXHIBIT 17,

THE LAND REFERRED TO IS A FIFTY PERCENT UNDIVIDED INTEREST IN THE REAL PROPERTY SITUATED IN THE CITY OF SAN MATEO, COUNTY OF SAN MATEO, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

LOT 10, BLOCK 22, AS DESIGNATED ON THE MAP ENTITLED "SUNNYBRAE MAP NO. 3 SAN MATEO, CALIFORNIA", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA ON AUGUST 29, 1946 IN BOOK 26 OF MAPS AT PAGES 11, 12 AND 13.

ASSESSOR'S PARCEL NUMBER: 035-051-320

PROPERTY ADDRESS: 1217 SOUTH RAILROAD AVENUE, SAN MATEO, CALIFORNIA

20% Post Consumer Waste

**EXHIBIT 18**

EXHIBIT   18

THE LAND REFERRED TO IS A FIFTY PERCENT UNDIVIDED INTEREST IN THE REAL PROPERTY SITUATED IN THE CITY OF SAN MATEO, COUNTY OF SAN MATEO, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

LOT 9, BLOCK 22, AS DESIGNATED ON THE MAP ENTITLED "SUNNYBRAE MAP NO. 3 SAN MATEO, CALIFORNIA", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA ON AUGUST 29, 1946 IN BOOK 26 OF MAPS AT PAGE 11, 12 AND 13.

ASSESSOR'S PARCEL NUMBER: 035-051-310

PROPERTY ADDRESS:1301-1303 SOUTH RAILROAD AVENUE, SAN MATEO, CALIFORNIA

Printed on Recycled Paper
20% Post Consumer Waste

**EXHIBIT 19**




EXHIBIT 19

Order No. : 233532

The land referred to is situated in the State of California, County of San Mateo, City of San Mateo, and is described as follows:

Portion of LOT 9, as delineated upon that certain Map entitled "MAP OF SAN MATEO GARDENS SAN MATEO CALIFORNIA", filed for record in the Office of the Recorder of the County of San Mateo, State of California, on October 29th, 1932 in Book 20 of Maps, at Page 14, described as follows:

BEGINNING at the point of intersection of the Northeasterly line of Lot 9 and the Southeasterly line of Thirty-Ninth Avenue, as shown on the map above mentioned; thence So    .4° 03' West along said Southeasterly line of Thirty-Ninth Avenue 75.00 feet; thence South 45° 57' East 160.00 feet; thence North 44° 03' East 75.00 feet to the Northeasterly line of said Lot; thence North 45° 57' West along said Northeasterly line 160.00 feet to the point of beginning.

A.P.N. 040-072-240                          J.P.N. 40-07-072-24

EXHIBIT 20

A

EXHIBIT 20A

LOTS 13 AND 14, IN BLOCK 1, AS SHOWN ON THAT CERTAIN MAP ENTITLED
"SOUTH B STREET TRACT, SAN MATEO CO., CALIFORNIA", FILED IN THE
OFFICE OF THE COUNTY RECORDER OF SAN MATEO COUNTY ON JANUARY 6,
1927 IN BOOK 14 AT PAGES 78 AND 79.

(APN: 035-212-080)

PROPERTY ADDRESS:  143 SOUTH BOULEVARD, SAN MATEO, CALIFORNIA

**B**

EXHIBIT 20B

LOTS 15 AND 16 IN BLOCK 1, AS SHOWN ON THAT CERTAIN MAP ENTITLED "SOUTH B STREET TRACT, SAN MATEO CO., CALIFORNIA", FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN MATEO COUNTY ON JANUARY 6, 1927 IN BOOK 14 AT PAGES 78 AND 79.

(APN: 035-212-090)

PROPERTY ADDRESS:  147 SOUTH BOULEVARD, SAN MATEO, CA

**EXHIBIT 21**

EXHIBIT 21

LOTS 11 AND 12, IN BLOCK 1, AS SHOWN ON THAT CERTAIN MAP ENTITLED
"SOUTH B STREET TRACT, SAN MATEO CO., CALIFORNIA", FILED IN THE
OFFICE OF THE COUNTY RECORDER OF SAN MATEO COUNTY ON JANUARY 6,
1927 IN BOOK 14 AT PAGES 78 AND 79.

(APN: 035-212-210)

PROPERTY ADDRESS:  149-151 SOUTH BOULEVARD, SAN MATEO, CALIFORNIA

**EXHIBIT 22**

EXHIBIT 22

ALL THAT REAL PROPERTY SITUATED IN THE CITY SAN MATEO, COUNTY OF SAN MATEO, STATE OF CALIFORNIA DESCRIBED AS FOLLOWS:

PARCEL ONE:

BEGINNING at a point on the Northwesterly boundry of that tract of land described in Quit Claim Deed from Sarah T. Fox, et al, to Katie Kuruez getto, recorded February 28, 1926 in Book 209 of Officiial Records of San Mateo County at page 475, distant thereon North 47 degrees 17' East 133 feet from the most Westerly corner of said tract; thence along the Northwesterly boundry of said tract North 47 degrees 17' East 43.31 feet; thence South 42 degrees 51-1/2' East 138.58 feet; thence South 47 degrees 08-1/2' West 47 feet; thence North 41 degrees20' West along the Northeasterly line of an alley 138.73 feet to the point of beginning.

PARCEL TWO:

BEGINNING at a point on the Northwesterly boundry of that tract of land described in Quit Claim Deed from Sarah T. Fox, et al, to Katie Kuruez getto, recorded February 28, 1926 in Book 209 of Officiial Records of San Mateo County at page 475, distant thereon North 47 degrees 17' East 50 feet; thence South 42 degrees 51-1/2' East 138.44 feet; thence South 47 degrees 08-1/2' West 50 feet; thence North 42 degrees 51-1/2' West 138.58 feet to the point of beginning.

PARCEL THREE

BEGINNING at the most Westerly corner of that certain tract of land descriyed in Quit Claim Deed from Sarah t. Fox, et al, to Katie Kuruenz Getto, dated january 18, 1926 and recorded february 28, 1926 in Book 209 of Official Records of San Mateo County at page 475; thence from said point of beginning along the Nortwesterly boundary line of said tract North 47 degrees 17' east 133.00 feet; thence South 41 degrees 20' East 24.32 feet to the true point of beginning; thence from said true point of beginning South 41 degrees 20' East 114.41 feet; thence South 47 degrees 08' 30" West 20 feet; thence North 41 degrees 20' West 114.45 feet to a point that bears South 47 degrees 17' West from the true point of beginning; Tence North 47 degrees 17' East 20 feet to the true point of beginning.

PARCEL FOUR

BEGINNING at a point on the Northwesterly boundry of the tract hereinafter mentioned which point is North 47 degrees 17' East 127 feet from the most Westerly corner of that tract of land described in Quit Claim Deed from Sarah T. Fox, et al, to Katie Kuruenz Getto, recorde February 28, 1926 in Book 209 if Iffucuak Records of San Mateo County at Page 475; thence from said point of beginning along the Northwesterly boundary of said tract North 47 degrees 17' East 6 feet; thence South 41 degrees 20' East 24.32 feet; thence South 47 degrees 17' East 6 feet; thence South 41 degrees 20' West 24.32 feet to the point of beginning.

AP No. 039-072-060

< END OF DOCUMENT >

**EXHIBIT 23**

EXHIBIT  23

LOT 3, BLOCK 5, AS DESIGNATED ON THE MAP ENTITLED "MAP OF THE TOWN OF SAN MATEO, SAN MATEO COUNTY, CAL", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON JANUARY 24, 1863 IN BOOK 2 OF MISCELLANEOUS RECORDS AT PAGE 95 AND A COPY ENTERED IN BOOK 1 OF MAPS AT PAGE 45.

(APN: 034-176-080)

PROPERTY ADDRESS:  4TH AND B STREET UNIMPROVED LOT, KNOWN AS 410 SOUTH B STREET, SAN MATEO, CALIFORNIA

**EXHIBIT 24**



EXHIBIT   24

LOT   9   IN   BLOCK   14   AS DESIGNATED   ON   THE   MAP   ENTITLED  "SAN  MATEO
KNOLLS   MAP,   NO.   2   SAN   MATEO,   CALIFORNIA",   WHICH MAP   WAS   FILED
IN   THE   OFFICE   OF   THE   RECORDER   OF   THE COUNTY   OF   SAN   MATEO,
STATE   OF   CALIFORNIA ON SEPTEMBER 6, 1945   IN   BOOK   24   OF   MAPS   AT
PAGES   60,   61   AND   62.


(APN: 042-241-100)

PROPERTY ADDRESS: 4029 BERESFORD AVENUE, SAN MATEO, CALIFORNIA

EXHIBIT 25

EXHIBIT 25

Legal Description of Commercial Property commonly known as
2636 Broadway, Redwood City, California:

LOTS   6 AND 7 AS DESIGNATED ON THE MAP ENTITLED "PERRY'S
SUBDIVISION OF PORTIONS OF LOTS 13, 14, AND 15 MEZESVILLE VILLA
LOTS REDWOOD CITY, SAN MATEO COUNTY, CALIFORNIA", WHICH MAP
WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN
MATEO STATE OF CALIFORNIA ON AUGUST 5, 1924 IN THE BOOK II OF
MAPS AT PAGES 67 AND 68.

(APN: 052-321-100)



2001-111196
07/23/2001 11:22A
DE Page: 2 of 2

20% Post Consumer Waste

**EXHIBIT 26**

EXHIBIT 26

THE LAND REFERRED TO IS A FIFTY PERCENT UNDIVIDED INTEREST IN THE REAL PROPERTY SITUATED IN THE CITY OF SAN MATEO, COUNTY OF SAN MATEO, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

LOT 8, AND THE NORTHWESTERLY 3 FEET FRONT AND REAR MEASUREMENTS OF LOT 9, BLOCK 21, AS DESIGNATED ON THE MAP ENTITLED "MAP OF THE TOWN OF SAN MATEO, SAN MATEO CAL.", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA ON JANUARY 24, 1863 IN BOOK 2 OF MISCELLANEOUS AT PAGE 95 AND A COPY ENTERED IN BOOK AT PAGE 45.

ASSESSOR'S PARCEL NUMBER: 035-185-110

PROPERTY ADDRESS: 307 SO. CLAREMONT AVENUE, SAN MATEO, CALIFORNIA

**EXHIBIT 27**

EXHIBIT 27

LOTS 7 AND 8 IN BLOCK "P" AS SHOWN ON THAT CERTAIN MAP ENTITLED "MAP OF SUBDIVISION NO. 3 AND RESUBDIVISION OF BLOCKS "G" AND "H" OF SUBDIVISION NO. 2, HAYWARD PARK, SAN MATEO COUNTY, CALIFORNIA", FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN MATEO COUNTY ON OCTOBER 21, 1907 IN BOOK 5 OF MAPS AT PAGE 36.

APN 034-291-100

**EXHIBIT  28**

EXHIBIT #28

LOT 12,  BLOCK 1,  AS DESIGNATED ON THE MAP ENTITLED "BELVIEW HEIGHTS MAP
NO. 1 BELMONT,  SAN MATEO COUNTY, CALIFORNIA",  WHICH MAP WAS FILED IN THE
OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA
ON DECEMBER 7, 1950 IN BOOK 32 OF MAPS AT PAGES 37 and 38.


A.P.N. 044-171-120
Property Address:  325 Malcomb Avenue
Belmont, CA

**EXHIBIT  29**

A

EXHIBIT 29A

LOTS 3 AND 7, BLOCK 5, AS DESIGNATED ON THE MAP ENTITLED "MAP OF HAYWARD ADDITION TO THE CITY OF SAN MATEO, COUNTY OF SAN MATEO, CALIFORNIA", SAN MATEO, STATE OF CALIFORNIA ON NOVEMBER 2, 1904 IN BOOK "D" OF MAPES AT PAGE 61 AND A COPY ENTERED IN BOOK 3 OF MAPES AT PAGE 43.

(APN: 034-197-050)

PROPERTY ADDRESS: 811 SOUTH B STREET, SAN MATEO, CALIFORNIA

**B**

EXHIBIT 29B

LOT 7  BLK 5  HAYWARD ADDITION TO CITY OF SAN MATEO SUBDIVISION D-61

(APN: 034-197-080)

PROPERTY ADDRESS:  Unimproved lot on South B Street, San Mateo, California (contiguous 811 South B Street)

Lots 3 and 7, block 5, as designated on the map entitled "Map of Hayward Addition
to the City of San Mateo, County of San Mateo, California", San Mateo, State of
California on November 2, 1904 in Book "D" of maps at page 61 and a copy entered
in book 3 of maps at page 43.

A/P No. 034-197-080
Property address: 811 So. "B" Street.

**EXHIBIT 30**

EXHIBIT 30

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN MATEO, STATE OF CALIFORNIA, DESCRIBED AS:

LOTS 23 AND 24 IN BLOCK 54, AS DESIGNATED ON THE MAP ENTITLED "MAP OF THE BOWIE ESTATE EASTERN ADDITION TO THE CITY OF SAN MATEO", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA ON MAY 13, 1903 IN BOOK "A" OF MAPS AT PAGE 9 AND A COPY ENTERED IN BOOK 3 OF MAPS AT PAGE 15.

A. P. N.  033-129-060
Address: 22 South Humbolt Street, San Mateo, California

**EXHIBIT 31**

EXHIBIT 31

LOTS 7 AND 8 IN BLOCK "P" AS SHOWN ON THAT CERTAIN MAP ENTITLED "MAP
OF SUBDIVISION NO. 3 AND RESUBDIVISION OF BLOCKS "G" AND "H" OF
SUBDIVISION NO. 2, HAYWARD PARK, SAN MATEO COUNTY, CALIFORNIA", FILED
IN THE OFFICE OF THE COUNTY RECORDER OF SAN MATEO COUNTY ON
OCTOBER 21, 1907 IN BOOK 5 OF MAPS AT PAGE 36.

APN 034-291-100

**EXHIBIT  32**

RECORDER'S OFFICE COUNTY OF SAN MATEO

8616875 4

# EXHIBIT 32

PORTION of the Rancho Canada de Raymundo and portion of the South one-half of Section 30 in Township 5 South, Range 4 West, Mount Diablo Base and Meridian, described as follows:

BEGINNING at a point on the Southwesterly line of the Skyline Boulevard as granted to the State of California, opposite Engineer's Station 161 plus 01.07 of the survey thereof; which said point is also distant, along said Southwesterly line, South 32° 57' 30" East ... 2 feet from U. S. Coast and Geodetic Survey Monument No. 2-386; thence leaving said Boulevard, South 53° 59' West 26.00 feet; South 17° 53' West, 14.00 feet; South 9° 17' West 7.00 feet; South 0° 32' West 20.2 feet; South 3° 24' East 135.3 feet; South 5° 08' East 40.5 feet; South 14° 10' East 20.7 feet; Sou... 19° 15' East 13.5 feet; South 40° 03' East 13.7 feet; South 53° 48' East 85.9 feet; South 13° 27' West 12.8 feet; South 31° 48' East 59.3 feet and North 69° 07' East 46.5 feet to the aforementioned Southwesterly line of the Skyline Boulevard; thence Northwesterly, along last mentioned line, on the arc of a curve to the left with a radius of 650 feet, a central angle of 28° 49', an arc distance of 326.9 feet to end of curve, opposite Station 161 plus 76.77 of the survey of said Boulevard; thence continuing along said line, North 32° 57' 30 West 75.7 feet to the point of beginning.

A.P.  067-250-040

.79 acre                              End of document

**EXHIBIT 33**

Loan No:

## EXHIBIT 33

CITY OF SAN MATEO

PORTION OF LOT 5, BLOCK 3, AS SHOWN ON THAT CERTAIN MAP ENTITLED, "BERESFORD MANOR SAN MATEO COUNTY, CALIFORNIA", FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON MARCH 23, 1926 IN BOOK 13 OF MAPS AT PAGE(S) 44 AND 45, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE NORTHEASTERLY LINE OF STRATFORD WAY, WHERE IT IS INTERSECTED BY THE LINE DIVIDING LOTS 5 AND 7 IN SAID BLOCK 3, THENCE NORTH 15° 29' 20" WEST ALONG SAID NORTHEASTERLY LINE, 50.08 FEET; THENCE NORTH 71° 23' 20" EAST CROSSING SAID LOT 5, 248.21 FEET TO A POINT IN THE NORTHEASTERLY LINE THEREOF; THENCE SOUTH 18° 36' 40" EAST ALONG SAID NORTHEASTERLY LINE 50 FEET TO THE MOST EASTERLY CORNER OF SAID LOT; THENCE SOUTH 71° 23' 20" WEST ALONG THE LINE DIVIDING LOTS 5 AND 7, 250.94 FEET TO THE POINT OF BEGINNING.

ASSESSOR'S PARCEL NO. 039-051-360   JOINT PLANT NO. 039-005-051-36A

**EXHIBIT 34**

**EXHIBIT 34**

LEGAL DESCRIPTION OF PROPERTY NOT LOCATED BY DECEMBER 22, 2005

APN 045-314-130

**EXHIBIT 35**

**EXHIBIT 35**

LOT 14, BLOCK 1, AS DELINEATED UPON THAT CERTAIN MAP ENTITLED "TOWN OF BERESFORD, MAP NO. 1, SAN MATEO COUNTY, CALIF.", FILED FOR RECORD IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON OCTOBER 30TH, 1926 IN BOOK 14 OF MAPS, AT PAGES 44 AND 45.

APN 040-081-090

**EXHIBIT 36**

**EXHIBIT 36**

LOT 19 IN BLOCK 15 AS SHOWN ON THAT CERTAIN MAP ENTITLED "MAP NO. 10 SHOREVIEW TRACT, SAN MATEO, SAN MATEO COUNTY, CALIFORNIA", FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN MATEO COUNTY, STATE OF CALIFORNIA, ON APRIL 8, 1952 IN BOOK 34 PF MAPS AT PAGES 44, 45, 46 AND 47.

APN 035-102-190

**EXHIBIT 37**

Order No. : 282063

## EXHIBIT 37

The land referred to is situated in the State of California, County of San Mateo, City of San Mateo, and is described as follows:

BEGINNING at a point on the Northwesterly line of LOT 6, BLOCK 31, as delineated upon that certain Map entitled "MAP OF THE SUBDIVISION OF BLOCKS IN THE WESTERN ADDITION TO THE TOWN OF SAN MATEO SAN MATEO CO. CALIFORNIA", filed for record in the Office of the Recorder of the County of San Mateo, State of California, on April 12th, 1889 in Book "D" of Maps, at Page 48, and a copy entered in Book 1 of Maps at Page 52, distant thereon North 33° 15' East 150 feet from the most Westerly corner of said Lot 6; thence Northeasterly along said Northwesterly line, North 33° 15' East, 91 feet to the most Northerly corner of said Lot 6; thence Southeasterly along the Northeasterly line of said Lot 6 and its Southeasterly prolongation, South 56° 45' East 129.50 feet to the center of San Mateo Creek; thence Southwesterly along the center of San Mateo Creek, South 14° 00' West 96.39 feet to a point which bears South 56° 45' East the point of beginning; thence leaving the center of said San Mateo Creek, North 56° 45' West 161.28 feet to the point of beginning.

A.P.N. 032-335-040                    J.P.N. 032-033-335-04

1

## PROOF OF SERVICE

2

I am employed in San Mateo County, which is where service of the

3
document(s) referred to below occurred.  I am over the age of 18 and not a party to

the within action.  My business address is Cotchett, Pitre, Simon & McCarthy, San

4
Francisco Airport Center, 840 Malcolm Road, Suite 200, Burlingame, California

5
94010.  I am readily familiar with Cotchett, Pitre,  Simon & McCarthy's practices

6
for the service of documents.  On this date, I served or caused to be served a true

copy of the following document(s) in the manner listed below:

7

8

**1.    THIRD AMENDED COMPLAINT FOR QUIET TITLE**

9

10

**XXX  BY MAIL:**  I caused the sealed envelope containing the aforementioned

11
        document(s) to be deposited with the United States Postal Service on that
        same day in the ordinary course of business.

12

### [SEE ATTACHED SERVICE LIST]

13

14
____  **HAND DELIVERY:** I caused the sealed envelope containing the

15
        aforementioned document(s) to be hand delivered to the addressee(s)
        specified below.

16

17
I declare under penalty of perjury under the laws of the State of California

that the foregoing is true and correct.  Executed at Burlingame, California, on

18
November 30, 2006.

19

20
                                    _____
                                    **MARY ANN BROWN**

21

22

23

24

25

26

27

28

# SERVICE LIST

**VIA U.S. MAIL**
P. TERRY ANDERLINI
PAUL SMOOT
MERRILL G. EMERICK
ANDERLINI, FINKELSTEIN, EMERICK &
SMOOT
400 SO. EL CAMINO REAL, SUITE 700
SAN MATEO CA  94402
TELE: (650) 348-0102
FAX : (650) 348-096

**ATTORNEY FOR PLAINTIFF:**
PENNY D. ANDERSON

**VIA U.S. MAIL**
JAMES M. WAGSTAFFE
KERR & WAGSTAFFE, LLP
100 SPEAR STREET, SUITE 1800
SAN FRANCISCO, CA 94105
TELE: (415) 371-8500
FAX : (415) 371-0500

**ATTORNEY FOR PLAINTIFF:**
CANDACE JENKINS

**VIA U.S. MAIL**
H. WAYNE GREEN
7522 NORTH COLONIAL AVE, #130
FRESNO, CALIFORNIA 93711
TELE: (559) 435-2788
FAX : (559) 435-4630

**ATTORNEY FOR DEFENDANT:**
CHRISTINE DILLON

**VIA U.S. MAIL**
CHARLES SMITH
JAMES HARTNETT
HARTNETT, SMITH & ASSOCIATES
777 MARSHALL STREET
REDWOOD CITY, CA 94063
TELE: (650) 568-2820
FAX : (650) 568-2823

**ATTORNEY FOR DEFENDANTS:**
DON BOHN AND BER MANAGEMENT,
INC.

**VIA U.S. MAIL**
ANTHONY W. GIBBS
655 MIDDLEFIELD ROAD
REDWOOD CITY, CA 94063
TELE: (650) 367-7500
FAX : (650) 367-1700

**ATTORNEY FOR DEFENDANT:**
GREENSPRINGS CHRISTIAN
FELLOWSHIP CHURCH

LAW OFFICES
COTCHETT,
PITRE, SIMON
& MCCARTHY