CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*
Frank M. Pitre (SBN 100077)    (650) 697-6000
Cotchett, Pitre, Simon & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010
E-mail: fpitre@cpmlegal.com
ATTORNEY FOR *(Name):* Plaintiffs

FOR COURT USE ONLY

ENDORSED FILED
SAN MATEO COUNTY

AUG 1 5 2007

Clerk of the Superior Court
By ___S. YAMBING___
DEPUTY CLERK

Insert name of court and name of judicial district and branch court, if any:
Superior Court of the State of California
For the County of San Mateo, Southern Branch

PLAINTIFF/PETITIONER: Penny D. Anderson, etc.; et al.

DEFENDANT/RESPONDENT: Christine Maserdotti Dillon,
a/k/a Beth Anderson, an individual; et al.

## REQUEST FOR DISMISSAL

☐ **Personal Injury, Property Damage, or Wrongful Death**
  ☐ **Motor Vehicle**    ☐ **Other**
☐ **Family Law**
☐ **Eminent Domain**
☒ **Other** *(specify):* Quiet title

CASE NUMBER:
CIV 445617

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. **TO THE CLERK:** Please **dismiss** this action as follows:
   a. (1) ☒ With prejudice    (2) ☐ Without prejudice
   b. (1) ☐ Complaint    (2) ☐ Petition
      (3) ☐ Cross-complaint filed by *(name):*                        on *(date):*
      (4) ☐ Cross-complaint filed by *(name):*                        on *(date):*
      (5) ☒ Entire action of all parties and all causes of action
      (6) ☒ Other *(specify):** Each party to bear his, her or its own attorneys' fees and
          costs.

Date: August 13, 2007.

Frank M. Pitre (SBN 100077)
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

▶ ___(signature)___
(SIGNATURE)

Attorney or party without attorney for: Ramona Martinez,
as Administrator, and Penny D. Anderson

☒ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross - complainant

* If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

2. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
Date:

▶
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)

(SIGNATURE)
Attorney or party without attorney for:

** If a cross-complaint-or Response (Family Law) seeking affirmative relief -is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross - complainant

*(To be completed by clerk)*
3. ☑ Dismissal entered as requested on *(date):* **AS STATED ABOVE**
4. ☐ Dismissal entered on *(date):*                as to only *(name):*
5. ☐ Dismissal **not entered** as requested for the following reasons *(specify):*

6. ☐ a. Attorney or party without attorney notified on *(date):*
      b. Attorney or party without attorney not notified. Filing party failed to provide
         ☐ a copy to conform    ☐ means to return conformed copy

SOCORRO YAMBING

Date: AUG 1 5 2007    JOHN C. FITTON Clerk, by _____, Deputy

Form Adopted for Mandatory use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

## REQUEST FOR DISMISSAL

Legal
Solutions
Plus

Page 1 of 1

Code of Civil Procedure, § 581 et seq.;
Cal. Rules of Court, rule 3.1390

1

## PROOF OF SERVICE

2      I am employed in San Mateo County, which is where service of the
3  document(s) referred to below occurred.  I am over the age of 18 and not a party to
   the within action.  My business address is Cotchett, Pitre, Simon & McCarthy, San
4  Francisco Airport Center, 840 Malcolm Road, Suite 200, Burlingame, California
5  94010.  I am readily familiar with Cotchett, Pitre,  Simon & McCarthy's practices
6  for the service of documents.  On this date, I served or caused to be served a true
   copy of the following document(s) in the manner listed below:
7

8
## REQUEST FOR DISMISSAL
9

10

11  **XXX  BY MAIL:**  I caused the sealed envelope containing the aforementioned
           document(s) to be deposited with the United States Postal Service on that
           same day in the ordinary course of business.
12
## [SEE ATTACHED SERVICE LIST]
13

14  _____  **HAND DELIVERY:** I caused the sealed envelope containing the
           aforementioned document(s) to be hand delivered to the addressee(s)
15         specified below.

16
      I declare under penalty of perjury under the laws of the State of California
17  that the foregoing is true and correct.  Executed at Burlingame, California, on
18  August 15, 2007.

19

20                                        _____
                                                MARY ANN BROWN
21

22

23

24

25

26

27

28

**SERVICE LIST**

**VIA U.S. MAIL**               **ATTORNEY FOR PLAINTIFF:**
P. TERRY ANDERLINI           PENNY D. ANDERSON
PAUL SMOOT
MERRILL G. EMERICK
ANDERLINI, FINKELSTEIN, EMERICK &
SMOOT
400 SO. EL CAMINO REAL, SUITE 700
SAN MATEO CA  94402
TELE:  (650) 348-0102
FAX :  (650) 348-096

**VIA U.S. MAIL**               **ATTORNEY FOR PLAINTIFF:**
JAMES M. WAGSTAFFE          CANDACE JENKINS
KERR & WAGSTAFFE, LLP
100 SPEAR STREET, SUITE 1800
SAN FRANCISCO, CA 94105
TELE: (415) 371-8500
FAX : (415) 371-0500

**VIA U.S. MAIL**               **ATTORNEY FOR DEFENDANT:**
H. WAYNE GREEN            CHRISTINE DILLON
7522 NORTH COLONIAL AVE, #130
FRESNO, CALIFORNIA 93711
TELE: (559) 435-2788
FAX : (559) 435-4630

**VIA U.S. MAIL**               **ATTORNEY FOR DEFENDANTS:**
CHARLES SMITH             DON BOHN AND BER MANAGEMENT,
JAMES HARTNETT            INC.
HARTNETT, SMITH & ASSOCIATES
777 MARSHALL STREET
REDWOOD CITY, CA 94063
TELE: (650) 568-2820
FAX : (650) 568-2823

**VIA U.S. MAIL**               **ATTORNEY FOR DEFENDANT:**
ANTHONY W. GIBBS          GREENSPRINGS CHRISTIAN
655 MIDDLEFIELD ROAD       FELLOWSHIP CHURCH
REDWOOD CITY, CA 94063
TELE: (650) 367-7500
FAX : (650) 367-1700

**VIA U.S. MAIL**
CHARLES A. DYER
DYER & WHITE, LLP
800 OAK GROVE AVENUE, SUITE 200
MENLO PARK, CA 94025

LAW OFFICES
COTCHETT,
PITRE, SIMON
& MCCARTHY

1

**VIA U.S. MAIL**
JAMES E. RICE
1705 N. COLE ROAD
BOISE, ID 83704

**VIA U.S. MAIL**
CARLETON BRIGGS
3510 UNOCAL PLACE, SUITE 209
SANTA ROSA, CA 95403

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON
& MCCARTHY

PROOF OF SERVICE
3