# NOTICE

(This Notice is Required by California Government Code Section 12956.1)

If this document contains any restrictions based on race, color, religion, sex, familial status, marital status, disability, national origin or ancestry, that restriction violates state and federal fair housing laws and is void and may be removed pursuant to Section 12956.1 of the Government Code.   Lawful restrictions under state and federal law on the age of occupants in senior housing or housing for older persons shall not be considered as restrictions based on familial status.

Recording Requested By

North American Title Company

Order No.    56051265
Escrow No.  55905-56051265-CAL

AND WHEN RECORDED MAIL TO:

Name    Greensprings Baptist Church

Street    3510 Unocal Place #209
Address Santa Rosa, Ca 95403-0918
City &
State

**2006-181089**
**NORTH AMERICAN TITLE COMPANY**
08:00am 11/30/06 DE Fee: 7.00
Count of pages 1
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*20060181089AR*

_____ SPACE ABOVE THIS LINE FOR RECORDER'S USE _____

## INDIVIDUAL GRANT DEED

A.P.N. 035-051-320     JPN: 035-005-051-32

The undersigned grantor (s) declare (s):
Documentary transfer tax is $ 0.00.          City transfer tax is $ 0.00.
( X ) computed on full value of property conveyed, or
(    ) computed on full value less value of liens and encumbrances remaining at time of sale.
(    ) Unincorporated area:    ( X ) City of San Mateo, and
FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Ramona M. Martinez, Adminstrator of the Estate of Elsie G. Turchen, deceased

**hereby GRANT(s) to** Carlton L. Briggs, Trustee of The Greensprings Baptist Christian Fellowship Trust dated April 25, 1994, also known as Greensprings Fellowship Trust

the following described real property in the  City of San Mateo, County of San Mateo, State of California:

LOT 10, BLOCK 22, AS DESIGNATED ON THE MAP ENTITLED "SUNNYBRAE MAP NO. 3, SAN MATEO, CALIFORNIA", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA ON AUGUST 29, 1946 IN BOOK 26 OF MAPS AT PAGES 11, 12 AND 13.
**This deed is being recorded to correct the deed that recorded on December 1, 2005, recorder's series# 2005-210780.**
*to correct vesting of grantor*

Dated    November 9, 2006

STATE OF CALIFORNIA,
                                                          )SS.
COUNTY OF  San Mateo                    )

On   November 15, 2006            before me,
Merrill G. Emerick, notary public
(Ramona M. Martinez)        , personally appeared

Ramona M. Martinez

personally known to me (or proved to me on the basis of satisfactory
evidence) to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed
the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s), or the entity
upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

Ramona M. Martinez, Administrator of the Estate of Elsie
G. Turchen, Deceased

Ramona M. Martinez, Administrator

MERRILL G. EMERICK
COMM. #1448609
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
MY COMM. EXPIRES NOV. 30, 2007

(This area for official notarial seal)

MAIL TAX    SAME AS ABOVE
STATEMENTS TO: _____
                        NAME                    ADDRESS                    CITY, STATE, ZIP

RECORDING REQUESTED BY

~~Recorder County Certification~~

WHEN RECORDED MAIL TO:

Carleton L. Briggs, Esq.
3510 Unocal Pl. #209
Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO:  SAME

Title Order No.
Escrow No.

2005-210232

10:45am 12/01/05 DE  Fee: 10.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*  2 0 0 5 0 2 1 0 2 3 2 A R  *

## GRANT DEED

Space above this time for recorder's use

A. P. N.  067-260-030

The undersigned grantor(s) declare(s)
Documentary transfer tax is  $  NONE   (Transfer to a 501(c)(3) organization    (GIFT)

(   )  computed on the consideration or value of property conveyed: OR
(   )  computed on the consideration or value less liens or encumbrances remaining at time of sale
( X )  Unincorporated area: (   )  City of _____
( X )  Realty not sold

**FOR A VALUABLE CONSIDERATION:**  receipt of which is hereby acknowledged,

on this  12th  day of January, 1999, Elsie G. Turchen, a widow, and Trustee of the Skyline Trust

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the Unincorporated Area, County of San Mateo, State of California described as:

* * *  See "Exhibit A" hereto attached and herein incorporated  * * *

Property Address:
12170 Skyline Boulevard, Woodside, CA

Dated ____January 12, 1999_____

_Elsie L Turchen_

Elsie G. Turchen, Trustee
~~Sky-Trust~~ Skyline Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On _September 19, 1999_
before me, the undersigned, a Notary Public in and for said State personally appeared
_____ELSIE G. TURCHEN_____
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) ____is____ subscribed to the within instrument and acknowledged to me that ____she____ executed the same in ___her___ authorized capacity, and that by _____her_____ signature on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _Ann L. Tutino_

Name _ANN R. TUTINO_
(typed or printed)

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

(This area for official notarial seal)

EXHIBIT A

THE LAND REFERRED TO IS SITUATED IN THE UNINCORPORATED AREA, COUNTY OF SAN MATEO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

PORTION OF THE RANCHO CANADA DE RAYMUNDO AND PORTION OF THE SOUTH ONE-HALF OF SECTION 30 IN TOWNSHIP 5 SOUTH, RANGE 4 WEST, MOUNT DIABLO, BASE AND MERIDIAN, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHWESTERLY LINE OF THE SKYLINE BOULEVARD AS GRANTED TO THE STATE OF CALIFORNIA, OPPOSITE ENGINEER'S STATION 161 PLUS 01.07 OF THE SURVEY THEREOF;   WHICH SAID POINT IS ALSO DISTANT,    ALONG SAID SOUTHWESTERLY LINE, SOUTH 32 DEGREES 57' 30" EAST 117.8 FEET FROM U.S. COAST AND GEODETIC SURVEY MONUMENT NO. 2-386;   THENCE LEAVING SAID BOULEVARD, SOUTH 53 DEGREES 59' WEST 26.00 FEET; SOUTH 17 DEGREES 53' WEST 14.00 FEET; SOUTH 9  DEGREES 17' WEST 7.00 FEET; SOUTH 0 DEGREES 32' WEST 20.2 FEET; SOUTH 3 DEGREES 24' EAST 135.3 FEET;   SOUTH 5 DEGREES 08' EAST 40.5 FEET; SOUTH 14 DEGREES 10' EAST 20.2 FEET; SOUTH 19 DEGREES 15' EAST 13.5 FEET; SOUTH 40 DEGREES 03' EAST 13.7 FEET;   SOUTH 53 DEGREES 48' EAST 85.9 FEET; SOUTH 13 DEGREES 27' WEST 12.8 FEET; SOUTH 31 DEGREES 48' EAST 59.3 FEET AND NORTH 69 DEGREES 07' EAST 46.5 FEET TO THE AFOREMENTIONED SOUTHWESTERLY LINE OF THE SKYLINE BOULEVARD; THENCE NORTHWESTERLY, ALONG LAST MENTIONED LINE, ON THE ARC OF A CURVE TO THE LEFT WITH A RADIUS OF 650 FEET,  A CENTRAL ANGLE OF 28 DEGREES 49', AN  ARC DISTANCE OF 326.9 FEET TO END OF CURVE, OPPOSITE STATION 161 PLUS 76.77 OF THE SURVEY  OF SAID BOULEVARD;  THENCE CONTINUING ALONG SAID LINE, NORTH DEGREES 57' 30" WEST 75.7 FEET TO THE POINT OF BEGINNING.

ASSESSOR'S PARCEL NUMBER:  067-260-030

PROPERTY ADDRESS:  12170 SKYLINE BOULEVARD, WOODSIDE, CALIFORNIA

RECORDING REQUESTED BY

~~[illegible]~~

WHEN RECORDED MAIL TO:

Carleton L. Briggs, Esq.
3510 Unocal Pl. #209
Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO:  SAME

Title Order No.
Escrow No.

**2005-210714**
02:25pm 12/01/05 DE  Fee: 10.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*20050210714AR*

---

## GRANT DEED

Space above this time for recorder's use

A. P. N. 035-013-020

The undersigned grantor(s) declare(s)     **\*No liens or encumbrances on this**
Documentary transfer tax is  $  NONE  (Transfer to a 501(c)(3) organization   (Gift)   **property.**

( )   computed on the consideration or value of property conveyed: OR
( )   computed on the consideration or value less liens or encumbrances remaining at time of sale
( )   Unincorporated area: ( )  City of _____
( X )  Realty not sold

CITY OF SAN MATEO
REAL PROPERTY CONVEYANCE TAX

AMOUNT OF TAX DUE $  0
COMPUTED ON TOTAL VALUE OF
THE CONSIDERATION.
_Anthony R Hills_
Declarant's Signature    Firm Name
(or Agent)

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this  12th  day of January, 1999, Elsie G. Turchen, as Trustee of the "B" Street Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California, described as:

* * *   See "Exhibit A" hereto attached and herein incorporated   * * *

Property Address:
610/614 10th Avenue, San Mateo, CA

Dated    January 12, 1999

_Elsie G. Turchen_
Elsie G. Turchen, Trustee
"B" Street Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On  September 19, 1999
before me, the undersigned, a Notary Public in and for said State personally appeared
ELSIE G. TURCHEN
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s)     is     subscribed to the within instrument and acknowledged to me that     she     executed the same in     her     authorized capacity, and that by     her     signature on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature  _Ann R. Tutino_

Name   ANN R. TUTINO
(typed or printed)

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC · CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

(This area for official notarial seal)

Description: San Mateo,CA Document-Year.DocID 2005.210714 Page: 1 of 2
Order: 0000 Comment:

EXHIBIT A

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN MATEO,  CITY OF SAN MATEO,  AND IS DESCRIBED AS FOLLOWS:

PORTION OF LOTS 19 AND 20,  BLOCK 29,  AS DESIGNATED ON THE MAP ENTITLED "MAP OF RESUBDIVISION OF BLOCKS  5,  6,  7,  8,  9,  10, 16,  17,  18,  19,  20,  21,  22,  23,  24,  25,  26,  27,  28, 29,  30,  31,  EAST SAN MATEO", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO,  STATE OF CALIFORNIA, ON SEPTEMBER 21, 1908 IN BOOK  6  OF MAPS AT PAGE 36, DESCRIBED AS:

BEGINNING AT THE MOST WESTERLY CORNER OF SAID LOT 20 ON THE SOUTHEASTERLY LINE OF TENTH AVENUE; THENCE NORTHEASTERLY ALONG SAID LINE OF TENTH AVENUE 56 FEET TO THE MOST WESTERLY CORNER OF LAND CONVEYED TO FRANK A. DE PATTA AND WIFE BY DEED DATED SEPTEMBER 3, 1938  AND RECORDED SEPTEMBER 6, 1938 IN BOOK  805  OF OFFICIAL RECORDS AT PAGE 226, RECORDS OF SAN MATEO COUNTY, CALIFORNIA; THENCE SOUTHEASTERLY ALONG THE SOUTHWESTERLY BOUNDARY OF LAND SO CONVEYED TO DE PATTA 112.5 FEET TO THE SOUTHEASTERLY LINE OF SAID LOT 19; THENCE SOUTHWESTERLY ALONG SAID LOT LINE 56 FEET TO THE MOST SOUTHERLY CORNER OF SAID LOT 19; THENCE NORTHWESTERLY ALONG THE SOUTHWESTERLY BOUNDARY OF LOTS 19 AND 20,  112.5 FEET TO THE POINT OF BEGINNING.

ASSESSOR'S PARCEL NUMBER: 035-013-020

PROPERTY ADDRESS:   612 -614 TENTH AVENUE, SAN MATEO, CA

RECORDING REQUESTED BY

~~the Greensprings Fellowship Trust~~

WHEN RECORDED MAIL TO:

    Carleton L. Briggs, Esq.
    3510 Unocal Pl. #209
    Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO:  SAME

Title Order No.
Escrow No.

**2005-210715**
02:25pm 12/01/05 DE Fee: 10.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

\* 2 0 0 5 0 2 1 0 7 1 5 A R \*

---

## GRANT DEED

*Space above this time for recorder's use*

The undersigned grantor(s) declare(s)
Documentary transfer tax is  $  NONE  (Transfer to a 501(c)(3) organization      (Gift)

\*No liens  A. P. N. 034-179-020
or encumbrances on this
property.

(   )  computed on the consideration or value of property conveyed: OR
(   )  computed on the consideration or value less liens or encumbrances remaining at time of sale
(   )  Unincorporated area: (   ) City of _____
( X )  Realty not sold

CITY OF SAN MATEO
REAL PROPERTY CONVEYANCE TAX

AMOUNT OF TAX DUE $ _0_
COMPUTED ON TOTAL VALUE OF
THE CONSIDERATION)

Declarant's Signature     Firm Name
(or Agent)

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this __12th__ day of January, 1999, Elsie G. Turchen, as Trustee of the "B" Street Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California, described as:

      \*   \*   \*  See "Exhibit A" hereto attached and herein incorporated    \*   \*   \*

Property Address:
407 South "B" Street, San Mateo, CA

Dated   ___January 12, 1999___

*Elsie G. Turchen*
Elsie G. Turchen, Trustee
"B" Street Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On _September 19, 1999_ _____,
before me, the undersigned, a Notary Public in and for said State personally appeared
_____ELSIE G. TURCHEN_____
personally known to me (or proved to me on the basis of satisfactory evidence) to be the
person(s) whose name(s) ____is____ subscribed to the within instrument and
acknowledged to me that ___she___ executed the same in ___her___ authorized
capacity, and that by ___her___ signature on the instrument the person(s), or
entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _Ann R. Tutino_

Name _ANN R. TUTINO_
    (typed or printed)

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

(This area for official notarial seal)

---

EXHIBIT A

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN MATEO, CITY OF SAN MATEO, AND IS DESCRIBED AS FOLLOWS:

LOT 6, BLOCK 10, AS DESIGNATED ON THE MAP ENTITLED "MAP OF THE TOWN OF SAN MATEO, SAN MATEO COUNTY, CAL", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY O SAN MATEO, STATE OF CALIFORNIA, ON JANUARY 24, 1863 IN BOOK 2 OF MISCELLANEOUS RECORDS AT PAGE 95, AND A COPY ENTERED INTO BOOK 1 OF MAPS AT PAGE 45.

ASSESSOR'S PARCEL NUMBER: 034-179-020

PROPERTY ADDRESS: 407 SOUTH "B" STREET - SAN MATEO, CALIFORNIA

RECORDING REQUESTED BY

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

WHEN RECORDED MAIL TO:

Carleton L. Briggs, Esq.
3510 Unocal Pl. #209
Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO:  SAME

Title Order No.
Escrow No.

**2005-210717**
02:25pm 12/01/05 DE  Fee: 10.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*2 0 0 5 0 2 1 0 7 1 7 A R*

## GRANT DEED

Space above this time for recorder's use

A. P. N.  033-129-060

The undersigned grantor(s) declare(s)        *No liens or encumbrances on this property.
Documentary transfer tax is  $  NONE  (Transfer to a 501(c)(3) organization  (Gift)

CITY OF SAN MATEO
REAL PROPERTY CONVEYANCE TAX
AMOUNT OF TAX DUE $
COMPUTED ON TOTAL VALUE OF
THE CONSIDERATION
Declarant's Signature      Firm Name
(or Agent)

(   )   computed on the consideration or value of property conveyed: OR
(   )   computed on the consideration or value less liens or encumbrances remaining at time of sale
(   )   Unincorporated area: (   ) City of _____
( X )   Realty not sold

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this __10th__ day of February, 1999, Elsie G. Turchen, as Trustee of the Dannelle Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California, described as:

* * *   See "Exhibit A" hereto attached and herein incorporated   * * *

Property Address:
22 South Humbolt Street, San Mateo, California

Dated __February 10, 1999__

*Elsie L Turchen*
Elsie G. Turchen, Trustee
Dannelle Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On _September 19, 1999_ ,
before me, the undersigned, a Notary Public in and for said State personally appeared
_____ELSIE G. TURCHEN_____
personally known to me (or proved to me on the basis of satisfactory evidence) to be the
person(s) whose name(s) ____is____subscribed to the within instrument and
acknowledged to me that ____she____executed the same in ____her____ authorized
capacity, and that by ____her____signature on the instrument the person(s), or
entity upon behalf of which the person(s) acted, executed the instrument.

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC · CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

**WITNESS** my hand and official seal.

Signature _Ann L. Tutino_

Name _ANN R. TUTINO_
(typed or printed)

(This area for official notarial seal)

*Description: San Mateo,CA Document-Year.DocID 2005.210717 Page: 1 of 2*
*Order: 0000 Comment:*

EXHIBIT A

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY
OF SAN MATEO, STATE OF CALIFORNIA, DESCRIBED AS:

LOTS  23 AND 24 IN BLOCK 54, AS DESIGNATED ON THE MAP ENTITLED "MAP
OF THE BOWIE ESTATE EASTERN ADDITION TO THE CITY OF SAN MATEO",
WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF
SAN MATEO, STATE OF CALIFORNIA ON MAY 13, 1903 IN BOOK "A" OF MAPS
AT PAGE 9 AND A COPY ENTERED IN BOOK 3 OF MAPS AT PAGE 15.


A. P. N.  033-129-060
Address: 22 South Humbolt Street, San Mateo, California

RECORDING REQUESTED BY

~~Berkeley Attorney at Law~~

WHEN RECORDED MAIL TO:

Carleton L. Briggs, Esq.
3510 Unocal Pl. #209
Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO: SAME

Title Order No.
Escrow No.

2005-210718
02:25pm 12/01/05 DE  Fee: 10.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder



\* 2 0 0 5 0 2 1 0 7 1 8 A R \*

## GRANT DEED

Space above this time for recorder's use

A. P. N. 042-241-100

\*No liens or encumbrances on this property.

The undersigned grantor(s) declare(s)
Documentary transfer tax is  $ __NONE__ (Transfer to a 501(c)(3) organization  **(Gift)**

(   )   computed on the consideration or value of property conveyed: OR
(   )   computed on the consideration or value less liens or encumbrances remaining at time of sale
(   )   Unincorporated area: (   ) City of _____
( X )   Realty not sold

CITY OF SAN MATEO
REAL PROPERTY CONVEYANCE TAX
AMOUNT OF TAX DUE $ _____
COMPUTED ON TOTAL VALUE OF
THE CONSIDERATION.)
_____
Declarant's Signature   Firm Name
(or Agent)

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this __12th__ day of January, 1999, Elsie G. Turchen, as Trustee of the Beresford Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California, described as:

* * *  See "Exhibit A" hereto attached and herein incorporated  * * *

Property Address:
4029 Berersford Avenue, Street, San Mateo, CA

Dated __January 12, 1999__

_Elsie L. Turchen_
Elsie G. Turchen, Trustee
Beresford Trust

STATE OF CALIFORNIA
COUNTY OF __SAN MATEO__

On __September 19, 1999__
before me, the undersigned, a Notary Public in and for said State personally appeared
__ELSIE G. TURCHEN__
personally known to me (or proved to me on the basis of satisfactory evidence) to be the
person(s) whose name(s) ____is____ subscribed to the within instrument and
acknowledged to me that ____she____ executed the same in ____her____ authorized
capacity, and that by ____her____ signature on the instrument the person(s), or
entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _Ann R. Tutino_

Name __ANN R. TUTINO__
(typed or printed)

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

(This area for official notarial seal)

Description: San Mateo,CA Document-Year.DocID 2005.210718 Page: 1 of 2
Order: 0000 Comment:



EXHIBIT A

LOT 9 IN BLOCK 14 AS DESIGNATED ON THE MAP ENTITLED "SAN MATEO KNOLLS MAP, NO 2 SAN MATEO, CALIFORNIA", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA ON SEPTEMBER 6, 1945 IN BOOK 24 OF MAPS AT PAGES 60, 61 AND 62.


(APN: 042-241-100)

PROPERTY ADDRESS: 4029 BERESFORD AVENUE, SAN MATEO, CALIFORNIA

RECORDING REQUESTED BY

~~█████████████████~~

WHEN RECORDED MAIL TO

Carleton L. Briggs, Esq.
3510 Unocal Pl. #209
Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO: SAME

Title Order No.
Escrow No.

**2005-210719**
02:25pm 12/01/05 DE  Fee: 10.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder



* 2 0 0 5 0 2 1 0 7 1 9 A R *

---

## GRANT DEED

Space above this time for recorder's use

A. P. N.  034-197-050

The undersigned grantor(s) declare(s)    *No liens or encumbrances on this property.
Documentary transfer tax is  $  NONE  (Transfer to a 501(c)(3) organization    **(Gift)**

( )  computed on the consideration or value of property conveyed: OR
( )  computed on the consideration or value less liens or encumbrances remaining at time of sale
( )  Unincorporated area: ( )  City of _____
(X)  Realty not sold

CITY OF SAN MATEO
REAL PROPERTY CONVEYANCE TAX

AMOUNT OF TAX DUE $ 0
COMPUTED ON TOTAL VALUE OF
THE CONSIDERATION
_____
Declarant's Signature    Firm Name
(or Agent)

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this __12th__ day  of January, 1999,  Elsie G. Turchen, as Trustee of the Beresford Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California, described as:

*  *  *   See "Exhibit A" hereto attached and herein incorporated   *  *  *

Property Address:
811 South "B" Street, San Mateo, CA

Dated __January 12, 1999__                     _Elsie L. Turchen_
                                               Elsie G. Turchen, Trustee
                                               Beresford Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On _September 19, 1999_,
before me, the undersigned, a Notary Public in and for said State personally appeared
ELSIE G. TURCHEN
personally known to me (or proved to me on the basis of satisfactory evidence) to be the
person(s) whose name(s) _____is_____ subscribed to the within instrument and
acknowledged to me that ____she____ executed the same in ____her____ authorized
capacity, and that by _____her_____ signature on the instrument the person(s), or
entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _Ann R. Tutino_

Name _ANN R. TUTINO_
        (typed or printed)

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC · CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

[This area for official notarial seal]

---

*Description: San Mateo, CA Document-Year.DocID 2005.210719 Page: 1 of 2*
*Order: 0000 Comment:*

EXHIBIT A

LOTS 3 AND 7, BLOCK 5, AS DESIGNATED ON THE MAP ENTITLED "MAP OF HAYWARD ADDITION TO THE CITY OF SAN MATEO, COUNTY OF SAN MATEO, CALIFORNIA", SAN MATEO, STATE OF CALIFORNIA ON NOVEMBER 2, 1904 IN BOOK "D" OF MAPES AT PAGE 61 AND A COPY ENTERED IN BOOK 3 OF MAPES AT PAGE 43.

(APN: 034-197-050)

PROPERTY ADDRESS: 811 SOUTH B STREET, SAN MATEO, CALIFORNIA

RECORDING REQUESTED BY

▮▮▮▮▮▮▮▮▮▮

WHEN RECORDED MAIL TO:

Carleton L. Briggs, Esq.
3510 Unocal Pl. #209
Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO:  SAME

Title Order No.
Escrow No.

**2005-210772**
04:27pm 12/01/05 DE  Fee: 10.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder



\* 2 0 0 5 0 2 1 0 7 7 2 A R \*

---

## GRANT DEED

Space above this time for recorder's use

A. P. N.  034-197-080

The undersigned grantor(s) declare(s)          **\*No liens or encumbrances on this property.**
Documentary transfer tax is  $  NONE  (Transfer to a 501(c)(3) organization

CITY OF SAN MATEO
REAL PROPERTY CONVEYANCE TAX
AMOUNT OF TAX DUE $_____
COMPUTED ON TOTAL VALUE OF
THE CONSIDERATION.
_____
Declarant's Signature    Firm Name
(or Agent)

(   )  computed on the consideration or value of property conveyed: OR
(   )  computed on the consideration or value of property less liens or encumbrances remaining at time of sale
(   )  Unincorporated area: (   ) City of _____
( X )  Realty not sold

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this __12th__ day of January, 1999,  Elsie G. Turchen, as Trustee of the Beresford Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California, described as:

\* \* \*   See "Exhibit A" hereto attached and herein incorporated   \* \* \*

Property Address:
▮▮▮ Avenue, San Mateo, CA (vacant lot)
(South B Street contiguous 811 South B Street)

Dated __January 12, 1999__

_Elsie G. Turchen_
Elsie G. Turchen, Trustee
Beresford Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On _September 19, 1999_
before me, the undersigned, a Notary Public in and for said State personally appeared
_____ELSIE G. TURCHEN_____
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) _____is_____ subscribed to the within instrument and acknowledged to me that ____she____ executed the same in ____her____ authorized capacity, and that by _____her_____ signature on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _Ann R. Tutino_

Name _ANN R. TUTINO_
(typed or printed)

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC · CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

(This area for official notarial seal)

---

EXHIBIT A

LOT 7   BLK 5   HAYWARD ADDITION TO CITY OF SAN MATEO SUBDIVISION D-61

(APN: 034-197-080)

PROPERTY ADDRESS:   Unimproved lot on South B Street, San Mateo, California (contiguous 811 South B Street)

> Lots 3 and 7, block 5, as designated on the map entitled "Map of Hayward Addition
> to the City of San Mateo, County of San Mateo, California", San Mateo, State of
> California on November 2, 1904 in Book "D" of maps at page 61 and a copy entered
> in book 3 of maps at page 43.
>
> A/P No. 034-197-080
> Property address: 811 So. "B" Street.

RECORDING REQUESTED BY

Carleton L. Briggs, Esq.
3510 Unocal Pl. #209
Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO:  SAME

Title Order No.
Escrow No.

**2005-210773**
04:30pm 12/01/05 DE  Fee: 30.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder



* 2 0 0 5 0 2 1 0 7 7 3 A R *

---

## GRANT DEED

Space above this time for recorder's use

A. P. N. 035-212-080

The undersigned grantor(s) declare(s)
Documentary transfer tax is  $  NONE  (Transfer to a 501(c)(3) organization  (Gift)

*No liens or encumbrances on this property.
City of San Mateo
Tax:  -0-

(  ) computed on the consideration or value of property conveyed: OR
(  ) computed on the consideration or value of property less liens or encumbrances remaining at time of sale
(  ) Unincorporated area: (  ) City of _____
( X ) Realty not sold

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this  12th  day  of January, 1999,  Elsie G. Turchen, as Trustee of the Danny Boy Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California, described as:

* * *  See "Exhibit A" hereto attached and herein incorporated  * * *

Property Address:
143 South Boulevard, San Mateo, CA

Dated  January 12, 1999

_Elsie G. Turchen_
Elsie G. Turchen, Trustee
Danny Boy Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On  September 19, 1999
before me, the undersigned, a Notary Public in and for said State personally appeared
ELSIE G. TURCHEN
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) ____is____ subscribed to the within instrument and acknowledged to me that ___she___ executed the same in ___her___ authorized capacity, and that by _____her_____ signature on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _Ann L. Tutino_

Name  ANN R. TUTINO
(typed or printed)

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC · CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

(This area for official notarial seal)

---

Description: San Mateo, CA Document-Year.DocID 2005.210773 Page: 1 of 2
Order: 0000 Comment:

EXHIBIT A


LOTS 13 AND 14, IN BLOCK 1, AS SHOWN ON THAT CERTAIN MAP ENTITLED "SOUTH B STREET TRACT, SAN MATEO CO., CALIFORNIA", FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN MATEO COUNTY ON JANUARY 6, 1927 IN BOOK 14 AT PAGES 78 AND 79.


(APN: 035-212-080)

PROPERTY ADDRESS:  143 SOUTH BOULEVARD, SAN MATEO, CALIFORNIA

RECORDING REQUESTED BY

~~illegible~~

Carleton L. Briggs, Esq.
3510 Unocal Pl. #209
Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO:  SAME

Title Order No.
Escrow No.

**2005-210774**
04:30pm 12/01/05 DE  Fee: 30.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*20050210774AR*

---

## GRANT DEED

Space above this time for recorder's use

A. P. N.  035-212-090

The undersigned grantor(s) declare(s)                *No liens or encumbrances on this property.

Documentary transfer tax is  $  NONE  (Transfer to a 501(c)(3) organization  **(Gift)**    City San Mateo Tax due? -0-

(   )   computed on the consideration or value of property conveyed:  OR
(   )   computed on the consideration or value less liens or encumbrances remaining at time of sale
(   )   Unincorporated area: (   )  City of _____
( X )   Realty not sold

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this __12th__ day of January, 1999, Elsie G. Turchen, as Trustee of the Danny Boy Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California, described as:

*   *   *   See "Exhibit A" hereto attached and herein incorporated   *   *   *

Property Address:
147 South Boulevard, San Mateo, CA

Dated ___January 12, 1999___

_Elsie G. Turchen_
Elsie G. Turchen, Trustee
Danny Boy Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On _September 19, 1999_
before me, the undersigned, a Notary Public in and for said State personally appeared
___ELSIE G. TURCHEN___
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) ___is___ subscribed to the within instrument and acknowledged to me that ___she___ executed the same in ___her___ authorized capacity, and that by ___her___ signature on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _Ann R. Tutino_

Name ___ANN R. TUTINO___
(typed or printed)

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC · CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 20__

[This area for official notarial seal]

---

*Description: San Mateo,CA Document-Year.DocID 2005.210774 Page: 1 of 2*
*Order: 0000 Comment:*

EXHIBIT A

LOTS 15 AND 16 IN BLOCK 1, AS SHOWN ON THAT CERTAIN MAP ENTITLED "SOUTH B STREET TRACT, SAN MATEO CO., CALIFORNIA", FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN MATEO COUNTY ON JANUARY 6, 1927 IN BOOK 14 AT PAGES 78 AND 79.

(APN: 035-212-090)

PROPERTY ADDRESS:  147 SOUTH BOULEVARD, SAN MATEO, CA

RECORDING REQUESTED BY

Carleton L. Briggs, Esq.
3510 Unocal Pl. #209
Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO:  SAME

Title Order No.
Escrow No.

**2005-210775**
04:30pm 12/01/05 DE  Fee: 30.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*20050210775AR*

---

## GRANT DEED

Space above this time for recorder's use

A. P. N.  035-212-210

The undersigned grantor(s) declare(s)              *No liens or encumbrances on this property.
Documentary transfer tax is  $  NONE  (Transfer to a 501(c)(3) organization   (Gift)   City Tax   -0-

(   )  computed on the consideration or value of property conveyed: OR
(   )  computed on the consideration or value less liens or encumbrances remaining at time of sale
(   )  Unincorporated area:  (   )  City of _____
( X )  Realty not sold

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this __12th__ day  of January, 1999,  Elsie G. Turchen, as Trustee of the Danny Boy Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California, described as:

     *   *   *  See "Exhibit A" hereto attached and herein incorporated  *   *   *

Property Address:
149-151 South Boulevard, San Mateo, CA

Dated __January 12, 1999__

*Elsie L. Turchen*
Elsie G. Turchen, Trustee
Danny Boy Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO
On _September 19, 1999_ ,
before me, the undersigned, a Notary Public in and for said State personally appeared
ELSIE G. TURCHEN
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) ___is___ subscribed to the within instrument and acknowledged to me that ___she___ executed the same in ___her___ authorized capacity, and that by ___her___ signature on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _____

Name _____
        **(typed or printed)**

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

**(This area for official notarial seal)**

Description: San Mateo,CA Document-Year.DocID 2005.210775 Page: 1 of 2
Order: 0000 Comment:

EXHIBIT A

LOTS 11 AND 12, IN BLOCK 1, AS SHOWN ON THAT CERTAIN MAP ENTITLED "SOUTH B STREET TRACT, SAN MATEO CO., CALIFORNIA", FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN MATEO COUNTY ON JANUARY 6, 1927 IN BOOK 14 AT PAGES 78 AND 79.

(APN: 035-212-210)

PROPERTY ADDRESS:   149-151 SOUTH BOULEVARD, SAN MATEO, CALIFORNIA

RECORDING REQUESTED BY

~~NOTICE OF PENDENCY~~

Carleton L. Briggs, Esq.
3510 Unocal Pl. #209
Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO:  SAME

Title Order No.
Escrow No.

**2005-210776**
04:30pm 12/01/05 DE  Fee: 30.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*200502107776AR*

---

## GRANT DEED

Space above this time for recorder's use

A. P. N. 034-176-070

The undersigned grantor(s) declare(s)              *No liens or encumbrances on this property.

Documentary transfer tax is  $ __NONE__ (Transfer to a 501(c)(3) organization  **(Gift)**  City San Mateo
Tax due:  -0-

(  )   computed on the consideration or value of property conveyed: OR
(  )   computed on the consideration or value less liens or encumbrances remaining at time of sale
(  )   Unincorporated area: (   ) City of _____
( X )   Realty not sold

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this __12th__ day  of January, 1999,  Elsie G. Turchen, as Trustee of the Danny Boy Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California, described as:

* * *   See "Exhibit A" hereto attached and herein incorporated   * * *

Property Address:
400 South "B" Street, San Mateo, CA

Dated __January 12, 1999__

*Elsie L Turchen*
Elsie G. Turchen, Trustee
Danny Boy Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On *SEPTEMBER 19, 1999* _____
before me, the undersigned, a Notary Public in and for said State personally appeared
ELSIE G. TURCHEN
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) ____is____ subscribed to the within instrument and acknowledged to me that ____she____ executed the same in ____her____ authorized capacity, and that by ____her____ signature on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal

Signature *Ann R. Tutino*
Name *ANN R. TUTINO*
(typed or printed )

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

( This area for official notarial seal)

---

*Description: San Mateo, CA Document-Year.DocID 2005.210776 Page: 1 of 2*
*Order: 0000 Comment:*

EXHIBIT A

LOT 4, BLOCK 5 AS DESIGNATED ON THE MAP ENTITLED "MAP" OF THE TOWN OF SAN MATEO SAN MATEO COUNTY CAL.", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO STATE OF CALIFORNIA, ON JANUARY 24, 1963 IN BOOK 2 OF MISCELLANEOUS RECORDS AT PAGE 95 AND A COPY ENTERED IN BOOK 1 OF MAPS AT PAGE 45.
EXCEPTING THERE FROM, THE NORTHWESTERLY 5 FEET, MEASURED AT RIGHT ANGLES SOUTHEASTERLY FROM AND LYING CONTIGUOUS TO THE NORTHWESTERLY LINE OF LOT 4 IN BLOCK 5, AS GRANTED TO THE CITY OF SAN MATE, A MUNICIPAL CORPORATION, BY DEED RECORDED MAY 11, 1950 IN BOOK 1855 OFFICIAL RECORDS, PAGE 650 INSTRUMENT NO. 56836-A1.

(APN: 034-176-070)

PROPERTY ADDRESS:  400 SOUTH "B" STREET, SAN MATEO, CALIFORNIA

RECORDING REQUESTED BY

Carleton L. Briggs, Esq.
3510 Unocal Pl. #209
Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO:  SAME

Title Order No.
Escrow No.

**2005-210777**
04:30pm 12/01/05 DE  Fee: 30.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

\* 2 0 0 5 0 2 1 0 7 7 7 A R \*

## GRANT DEED

Space above this time for recorder's use

A. P. N.  034-176-080

The undersigned grantor(s) declare(s)      \*No liens or encumbrances on this property.
Documentary transfer tax is  $ __NONE__ (Transfer to a 501(c)(3) organization **(Gift)**   San Mateo City
tax due: -0-

(   )   computed on the consideration or value of property conveyed: OR
(   )   computed on the consideration or value less liens or encumbrances remaining at time of sale
(   )   Unincorporated area: (   ) City of _____
( X )   Realty not sold

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this __12th__ day of January, 1999, Elsie G. Turchen, as Trustee of the Danny Boy Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property  County of San Mateo, State of California described as:

            \* \* \*  See "Exhibit A" hereto attached and herein incorporated  \* \* \*

Property Address:
410 South "B" Street, San Mateo, CA (4th & "B" vacant lot)

Date __January 12-1999__           _Elsie G. Turchen_
                                Elsie G. Turchen, Trustee
                                Danny Boy Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On __September 19, 1999__ ,
before me, the undersigned, a Notary Public in and for said State personally appeared
            ELSIE G. TURCHEN
personally known to me (or proved to me on the basis of satisfactory evidence) to be the
person(s) whose name(s) ____is____ subscribed to the within instrument and
acknowledged to me that ____she____ executed the same in __her__ authorized
capacity, and that by ____her____ signature on the instrument the person(s), or
entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _____

Name __ANN R. TUTINO__
        (typed or printed)

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

(This area for official notarial seal)

*Description: San Mateo,CA Document-Year.DocID 2005.210777 Page: 1 of 2*
*Order: 0000 Comment:*

EXHIBIT A

LOT 3, BLOCK 5, AS DESIGNATED ON THE MAP ENTITLED "MAP OF THE TOWN OF SAN MATEO, SAN MATEO COUNTY, CAL", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON JANUARY 24, 1863 IN BOOK 2 OF MISCELLANEOUS RECORDS AT PAGE 95 AND A COPY ENTERED IN BOOK 1 OF MAPS AT PAGE 45.

(APN: 034-176-080)

PROPERTY ADDRESS:    4TH AND B STREET UNIMPROVED LOT, KNOWN AS 410 SOUTH B STREET, SAN MATEO, CALIFORNIA



RECORDING REQUESTED BY

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

WHEN RECORDED MAIL TO:

Carleton L. Briggs, Esq.
3510 Unocal Pl. #209
Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO:  SAME

Title Order No.
Escrow No.

**2005-210778**

04:30pm 12/01/05 DE  Fee: 30.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

\* 2 0 0 5 0 2 1 0 7 7 8 A R \*

---

## GRANT DEED

Space above this time for recorder's use

The undersigned grantor(s) declare(s)
Documentary transfer tax is  $ __NONE__ (Transfer to a 501(c)(3) organization   (Gift)

A. P. N.  034-185-110
**No liens or encumbrances on this property.**
City San Mateo
tax due: -0-

( )    computed on the consideration or value of property conveyed: OR
( )    computed on the consideration or value less liens or encumbrances remaining at time of sale
( )    Unincorporated area: ( )   City of _____
( X )   Realty not sold

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this __12th__ day of January, 1999, Elsie G. Turchen, as Trustee of the Partner Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California, described as:

* * *   See "Exhibit A" hereto attached and herein incorporated   * * *

Property Address:
307 South Claremont Avenue, San Mateo, CA

Dated __January 12, 1999__

_Elsie G. Turchen_
Elsie G. Turchen, Trustee
Partner Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On _September 19, 1999_,
before me, the undersigned, a Notary Public in and for said State personally appeared
ELSIE G. TURCHEN
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) ____is____ subscribed to the within instrument and acknowledged to me that ___she___ executed the same in ___her___ authorized capacity, and that by ___her___ signature on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _____

Name _ANN R. TUTINO_
(typed or printed)

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

(This area for official notarial seal)

---

Description: San Mateo,CA Document-Year.DocID 2005.210778 Page: 1 of 2
Order: 0000 Comment:

EXHIBIT A

THE LAND REFERRED TO IS A FIFTY PERCENT UNDIVIDED INTEREST IN THE REAL PROPERTY SITUATED IN THE CITY OF SAN MATEO, COUNTY OF SAN MATEO, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

LOT 8, AND THE NORTHWESTERLY 3 FEET FRONT AND REAR MEASUREMENTS OF LOT 9, BLOCK 21, AS DESIGNATED ON THE MAP ENTITLED "MAP OF THE TOWN OF SAN MATEO, SAN MATEO CAL.", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA ON JANUARY 24, 1863 IN BOOK 2 OF MISCELLANEOUS AT PAGE 95 AND A COPY ENTERED IN BOOK AT PAGE 45.

ASSESSOR'S PARCEL NUMBER: 035-185-110

PROPERTY ADDRESS: 307 SO. CLAREMONT AVENUE, SAN MATEO, CALIFORNIA

RECORDING REQUESTED BY

~~Briggs Law Corporation~~

WHEN RECORDED MAIL TO·

   Carleton L. Briggs, Esq.
   3510 Unocal Pl. #209
   Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO:  SAME

Title Order No.
Escrow No.

**2005-210779**
04:30pm 12/01/05 DE  Fee: 30.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

\* 2 0 0 5 0 2 1 0 7 7 9 A R \*

---

## GRANT DEED

Space above this time for recorder's use

A. P. N. 035-051-310

The undersigned grantor(s) declare(s)
Documentary transfer tax is  $  NONE   (Transfer to a 501(c)(3) organization    (Gift)

*No liens or encumbrances on this property.
City San Mateo
tax due 0

(   )   computed on the consideration or value of property conveyed: OR
(   )   computed on the consideration or value of property less liens or encumbrances remaining at time of sale
(   )   Unincorporated area: (   ) City of _____
( X )   Realty not sold

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this __12th__ day of January, 1999,  Elsie G. Turchen, as Trustee of the Partner Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California, described as:

        * * *   See "Exhibit A" hereto attached and herein incorporated   * * *

Property Address:
1301 South Railroad Avenue, San Mateo, CA

Dated __January 12, 1999__

Elsie G. Turchen, Trustee
Partner Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On _September 19, 1999_
before me, the undersigned, a Notary Public in and for said State personally appeared
_____ELSIE G. TURCHEN_____
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) _____is_____ subscribed to the within instrument and acknowledged to me that ____she____ executed the same in ___her___ authorized capacity, and that by _____her_____ signature on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _____

Name _ANN R. TUTINO_
      **(typed or printed)**

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

**(This area for official notarial seal)**

*Description: San Mateo, CA Document-Year.DocID 2005.210779 Page: 1 of 2*
*Order: 0000 Comment:*

EXHIBIT A

THE LAND REFERRED TO IS A FIFTY PERCENT UNDIVIDED INTEREST IN THE REAL PROPERTY SITUATED IN THE CITY OF SAN MATEO, COUNTY OF SAN MATEO, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

LOT 9, BLOCK 22, AS DESIGNATED ON THE MAP ENTITLED "SUNNYBRAE MAP NO. 3 SAN MATEO, CALIFORNIA", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA ON AUGUST 29, 1946 IN BOOK 26 OF MAPS AT PAGE 11, 12 AND 13.

ASSESSOR'S PARCEL NUMBER: 035-051-310

PROPERTY ADDRESS:1301-1303 SOUTH RAILROAD AVENUE, SAN MATEO, CALIFORNIA

RECORDING REQUESTED BY

~~██████████████████~~

WHEN RECORDED MAIL TO:

Carleton L. Briggs, Esq.
3510 Unocal Pl. #209
Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO:  SAME

Title Order No.
Escrow No.

**2005-210780**
04:30pm 12/01/05 DE  Fee: 30.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

**\* 2 0 0 5 0 2 1 0 7 8 0 A R \***

## GRANT DEED

Space above this time for recorder's use

A. P. N.  035-051-320

\*No liens or encumbrances on this property.

The undersigned grantor(s) declare(s)
Documentary transfer tax is  $ __NONE__ _(Transfer to a 501(c)(3) organization_   (Gift)

City San Mateo
tax due

(   )   computed on the consideration or value of property conveyed: OR
(   )   computed on the consideration or value less liens or encumbrances remaining at time of sale
(   )   Unincorporated area: (   )   City of _____
( X )   Realty not sold

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this __12th__ day of January, 1999, Elsie G. Turchen, as Trustee of the Partner Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California, described as:

*  *  *   See "Exhibit A" hereto attached and herein incorporated   *  *  *

Property Address:
1217 South Railroad Avenue, San Mateo, CA

Dated __January 12, 1999__

_Elsie G. Turchen_
Elsie G. Turchen, Trustee
Partner Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On _September 19, 1999_,
before me, the undersigned, a Notary Public in and for said State personally appeared
_ELSIE G. TURCHEN_
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) _____is_____ subscribed to the within instrument and acknowledged to me that ____she____ executed the same in ____her____ authorized capacity, and that by ____her____ signature on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _Ann R. Tutino_

Name __ANN R. TUTINO__
(typed or printed)

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept 13, 2001

[This area for official notarial seal]

Description: San Mateo,CA Document-Year.DocID 2005.210780 Page: 1 of 2
Order: 0000 Comment:

EXHIBIT A

THE LAND REFERRED TO IS A FIFTY PERCENT UNDIVIDED INTEREST IN THE REAL PROPERTY SITUATED IN THE CITY OF SAN MATEO, COUNTY OF SAN MATEO, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

LOT 10, BLOCK 22, AS DESIGNATED ON THE MAP ENTITLED "SUNNYBRAE MAP NO. 3 SAN MATEO, CALIFORNIA", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA ON AUGUST 29, 1946 IN BOOK 26 OF MAPS AT PAGES 11, 12 AND 13.

ASSESSOR'S PARCEL NUMBER: 035-051-320

PROPERTY ADDRESS: 1217 SOUTH RAILROAD AVENUE, SAN MATEO, CALIFORNIA

RECORDING REQUESTED BY

~~XXXXXXXXXXXXXXXXXXXXX~~

WHEN RECORDED MAIL TO:

   Carleton L. Briggs, Esq.
   3510 Unocal Pl. #209
   Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO:  SAME

Title Order No.
Escrow No.

---

**2005-210781**

04:30pm 12/01/05 DE  Fee: 30.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

\* 2 0 0 5 0 2 1 0 7 8 1 A R \*

---

### GRANT DEED
*Space above this time for recorder's use*

A. P. N.  039-072-060
\*No liens or encumbrances on this property.

The undersigned grantor(s) declare(s)

Documentary transfer tax is  $  NONE  (Transfer to a 501(c)(3) organization   (Gift)

City San Mateo
tax due 10/1

(   )  computed on the consideration or value of property conveyed: OR
(   )  computed on the consideration or value less liens or encumbrances remaining at time of sale
(   )  Unincorporated area: (   ) City of _____
( X )  Realty not sold

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this _12th_ day of January, 1999, Elsie G. Turchen, as Trustee of the Partner Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California, described as:

        \* \* \*  See "Exhibit A" hereto attached and herein incorporated  \* \* \*

Property Address:
69/75 East 21st Avenue, San Mateo, CA

Dated ___January 12, 1999___

_Elsie K. Turchen_
Elsie G. Turchen, Trustee
Partner Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On _September 19, 1999_
before me, the undersigned, a Notary Public in and for said State personally appeared
ELSIE G. TURCHEN
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) _____is_____ subscribed to the within instrument and acknowledged to me that ___she___ executed the same in ___her___ authorized capacity, and that by _____her_____ signature on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _Ann R. Tutino_

Name _ANN R. TUTINO_
      **(typed or printed)**

```
ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001
```

**(This area for official notarial seal)**

---

*Description: San Mateo, CA Document-Year.DocID 2005.210781 Page: 1 of 2*
*Order: 0000 Comment:*

EXHIBIT "A"

ALL THAT REAL PROPERTY SITUATED IN THE CITY SAN MATEO, COUNTY OF SAN MATEO, STATE OF CALIFORNIA DESCRIBED AS FOLLOWS:

PARCEL ONE:

BEGINNING at a point on the Northwesterly boundry of that tract of land described in Quit Claim Deed from Sarah T. Fox, et al, to Katie Kuruez getto, recorded February 28, 1926 in Book 209 of Officiial Records of San Mateo County at page 475, distant thereon North 47 degrees 17' East 133 feet from the most Westerly corner of said tract; thence along the Northwesterly boundry of said tract North 47 degrees 17' East 43.31 feet; thence South 42 degrees 51-1/2' East 138.58 feet; thence South 47 degrees 08-1/2' West 47 feet; thence North 41 degrees20' West along the Northeasterly line of an alley 138.73 feet to the point of beginning.

PARCEL TWO:

BEGINNING at a point on the Northwesterly boundry of that tract of land described in Quit Claim Deed from Sarah T. Fox, et al, to Katie Kuruez getto, recorded February 28, 1926 in Book 209 of Officiial Records of San Mateo County at page 475, distant thereon North 47 degrees 17' East 50 feet; thence South 42 degrees 51-1/2' East 138.44 feet; thence South 47 degrees 08-1/2' West 50 feet; thence North 42 degrees 51-1/2' West 138.58 feet to the point of beginning.

PARCEL THREE

BEGINNING at the most Westerly corner of that certain tract of land descrived in Quit Claim Deed from Sarah t. Fox, et al, to Katie Kuruenz Getto, dated january 18, 1926 and recorded february 28, 1926 in Book 209 of Official Records of San Mateo County at page 475; thence from said point of beginning along the Nortwesterly boundary line of said tract North 47 degrees 17' east 133.00 feet; thence South 41 degrees 20' East 24.32 feet to the true point of beginning; thence from said true point of beginning South 41 degrees 20' East 114.41 feet; thence South 47 degrees 08' 30" West 20 feet; thence North 41 degrees 20' West 114.45 feet to a point that bears South 47 degrees 17' West from the true point of beginning; Tence North 47 degrees 17' East 20 feet to the true point of beginning.

PARCEL FOUR

BEGINNING at a point on the Northwesterly boundry of the tract hereinafter mentioned which point is North 47 degrees 17' East 127 feet from the most Westerly corner of that tract of land described in Quit Claim Deed from Sarah T. Fox, et al, to Katie Kuruenz Getto, recorde February 28, 1926 in Book 209 if Iffucuak Records of San Mateo County at Page 475; thence from said point of beginning along the Northwesterly boundary of said tract North 47 degrees 17' East 6 feet; thence South 41 degrees 20' East 24.32 feet; thence South 47 degrees 17' East 6 feet; thence South 41 degrees 20' West 24.32 feet to the point of beginning.

AP No. 039-072-060

< END OF DOCUMENT >

RECORDING REQUESTED BY

~~Beer Diego Housepaalteen~~

WHEN RECORDED MAIL TO:

Carleton L. Briggs, Esq.
3510 Unocal Pl. #209
Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO:  SAME

Title Order No.
Escrow No.

**2005-210782**
04:30pm 12/01/05 DE  Fee: 30.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

```
* 2 0 0 5 0 2 1 0 7 8 2 A R *
```

---

### GRANT DEED

Space above this time for recorder's use

A. P. N.  034-185-190

The undersigned grantor(s) declare(s)

**\*No liens or encumbrances on this property.**

Documentary transfer tax is  $  NONE  (Transfer to a 501(c)(3) organization  **(Gift)**

City San Mateo

tax due:   –0–

(    )   computed on the consideration or value of property conveyed: OR
(    )   computed on the consideration or value less liens or encumbrances remaining at time of sale
(    )   Unincorporated area: (    )   City of _____
( X )   Realty not sold

**FOR A VALUABLE CONSIDERATION:**  receipt of which is hereby acknowledged,

on this _12th_  day  of January, 1999, Elsie G. Turchen, as Trustee of the Ward Anderson Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California, described as:

* * *   See "Exhibit A" hereto attached and herein incorporated   * * *

Property Address:
311 South Claremont Street, San Mateo, CA

Dated _____January 12, 1999_____

Elsie G. Turchen, Trustee
Ward Anderson Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On _SEPTEMBER 19, 1999_____,
before me, the undersigned, a Notary Public in and for said State personally appeared
ELSIE G. TURCHEN
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) _____is_____ subscribed to the within instrument and acknowledged to me that ____she____ executed the same in ___her___ authorized capacity, and that by _____her_____ signature on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _____

Name _ANN R. TUTINO_
(typed or printed)

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC · CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

(This area for official notarial seal)

---

*Description: San Mateo,CA Document-Year.DocID 2005.210782 Page: 1 of 2*
*Order: 0000 Comment:*

EXHIBIT A

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN MATEO, CITY OF SAN MATEO, AND IS DESCRIBED AS FOLLOWS:

A PORTION OF LOT 9 IN BLOCK 21 OF THE TOWN OF SAN MATEO, AS SHOWN AND DELINEATED UPON THAT CERTAIN MAP OR PLAT OF THE TOWN OF SAN MATEO, AS LAID OUT BY C.B. POLHEMUS AND RECORDED IN THE OFFICE OF THE COUNTY OF SAN MATEO, STATE AFORESAID, BOOK 2 OF MISCELLANEOUS RECORDS, AT PAGE 95. COMMENCING AT A POINT ON THE EASTERLY LINE OF SOUTH CLAREMONT STREET, DESIGNATED AS "C" STREET ON THE MAP HEREINAFTER MENTIONED, DISTANT THEREON ONE HUNDRED THREE (103) FEE SOUTHERLY FROM THE POINT OF INTERSECTION THEREWITH OF THE SOUTHERLY LINE OF THIRD AVENUE, AND RUNNING THENCE AT RIGHT ANGLES TO SAID LINE OF SOUTH CLAREMONT STREET EASTERLY ONE HUNDRED TEN (110) FEET TO THE EASTERLY LINE OF LOT NINE (9) HEREINAFTER MENTIONED AND THENCE SOUTHERLY AND ALONG SAID EASTERLY LINE OF SAID LINE OF SAID LOT NINE (9) FORTY-SEVEN (47) FEET MORE OR LESS TO THE CORNER COMMON TO LOTS THREE (3) AND FOUR (4), NINE (9) AND TEN (10) IN BLOCK TWENTY-ONE (21), HEREINAFTER DESCRIBED; THENCE AT A RIGHT ANGLE WESTERLY AND ALONG THE SOUTHERLY LINE OF SAID LOT NINE (9) ONE HUNDRED TEN (110) FEET TO SAID EASTERLY LINE OF SAID SOUTH CLAREMONT STREET; THENCE NORTHERLY AND ALONG SAID LINE OF SAID SOUTH CLAREMONT STREET FORTY-SEVEN (47) FEET TO THE POINT OF COMMENCEMENT. BEING A PORTION OF LOT NINE (9) IN BLOCK TWENTY-ONE (21) OF THE TOWN OF SAN MATEO, AS SHOWN AND DELINEATED UPON THAT CERTAIN MAP OR PLAT OF THE TOWN OF SAN MATEO, AS LAID OUT BY C. B. POLHEMUS AND RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF SAN MATEO, STATE AFORESAID, IN BOOK 2 OF MISCELLANEOUS RECORDS, AT PAGE 95.

ASSESSOR'S PARCEL NUMBER: 034-185-190

PROPERTY ADDRESS: 311 S. CLAREMONT STREET, SAN MATEO, CALIFORNIA

RECORDING REQUESTED BY

~~Per title company instruction~~

WHEN RECORDED MAIL TO:

Carleton L. Briggs, Esq.
3510 Unocal Pl. #209
Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO:  SAME

Title Order No.
Escrow No.

**2005-210783**
04:30pm 12/01/05 DE  Fee: 30.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder



\* 2 0 0 5 0 2 1 0 7 8 3 A R \*

---

## GRANT DEED

Space above this time for recorder's use

A. P. N.  034-185-200

\*No liens or encumbrances on this property.

The undersigned grantor(s) declare(s)
Documentary transfer tax is  $ __NONE  (Transfer to a 501(c)(3) organization__  **(Gift)**

City San Mateo
tax due: -0-

(  ) computed on the consideration or value of property conveyed: OR
(  ) computed on the consideration or value less liens or encumbrances remaining at time of sale
(  ) Unincorporated area: (    ) City of _____
( X ) Realty not sold

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this __12th__ day of January, 1999, Elsie G. Turchen, as Trustee of the Ward Anderson Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California, described as:

*  *  *   See "Exhibit A" hereto attached and herein incorporated   *  *  *

Property Address:
315 South Claremont Street San Mateo, CA

Dated __January 12, 1999__

Elsie G. Turchen, Trustee
Ward Anderson Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On _September 19, 1999_
before me, the undersigned, a Notary Public in and for said State personally appeared
__ELSIE G. TURCHEN__

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) _____is_____ subscribed to the within instrument and acknowledged to me that ___she___ executed the same in ___her___ authorized capacity, and that by _____her_____ signature on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _____

Name __Ann R. Tutino__
         (typed or printed)

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC · CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

(This area for official notarial seal)

---

*Description: San Mateo,CA Document-Year.DocID 2005.210783 Page: 1 of 2*
*Order: 0000 Comment:*

EXHIBIT A

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN MATEO, CITY OF SAN MATEO, AND IS DESCRIBED AS FOLLOWS:

LOT 10, BLOCK 21, AS DESIGNATED ON THE MAP ENTITLED "MAP OF THE TOWN OF SAN MATEO SAN MATEO COUNTY CAL.", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON JANUARY 24, 1863 IN BOOK 2 OF MISCELLANEOUS RECORDS AT PAGE 95, AND A COPY IN BOOK 1 OF MAPS AT PAGE 45.

ASSESSOR'S PARCEL NUMBER: 034-185-200

PROPERTY ADDRESS: 315 S. CLAREMONT STREET, SAN MATEO, CALIFORNIA

RECORDING REQUESTED BY

~~San Francisco Title Company~~

WHEN RECORDED MAIL TO:

Carleton L. Briggs, Esq.
3510 Unocal Pl. #209
Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO:  SAME

Title Order No.
Escrow No.

**2005-210784**
04:30pm 12/01/05 DE  Fee: 30.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*20050210784AR*

---

## GRANT DEED

Space above this time for recorder's use

A. P. N. 033-265-040

*No liens or encumbrances on this property.

City San Mateo
tax due:  -0-

The undersigned grantor(s) declare(s)
Documentary transfer tax is  $  NONE  (Transfer to a 501(c)(3) organization  **(Gift)**

(   )  computed on the consideration or value of property conveyed: OR
(   )  computed on the consideration or value less liens or encumbrances remaining at time of sale
(   )  Unincorporated area:  (   )  City of _____
( X )  Realty not sold

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this  _12th_  day of January, 1999, Elsie G. Turchen, as Trustee of the Ward Anderson Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California, described as:

*  *  *  See "Exhibit A" hereto attached and herein incorporated  *  *  *

Property Address:
1441 Dakota Avenue, San Mateo, CA

Dated    January 12, 1999 _____

Elsie G. Turchen, Trustee
Ward Anderson Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On  _September 19, 1999_ ,
before me, the undersigned, a Notary Public in and for said State personally appeared
ELSIE G. TURCHEN
personally known to me (or proved to me on the basis of satisfactory evidence) to be the
person(s) whose name(s)  _____is_____  subscribed to the within instrument and
acknowledged to me that  ___she___  executed the same in  ___her___  authorized
capacity, and that by  ___her___  signature on the instrument the person(s), or
entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _____

Name  ANN R. TUTINO
(typed or printed)

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

(This area for official notarial seal)

---

EXHIBIT A

LOT 9, IN BLOCK 5, AS DESIGNATED ON THE MAP ENTITLED "MAP No. 8 SHORE VIEW TRACT SAN MATEO, CALIF." WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, CALIFORNIA ON JUNE 22, 1949 IN BOOK 30 OF MAPS AT PAGES 25 TO 28 INCLUSIVE:

(APN: 033-265-040)

PROPERTY ADDRESS: 1441 DAKOTA AVENUE, SAN MATEO, CA

(1441-1449 DAKOTA)

RECORDING REQUESTED BY

~~Don Rice, Attorney at law~~

WHEN RECORDED MAIL TO:

    Carleton L. Briggs, Esq.
    3510 Unocal Pl. #209
    Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO: SAME

Title Order No.
Escrow No.

---

**2005-210785**
04:30pm 12/01/05 DE  Fee: 30.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder



\* 2 0 0 5 0 2 1 0 7 8 5 A R \*

---

### GRANT DEED

Space above this time for recorder's use

A. P. N.  033-265-030

The undersigned grantor(s) declare(s)
Documentary transfer tax is  $  NONE  (Transfer to a 501(c)(3) organization   **(Gift)**

\*No liens or encumbrances on this property!
City San Mateo tax due: -0-

(  )  computed on the consideration or value of property conveyed: OR
(  )  computed on the consideration or value less liens or encumbrances remaining at time of sale
(  )  Unincorporated area: (  ) City of _____
( X )  Realty not sold

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this  12th  day of January, 1999,  Elsie G. Turchen, as Trustee of the Ward Anderson Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California, described as:

    \* \* \*  See "Exhibit A" hereto attached and herein incorporated  \* \* \*

Property Address:
1449 Dakota Avenue, San Mateo, CA

Dated ____January 12, 1999____

_Elsie G. Turchen_ (signature)
Elsie G. Turchen, Trustee
Ward Anderson Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On  September 19, 1999
before me, the undersigned, a Notary Public in and for said State personally appeared
    ELSIE G. TURCHEN
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) ____is____ subscribed to the within instrument and acknowledged to me that ____she____ executed the same in ____her____ authorized capacity, and that by ____her____ signature on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _Ann L. Tutino_ (signature)

Name _ANN R. TUTINO_
    (typed or printed)

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

(This area for official notarial seal)

---

## EXHIBIT A

LOT 10, IN BLOCK 5, AS DESIGNATED ON THE MAP ENTITLED "MAP No. 8 SHORE VIEW TRACT SAN MATEO, CALIF" WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, CALIFORNIA, ON JUNE 22, 1949 IN BOOK 30 OF MAPS AT PAGES 25 TO 28 INCLUSIVE.

(APN:    033-265-030

PROPERTY ADDRESS: 1449 DAKOTA AVENUE, SAN MATEO, CA

(1441-1449 DAKOTA)

RECORDING REQUESTED BY

~~Rockling of corporation~~

WHEN RECORDED MAIL TO:

Carleton L. Briggs, Esq.
3510 Unocal Pl. #209
Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO:  SAME

Title Order No.
Escrow No.

**2005-210786**
04:30pm 12/01/05 DE  Fee: 30.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

* 2 0 0 5 0 2 1 0 7 8 6 A R *

---

## GRANT DEED

Space above this time for recorder's use

A. P. N. 034-156-080
*No liens or encumbrances on this property.
City San Mateo
tax due -0-

The undersigned grantor(s) declare(s)

Documentary transfer tax is $ __NONE__ (Transfer to a 501(c)(3) organization   **(Gift)**

( )   computed on the consideration or value of property conveyed: OR
( )   computed on the consideration or value less liens or encumbrances remaining at time of sale
( )   Unincorporated area: ( )   City of _____
( X )  Realty not sold

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this __12th__ day of January, 1999, Elsie G. Turchen, as Trustee of the Ward Anderson Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California described as:

*  *  *   See "Exhibit A" hereto attached and herein incorporated   *  *  *

Property Address:
401 First Avenue, San Mateo, CA

Dated __January 12, 1999__

_Elsie G. Turchen_
Elsie G. Turchen, Trustee
Ward Anderson Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On _September 19, 1999_,
before me, the undersigned, a Notary Public in and for said State personally appeared
__ELSIE G. TURCHEN__
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) ___is___ subscribed to the within instrument and acknowledged to me that ___she___ executed the same in __her__ authorized capacity, and that by ___her___ signature on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _Ann R. Tutino_

Name __ANN R. TUTINO__
(typed or printed)

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

[This area for official notarial seal]

---

*Description: San Mateo,CA Document-Year.DocID 2005.210786 Page: 1 of 2*
*Order: 0000 Comment:*

EXHIBIT A

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN MATEO, CITY OF SAN MATEO, AND IS DESCRIBED AS FOLLOWS:

PORTION OF BLOCK 19,  AS DESIGNATED ON THE MAP ENTITLED  "MAP OF THE TOWN OF SAN MATEO,  SAN MATEO COUNTY CAL.", WHICH MAP WAS FILED IN THE OFFICE  OF  THE  RECORDER  OF  THE  COUNTY  OF  SAN  MATEO,  STATE  OF CALIFORNIA, ON JANUARY 24, 1863 IN LIBER 2 OF MISCELLANEOUS RECORDS AT PAGE 95, AND A COPY ENTERED IN LIBER 1 OF MAPS AT PAGE 45, MORE PARTICULARLY DESCRIBED AS:

BEGINNING  AT  THE  POINT  OF  INTERSECTION  OF  THE  EASTERLY  LINE  OF RAILROAD  AVENUE  WITH  THE  NORTHERLY  LINE  OF  FIRST  AVENUE:  RUNNING THENCE  EASTERLY  ALONG  SAID  LINE  OF  FIRST  AVENUE  55  FEET;  THENCE  AT RIGHT  ANGLES  NORTHERLY  100  FEET;  THENCE  AT  RIGHT  ANGLES  WESTERLY  55 FEET  TO  THE  EASTERLY  LINE  OF  RAILROAD  AVENUE;   THENCE  AT  RIGHT  ANGLES SOUTHERLY  ALONG  SAID  EASTERLY  LINE  OF  RAILROAD  AVENUE  100  FEET  TO  THE POINT OF BEGINNING.


ASSESSOR'S PARCEL NUMBER: 034-156-080

PROPERTY ADDRESS:  401 FIRST AVENUE,  SAN MATEO, CALIFORNIA

RECORDING REQUESTED BY

~~Greensprings Fellowship Trust~~

WHEN RECORDED ~~MAIL~~

    Carleton L. Briggs, Esq.
    3510 Unocal Pl. #209
    Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO:  SAME

Title Order No.
Escrow No.

**2005-210787**
04:30pm 12/01/05 DE  Fee: 30.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder



\* 2 0 0 5 0 2 1 0 7 8 7 A R \*

---

## GRANT DEED

Space above this time for recorder's use

A. P. N. 032-071-030

The undersigned grantor(s) declare(s)
Documentary transfer tax is  $  NONE  (Transfer to a 501(c)(3) organization   **(Gift)**

\*No liens or encumbrances on this property
City San Mateo
tax due: 

(   )    computed on the consideration or value of property conveyed: OR
(   )    computed on the consideration or value less liens or encumbrances remaining at time of sale
(   )    Unincorporated area: (   ) City of _____
( X )    Realty not sold

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this __12th__ day of January, 1999, Elsie G. Turchen, as Trustee of the Ward Anderson Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California, described as:

         \* \* \*   See "Exhibit A" hereto attached and herein incorporated   \* \* \*

Property Address:
501 North El Camino Real, San Mateo, CA

Dated __January 12, 1999__

_Elsie K Turchen_
Elsie G. Turchen, Trustee
Ward Anderson Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On _September 19, 1999_
before me, the undersigned, a Notary Public in and for said State personally appeared
_____ELSIE G. TURCHEN_____
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) _____is_____ subscribed to the within instrument and acknowledged to me that ___she___ executed the same in ___her___ authorized capacity, and that by _____her_____ signature on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _Ann R Tutino_

Name _ANN R. TUTINO_
         {typed or printed}

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC · CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

{This area for official notarial seal}

---

*Description: San Mateo, CA Document-Year.DocID 2005.210787 Page: 1 of 2*
*Order: 0000 Comment:*

EXHIBIT A

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN MATEO, CITY OF SAN MATEO, AND IS DESCRIBED AS FOLLOWS:

PORTION OF LOT 37, AS DESIGNATED ON THE MAP ENTITLED MAP OF SUBDIVISION NO. 1 OF SAN MATEO PARK, CAL.", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON JUNE 5, 1902 IN BOOK "B" OF MAPS AT PAGE 9, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHWESTERLY LINE OF EL CAMINO REAL, DISTANT THEREON SOUTH 48 DEGREES 47' EAST 100 FEET SOUTHEASTERLY FROM THE MOST NORTHERLY CORNER OF SAID LOT 37; THENCE ALONG SAID SOUTHWESTERLY LINE OF EL CAMINO REAL SOUTH 48 DEGREES 47' EAST 100 FEET; THENCE SOUTHERLY ON A CURVE TO THE RIGHT, HAVING A RADIUS OF 20 FEET, AN ARC DISTANCE OF 30 FEET TO THE NORTHWESTERLY LINE OF BELIEVE AVENUE; THENCE SOUTHWESTERLY ALONG SAID NORTHWESTERLY LINE OF BELLEVUE AVENUE, 72.5 FEET TO THE NORTHEASTERLY LINE OF PROPERTY DESCRIBED IN PARCEL 2 OF DEED FROM JAMES WINSLOW MC CLENAHAN AND BARBARA MAE MC CLENAHAN, HIS WIFE TO DEAN H. PRATT, DATED JULY 18, 1946 AND RECORDED AUGUST 2, 1946 IN BOOK 1303 OF OFFICIAL RECORDS OF SAN MATEO COUNTY AT PAGE 95; THENCE ALONG SAID NORTHEASTERLY LINE, NORTH 47 DEGREES 43' WEST 128.42 FEET TO A LINE PARALLEL WITH AND DISTANT AT RIGHT ANGLES 100 FEET SOUTHEASTERLY FROM THE NORTHWESTERLY BOUNDARY OF SAID LOT 37; THENCE NORTHEASTERLY ALONG SAID PARALLEL LINE, 87 FEET MORE OR LESS, TO THE POINT OF BEGINNING.

ASSESSOR'S PARCEL NUMBER: 032-071-030

PROPERTY ADDRESS: 501 NORTH EL CAMINO REAL, SAN MATEO, CALIFORNIA

RECORDING REQUESTED BY



WHEN RECORDED MAIL TO

Carleton L. Briggs, Esq.
3510 Unocal Pl. #209
Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO: SAME

Title Order No.
Escrow No.

**2005-210789**
04:30pm 12/01/05 DE  Fee: 30.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder



\* 2 0 0 5 0 2 1 0 7 8 9 A R \*

---

## GRANT DEED

Space above this time for recorder's use

A. P. N. 044-171-120

The undersigned grantor(s) declare(s)    *No liens or encumbrances on this property.
Documentary transfer tax is  $  NONE   (Transfer to a 501(c)(3) organization

tax due: 0-0-

( )  computed on the consideration or value of property conveyed: OR
( )  computed on the consideration or value less liens or encumbrances remaining at time of sale
( )  Unincorporated area: ( )  City of _____
( X )  Realty not sold

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this __12th__ day of January, 1999,  Elsie G. Turchen, as Trustee of the Penny Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California, described as:

* * *   See "Exhibit A" hereto attached and herein incorporated   * * *

Property Address:
325 Malcomb Avenue, Belmont, CA

Dated __January 12, 1999__

_Elsie G. Turchen_
Elsie G. Turchen, Trustee
Penny Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On  _September 19, 1999_ ,
before me, the undersigned, a Notary Public in and for said State personally appeared
_____ELSIE G. TURCHEN_____
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) _____is_____ subscribed to the within instrument and acknowledged to me that ____she____ executed the same in ___her___ authorized capacity, and that by ____her____ signature on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _Ann R. Tutino_

Name _ANN R. TUTINO_
(typed or printed)

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

(This area for official notarial seal)

---

*Description: San Mateo,CA Document-Year.DocID 2005.210789 Page: 1 of 2*
*Order: 0000 Comment:*

EXHIBIT "A"

LOT 12, BLOCK 1, AS DESIGNATED ON THE MAP ENTITLED "BELVIEW HEIGHTS MAP NO. 1 BELMONT, SAN MATEO COUNTY, CALIFORNIA", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA ON DECEMBER 7, 1950 IN BOOK 32 OF MAPS AT PAGES 37 and 38.

A.P.N. 044-171-120
Property Address: 325 Malcomb Avenue
Belmont, CA

RECORDING REQUESTED BY

~~xxxxxxxxxxxxxxxx~~

WHEN RECORDED MAIL TO:

    Carleton L. Briggs, Esq.
    3510 Unocal Pl. #209
    Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO:  SAME

Title Order No.
Escrow No.

**2005-210790**
04:30pm 12/01/05 DE Fee: 30.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*2005 0210790 AR*

---

### GRANT DEED

Space above this time for recorder's use

A. P. N.  032-380-170

The undersigned grantor(s) declare(s)      *No liens  or encumbrances on this property.

Documentary transfer tax is  $  NONE  (Transfer to a 501(c)(3) organization  (Gift)

Real Prop tax – City
*Amt. Tax due: / –0–

(   ) computed on the consideration or value of property conveyed: OR

(   ) computed on the consideration or value less liens or encumbrances remaining at time of sale

(   ) Uncorporated area: (   ) City of _____

( X ) Realty not sold

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this  12th  day  of January, 1999,  Elsie G. Turchen, as Trustee of the El Cerrito Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the Town of Hillsborough, County of San Mateo, State of California described as:

    * * *   See "Exhibit A" hereto attached and herein incorporated   * * *

Property Address:
773 El Cerrito Avenue, Hillsborough, CA

Dated ____January 12, 1999____

_Elsie G. Turchen_
Elsie G. Turchen, Trustee
El Cerrito Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On _September 19, 1999_,
before me, the undersigned, a Notary Public in and for said State personally appeared
_____ELSIE G. TURCHEN_____
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) ____is____ subscribed to the within instrument and acknowledged to me that ____she____ executed the same in ____her____ authorized capacity, and that by ____her____ signature on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _____

Name _Ann R. Tutino_
    (typed or printed)

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

[This area for official notarial seal]

---

*Description: San Mateo,CA Document-Year.DocID 2005.210790 Page: 1 of 2*
*Order: 0000 Comment:*

EXHIBIT A

Property Address: 773 El Cerrito Avenue, Hillsborough, California
APN 032-380-17

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN
MATEO, CITY OF HILLSBOROUGH, AND IS DESCRIBED AS FOLLOWS:

PARCEL ONE:

A PORTION OF LOT 48, AS DESIGNATED ON THE MAP ENTITLED "UPLANDS TERRACE
HILLSBOROUGH SAN MATEO COUNTY, CALIFORNIA", WHICH MAP WAS FILED IN THE
OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON
MARCH 4, 1957  IN BOOK 47 OF MAPS AT PAGES 6, 7 AND 8, SAID PORTION BEING
MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE NORTHWESTERLY LINE OF CRYSTAL SPRINGS ROAD
DISTANT THEREON SOUTH 40 DEGREES 18' 20" WEST 306 FEET FROM THE INTERSECTION
THEREOF WITH THE LINE DIVIDING LOTS 47 AND 49, AS SAID ROAD AND LOTS ARE
SHOWN ON THE MAP ABOVE MENTIONED; THENCE FROM SAID POINT OF BEGINNING SOUTH
40  DEGREES 18'  20"  WEST ALONG SAID NORTHWESTERLY LINE OF CRYSTAL SPRINGS
ROAD 124 FEET; THENCE NORTH 64 DEGREES  57'  25"  WEST  173.22  FEET TO THE
EASTERLY LINE OF EL CERRITO AVENUE AS SHOWN ON SAID MAP; THENCE NORTHERLY
ALONG THE LAST NAMED LINE ON THE ARC OF A CURVE TO THE RIGHT, TANGENT TO A
LINE WHICH BEARS NORTH  27   DEGREES 31'  55" EAST, SAID CURVE HAVING A
RADIUS OF  400  FEET, THROUGH A CENTRAL ANGLE OF 6 DEGREES 00'  00", AN ARC
LENGTH OF  41.83  FEET AND NORTH  33  DEGREES 31'  55' EAST 129.24 FEET;
THENCE SOUTH 49 DEGREES 41' 40" EAST 189.47 FEET TO THE POINT OF BEGINNING.

PARCEL TWO:

A NON-EXCLUSIVE EASEMENT FOR PUBLIC UTILITY AND ROADWAY PURPOSES OVER THE
FOLLOWING:

BEGINNING AT THE INTERSECTION OF THE EASTERLY LINE OF EL CERRITO AVENUE AND
THE SOUTHWESTERLY BOUNDARY LINE OF THE LANDS FIRST ABOVE DESCRIBED; THENCE
FROM SAID POINT OF BEGINNING SOUTH 64 DEGREES  57'  25"  EAST ALONG THE
SOUTHWESTERLY BOUNDARY LINE OF SAID LANDS 130 FEET;   THENCE SOUTHWESTERLY
AND NORTHWESTERLY ALONG THE ARC OF A CURVE TO THE RIGHT, TANGENT TO A LINE
WHICH BEARS SOUTH 25 DEGREES  02'  35" WEST SAID CURVE HAVING A RADIUS OF 25
FEET, THROUGH A CENTRAL ANGLE OF 143 DEGREES 07'  49" AN ARC DISTANCE OF
62.45   FEET; THENCE NORTH 64 DEGREES 57' 25" WEST   85.38   FEET TO THE
SOUTHEASTERLY LINE OF EL CERRITO AVENUE; THENCE NORTHEASTERLY ALONG THE LAST
NAMED LINE ON THE ARC OF A CURVE TO THE RIGHT, TANGENT TO A LINE WHICH BEARS
NORTH 25  DEGREES 22' 58' EAST, SAID CURVE HAVING A RADIUS OF 400 FEET,
THROUGH  A   CENTRAL ANGLE OF 2 DEGREES  08' 57" AN ARC DISTANCE OF 15 FEET
TO THE POINT OF BEGINNING.

RECORDING REQUESTED BY

~~The Disciples of Christ~~

WHEN RECORDED MAIL TO

Carleton L. Briggs, Esq.
3510 Unocal Pl. #209
Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO: SAME

Title Order No.
Escrow No.

**2005-211297**

10:35am 12/02/05 DE Fee: 30.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*2005 0211297 AR*

---

## GRANT DEED

Space above this time for recorder's use

A. P. N.  034-291-100

The undersigned grantor(s) declare(s)
Documentary transfer tax is  $  NONE  (Transfer to a 501(c)(3) organization   gift

\*No liens or encumbrances on this property.

City San Mateo
tax due: -0-

( ) computed on the consideration or value of property conveyed: OR
( ) computed on the consideration or value of property less liens or encumbrances remaining at time of sale
( ) Unincorporated area: ( ) City of _____
( X ) Realty not sold

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this _12th_ day of January, 1999, Elsie G. Turchen, as Trustee of the Penny Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California, described as:

* * *  See "Exhibit A" hereto attached and herein incorporated  * * *

Property Address:
1229 South "B" Street, San Mateo, CA

Dated ___January 12, 1999___

_Elsie G. Turchen_
Elsie G. Turchen, Trustee
Penny Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On _September 19, 1999_
before me, the undersigned, a Notary Public in and for said State personally appeared
ELSIE G. TURCHEN
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) ___is___ subscribed to the within instrument and acknowledged to me that ___she___ executed the same in ___her___ authorized capacity, and that by ___her___ signature on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _Ann R. Tutino_

Name _ANN R. TUTINO_
(typed or printed)

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

[This area for official notarial seal]

EXHIBIT A

LOTS 7 AND 8 IN BLOCK "P" AS SHOWN ON THAT CERTAIN MAP ENTITLED "MAP OF SUBDIVISION NO. 3 AND RESUBDIVISION OF BLOCKS "G" AND "H" OF SUBDIVISION NO. 2, HAYWARD PARK, SAN MATEO COUNTY, CALIFORNIA", FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN MATEO COUNTY ON OCTOBER 21, 1907 IN BOOK 5 OF MAPS AT PAGE 36.

APN  034-291-100

RECORDING REQUESTED BY

▬▬▬▬▬▬

WHEN RECORDED MAIL TO:

Carleton L. Briggs, Esq.
3510 Unocal Pl. #209
Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO: SAME

Title Order No.
Escrow No.

**2005-211298**

10:35am 12/02/05 DE  Fee: 30.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder



\* 2 0 0 5 0 2 1 1 2 9 8 A R \*

---

## GRANT DEED

Space above this time for recorder's use

A. P. N.  034-287-050

The undersigned grantor(s) declare(s)
Documentary transfer tax is  $  NONE   (Transfer to a 501(c)(3) organization

\*No liens or encumbrances on this property.
gift · City San Mateo
tax due:  -0-

(   )   computed on the consideration or value of property conveyed: OR
(   )   computed on the consideration or value less liens or encumbrances remaining at time of sale
(   )   Unincorporated area: (      ) City of _____
( X )   Realty not sold

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this __12th__ day of January, 1999,  Elsie G. Turchen, as Trustee of the Penny Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property in the City of San Mateo, County of San Mateo, State of California described as:

\*  \*  \*   See "Exhibit A" hereto attached and herein incorporated   \*  \*  \*

Property Address:
1225 South "B" Street, San Mateo, CA

Dated __January 12, 1999__

_Elsie G. Turchen_
Elsie G. Turchen, Trustee
Penny Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO
On __September 19, 1999__,
before me, the undersigned, a Notary Public in and for said State personally appeared
__ELSIE G. TURCHEN__
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) ____is____ subscribed to the within instrument and acknowledged to me that ____she____ executed the same in ____her____ authorized capacity, and that by ____her____ signature on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _Ann R. Tutino_

Name __ANN R. TUTINO__
(typed or printed)

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC · CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

(This area for official notarial seal)

---

Description: San Mateo,CA Document-Year.DocID 2005.211298 Page: 1 of 2
Order: 0000 Comment:

EXHIBIT A

LOTS 7 AND 8 IN BLOCK "P" AS SHOWN ON THAT CERTAIN MAP ENTITLED "MAP OF SUBDIVISION NO. 3 AND RESUBDIVISION OF BLOCKS "G" AND "H" OF SUBDIVISION NO. 2, HAYWARD PARK, SAN MATEO COUNTY, CALIFORNIA", FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN MATEO COUNTY ON OCTOBER 21, 1907 IN BOOK 5 OF MAPS AT PAGE 36.

APN  034-287-050

RECORDING REQUESTED BY

Elsie Turchen, Trustor

WHEN RECORDED MAIL TO:

Carleton L. Briggs, Esq.
3510 Unocal Pl. #209
Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO:  SAME

Title Order No.
Escrow No.



CITY OF SAN MATEO
REAL PROPERTY CONVEYANCE TAX

AMOUNT OF TAX DUE $
IS THE FULL MARKET VALUE OF

Firm Name

2005-210716
02:25pm 12/01/05 DE  Fee: 10.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

* 2 0 0 5 0 2 1 0 7 1 6 A R *

---

## TRUST TRANSFER DEED

Space above this time for recorder's use

**GRANT DEED** (Excluded from Reappraisal Under Proposition 13, i.e., Calif. Consti. Art 13A\1et.seq.)
The undersigned grantor(s) declare(s) THERE IS NO CONSIDERATION FOR THIS TRANSFER
Documentary transfer tax is   $ None - change trustee name only

(    )  Computed on full value of property conveyed, or (   ) Computed on full value less value of liens and encumbrances
       remaining at time of sale or transfer;
(    )  Unincorporated area: (    )  City of _____;
       This is a Trust Transfer under section 62 of the Revenue and Taxation Code and Grantor has checked the
       applicable exclusion;
(    )  Transfer to a revocable trust;
(    )  Transfer to a short-term trust not exceeding 12 years with trustor holding the reversion;
( X )  Transfer to a trust where the trustor or the trustor's spouse is the sole beneficiary;
( X )  Change of trustee holding title;
(    )  Transfer from trust to trustor or trustor's spouse where prior transfer to trust was executed from reappraisal and
       for a valuable consideration, receipt of which is acknowledged,
( X )  Other:  Change from son's name as Trustee to Mother's name as Trustee - no other changes

**GRANTOR:**  Elsie G. Turchen, as Trustor and Trustee of the Dannelle Trust

**hereby GRANTS to**   Elsie G. Turchen, as Trustee of the Dannelle Trust, the property situated in the City
of San Mateo, County of San Mateo, State of California, described as:

         *  *  *   See "Exhibit A" hereto attached and herein incorporated   *  *  *

A.P. N. 033-129-060
Property Address: 22 South Humbolt Street, San Mateo, CA

Dated _____January 12, 1999_____

_Elsie G. Turchen_
Elsie G. Turchen, Trustee
Dannelle Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On _SEPTEMBER 19, 1999_ ,
before me, the undersigned, a Notary Public in and for said State personally appeared
_____ELSIE G. TURCHEN_____
personally known to me (or proved to me on the basis of satisfactory evidence) to be the
person(s) whose name(s) _____is_____ subscribed to the within instrument and
acknowledged to me that _____she_____ executed the same in ___her___ authorized
capacity, and that by _____her_____ signature on the instrument the person(s), or
entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _Ann R. Tutino_

Name __ANN R. TUTINO__
      (typed or printed)

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

(This area for official notarial seal)

---

EXHIBIT A

ATTACHMENT TO GRANT DEED

THAT PROPERTY IN THE CITY OF SAN MATEO, COUNTY OF SAN MATEO, STATE OF
CALIFORNIA DESCRIBED AS:

LOTS 23 AND 24 IN BLOCK 54, AS DESIGNATED ON THE MAP ENTITLED "MAP OF THE
BOWIE ESTATE EASTERN ADDITION TO THE CITY OF SAN MATEO', WHICH MAP WAS FILED
IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA
ON MAY 13, 1903 IN BOOK "A" OF MAPS AT PAGE 9 AND A COPY ENTERED IN BOOK 3 OF
MAPS AT PAGE 15.

A. P. N.  033-129-060
Address: 22 South Humbolt Street, San Mateo, California

RECORDING REQUESTED BY

~~Law Directive corporation~~

WHEN RECORDED MAIL TO:

    Carleton L. Briggs, Esq.
    3510 Unocal Pl. #209
    Santa Rosa, CA 95403

MAIL TAX STATEMENTS TO:  SAME

Title Order No.
Escrow No.

**2005-210788**
04:30pm 12/01/05 DE  Fee: 30.00
Count of pages 2
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder



\* 2 0 0 5 0 2 1 0 7 8 8 A R \*

---

### GRANT DEED
Space above this time for recorder's use

A. P. N.  034-156-090
*No liens or encumbrances on this property.

The undersigned grantor(s) declare(s)
Documentary transfer tax is  $  NONE  (Transfer to a 501(c)(3) organization  **(Gift)**

City  San  Mateo
tax due -0-

(   )   computed on the consideration or value of property conveyed: OR
(   )   computed on the consideration or value less liens or encumbrances remaining at time of sale
(   )   Unincorporated area: (   )  City of _____
( X )   Realty not sold

**FOR A VALUABLE CONSIDERATION:** receipt of which is hereby acknowledged,

on this __12th__ day of January, 1999, Elsie G. Turchen, as Trustee of the Ward Anderson Trust,

hereby GRANT(S) to the Greensprings Fellowship Trust, a 501(c)(3) organization, Margaret Eberle, Trustee, in trust, who has full powers given trustees by law and by the Trust, including without limitation the power to operate, invest, purchase, sell, convey, title, bargain, and pledge, which full powers may be exercised by any one or more of the current or successor Trustees with or without the participation of any one or more of the other Trustees, the property  County of San Mateo, State of California described as:

         *  *  *  See "Exhibit A" hereto attached and herein incorporated  *  *  *

Property Address:
47 South Railroad Avenue, San Mateo, CA

Dated ___January 12, 1999___

           _Elsie G. Turchen_
           Elsie G. Turchen, Trustee
           Ward Anderson Trust

STATE OF CALIFORNIA
COUNTY OF  SAN MATEO

On _September 19, 1999_ ,
before me, the undersigned, a Notary Public in and for said State personally appeared
_ELSIE G. TURCHEN_
personally known to me (or proved to me on the basis of satisfactory evidence) to be the
person(s) whose name(s) ____is____ subscribed to the within instrument and
acknowledged to me that ____she____ executed the same in ___her___ authorized
capacity, and that by ____her____ signature on the instrument the person(s), or
entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS** my hand and official seal.

Signature _Ann R. Tutino_

Name _ANN R. TUTINO_
    (typed or printed)

ANN R. TUTINO
COMM. #1151941
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires Sept. 13, 2001

[This area for official notarial seal]

---

*Description: San Mateo,CA Document-Year.DocID 2005.210788 Page: 1 of 2*
*Order: 0000 Comment:*

EXHIBIT A

THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN MATEO, CITY OF SAN MATEO, AND IS DESCRIBED AS FOLLOWS:

PORTION OF BLOCK 19, AS DESIGNATED ON THE MAP ENTITLED "MAP OF THE TOWN OF SAN MATEO, SAN MATEO COUNTY, CALIFORNIA", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA ON JANUARY 24, 1863 IN LIBER OF MISCELLANEOUS RECORDS AT PAGE 95, AND A COPY ENTERED IN LIBER 1 OF MAPS AT PAGE 45 MORE PARTICULARLY DESCRIBED AS:

COMMENCING AT A POINT ON THE EASTERLY LINE OF RAILROAD AVENUE, DISTANT 100 FEET NORTHERLY FROM THE NORTHERLY LINE OF FIRST AVENUE AND RUNNING THENCE NORTHERLY AND ALONG SAID LINE OF RAILROAD AVENUE 100 FEET; THENCE AT RIGHT ANGLES EASTERLY 85 FEET 5 INCHES; THENCE AT RIGHT ANGLES SOUTHERLY 100 FEET; THENCE AT RIGHT ANGLES WESTERLY 85 FEET 5 INCHES TO THE POINT OF COMMENCEMENT.

ASSESSOR'S PARCEL NUMBER: 034-156-090

PROPERTY ADDRESS: 49 RAILROAD, SAN MATEO, CALIFORNIA