1  P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
2  ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   400 South El Camino Real, Suite 700
3  San Mateo, California 94402
   Telephone: (650) 348-0102
4  Facsimile: (650) 348-0962
5
6                                    **2007-000853**
7                          01:38pm 01/03/07 NW  Fee: 25.00
                                  Count of pages 7
8                           Recorded in Official Records
                                  County of San Mateo
9                                   Warren Slocum
                            Assessor-County Clerk-Recorder
10
11                          * 2 0 0 7 0 0 0 0 8 5 3 A R *
12
13
14            **NOTICE OF WITHDRAWAL OF LIS PENDENS**
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF WITHDRAWAL OF LIS PENDENS

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
MERRILL G. EMERICK, ESQ. (State Bar No. 117248)
PAUL J. SMOOT, ESQ. (State Bar No. 160787)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone: (650) 348-0102
Facsimile: (650) 348-0962

Attorneys for Plaintiff
**PENNY D. ANDERSON**

SUPERIOR COURT OF THE STATE OF CALIFONRIA

IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

| | |
|---|---|
| PENNY D. ANDERSON, | ) Case No. CIV-445617 |
| | ) |
| Plaintiff, | ) NOTICE OF WITHDRAWAL |
| vs. | ) OF LIS PENDENS |
| | ) |
| CHRISTINE DILLON, also known as BETH | ) |
| ANDERSON, DON BOHN, et al., | ) |
| | ) |
| Defendants. | ) |
| ———————————————————— | ) |

**NOTICE IS GIVEN** that Plaintiff PENNY D. ANDERSON, withdraws the Notice of

Pendency of Action (Lis Pendens) that was recorded in the above action on May 11, 2005 as

Document No. 2005-077465 CONF of the Official Records of San Mateo County, California.

PENNY D. ANDERSON is the party who recorded the above Lis Pendens.

The above Lis Pendens affected certain real property that is situated in San Mateo County,

California, located at 1225 South "B" Street, San Mateo, San Mateo County, California and more

particularly described on Exhibit "A" attached hereto and incorporated by reference herein.

///

///

1

1

This Notice of Withdrawal is recorded pursuant to Code of Civil Procedure Section 405.50.

2

DATED: January 2 , 2007

3

4                              ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

5

By: _____

6                              P. TERRY ANDERLINI, Attorneys for
                               Plaintiff PENNY D. ANDERSON
7

8

STATE OF CALIFORNIA          )

9                                            )

COUNTY OF SAN MATEO          )

10                                           )

11   _____)

12        On January 2 , 2007, before me, KATHY ZURAWSKI, Notary Public, personally
     appeared P. TERRY ANDERLINI, personally known to me to be the person whose name is
13   subscribed to the within instrument and acknowledged to me that he executed the same in his
     authorized capacity and that by his signature on the instrument the person, or the entity upon
14   behalf of which the person acted, executed the instrument.

15

16        WITNESS my hand and official seal.

17   Signature Katherine M. Zurawski, Notary Public
                    Notary Public
18

19                    KATHERINE M. ZURAWSKI
                      COMM. #1681091
20                    Notary Public · California
                      San Mateo County
21                    My Comm. Expires Jul. 14, 2010

22

23

24

25

26

27

28

2

NOTICE OF WITHDRAWAKL OF LIS PENDENS

1225 SOUTH "B" STREET, SAN MATEO, CALIFORNIA
APN 034-287-050

City of ......San Mateo..............................................................

LOTS 7 AND 8 IN BLOCK "P" AS SHOWN ON THAT CERTAIN MAP ENTITLED
"MAP OF SUBDIVISION NO. 3 AND RESUBDIVISION OF BLOCKS "G" AND "H" OF
SUBDIVISION NO. 2, HAYWARD PARK, SAN MATEO COUNTY, CALIFORNIA",
FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN MATEO COUNTY ON
OCTOBER 21, 1907 IN BOOK 5 OF MAPS AT PAGE 36.

A/P No. 34-287-050
Property address:    1225 - 1229 South B Street, San Mateo, Ca.



# EXHIBIT " A "

_20

1

<u>PROOF OF SERVICE</u>

2

I, Kathleen Dean, declare that I am employed in the County of San Mateo in the State of California. I am over the age of eighteen years and not a party to the within cause. My

3

business address is 777 Marshall Street, Redwood City, California.

4

On January 3, 2007, I served the within: NOTICE OF WITHDRAWAL OF LIS

5

PENDENS

6

on all interested parties in said cause, by delivering a true copy as follows:

7

__X__    **(By Mail)** I placed a true copy thereof enclosed in a sealed envelope with postage

8

thereon fully prepaid. I deposited said envelope in the United States mail at Redwood City, California.

9

10

Each envelope (if applicable) was addressed, as follows:

11

SEE ATTACHMENT 1

12

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on January 3, 2007 at

13

Redwood City, California.

14

15

Kathleen Dean

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1    ATTACHMENT 1

2

3   CHRISTINE DILLON, AKA BETH ANDERSON
    c/o H. Wayne Green, Esq.
    West, Seegmiller, Attorneys
4   20162 Birch Street, Suite 300
    Newport Beach, CA 92660

5
    DON BOHN
6   c/o James H. Hartnett, Esq.
    Hartnett, Smith & Associates
7   777 Marshall Street
    Redwood City, CA 94063

8
    DON BOHN
9   B.E.R. MANAGEMENT
    c/o James H. Hartnett, Esq.
10  Hartnett, Smith & Associates
    777 Marshall Street
11  Redwood City, CA 94063

12  DAVID W. BARR and
    PATRICIA M. BARR
13  393 Georgetown Avenue
    San Mateo, CA 94402

14
    DRAEGERS SUPERMARKET
15  c/o PETER DRAEGER
    1010 University Drive
16  Menlo Park, CA 94025

17  GREENSPRINGS FELLOWSHIP TRUST
    c/o Anthony W. Gibbs, Esq.
18  Law Offices of Anthony W. Gibbs
    655 Middlefield Road
19  Redwood City, CA 94063

20  MARGARET EBERLE, Trustee
    GREENSPRINGS FELLOWSHIP TRUST
21  c/o Anthony W. Gibbs, Esq.
    Law Offices of Anthony W. Gibbs
22  655 Middlefield Road
    Redwood City, CA 94063

23

24  JOHN WYSE, Trustee
    GREENSPRINGS FELLOWSHIP TRUST
25  c/o Anthony W. Gibbs, Esq.
    Law Offices of Anthony W. Gibbs
26  655 Middlefield Road
    Redwood City, CA 94063

27

28

2

THE GREENSPRINGS CHRISTIAN
FELLOWSHIP CHURCH, INC.
a California Corporation
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
655 Middlefield Road
Redwood City, CA 94063

JOHN WYSE, President
THE GREENSPRINGS CHRISTIAN FELLOWSHIP CHURCH
a California Corporation
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
655 Middlefield Road
Redwood City, CA 94063

Frank M Pitre, Esq.
COTCHETT, PITRE, SIMON & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010

P. Terry Anderlini, Esq.
Merrill G. Emerick, Esq.
Paul J. Smoot, Esq.
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, CA 94402



1

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

2

400 South El Camino Real, Suite 700

3

San Mateo, California 94402
Telephone: (650) 348-0102

4

Facsimile: (650) 348-0962

5

6

7

8

9

10

**2007-000854**
01:38pm 01/03/07 NW  Fee: 25.00
Count of pages 7
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*2007000854AR*

11

12

13

14

## NOTICE OF WITHDRAWAL OF LIS PENDENS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF LIS PENDENS

1  P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
2  MERRILL G. EMERICK, ESQ. (State Bar No. 117248)
   PAUL J. SMOOT, ESQ. (State Bar No. 160787)
3  ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   400 South El Camino Real, Suite 700
4  San Mateo, California 94402
   Telephone: (650) 348-0102
5  Facsimile: (650) 348-0962
6
7  Attorneys for Plaintiff
8  **PENNY D. ANDERSON**

9              SUPERIOR COURT OF THE STATE OF CALIFORNIA

10        IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

11  PENNY D. ANDERSON,                    )  Case No. CIV-445617
                                          )
12                Plaintiff,              )  NOTICE OF WITHDRAWAL
13  vs.                                   )  OF LIS PENDENS
                                          )
14  CHRISTINE DILLON, also known as BETH  )
15  ANDERSON, DON BOHN, et al.,           )
                                          )
16                Defendants.             )
17  ──────────────────────────────────── )

18      **NOTICE IS GIVEN** that Plaintiff PENNY D. ANDERSON, withdraws the Notice of

19  Pendency of Action (Lis Pendens) that was recorded in the above action on May 11, 2005 as

20  Document No. 2005-077477 CONF of the Official Records of San Mateo County, California.

21  
22  PENNY D. ANDERSON is the party who recorded the above Lis Pendens.

23      The above Lis Pendens affected certain real property that is situated in San Mateo County,

24  California, located at 811 South "B" Street, San Mateo, San Mateo County, California and more

25  particularly described on Exhibit "A" attached hereto and incorporated by reference herein.

26  ///
27  ///
28  ///

                                          1

NOTICE OF WITHDRAWAKL OF LIS PENDENS

1        This Notice of Withdrawal is recorded pursuant to Code of Civil Procedure Section 405.50.

2   DATED: January 2___, 2007

3

4              ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

5              By:

6                 P. TERRY ANDERLINI, Attorneys for

7                 Plaintiff PENNY D. ANDERSON

8

STATE OF CALIFORNIA       )

9                            )

COUNTY OF SAN MATEO    )

10                           )

11  _____)

12       On January 2 , 2007, before me, KATHY ZURAWSKI, Notary Public, personally

13  appeared P. TERRY ANDERLINI, personally known to me to be the person whose name is
    subscribed to the within instrument and acknowledged to me that he executed the same in his

14  authorized capacity and that by his signature on the instrument the person, or the entity upon
    behalf of which the person acted, executed the instrument.

15

16       WITNESS my hand and official seal.

17  Signature Katherine M. Zurawski, Notary Public

18             Notary Public

19

20                          KATHERINE M. ZURAWSKI
                            COMM. #1681091

21                          Notary Public · California
                            San Mateo County

22                          My Comm. Expires Jul. 14, 2010

23

24

25

26

27

28

                         2

NOTICE OF WITHDRAWAKL OF LIS PENDENS

the following described property in the City of San Mateo County of San Mateo, State of California:

Lots 3 and 7, block 5, as designated on the map entitled "Map of Hayward Addition to the City of San Mateo, County of San Mateo, California", San Mateo, State of California on November 2, 1904 in Book "D" of mapes at page 61 and a copy entered in book 3 of mapes at page 43.

A/P No. 034-197-080
Property address: 811 So."B" Street.

# EXHIBIT " A "

34

1

<u>PROOF OF SERVICE</u>

2       I, Kathleen Dean, declare that I am employed in the County of San Mateo in the State of

3  California. I am over the age of eighteen years and not a party to the within cause. My
business address is 777 Marshall Street, Redwood City, California.

4
        On January 3, 2007, I served the within: NOTICE OF WITHDRAWAL OF LIS

5  PENDENS

6
on all interested parties in said cause, by delivering a true copy as follows:

7
    _X__   (By Mail)  I placed a true copy thereof enclosed in a sealed envelope with postage

8  thereon fully prepaid. I deposited said envelope in the United States mail at Redwood City,
California.

9
        Each envelope (if applicable) was addressed, as follows:

10

11                          SEE ATTACHMENT 1

12      I declare under penalty of perjury, under the laws of the State of California, that the
foregoing is true and correct, and that this declaration was executed on January 3, 2007 at

13  Redwood City, California.

14

15

16                          Kathleen Dean

17

18

19

20

21

22

23

24

25

26

27

28

1

1    ATTACHMENT 1

2

CHRISTINE DILLON, AKA BETH ANDERSON
3    c/o H. Wayne Green, Esq.
     West, Seegmiller, Attorneys
4    20162 Birch Street, Suite 300
     Newport Beach, CA 92660

5
     DON BOHN
6    c/o James H. Hartnett, Esq.
     Hartnett, Smith & Associates
7    777 Marshall Street
     Redwood City, CA 94063

8
     DON BOHN
9    B.E.R. MANAGEMENT
     c/o James H. Hartnett, Esq.
10   Hartnett, Smith & Associates
     777 Marshall Street
11   Redwood City, CA 94063

12   DAVID W. BARR and
     PATRICIA M. BARR
13   393 Georgetown Avenue
     San Mateo, CA 94402

14
     DRAEGERS SUPERMARKET
15   c/o PETER DRAEGER
     1010 University Drive
16   Menlo Park, CA 94025

17   GREENSPRINGS FELLOWSHIP TRUST
     c/o Anthony W. Gibbs, Esq.
18   Law Offices of Anthony W. Gibbs
     655 Middlefield Road
19   Redwood City, CA 94063

20   MARGARET EBERLE, Trustee
     GREENSPRINGS FELLOWSHIP TRUST
21   c/o Anthony W. Gibbs, Esq.
     Law Offices of Anthony W. Gibbs
22   655 Middlefield Road
     Redwood City, CA 94063

23

24   JOHN WYSE, Trustee
     GREENSPRINGS FELLOWSHIP TRUST
25   c/o Anthony W. Gibbs, Esq.
     Law Offices of Anthony W. Gibbs
26   655 Middlefield Road
     Redwood City, CA 94063

27

28

1 | THE GREENSPRINGS CHRISTIAN
  | FELLOWSHIP CHURCH, INC.
2 | a California Corporation
  | c/o Anthony W. Gibbs, Esq.
3 | Law Offices of Anthony W. Gibbs
  | 655 Middlefield Road
4 | Redwood City, CA 94063

5 | JOHN WYSE, President
  | THE GREENSPRINGS CHRISTIAN FELLOWSHIP CHURCH
6 | a California Corporation
  | c/o Anthony W. Gibbs, Esq.
7 | Law Offices of Anthony W. Gibbs
  | 655 Middlefield Road
8 | Redwood City, CA 94063

9 | Frank M Pitre, Esq.
  | COTCHETT, PITRE, SIMON & McCARTHY
10 | 840 Malcolm Road, Suite 200
   | Burlingame, CA 94010
11 |
   | P. Terry Anderlini, Esq.
12 | Merrill G. Emerick, Esq.
   | Paul J. Smoot, Esq.
13 | ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   | 400 South El Camino Real, Suite 700
14 | San Mateo, CA 94402

1

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)

2

ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700

3

San Mateo, California 94402
Telephone: (650) 348-0102

4

Facsimile: (650) 348-0962

5

6

**2007-000855**

01:38pm 01/03/07 NW  Fee: 25.00

7

Count of pages 7
Recorded in Official Records

8

County of San Mateo
Warren Slocum

9

Assessor-County Clerk-Recorder

10

\* 2 0 0 7 0 0 0 0 8 5 5 A R \*

11

12

13

14

### NOTICE OF WITHDRAWAL OF LIS PENDENS 

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF LIS PENDENS

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
MERRILL G. EMERICK, ESQ. (State Bar No. 117248)
PAUL J. SMOOT, ESQ. (State Bar No. 160787)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone: (650) 348-0102
Facsimile: (650) 348-0962

Attorneys for Plaintiff
**PENNY D. ANDERSON**

SUPERIOR COURT OF THE STATE OF CALIFONRIA

IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

| | |
|---|---|
| PENNY D. ANDERSON,<br><br>       Plaintiff,<br><br>vs.<br><br>CHRISTINE DILLON, also known as BETH ANDERSON, DON BOHN, et al.,<br><br>       Defendants. | Case No. CIV-445617<br><br>NOTICE OF WITHDRAWAL OF LIS PENDENS |

    **NOTICE IS GIVEN** that Plaintiff PENNY D. ANDERSON, withdraws the Notice of Pendency of Action (Lis Pendens) that was recorded in the above action on May 11, 2005 as Document No. 2005-077466 CONF of the Official Records of San Mateo County, California. PENNY D. ANDERSON is the party who recorded the above Lis Pendens.

    The above Lis Pendens affected certain real property that is situated in San Mateo County, California, located at 1229 South "B" Street, San Mateo, San Mateo County, California and more particularly described on Exhibit "A" attached hereto and incorporated by reference herein.

///

///

1

1    This Notice of Withdrawal is recorded pursuant to Code of Civil Procedure Section 405.50.

2    DATED: January 2, 2007

3

4                        ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

5                    By: _____

6                        P. TERRY ANDERLINI, Attorneys for
                         Plaintiff PENNY D. ANDERSON
7

8    STATE OF CALIFORNIA          )
                                  )
9    COUNTY OF SAN MATEO          )
                                  )
10                                )
11   _____ )

12       On January 2, 2007, before me, KATHY ZURAWSKI, Notary Public, personally
     appeared P. TERRY ANDERLINI, personally known to me to be the person whose name is
13   subscribed to the within instrument and acknowledged to me that he executed the same in his
     authorized capacity and that by his signature on the instrument the person, or the entity upon
14   behalf of which the person acted, executed the instrument.
15
16       WITNESS my hand and official seal.

17   Signature Katherine M. Zurawski, Notary Public
                        Notary Public
18

19                                          KATHERINE M. ZURAWSKI
                                              COMM. #1681091
20                                         Notary Public · California
                                              San Mateo County
21                                         My Comm. Expires Jul. 14, 2010

22

23

24

25

26

27

28

                                          2

1229 SOUTH "B" STREET, SAN MATEO, CALIFORNIA
APN 034-291-100

the following described property in the City of San Mateo County of San
Mateo, State of California:
LOTS 7 AND 8 IN BLOCK "P" AS SHOWN ON THAT CERTAIN MAP ENTITLED "MAP OF
SUBDIVISION NO. 3 AND RESUBDIVISION OF BLOCKS "G" AND "H" OF SUBDIVISION
NO.2, HAYWARD PARK, SAN MATEO COUNTY, CALIFORNIA",FILED IN THE OFFICE OF THE
COUNTY RECORDER OF SAN MATEO COUNTY ON OCTOBER 21, 1907 IN BOOK 5 OF MAPS AT
PAGE 36.

A/P No. 034-287-050  A/P No. 034-291-100
Property adress: 1225 - 1229 South B Street, San Mateo, Ca.

EXHIBIT " A "

<u>PROOF OF SERVICE</u>

I, Kathleen Dean, declare that I am employed in the County of San Mateo in the State of California. I am over the age of eighteen years and not a party to the within cause. My business address is 777 Marshall Street, Redwood City, California.

On January 3, 2007, I served the within: NOTICE OF WITHDRAWAL OF LIS PENDENS

on all interested parties in said cause, by delivering a true copy as follows:

_X_ **(By Mail)** I placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I deposited said envelope in the United States mail at Redwood City, California.

Each envelope (if applicable) was addressed, as follows:

SEE ATTACHMENT 1

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on January 3, 2007 at Redwood City, California.

Kathleen Dean

1

1                                ATTACHMENT 1

2

   CHRISTINE DILLON, AKA BETH ANDERSON
3  c/o H. Wayne Green, Esq.
   West, Seegmiller, Attorneys
4  20162 Birch Street, Suite 300
   Newport Beach, CA 92660

5

   DON BOHN
6  c/o James H. Hartnett, Esq.
   Hartnett, Smith & Associates
7  777 Marshall Street
   Redwood City, CA 94063

8

   DON BOHN
9  B.E.R. MANAGEMENT
   c/o James H. Hartnett, Esq.
10 Hartnett, Smith & Associates
   777 Marshall Street
11 Redwood City, CA 94063

12 DAVID W. BARR and
   PATRICIA M. BARR
13 393 Georgetown Avenue
   San Mateo, CA 94402

14

   DRAEGERS SUPERMARKET
15 c/o PETER DRAEGER
   1010 University Drive
16 Menlo Park, CA 94025

17 GREENSPRINGS FELLOWSHIP TRUST
   c/o Anthony W. Gibbs, Esq.
18 Law Offices of Anthony W. Gibbs
   655 Middlefield Road
19 Redwood City, CA 94063

20 MARGARET EBERLE, Trustee
   GREENSPRINGS FELLOWSHIP TRUST
21 c/o Anthony W. Gibbs, Esq.
   Law Offices of Anthony W. Gibbs
22 655 Middlefield Road
   Redwood City, CA 94063

23

24 JOHN WYSE, Trustee
   GREENSPRINGS FELLOWSHIP TRUST
25 c/o Anthony W. Gibbs, Esq.
   Law Offices of Anthony W. Gibbs
26 655 Middlefield Road
   Redwood City, CA 94063

27

28

                                    2

1   THE GREENSPRINGS CHRISTIAN
    FELLOWSHIP CHURCH, INC.
2   a California Corporation
    c/o Anthony W. Gibbs, Esq.
3   Law Offices of Anthony W. Gibbs
    655 Middlefield Road
4   Redwood City, CA 94063

5   JOHN WYSE, President
    THE GREENSPRINGS CHRISTIAN FELLOWSHIP CHURCH
6   a California Corporation
    c/o Anthony W. Gibbs, Esq.
7   Law Offices of Anthony W. Gibbs
    655 Middlefield Road
8   Redwood City, CA 94063

9   Frank M Pitre, Esq.
    COTCHETT, PITRE, SIMON & McCARTHY
10  840 Malcolm Road, Suite 200
    Burlingame, CA 94010
11
    P. Terry Anderlini, Esq.
12  Merrill G. Emerick, Esq.
    Paul J. Smoot, Esq.
13  ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
    400 South El Camino Real, Suite 700
14  San Mateo, CA 94402

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
2  ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   400 South El Camino Real, Suite 700
3  San Mateo, California 94402
   Telephone: (650) 348-0102
4  Facsimile: (650) 348-0962
5
6
7                                              **2007-000856**
                                      01:38pm 01/03/07 NW  Fee: 25.00
8                                         Count of pages 7
                                      Recorded in Official Records
9                                         County of San Mateo
                                            Warren Slocum
10                                   Assessor-County Clerk-Recorder

11                                  *20070000856AR*

12
13
14
                    **NOTICE OF WITHDRAWAL OF LIS PENDENS**
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF WITHDRAWAL OF LIS PENDENS

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
MERRILL G. EMERICK, ESQ. (State Bar No. 117248)
PAUL J. SMOOT, ESQ. (State Bar No. 160787)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone: (650) 348-0102
Facsimile: (650) 348-0962

Attorneys for Plaintiff
**PENNY D. ANDERSON**

SUPERIOR COURT OF THE STATE OF CALIFONRIA

IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

| | |
|---|---|
| PENNY D. ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINE DILLON, also known as BETH ANDERSON, DON BOHN, et al.,<br><br>Defendants. | Case No. CIV-445617<br><br>NOTICE OF WITHDRAWAL OF LIS PENDENS |

    **NOTICE IS GIVEN** that Plaintiff PENNY D. ANDERSON, withdraws the Notice of

Pendency of Action (Lis Pendens) that was recorded in the above action on May 11, 2005 as

Document No. 2005-077478- CONF of the Official Records of San Mateo County, California.

PENNY D. ANDERSON is the party who recorded the above Lis Pendens.

    The above Lis Pendens affected certain real property that is situated in San Mateo County,

California, located at 811 South "B" Street, San Mateo, San Mateo County, California and more

particularly described on Exhibit "A" attached hereto and incorporated by reference herein.

///

///

1

1

This Notice of Withdrawal is recorded pursuant to Code of Civil Procedure Section 405.50.

2

DATED: January 2 , 2007

3

4                                        ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

5

6                                        By:_____

                                              P. TERRY ANDERLINI, Attorneys for
                                              Plaintiff PENNY D. ANDERSON

7

8

STATE OF CALIFORNIA              )

9                                )

COUNTY OF SAN MATEO              )

10                               )

11 _____)

12      On January 2 , 2007, before me, KATHY ZURAWSKI, Notary Public, personally
appeared P. TERRY ANDERLINI, personally known to me to be the person whose name is

13 subscribed to the within instrument and acknowledged to me that he executed the same in his
authorized capacity and that by his signature on the instrument the person, or the entity upon

14 behalf of which the person acted, executed the instrument.

15

16      WITNESS my hand and official seal.

17 Signature Katherine M. Zurawski, Notary Public

                   Notary Public

18

19

20                          KATHERINE M. ZURAWSKI
                            COMM. #1681091
                            Notary Public · California
21                          San Mateo County
                            My Comm. Expires Jul. 14, 2010

22

23

24

25

26

27

28

2

NOTICE OF WITHDRAWAKL OF LIS PENDENS

EXHIBIT A

LOTS 3 AND 7, BLOCK 5, AS DESIGNATED ON THE MAP ENTITLED "MAP OF HAYWARD ADDITION TO THE CITY OF SAN MATEO, COUNTY OF SAN MATEO, CALIFORNIA", SAN MATEO, STATE OF CALIFORNIA ON NOVEMBER 2, 1904 IN BOOK "D" OF MAPES AT PAGE 61 AND A COPY ENTERED IN BOOK 3 OF MAPES AT PAGE 43.

(APN: 034-197-050)

PROPERTY ADDRESS: 811 SOUTH B STREET, SAN MATEO, CALIFORNIA

1

<u>PROOF OF SERVICE</u>

2

     I, Kathleen Dean, declare that I am employed in the County of San Mateo in the State of California. I am over the age of eighteen years and not a party to the within cause. My business address is 777 Marshall Street, Redwood City, California.

3

4

     On January 3, 2007, I served the within: NOTICE OF WITHDRAWAL OF LIS PENDENS

5

6

on all interested parties in said cause, by delivering a true copy as follows:

7

  X   **(By Mail)** I placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I deposited said envelope in the United States mail at Redwood City, California.

8

9

     Each envelope (if applicable) was addressed, as follows:

10

11

                       SEE ATTACHMENT 1

12

     I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on January 3, 2007 at Redwood City, California.

13

14

15

Kathleen Dean

16

17

18

19

20

21

22

23

24

25

26

27

28

1
ATTACHMENT 1

2

CHRISTINE DILLON, AKA BETH ANDERSON
3
c/o H. Wayne Green, Esq.
West, Seegmiller, Attorneys
4
20162 Birch Street, Suite 300
Newport Beach, CA 92660

5

DON BOHN
6
c/o James H. Hartnett, Esq.
Hartnett, Smith & Associates
7
777 Marshall Street
Redwood City, CA 94063

8

DON BOHN
9
B.E.R. MANAGEMENT
c/o James H. Hartnett, Esq.
10
Hartnett, Smith & Associates
777 Marshall Street
11
Redwood City, CA 94063

12
DAVID W. BARR and
PATRICIA M. BARR
13
393 Georgetown Avenue
San Mateo, CA 94402

14

DRAEGERS SUPERMARKET
15
c/o PETER DRAEGER
1010 University Drive
16
Menlo Park, CA 94025

17
GREENSPRINGS FELLOWSHIP TRUST
c/o Anthony W. Gibbs, Esq.
18
Law Offices of Anthony W. Gibbs
655 Middlefield Road
19
Redwood City, CA 94063

20
MARGARET EBERLE, Trustee
GREENSPRINGS FELLOWSHIP TRUST
21
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
22
655 Middlefield Road
Redwood City, CA 94063

23

24
JOHN WYSE, Trustee
GREENSPRINGS FELLOWSHIP TRUST
25
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
26
655 Middlefield Road
Redwood City, CA 94063

27

28

1  THE GREENSPRINGS CHRISTIAN
   FELLOWSHIP CHURCH, INC.
2  a California Corporation
   c/o Anthony W. Gibbs, Esq.
3  Law Offices of Anthony W. Gibbs
   655 Middlefield Road
4  Redwood City, CA 94063

5  JOHN WYSE, President
   THE GREENSPRINGS CHRISTIAN FELLOWSHIP CHURCH
6  a California Corporation
   c/o Anthony W. Gibbs, Esq.
7  Law Offices of Anthony W. Gibbs
   655 Middlefield Road
8  Redwood City, CA 94063

9  Frank M Pitre, Esq.
   COTCHETT, PITRE, SIMON & McCARTHY
10 840 Malcolm Road, Suite 200
   Burlingame, CA 94010

11

   P. Terry Anderlini, Esq.
12 Merrill G. Emerick, Esq.
   Paul J. Smoot, Esq.
13 ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   400 South El Camino Real, Suite 700
14 San Mateo, CA 94402

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
2   ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
    400 South El Camino Real, Suite 700
3   San Mateo, California 94402
    Telephone: (650) 348-0102
4   Facsimile: (650) 348-0962

5

6                           2007-000857
                   01:38pm 01/03/07 NW  Fee: 25.00
7                       Count of pages 7
                   Recorded in Official Records
8                     County of San Mateo
                        Warren Slocum
9              Assessor-County Clerk-Recorder

10

11

12

13

14          **NOTICE OF WITHDRAWAL OF LIS PENDENS**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF LIS PENDENS

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
MERRILL G. EMERICK, ESQ. (State Bar No. 117248)
PAUL J. SMOOT, ESQ. (State Bar No. 160787)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone: (650) 348-0102
Facsimile: (650) 348-0962

Attorneys for Plaintiff
**PENNY D. ANDERSON**

SUPERIOR COURT OF THE STATE OF CALIFONRIA

IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

| | |
|---|---|
| PENNY D. ANDERSON, | ) Case No. CIV-445617 |
| Plaintiff, | ) NOTICE OF WITHDRAWAL |
| vs. | ) OF LIS PENDENS |
| CHRISTINE DILLON, also known as BETH ANDERSON, DON BOHN, et al., | ) |
| Defendants. | ) |

**NOTICE IS GIVEN** that Plaintiff PENNY D. ANDERSON, withdraws the Notice of

Pendency of Action (Lis Pendens) that was recorded in the above action on May 11, 2005 as

Document No. 2005-077446 CONF of the Official Records of San Mateo County, California.

PENNY D. ANDERSON is the party who recorded the above Lis Pendens.

The above Lis Pendens affected certain real property that is situated in San Mateo County,

California, located at 12170 Skyline Boulevard, Woodside, San Mateo County, California and more

particularly described on Exhibit "A" attached hereto and incorporated by reference herein.

///

///

1

1       This Notice of Withdrawal is recorded pursuant to Code of Civil Procedure Section 405.50.

2   DATED: January 2, 2007

3

4                       ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

5                       By

6                       P. TERRY ANDERLINI, Attorneys for

7                       Plaintiff PENNY D. ANDERSON

8   STATE OF CALIFORNIA        )

9                         )

10  COUNTY OF SAN MATEO    )
                          )

11  _____)

12      On January 2, 2007, before me, KATHY ZURAWSKI, Notary Public, personally
13  appeared P. TERRY ANDERLINI, personally known to me to be the person whose name is
    subscribed to the within instrument and acknowledged to me that he executed the same in his
14  authorized capacity and that by his signature on the instrument the person, or the entity upon
    behalf of which the person acted, executed the instrument.
15

16      WITNESS my hand and official seal.

17  Signature _Katherine M. Zurawski, Notary Public_
               Notary Public

18

19

20                            KATHERINE M. ZURAWSKI
                              COMM. #1681091
21                            Notary Public - California
                              San Mateo County
22                            My Comm. Expires Jul. 14, 2010

23

24

25

26

27

28

                                        2

NOTICE OF WITHDRAWAKL OF LIS PENDENS

12170 SKYLINE BOULEVARD, WOODSIDE, CALIFORNIA

APN 067-260-030

The following described property in the Unincorporated Area, County of San Mateo, State of California:

Portion of the Rancho Canada De Raymundo, adjacent to and southwesterly of the Skyline Boulevard more particularly described as follows:

BEGINNING at a point on the said southwesterly line of the Skyline Boulevard at a point thereon which is South 88 degrees East 238.70 feet from a stone monument on said line of said Boulevard which monument is set opposite Station 129 plus 72.27 of the survey of the center line thereof; running thence South 15 degrees West 352.23 feet to a point on the southwesterly line of the Rancho Canada De Raymundo; thence along said line South 46 degrees 22 feet East 125.80 feet to a stake at the most southerly corner of lands conveyed by Blazey to Jones by Deed recorded February 18, 1954 in Book 2539 of Official Records of San Mateo County at page 626; thence along the southeasterly line of last mentioned property, North 15 degrees 00 feet East 438 feet to the southerly line of Skyline Boulevard; thence along said line North 88 degrees 00' feet West 113.3 feet to the point of beginning.

# EXHIBIT " A "

1

<u>PROOF OF SERVICE</u>

2

I, Kathleen Dean, declare that I am employed in the County of San Mateo in the State of California. I am over the age of eighteen years and not a party to the within cause. My business address is 777 Marshall Street, Redwood City, California.

3

4

On January 3, 2007, I served the within: NOTICE OF WITHDRAWAL OF LIS PENDENS

5

6

on all interested parties in said cause, by delivering a true copy as follows:

7

  X    **(By Mail)** I placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I deposited said envelope in the United States mail at Redwood City, California.

8

9

Each envelope (if applicable) was addressed, as follows:

10

11

SEE ATTACHMENT 1

12

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on January 3, 2007 at Redwood City, California.

13

14

15

_____

Kathleen Dean

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                    ATTACHMENT 1

2

CHRISTINE DILLON, AKA BETH ANDERSON
3     c/o H. Wayne Green, Esq.
      West, Seegmiller, Attorneys
4     20162 Birch Street, Suite 300
      Newport Beach, CA 92660

5

DON BOHN
6     c/o James H. Hartnett, Esq.
      Hartnett, Smith & Associates
7     777 Marshall Street
      Redwood City, CA 94063

8

DON BOHN
9     B.E.R. MANAGEMENT
      c/o James H. Hartnett, Esq.
10    Hartnett, Smith & Associates
      777 Marshall Street
11    Redwood City, CA 94063

12    DAVID W. BARR and
      PATRICIA M. BARR
13    393 Georgetown Avenue
      San Mateo, CA 94402

14

DRAEGERS SUPERMARKET
15    c/o PETER DRAEGER
      1010 University Drive
16    Menlo Park, CA 94025

17    GREENSPRINGS FELLOWSHIP TRUST
      c/o Anthony W. Gibbs, Esq.
18    Law Offices of Anthony W. Gibbs
      655 Middlefield Road
19    Redwood City, CA 94063

20    MARGARET EBERLE, Trustee
      GREENSPRINGS FELLOWSHIP TRUST
21    c/o Anthony W. Gibbs, Esq.
      Law Offices of Anthony W. Gibbs
22    655 Middlefield Road
      Redwood City, CA 94063

23

24    JOHN WYSE, Trustee
      GREENSPRINGS FELLOWSHIP TRUST
25    c/o Anthony W. Gibbs, Esq.
      Law Offices of Anthony W. Gibbs
26    655 Middlefield Road
      Redwood City, CA 94063

27

28

1    THE GREENSPRINGS CHRISTIAN
     FELLOWSHIP CHURCH, INC.
2    a California Corporation
     c/o Anthony W. Gibbs, Esq.
3    Law Offices of Anthony W. Gibbs
     655 Middlefield Road
4    Redwood City, CA 94063

5    JOHN WYSE, President
     THE GREENSPRINGS CHRISTIAN FELLOWSHIP CHURCH
6    a California Corporation
     c/o Anthony W. Gibbs, Esq.
7    Law Offices of Anthony W. Gibbs
     655 Middlefield Road
8    Redwood City, CA 94063

9    Frank M Pitre, Esq.
     COTCHETT, PITRE, SIMON & McCARTHY
10   840 Malcolm Road, Suite 200
     Burlingame, CA 94010

11
     P. Terry Anderlini, Esq.
12   Merrill G. Emerick, Esq.
     Paul J. Smoot, Esq.
13   ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
     400 South El Camino Real, Suite 700
14   San Mateo, CA 94402

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

1    P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
     ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
2    400 South El Camino Real, Suite 700
3    San Mateo, California 94402
     Telephone: (650) 348-0102
4    Facsimile: (650) 348-0962
5
6
                                    **2007-000858**
7                          01:38pm 01/03/07 NW  Fee: 25.00
                                   Count of pages 7
8                           Recorded in Official Records
                                 County of San Mateo
9                                   Warren Slocum
                            Assessor-County Clerk-Recorder
10
11                          * 2 0 0 7 0 0 0 8 5 8 A R *
12
13
14
                  **NOTICE OF WITHDRAWAL OF LIS PENDENS**
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF WITHDRAWAL OF LIS PENDENS

1  P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
2  MERRILL G. EMERICK, ESQ. (State Bar No. 117248)
   PAUL J. SMOOT, ESQ. (State Bar No. 160787)
3  ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   400 South El Camino Real, Suite 700
4  San Mateo, California 94402
5  Telephone: (650) 348-0102
   Facsimile: (650) 348-0962
6
7  Attorneys for Plaintiff
8  **PENNY D. ANDERSON**

9              SUPERIOR COURT OF THE STATE OF CALIFONRIA

10        IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

11  PENNY D. ANDERSON,                    )   Case No. CIV-445617
                                          )
12             Plaintiff,                 )   NOTICE OF WITHDRAWAL
13  vs.                                   )   OF LIS PENDENS
                                          )
14  CHRISTINE DILLON, also known as BETH  )
15  ANDERSON, DON BOHN, et al.,           )
                                          )
16             Defendants.                )
17  ————————————————————————————————)

18      **NOTICE IS GIVEN** that Plaintiff PENNY D. ANDERSON, withdraws the Notice of

19  Pendency of Action (Lis Pendens) that was recorded in the above action on May 11, 2005 as

20  Document No. 2005-077447 CONF of the Official Records of San Mateo County, California.
21
22  PENNY D. ANDERSON is the party who recorded the above Lis Pendens.

23      The above Lis Pendens affected certain real property that is situated in San Mateo County,

24  California, located at 773 El Cerrito Avenue, Hillsborough, San Mateo County, California and more

25  particularly described on Exhibit "A" attached hereto and incorporated by reference herein.
26
27  ///
28  ///

                                    1

NOTICE OF WITHDRAWAKL OF LIS PENDENS

1         This Notice of Withdrawal is recorded pursuant to Code of Civil Procedure Section 405.50.

2    DATED: January 2 , 2007

3

4                        ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

5                        By:_____

6                            P. TERRY ANDERLINI, Attorneys for

7                            Plaintiff PENNY D. ANDERSON

8

9    STATE OF CALIFORNIA        )
                          )

10    COUNTY OF SAN MATEO    )
                          )

11    _____)

12         On January 2 , 2007, before me, KATHY ZURAWSKI, Notary Public, personally

13    appeared P. TERRY ANDERLINI, personally known to me to be the person whose name is
subscribed to the within instrument and acknowledged to me that he executed the same in his

14    authorized capacity and that by his signature on the instrument the person, or the entity upon
behalf of which the person acted, executed the instrument.

15

16         WITNESS my hand and official seal.

17    Signature Katherine M. Zurawski, Notary Public

18              Notary Public

19

20    KATHERINE M. ZURAWSKI
                                    COMM. #1681091
                                    Notary Public · California
                                    San Mateo County

21                                        My Comm. Expires Jul. 14, 2010

22

23

24

25

26

27

28

                                     2

.773 EL CERRITO AVENUE, HILLSBOROUGH, CALIFORNIA
APN 032-380-170

## EXHIBIT A

## LEGAL DESCRIPTION:

## PARCEL 1:

A PORTION OF LOT 48, AS DESIGNATED ON THE MAP ENTITLED "UPLANDS TERRACE HIILSBOROUGII SAN MATEO COUNTY, CALIFORNIA", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON MARCH 4, 1957 IN BOOK 47 OF MAPS AT PAGES 6, 7 AND 8, SAID PORTION BEING MORE PART ICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE NORTHWESTERLY LINE OF CRYSTAL SPRINGS ROAD DISTANT THEREON SOUTH 40° 18' 20" WEST 306 FEET FROM THE INTERSECTION THEREOF WITH THE LINE DIVIDING LOTS 47 AND 48, AS SAID ROAD AND LOTS ARE SHOWN ON THE MAP ABOVE MENTIONED; THENCE FROM SAID POINT OF BEGINNING SOUTH 40° 18' 20" WEST ALONG SAID NORTHWESTERLY LINE OF CYRSTAL SPRINGS ROAD 124 FEET; THENCE NORTH 64° 57' 25" WEST 173.22 FEET TO THE EASTERLY LINE OF EL CERRITO AVENUE AS SHOWN ON SAID MAP; THENCE NORTHERLY ALONG THE LAST NAMED LINE ON THE ARC OF A CURVE TO THE RIGHT, TANGENT TO A LINE WHICH BEARS NORTH 27° 31' 55" EAST, SAID CURVE HAVING A RADIUS OF 400 FEET, THROUGH A CENTRAL ANGLE OF 6° 00' 00", AN ARC LENGTH OF 41.83 FEET AND NORTH 33° 31' 55" EAST 129.24 FEET; THENCE SOUTH 49° 41' 40" EAST 189.47 FEET THE POINT OF BEGINNING.

## PARCEL 2:

A NON-EXCLUSIVE EASEMENT FOR PUBLIC UTILITY AND ROADWAY PURPOSES OVER THE FOLLOWING:

BEGINNING AT THE INTERSECTION OF THE EASTERLY LINE OF EL CERRITO AVENUE AND THE SOUTHWESTERLY BOUNDARY LINE OF THE LANDS FIRST ABOVE DESCRIBED; THENCE FROM SAID POINT OF BEGINNING SOUTH 64° 57' 25" EAST ALONG THE SOUTHWESTERLY BOUNDARY LINE OF SAID LANDS 130 FEET; THENCE SOUTHWESTERLY AND NORHTWESTERLY ALONG THE ARC OF A CURVE TO THE RIGHT, TANGENT TO A LINE WHICH BEARS SOUTH 25° 02' 35" WEST SAID CURVE HAVING A RADIUS OF 25 FEET, THROUGH A CENTRAL ANGLE OF 143° 07' 49" AN ARC DISTANCE OF 62.45 FEET; THENCE NORTH 64° 57' 25" WEST 85.38 FEET TO THE SOUTHEASTERLY LINE OF EL CERRITO AVENUE; THENCE NORTHEASTERLY ALONG THE LAST NAMED LINE ON THE ARC OF A CURVE TO THE RIGHT, TANGENT TO A LINE WHICH BEARS NORTH 25° 22' 58" EAST, SAID CURVE HAVING A RADIUS OF 400 FEET, THROUGH A CENTRAL ANGLE OF 2° 08' 57" AN ARC DISTANCE OF 15 FEET TO THE POINT OF BEGINNING.

APN 032-380-170

# EXHIBIT "A"

<u>PROOF OF SERVICE</u>

 I, Kathleen Dean, declare that I am employed in the County of San Mateo in the State of California. I am over the age of eighteen years and not a party to the within cause. My business address is 777 Marshall Street, Redwood City, California.

 On January 3, 2007, I served the within: NOTICE OF WITHDRAWAL OF LIS PENDENS

on all interested parties in said cause, by delivering a true copy as follows:

 <u>X</u> **(By Mail)** I placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I deposited said envelope in the United States mail at Redwood City, California.

 Each envelope (if applicable) was addressed, as follows:

SEE ATTACHMENT 1

 I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on January 3, 2007 at Redwood City, California.

         _____
         Kathleen Dean

1

1          ATTACHMENT 1

2

3    CHRISTINE DILLON, AKA BETH ANDERSON
     c/o H. Wayne Green, Esq.
     West, Seegmiller, Attorneys
4    20162 Birch Street, Suite 300
     Newport Beach, CA 92660

5

6    DON BOHN
     c/o James H. Hartnett, Esq.
     Hartnett, Smith & Associates
7    777 Marshall Street
     Redwood City, CA 94063

8

9    DON BOHN
     B.E.R. MANAGEMENT
     c/o James H. Hartnett, Esq.
10   Hartnett, Smith & Associates
     777 Marshall Street
11   Redwood City, CA 94063

12   DAVID W. BARR and
     PATRICIA M. BARR
13   393 Georgetown Avenue
     San Mateo, CA 94402

14

15   DRAEGERS SUPERMARKET
     c/o PETER DRAEGER
     1010 University Drive
16   Menlo Park, CA 94025

17   GREENSPRINGS FELLOWSHIP TRUST
     c/o Anthony W. Gibbs, Esq.
18   Law Offices of Anthony W. Gibbs
     655 Middlefield Road
19   Redwood City, CA 94063

20   MARGARET EBERLE, Trustee
     GREENSPRINGS FELLOWSHIP TRUST
21   c/o Anthony W. Gibbs, Esq.
     Law Offices of Anthony W. Gibbs
22   655 Middlefield Road
     Redwood City, CA 94063

23

24   JOHN WYSE, Trustee
     GREENSPRINGS FELLOWSHIP TRUST
25   c/o Anthony W. Gibbs, Esq.
     Law Offices of Anthony W. Gibbs
26   655 Middlefield Road
     Redwood City, CA 94063

27

28

                    2

1  THE GREENSPRINGS CHRISTIAN
   FELLOWSHIP CHURCH, INC.
2  a California Corporation
   c/o Anthony W. Gibbs, Esq.
3  Law Offices of Anthony W. Gibbs
   655 Middlefield Road
4  Redwood City, CA 94063

5  JOHN WYSE, President
   THE GREENSPRINGS CHRISTIAN FELLOWSHIP CHURCH
6  a California Corporation
   c/o Anthony W. Gibbs, Esq.
7  Law Offices of Anthony W. Gibbs
   655 Middlefield Road
8  Redwood City, CA 94063

9  Frank M Pitre, Esq.
   COTCHETT, PITRE, SIMON & McCARTHY
10 840 Malcolm Road, Suite 200
   Burlingame, CA 94010

11
   P. Terry Anderlini, Esq.
12 Merrill G. Emerick, Esq.
   Paul J. Smoot, Esq.
13 ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   400 South El Camino Real, Suite 700
14 San Mateo, CA 94402

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
2   ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
    400 South El Camino Real, Suite 700
3   San Mateo, California 94402
    Telephone: (650) 348-0102
4   Facsimile: (650) 348-0962
5
6
                                    **2007-000859**
7                          01:38pm 01/03/07 NW  Fee: 25.00
                                   Count of pages 7
8                          Recorded in Official Records
                                   County of San Mateo
9                                  Warren Slocum
                           Assessor-County Clerk-Recorder
10
                      *2 0 0 7 0 0 0 0 8 5 9 A R *
11
12
13
14  ─────────────────────────────────────────────────────
          **NOTICE OF WITHDRAWAL OF LIS PENDENS**
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    ─────────────────────────────────────────────────────
    NOTICE OF WITHDRAWAL OF LIS PENDENS

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
MERRILL G. EMERICK, ESQ. (State Bar No. 117248)
PAUL J. SMOOT, ESQ. (State Bar No. 160787)
ANDERLINI; FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone: (650) 348-0102
Facsimile: (650) 348-0962

Attorneys for Plaintiff
**PENNY D. ANDERSON**

SUPERIOR COURT OF THE STATE OF CALIFONRIA

IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

|  |  |  |
|---|---|---|
| PENNY D. ANDERSON, | ) | Case No. CIV-445617 |
|  | ) |  |
| Plaintiff, | ) | NOTICE OF WITHDRAWAL |
| vs. | ) | OF LIS PENDENS |
|  | ) |  |
| CHRISTINE DILLON, also known as BETH | ) |  |
| ANDERSON, DON BOHN, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**NOTICE IS GIVEN** that Plaintiff PENNY D. ANDERSON, withdraws the Notice of Pendency of Action (Lis Pendens) that was recorded in the above action on May 11, 2005 as Document No. 2005-077449 CONF of the Official Records of San Mateo County, California. PENNY D. ANDERSON is the party who recorded the above Lis Pendens.

The above Lis Pendens affected certain real property that is situated in San Mateo County, California, located at 1449 Dakota Avenue, San Mateo, San Mateo County, California and more particularly described on Exhibit "A" attached hereto and incorporated by reference herein.

///

///

1

1    This Notice of Withdrawal is recorded pursuant to Code of Civil Procedure Section 405.50.

2    DATED: January ___, 2007

3

4                            ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

5                            By _____

6                                P. TERRY ANDERLINI, Attorneys for
                                Plaintiff PENNY D. ANDERSON
7

8
     STATE OF CALIFORNIA          )
9                                 )
     COUNTY OF SAN MATEO          )
10                                )
11   _____)

12       On January 2, 2007, before me, KATHY ZURAWSKI, Notary Public, personally
     appeared P. TERRY ANDERLINI, personally known to me to be the person whose name is
13   subscribed to the within instrument and acknowledged to me that he executed the same in his
14   authorized capacity and that by his signature on the instrument the person, or the entity upon
     behalf of which the person acted, executed the instrument.
15

16       WITNESS my hand and official seal.

17   Signature _Katherine M. Zurawski, Notary Public_
                    Notary Public
18

19

20                                          KATHERINE M. ZURAWSKI
                                             COMM. #1681091
21                                        Notary Public · California
                                             San Mateo County
22                                     My Comm. Expires Jul. 14, 2010

23

24

25

26

27

28

                                             2

1449 DAKOTA AVENUE, SAN MATEO, CALIFORNIA
APN 033-265-030

The following described property in the City of San Mateo, County of San Mateo, State of California, desribed as follows;

PARCEL ONE:

LOT 9, IN BLOCK 5, AS DESIGNATED ON THE MAP ENTITLED "MAP No. 8 SHORE VIEW TRACT SAN MATEO, CALIF." WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, CALIFORNIA, ON JUNE 22, 1949 IN BOOK 30 OF MAPS AT PAGES 25 TO 28 INCLUSIVE.

PARCEL TWO:

LOT 10, IN BLOCK 5, AS DESIGNATED ON THE MAP ENTITLED "MAP No. 8 SHORE VIEW TRACT SAN MATEO, CALIF." WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, CALIFORNIA, ON JUNE 22, 1949 IN BOOK 30 OF MAPS AT PAGES 25 TO 28 INCLUSIVE.

A.P. #033-265-040
     #033-265-030
Property Address: 1441-1449 Dakota Avenue, San Mateo, California.

# EXHIBIT " A "

## PROOF OF SERVICE

I, Kathleen Dean, declare that I am employed in the County of San Mateo in the State of California. I am over the age of eighteen years and not a party to the within cause. My business address is 777 Marshall Street, Redwood City, California.

On January 3, 2007, I served the within: NOTICE OF WITHDRAWAL OF LIS PENDENS

on all interested parties in said cause, by delivering a true copy as follows:

_X_    **(By Mail)** I placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I deposited said envelope in the United States mail at Redwood City, California.

Each envelope (if applicable) was addressed, as follows:

SEE ATTACHMENT 1

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on January 3, 2007 at Redwood City, California.

_Kathleen Dean_
Kathleen Dean

1

1                               ATTACHMENT 1

2

3 CHRISTINE DILLON, AKA BETH ANDERSON
c/o H. Wayne Green, Esq.
West, Seegmiller, Attorneys
4 20162 Birch Street, Suite 300
Newport Beach, CA 92660

5

6 DON BOHN
c/o James H. Hartnett, Esq.
Hartnett, Smith & Associates
7 777 Marshall Street
Redwood City, CA 94063

8

9 DON BOHN
B.E.R. MANAGEMENT
c/o James H. Hartnett, Esq.
10 Hartnett, Smith & Associates
777 Marshall Street
11 Redwood City, CA 94063

12 DAVID W. BARR and
PATRICIA M. BARR
13 393 Georgetown Avenue
San Mateo, CA 94402

14

15 DRAEGERS SUPERMARKET
c/o PETER DRAEGER
1010 University Drive
16 Menlo Park, CA 94025

17 GREENSPRINGS FELLOWSHIP TRUST
c/o Anthony W. Gibbs, Esq.
18 Law Offices of Anthony W. Gibbs
655 Middlefield Road
19 Redwood City, CA 94063

20 MARGARET EBERLE, Trustee
GREENSPRINGS FELLOWSHIP TRUST
21 c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
22 655 Middlefield Road
Redwood City, CA 94063

23

24 JOHN WYSE, Trustee
GREENSPRINGS FELLOWSHIP TRUST
25 c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
26 655 Middlefield Road
Redwood City, CA 94063

27

28

1  THE GREENSPRINGS CHRISTIAN
   FELLOWSHIP CHURCH, INC.
2  a California Corporation
   c/o Anthony W. Gibbs, Esq.
3  Law Offices of Anthony W. Gibbs
   655 Middlefield Road
4  Redwood City, CA 94063

5  JOHN WYSE, President
   THE GREENSPRINGS CHRISTIAN FELLOWSHIP CHURCH
6  a California Corporation
   c/o Anthony W. Gibbs, Esq.
7  Law Offices of Anthony W. Gibbs
   655 Middlefield Road
8  Redwood City, CA 94063

9  Frank M Pitre, Esq.
   COTCHETT, PITRE, SIMON & McCARTHY
10 840 Malcolm Road, Suite 200
   Burlingame, CA 94010
11
   P. Terry Anderlini, Esq.
12 Merrill G. Emerick, Esq.
   Paul J. Smoot, Esq.
13 ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   400 South El Camino Real, Suite 700
14 San Mateo, CA 94402

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
   ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
2  400 South El Camino Real, Suite 700
3  San Mateo, California 94402
   Telephone: (650) 348-0102
4  Facsimile: (650) 348-0962

5
   

6  **2007-000860**
   01:38pm 01/03/07 NW  Fee: 25.00
7  Count of pages 7
   Recorded in Official Records
8  County of San Mateo
   Warren Slocum
9  Assessor-County Clerk-Recorder

10  \* 2 0 0 7 0 0 0 0 8 6 0 A R \*

11

12

13

14
—————————————————————————————————————————
15          **NOTICE OF WITHDRAWAL OF LIS PENDENS**

16

17

18

19

20

21

22

23

24

25

26

27

28

—————————————————————————
NOTICE OF WITHDRAWAL OF LIS PENDENS

1  P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
2  MERRILL G. EMERICK, ESQ. (State Bar No. 117248)
   PAUL J. SMOOT, ESQ. (State Bar No. 160787)
3  ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   400 South El Camino Real, Suite 700
4  San Mateo, California 94402
   Telephone: (650) 348-0102
5  Facsimile: (650) 348-0962

6

7  Attorneys for Plaintiff
8  **PENNY D. ANDERSON**

9              SUPERIOR COURT OF THE STATE OF CALIFONRIA

10        IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

11 PENNY D. ANDERSON,                    )   Case No. CIV-445617
                                         )
12              Plaintiff,               )   NOTICE OF WITHDRAWAL
13 vs.                                   )   OF LIS PENDENS
                                         )
14 CHRISTINE DILLON, also known as BETH  )
15 ANDERSON, DON BOHN, et al.,           )
                                         )
16              Defendants.              )
17 _____ )

18     **NOTICE IS GIVEN** that Plaintiff PENNY D. ANDERSON, withdraws the Notice of

19 Pendency of Action (Lis Pendens) that was recorded in the above action on May 11, 2005 as

20 Document No. 2005-077457 CONF of the Official Records of San Mateo County, California.

21
22 PENNY D. ANDERSON is the party who recorded the above Lis Pendens.

23     The above Lis Pendens affected certain real property that is situated in San Mateo County,

24 California, located at 315 South Claremont Street, San Mateo, San Mateo County, California and

25 more particularly described on Exhibit "A" attached hereto and incorporated by reference herein.

26 ///

27 ///

28

                                    1

1    This Notice of Withdrawal is recorded pursuant to Code of Civil Procedure Section 405.50.

2    DATED: January 2 , 2007

3

4                   ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

5                 By

6                   P. TERRY ANDERLINI, Attorneys for

7                   Plaintiff PENNY D. ANDERSON

8

9    STATE OF CALIFORNIA        )
                             )

10    COUNTY OF SAN MATEO   )
                             )

11   _____)

12    On January 2 , 2007, before me, KATHY ZURAWSKI, Notary Public, personally

13 appeared P. TERRY ANDERLINI, personally known to me to be the person whose name is
subscribed to the within instrument and acknowledged to me that he executed the same in his

14 authorized capacity and that by his signature on the instrument the person, or the entity upon

15 behalf of which the person acted, executed the instrument.

16    WITNESS my hand and official seal.

17 Signature Katherine M. Zurawski, Notary Public

18           Notary Public

19

20                         KATHERINE M. ZURAWSKI
                             COMM. #1681091
21                       Notary Public · California
                       San Mateo County
                  My Comm. Expires Jul. 14, 2010

22

23

24

25

26

27

28

                                       2

315 SOUTH CLAREMONT STREET, SAN MATEO, CALIFORNIA
APN 034-185-080

The following described property in the City of San Mateo County of San
Mateo, State of California:

LOT 10, BLOCK 21, AS DESIGNATED ON THE MAP ENTITLED "MAP OF THE TOWN OF SAN
MATEO SAN MATEO COUNTY CAL.", WHICH MAP WAS FILED IN THE OFFICE OF THE
RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON JANUARY 24,
1863 IN BOOK 2 OF MISCELLANEOUS RECORDS AT PAGE 95, AND A COPY IN BOOK 1 OF
MAPS AT PAGE 45.

A/P No. 034-185-180
Property address:315 SOUTH CLAREMONT STREET - SAN MATEO, CALIFORNIA

# EXHIBIT " A "

1

<u>PROOF OF SERVICE</u>

2          I, Kathleen Dean, declare that I am employed in the County of San Mateo in the State of
California.  I am over the age of eighteen years and not a party to the within cause.  My
3     business address is 777 Marshall Street, Redwood City, California.

4          On January 3, 2007, I served the within: NOTICE OF WITHDRAWAL OF LIS
5     PENDENS

6
on all interested parties in said cause, by delivering a true copy as follows:

7
    _X_     **(By Mail)**  I placed a true copy thereof enclosed in a sealed envelope with postage
8     thereon fully prepaid.  I deposited said envelope in the United States mail at Redwood City,
California.

9
          Each envelope (if applicable) was addressed, as follows:
10

11                              SEE ATTACHMENT 1

12          I declare under penalty of perjury, under the laws of the State of California, that the
foregoing is true and correct, and that this declaration was executed on January 3, 2007 at
13     Redwood City, California.

14

15                                        _Kathleen Dean_
                                          Kathleen Dean
16

17

18

19

20

21

22

23

24

25

26

27

28

1

ATTACHMENT 1

CHRISTINE DILLON, AKA BETH ANDERSON
c/o H. Wayne Green, Esq.
West, Seegmiller, Attorneys
20162 Birch Street, Suite 300
Newport Beach, CA 92660

DON BOHN
c/o James H. Hartnett, Esq.
Hartnett, Smith & Associates
777 Marshall Street
Redwood City, CA 94063

DON BOHN
B.E.R. MANAGEMENT
c/o James H. Hartnett, Esq.
Hartnett, Smith & Associates
777 Marshall Street
Redwood City, CA 94063

DAVID W. BARR and
PATRICIA M. BARR
393 Georgetown Avenue
San Mateo, CA 94402

DRAEGERS SUPERMARKET
c/o PETER DRAEGER
1010 University Drive
Menlo Park, CA 94025

GREENSPRINGS FELLOWSHIP TRUST
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
655 Middlefield Road
Redwood City, CA 94063

MARGARET EBERLE, Trustee
GREENSPRINGS FELLOWSHIP TRUST
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
655 Middlefield Road
Redwood City, CA 94063

JOHN WYSE, Trustee
GREENSPRINGS FELLOWSHIP TRUST
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
655 Middlefield Road
Redwood City, CA 94063

1  THE GREENSPRINGS CHRISTIAN
   FELLOWSHIP CHURCH, INC.
2  a California Corporation
   c/o Anthony W. Gibbs, Esq.
3  Law Offices of Anthony W. Gibbs
   655 Middlefield Road
4  Redwood City, CA 94063

5  JOHN WYSE, President
   THE GREENSPRINGS CHRISTIAN FELLOWSHIP CHURCH
6  a California Corporation
   c/o Anthony W. Gibbs, Esq.
7  Law Offices of Anthony W. Gibbs
   655 Middlefield Road
8  Redwood City, CA 94063

9  Frank M Pitre, Esq.
   COTCHETT, PITRE, SIMON & McCARTHY
10 840 Malcolm Road, Suite 200
   Burlingame, CA 94010

11
   P. Terry Anderlini, Esq.
12 Merrill G. Emerick, Esq.
   Paul J. Smoot, Esq.
13 ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   400 South El Camino Real, Suite 700
14 San Mateo, CA 94402

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
   ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
2  400 South El Camino Real, Suite 700
3  San Mateo, California 94402
   Telephone: (650) 348-0102
4  Facsimile: (650) 348-0962

5
                          **2007-000861**
6                   01:38pm 01/03/07 NW  Fee: 25.00
                         Count of pages 7
7                   Recorded in Official Records
                       County of San Mateo
8                         Warren Slocum
                  Assessor-County Clerk-Recorder
9

10
11
12
13
14
   ─────────────────────────────────────────────
   **NOTICE OF WITHDRAWAL OF LIS PENDENS**
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF WITHDRAWAL OF LIS PENDENS

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
MERRILL G. EMERICK, ESQ. (State Bar No. 117248)
PAUL J. SMOOT, ESQ. (State Bar No. 160787)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone: (650) 348-0102
Facsimile: (650) 348-0962

Attorneys for Plaintiff
**PENNY D. ANDERSON**

SUPERIOR COURT OF THE STATE OF CALIFONRIA

IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

| | |
|---|---|
| PENNY D. ANDERSON, | Case No. CIV-445617 |
| Plaintiff, | NOTICE OF WITHDRAWAL |
| vs. | OF LIS PENDENS |
| CHRISTINE DILLON, also known as BETH ANDERSON, DON BOHN, et al., | |
| Defendants. | |

**NOTICE IS GIVEN** that Plaintiff PENNY D. ANDERSON, withdraws the Notice of Pendency of Action (Lis Pendens) that was recorded in the above action on May 11, 2005 as Document No. 2005-077462 CONF of the Official Records of San Mateo County, California. PENNY D. ANDERSON is the party who recorded the above Lis Pendens.

The above Lis Pendens affected certain real property that is situated in San Mateo County, California, located at 147 South Boulevard, San Mateo, San Mateo County, California and more particularly described on Exhibit "A" attached hereto and incorporated by reference herein.

///

///

I

NOTICE OF WITHDRAWAKL OF LIS PENDENS

1        This Notice of Withdrawal is recorded pursuant to Code of Civil Procedure Section 405.50.

2    DATED: January 2, 2007

3

4                        ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

5                    By:

6                        P. TERRY ANDERLINI, Attorneys for

7                        Plaintiff PENNY D. ANDERSON

8    STATE OF CALIFORNIA         )

9                              )

10   COUNTY OF SAN MATEO     )

11   _____)

12       On January 2, 2007, before me, KATHY ZURAWSKI, Notary Public, personally

13   appeared P. TERRY ANDERLINI, personally known to me to be the person whose name is

     subscribed to the within instrument and acknowledged to me that he executed the same in his

14   authorized capacity and that by his signature on the instrument the person, or the entity upon

     behalf of which the person acted, executed the instrument.

15

16       WITNESS my hand and official seal.

17   Signature _Katherine M. Zurawski, Notary Public_

18             Notary Public

19

20                                KATHERINE M. ZURAWSKI
                                  COMM. #1681091
21                              Notary Public · California
                                San Mateo County
22                          My Comm. Expires Jul. 14, 2010

23

24

25

26

27

28

NOTICE OF WITHDRAWAKL OF LIS PENDENS

147 SOUTH BOULEVARD, SAN MATEO, CALIFORNIA
APN 035-212-090

the following described property in the City of San Mateo County of San
Mateo, State of California:

LOTS 13, 14, 15 AND 16, IN BLOCK 1, AS SHOWN ON THAT CERTAIN MAP ENTITLED
"SOUTH B STREET TRACT, SAN MATEO CO., CALIFORNIA", FILED IN THE OFFICE OF
THE COUNTY RECORDER OF SAN MATEO COUNTY ON JANUARY 6, 1927 IN BOOK 14 AT
PAGES 78 AND 79.

A/P No. 035-212-080 and No. 035-212-090
Property address:143-147 SOUTH BOULEVARD - SAN MATEO, CALIFORNIA

# EXHIBIT " A "

1

## PROOF OF SERVICE

2      I, Kathleen Dean, declare that I am employed in the County of San Mateo in the State of
California. I am over the age of eighteen years and not a party to the within cause. My
3   business address is 777 Marshall Street, Redwood City, California.

4
5      On January 3, 2007, I served the within: NOTICE OF WITHDRAWAL OF LIS
PENDENS

6
on all interested parties in said cause, by delivering a true copy as follows:

7
   X   **(By Mail)** I placed a true copy thereof enclosed in a sealed envelope with postage
8   thereon fully prepaid. I deposited said envelope in the United States mail at Redwood City,
California.

9
10      Each envelope (if applicable) was addressed, as follows:

11                          SEE ATTACHMENT 1

12      I declare under penalty of perjury, under the laws of the State of California, that the
foregoing is true and correct, and that this declaration was executed on January 3, 2007 at
13   Redwood City, California.

14
15                                              *Kathleen Dean*
                                          Kathleen Dean
16

17

18

19

20

21

22

23

24

25

26

27

28

ATTACHMENT 1

CHRISTINE DILLON, AKA BETH ANDERSON
c/o H. Wayne Green, Esq.
West, Seegmiller, Attorneys
20162 Birch Street, Suite 300
Newport Beach, CA 92660

DON BOHN
c/o James H. Hartnett, Esq.
Hartnett, Smith & Associates
777 Marshall Street
Redwood City, CA 94063

DON BOHN
B.E.R. MANAGEMENT
c/o James H. Hartnett, Esq.
Hartnett, Smith & Associates
777 Marshall Street
Redwood City, CA 94063

DAVID W. BARR and
PATRICIA M. BARR
393 Georgetown Avenue
San Mateo, CA 94402

DRAEGERS SUPERMARKET
c/o PETER DRAEGER
1010 University Drive
Menlo Park, CA 94025

GREENSPRINGS FELLOWSHIP TRUST
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
655 Middlefield Road
Redwood City, CA 94063

MARGARET EBERLE, Trustee
GREENSPRINGS FELLOWSHIP TRUST
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
655 Middlefield Road
Redwood City, CA 94063

JOHN WYSE, Trustee
GREENSPRINGS FELLOWSHIP TRUST
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
655 Middlefield Road
Redwood City, CA 94063

1 | THE GREENSPRINGS CHRISTIAN
FELLOWSHIP CHURCH, INC.
2 | a California Corporation
c/o Anthony W. Gibbs, Esq.
3 | Law Offices of Anthony W. Gibbs
655 Middlefield Road
4 | Redwood City, CA 94063

5 | JOHN WYSE, President
THE GREENSPRINGS CHRISTIAN FELLOWSHIP CHURCH
6 | a California Corporation
c/o Anthony W. Gibbs, Esq.
7 | Law Offices of Anthony W. Gibbs
655 Middlefield Road
8 | Redwood City, CA 94063

9 | Frank M Pitre, Esq.
COTCHETT, PITRE, SIMON & McCARTHY
10 | 840 Malcolm Road, Suite 200
Burlingame, CA 94010

11 |

P. Terry Anderlini, Esq.
12 | Merrill G. Emerick, Esq.
Paul J. Smoot, Esq.
13 | ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
14 | San Mateo, CA 94402

1  P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
   ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
2  400 South El Camino Real, Suite 700
3  San Mateo, California 94402
   Telephone: (650) 348-0102
4  Facsimile: (650) 348-0962

5

6  

       2007-000862
   01:38pm 01/03/07 NW  Fee: 25.00
7          Count of pages 7
8   Recorded in Official Records
       County of San Mateo
9         Warren Slocum
    Assessor-County Clerk-Recorder

10

11                    *2 0 0 7 0 0 0 0 8 6 2 A R *

12

13

14

      **NOTICE OF WITHDRAWAL OF LIS PENDENS**
15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF LIS PENDENS

1  | P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
2  | MERRILL G. EMERICK, ESQ. (State Bar No. 117248)
   | PAUL J. SMOOT, ESQ. (State Bar No. 160787)
3  | ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   | 400 South El Camino Real, Suite 700
4  | San Mateo, California 94402
5  | Telephone: (650) 348-0102
   | Facsimile: (650) 348-0962
6  |
7  | Attorneys for Plaintiff
8  | **PENNY D. ANDERSON**

9  | SUPERIOR COURT OF THE STATE OF CALIFONRIA

10 | IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

11 | PENNY D. ANDERSON,                    ) Case No. CIV-445617
12 |                                        )
   |                    Plaintiff,          ) NOTICE OF WITHDRAWAL
13 | vs.                                    ) OF LIS PENDENS
14 |                                        )
   | CHRISTINE DILLON, also known as BETH  )
15 | ANDERSON, DON BOHN, et al.,            )
   |                                        )
16 |                    Defendants.         )
17 | ———————————————————————————— )

18 | **NOTICE IS GIVEN** that Plaintiff PENNY D. ANDERSON, withdraws the Notice of

19 | Pendency of Action (Lis Pendens) that was recorded in the above action on May 11, 2005 as

20 | Document No. 2005-077461 CONF of the Official Records of San Mateo County, California.

21 |
22 | PENNY D. ANDERSON is the party who recorded the above Lis Pendens.

23 | The above Lis Pendens affected certain real property that is situated in San Mateo County,

24 | California, located at 143 South Boulevard, San Mateo, San Mateo County, California and more

25 | particularly described on Exhibit "A" attached hereto and incorporated by reference herein.

26 | ///
27 |
28 | ///

1

NOTICE OF WITHDRAWAKL OF LIS PENDENS

1

This Notice of Withdrawal is recorded pursuant to Code of Civil Procedure Section 405.50.

2

DATED: January___, 2007

3

4

                              ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

5

                    By:_____

6

                              P. TERRY ANDERLINI, Attorneys for
                              Plaintiff PENNY D. ANDERSON

7

8

STATE OF CALIFORNIA          )

9                                )

COUNTY OF SAN MATEO          )

10                               )

11 _____)

12      On January__, 2007, before me, KATHY ZURAWSKI, Notary Public, personally
appeared P. TERRY ANDERLINI, personally known to me to be the person whose name is

13 subscribed to the within instrument and acknowledged to me that he executed the same in his

14 authorized capacity and that by his signature on the instrument the person, or the entity upon
behalf of which the person acted, executed the instrument.

15

16      WITNESS my hand and official seal.

17 Signature_Katherine M. Zurawski, Notary Public_

18              Notary Public

19

20                              KATHERINE M. ZURAWSKI
                                COMM. #1681091
                                Notary Public · California
21                              San Mateo County
                                My Comm. Expires Jul. 14, 2010

22

23

24

25

26

27

28

                                   2

NOTICE OF WITHDRAWAKL OF LIS PENDENS

143 SOUTH BOULEVARD, SAN MATEO, CALIFORNIA
APN 035-212-080

the following described property in the City of San Mateo County of San
Mateo, State of California:

LOTS 13, 14, 15 AND 16, IN BLOCK 1, AS SHOWN ON THAT CERTAIN MAP ENTITLED
"SOUTH B STREET TRACT, SAN MATEO CO., CALIFORNIA", FILED IN THE OFFICE OF
THE COUNTY RECORDER OF SAN MATEO COUNTY ON JANUARY 6, 1927 IN BOOK 14 AT
PAGES 78 AND 79.

A/P No. 035-212-080 and No. 035-212-090
Property address:143-147 SOUTH BOULEVARD - SAN MATEO, CALIFORNIA

EXHIBIT " A "

15

1

<u>PROOF OF SERVICE</u>

2

      I, Kathleen Dean, declare that I am employed in the County of San Mateo in the State of California. I am over the age of eighteen years and not a party to the within cause. My

3

business address is 777 Marshall Street, Redwood City, California.

4

      On January 3, 2007, I served the within: NOTICE OF WITHDRAWAL OF LIS

5

PENDENS

6

on all interested parties in said cause, by delivering a true copy as follows:

7

  _X__  **(By Mail)** I placed a true copy thereof enclosed in a sealed envelope with postage

8

thereon fully prepaid. I deposited said envelope in the United States mail at Redwood City, California.

9

10

      Each envelope (if applicable) was addressed, as follows:

11

SEE ATTACHMENT 1

12

      I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on January 3, 2007 at

13

Redwood City, California.

14

15

16

Kathleen Dean

17

18

19

20

21

22

23

24

25

26

27

28

1

1                                    ATTACHMENT 1

2

CHRISTINE DILLON, AKA BETH ANDERSON
3    c/o H. Wayne Green, Esq.
     West, Seegmiller, Attorneys
4    20162 Birch Street, Suite 300
     Newport Beach, CA 92660

5

DON BOHN
6    c/o James H. Hartnett, Esq.
     Hartnett, Smith & Associates
7    777 Marshall Street
     Redwood City, CA 94063

8

DON BOHN
9    B.E.R. MANAGEMENT
     c/o James H. Hartnett, Esq.
10   Hartnett, Smith & Associates
     777 Marshall Street
11   Redwood City, CA 94063

12   DAVID W. BARR and
     PATRICIA M. BARR
13   393 Georgetown Avenue
     San Mateo, CA 94402

14

DRAEGERS SUPERMARKET
15   c/o PETER DRAEGER
     1010 University Drive
16   Menlo Park, CA 94025

17   GREENSPRINGS FELLOWSHIP TRUST
     c/o Anthony W. Gibbs, Esq.
18   Law Offices of Anthony W. Gibbs
     655 Middlefield Road
19   Redwood City, CA 94063

20   MARGARET EBERLE, Trustee
     GREENSPRINGS FELLOWSHIP TRUST
21   c/o Anthony W. Gibbs, Esq.
     Law Offices of Anthony W. Gibbs
22   655 Middlefield Road
     Redwood City, CA 94063

23

24   JOHN WYSE, Trustee
     GREENSPRINGS FELLOWSHIP TRUST
25   c/o Anthony W. Gibbs, Esq.
     Law Offices of Anthony W. Gibbs
26   655 Middlefield Road
     Redwood City, CA 94063

27

28

1   THE GREENSPRINGS CHRISTIAN
    FELLOWSHIP CHURCH, INC.
2   a California Corporation
    c/o Anthony W. Gibbs, Esq.
3   Law Offices of Anthony W. Gibbs
    655 Middlefield Road
4   Redwood City, CA 94063

5   JOHN WYSE, President
    THE GREENSPRINGS CHRISTIAN FELLOWSHIP CHURCH
6   a California Corporation
    c/o Anthony W. Gibbs, Esq.
7   Law Offices of Anthony W. Gibbs
    655 Middlefield Road
8   Redwood City, CA 94063

9   Frank M Pitre, Esq.
    COTCHETT, PITRE, SIMON & McCARTHY
10  840 Malcolm Road, Suite 200
    Burlingame, CA 94010

11
    P. Terry Anderlini, Esq.
12  Merrill G. Emerick, Esq.
    Paul J. Smoot, Esq.
13  ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
    400 South El Camino Real, Suite 700
14  San Mateo, CA 94402

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
2  ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   400 South El Camino Real, Suite 700
3  San Mateo, California 94402
   Telephone: (650) 348-0102
4  Facsimile: (650) 348-0962

5

6

7                              **2007-000863**
                        01:38pm 01/03/07 NW  Fee: 25.00
8                            Count of pages 7
                        Recorded in Official Records
9                           County of San Mateo
                              Warren Slocum
10                   Assessor-County Clerk-Recorder
11
                     
12

13

14  _____

15        **NOTICE OF WITHDRAWAL OF LIS PENDENS**

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
NOTICE OF WITHDRAWAL OF LIS PENDENS

1  P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
2  MERRILL G. EMERICK, ESQ. (State Bar No. 117248)
   PAUL J. SMOOT, ESQ. (State Bar No. 160787)
3  ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   400 South El Camino Real, Suite 700
4  San Mateo, California 94402
5  Telephone: (650) 348-0102
   Facsimile: (650) 348-0962
6

7  Attorneys for Plaintiff
8  **PENNY D. ANDERSON**

9              SUPERIOR COURT OF THE STATE OF CALIFONRIA

10         IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

11  PENNY D. ANDERSON,                 )  Case No. CIV-445617
                                       )
12                                     )
               Plaintiff,              )  NOTICE OF WITHDRAWAL
13  vs.                                )  OF LIS PENDENS
                                       )
14                                     )
    CHRISTINE DILLON, also known as BETH )
15  ANDERSON, DON BOHN, et al.,        )
                                       )
16             Defendants.             )
17  ————————————————————————————)

18      **NOTICE IS GIVEN** that Plaintiff PENNY D. ANDERSON, withdraws the Notice of

19  Pendency of Action (Lis Pendens) that was recorded in the above action on May 11, 2005 as

20  Document No. 2005-077464 CONF of the Official Records of San Mateo County, California.
21
22  PENNY D. ANDERSON is the party who recorded the above Lis Pendens.

23      The above Lis Pendens affected certain real property that is situated in San Mateo County,

24  California, located at 4029 Beresford, San Mateo, San Mateo County, California and more

25  particularly described on Exhibit "A" attached hereto and incorporated by reference herein.
26
    ///
27
    ///
28

                                        1

NOTICE OF WITHDRAWAKL OF LIS PENDENS

1    This Notice of Withdrawal is recorded pursuant to Code of Civil Procedure Section 405.50.

2    DATED: January 2 , 2007

3

4                              ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

5                    By: _____

6                          P. TERRY ANDERLINI, Attorneys for
                            Plaintiff PENNY D. ANDERSON
7

8    STATE OF CALIFORNIA            )
9                                   )
     COUNTY OF SAN MATEO            )
10                                  )
11   _____)

12       On January 2 , 2007, before me, KATHY ZURAWSKI, Notary Public, personally
     appeared P. TERRY ANDERLINI, personally known to me to be the person whose name is
13   subscribed to the within instrument and acknowledged to me that he executed the same in his
     authorized capacity and that by his signature on the instrument the person, or the entity upon
14   behalf of which the person acted, executed the instrument.
15

16       WITNESS my hand and official seal.

17   Signature Katherine M. Zurawski, Notary Public
18              Notary Public

19

20                                                  KATHERINE M. ZURAWSKI
                                                    COMM. #1681091
21                                                  Notary Public · California
                                                    San Mateo County
                                                    My Comm. Expires Jul. 14, 2010
22

23

24

25

26

27

28

                                      2

NOTICE OF WITHDRAWAL OF LIS PENDENS

4029 BERESFORD, SAN MATEO, CALIFORNIA
APN 042-241-100

the following described property in the City of San Mateo County of San
Mateo, State of California:

Lot 9 in Block 14 as  designated on the map entitled "SAN MATEO KNOLLS MAP.
NO 2 SAN MATEO, CALIFORNIA", which map was filed in the office of the
Recorder of the County of San Mateo, State of California on September 6,
1945 in Book 24 of Maps at pages 60, 61 and 62.


A/P No. 42-241-100
Property address: 4029 Beresford Avenue

# EXHIBIT "A"

/0

<u>PROOF OF SERVICE</u>

1

2     I, Kathleen Dean, declare that I am employed in the County of San Mateo in the State of
California. I am over the age of eighteen years and not a party to the within cause. My
3     business address is 777 Marshall Street, Redwood City, California.

4     On January 3, 2007, I served the within: NOTICE OF WITHDRAWAL OF LIS
5     PENDENS

6     on all interested parties in said cause, by delivering a true copy as follows:

7     __X__ **(By Mail)** I placed a true copy thereof enclosed in a sealed envelope with postage
8     thereon fully prepaid. I deposited said envelope in the United States mail at Redwood City,
California.

9

10     Each envelope (if applicable) was addressed, as follows:

11                              SEE ATTACHMENT 1

12     I declare under penalty of perjury, under the laws of the State of California, that the
foregoing is true and correct, and that this declaration was executed on January 3, 2007 at
13     Redwood City, California.

14

15                              _Kathleen Dean_
                              Kathleen Dean

16

17

18

19

20

21

22

23

24

25

26

27

28

1                          ATTACHMENT 1

2

CHRISTINE DILLON, AKA BETH ANDERSON
3    c/o H. Wayne Green, Esq.
West, Seegmiller, Attorneys
4    20162 Birch Street, Suite 300
Newport Beach, CA 92660

5

DON BOHN
6    c/o James H. Hartnett, Esq.
Hartnett, Smith & Associates
7    777 Marshall Street
Redwood City, CA 94063

8

DON BOHN
9    B.E.R. MANAGEMENT
c/o James H. Hartnett, Esq.
10   Hartnett, Smith & Associates
777 Marshall Street
11   Redwood City, CA 94063

12   DAVID W. BARR and
PATRICIA M. BARR
13   393 Georgetown Avenue
San Mateo, CA 94402

14

DRAEGERS SUPERMARKET
15   c/o PETER DRAEGER
1010 University Drive
16   Menlo Park, CA 94025

17   GREENSPRINGS FELLOWSHIP TRUST
c/o Anthony W. Gibbs, Esq.
18   Law Offices of Anthony W. Gibbs
655 Middlefield Road
19   Redwood City, CA 94063

20   MARGARET EBERLE, Trustee
GREENSPRINGS FELLOWSHIP TRUST
21   c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
22   655 Middlefield Road
Redwood City, CA 94063

23

24   JOHN WYSE, Trustee
GREENSPRINGS FELLOWSHIP TRUST
25   c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
26   655 Middlefield Road
Redwood City, CA 94063

27

28

THE GREENSPRINGS CHRISTIAN
FELLOWSHIP CHURCH, INC.
a California Corporation
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
655 Middlefield Road
Redwood City, CA 94063

JOHN WYSE, President
THE GREENSPRINGS CHRISTIAN FELLOWSHIP CHURCH
a California Corporation
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
655 Middlefield Road
Redwood City, CA 94063

Frank M Pitre, Esq.
COTCHETT, PITRE, SIMON & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010

P. Terry Anderlini, Esq.
Merrill G. Emerick, Esq.
Paul J. Smoot, Esq.
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, CA 94402

1  P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
2  ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   400 South El Camino Real, Suite 700
3  San Mateo, California 94402
   Telephone: (650) 348-0102
4  Facsimile: (650) 348-0962

5

6                              **2007-000864**
                     01:38pm 01/03/07 NW  Fee: 25.00
7                           Count of pages 7
                     Recorded in Official Records
8                        County of San Mateo
                             Warren Slocum
9                  Assessor-County Clerk-Recorder

10                 

11

12

13

14
                **NOTICE OF WITHDRAWAL OF LIS PENDENS**
15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF LIS PENDENS

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
MERRILL G. EMERICK, ESQ. (State Bar No. 117248)
PAUL J. SMOOT, ESQ. (State Bar No. 160787)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone: (650) 348-0102
Facsimile: (650) 348-0962

Attorneys for Plaintiff
**PENNY D. ANDERSON**

SUPERIOR COURT OF THE STATE OF CALIFONRIA

IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

| | | |
|---|---|---|
| PENNY D. ANDERSON, | ) | Case No. CIV-445617 |
| | ) | |
| Plaintiff, | ) | NOTICE OF WITHDRAWAL |
| vs. | ) | OF LIS PENDENS |
| | ) | |
| CHRISTINE DILLON, also known as BETH | ) | |
| ANDERSON, DON BOHN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |

**NOTICE IS GIVEN** that Plaintiff PENNY D. ANDERSON, withdraws the Notice of

Pendency of Action (Lis Pendens) that was recorded in the above action on May 11, 2005 as

Document No. 2005-077468 CONF of the Official Records of San Mateo County, California.

PENNY D. ANDERSON is the party who recorded the above Lis Pendens.

The above Lis Pendens affected certain real property that is situated in San Mateo County,

California, located at 310 South Claremont Street, San Mateo, San Mateo County, California and

more particularly described on Exhibit "A" attached hereto and incorporated by reference herein.

///

///

1

1    This Notice of Withdrawal is recorded pursuant to Code of Civil Procedure Section 405.50.

2    DATED: January 2, 2007

3

4                            ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

5                            By:

6                                 P. TERRY ANDERLINI, Attorneys for
                                  Plaintiff PENNY D. ANDERSON
7

8    STATE OF CALIFORNIA              )
9                                     )
     COUNTY OF SAN MATEO              )
10                                    )
11   _____ )

12        On January 2, 2007, before me, KATHY ZURAWSKI, Notary Public, personally
     appeared P. TERRY ANDERLINI, personally known to me to be the person whose name is
13   subscribed to the within instrument and acknowledged to me that he executed the same in his
     authorized capacity and that by his signature on the instrument the person, or the entity upon
14   behalf of which the person acted, executed the instrument.
15

16        WITNESS my hand and official seal.

17   Signature  Katherine M. Zurawski, Notary Public

18                    Notary Public

19

20                                        KATHERINE M. ZURAWSKI
                                          COMM. #1681091
                                          Notary Public · California
21                                        San Mateo County
                                          My Comm. Expires Jul. 14, 2010
22

23

24

25

26

27

28

                                        2

NOTICE OF WITHDRAWAKL OF LIS PENDENS

310 SOUTH CLAREMONT STREET, SAN MATEO, CALIFORNIA
APN 034-182-030

EXHIBIT "A"

Lot 4, Block 16, as designated on the map entitled "MAP OF THE TOWN OF
SAN MATEO, SAN MATEO COUNTY, CAL.", which map was filed in the office of
the Recorder of the County of San Mateo, State of California on January
24, 1863 in Book 2 of Miscellaneous Records at page 95 and a copy
entered in Book 1 of Maps at page 45.

# EXHIBIT " A "

1

<u>PROOF OF SERVICE</u>

2

       I, Kathleen Dean, declare that I am employed in the County of San Mateo in the State of

3

California. I am over the age of eighteen years and not a party to the within cause. My
business address is 777 Marshall Street, Redwood City, California.

4

       On January 3, 2007, I served the within: NOTICE OF WITHDRAWAL OF LIS

5

PENDENS

6

on all interested parties in said cause, by delivering a true copy as follows:

7

  X   **(By Mail)** I placed a true copy thereof enclosed in a sealed envelope with postage

8

thereon fully prepaid. I deposited said envelope in the United States mail at Redwood City,
California.

9

       Each envelope (if applicable) was addressed, as follows:

10

11

SEE ATTACHMENT 1

12

       I declare under penalty of perjury, under the laws of the State of California, that the
foregoing is true and correct, and that this declaration was executed on January 3, 2007 at

13

Redwood City, California.

14

15

                        Kathleen Dean

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1

ATTACHMENT 1

2

CHRISTINE DILLON, AKA BETH ANDERSON
3    c/o H. Wayne Green, Esq.
West, Seegmiller, Attorneys
4    20162 Birch Street, Suite 300
Newport Beach, CA 92660

5

DON BOHN
6    c/o James H. Hartnett, Esq.
Hartnett, Smith & Associates
7    777 Marshall Street
Redwood City, CA 94063

8

DON BOHN
9    B.E.R. MANAGEMENT
c/o James H. Hartnett, Esq.
10    Hartnett, Smith & Associates
777 Marshall Street
11    Redwood City, CA 94063

12    DAVID W. BARR and
PATRICIA M. BARR
13    393 Georgetown Avenue
San Mateo, CA 94402

14

DRAEGERS SUPERMARKET
15    c/o PETER DRAEGER
1010 University Drive
16    Menlo Park, CA 94025

17    GREENSPRINGS FELLOWSHIP TRUST
c/o Anthony W. Gibbs, Esq.
18    Law Offices of Anthony W. Gibbs
655 Middlefield Road
19    Redwood City, CA 94063

20    MARGARET EBERLE, Trustee
GREENSPRINGS FELLOWSHIP TRUST
21    c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
22    655 Middlefield Road
Redwood City, CA 94063

23

24    JOHN WYSE, Trustee
GREENSPRINGS FELLOWSHIP TRUST
25    c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
26    655 Middlefield Road
Redwood City, CA 94063

27

28

2

1   THE GREENSPRINGS CHRISTIAN
    FELLOWSHIP CHURCH, INC.
2   a California Corporation
    c/o Anthony W. Gibbs, Esq.
3   Law Offices of Anthony W. Gibbs
    655 Middlefield Road
4   Redwood City, CA 94063

5   JOHN WYSE, President
    THE GREENSPRINGS CHRISTIAN FELLOWSHIP CHURCH
6   a California Corporation
    c/o Anthony W. Gibbs, Esq.
7   Law Offices of Anthony W. Gibbs
    655 Middlefield Road
8   Redwood City, CA 94063

9   Frank M Pitre, Esq.
    COTCHETT, PITRE, SIMON & McCARTHY
10  840 Malcolm Road, Suite 200
    Burlingame, CA 94010

11
    P. Terry Anderlini, Esq.
12  Merrill G. Emerick, Esq.
    Paul J. Smoot, Esq.
13  ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
    400 South El Camino Real, Suite 700
14  San Mateo, CA 94402

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

2

400 South El Camino Real, Suite 700

3

San Mateo, California 94402
Telephone: (650) 348-0102

4

Facsimile: (650) 348-0962

5

6



**2007-000865**

7

01:38pm 01/03/07 NW  Fee: 25.00
Count of pages 7

8

Recorded in Official Records
County of San Mateo

9

Warren Slocum
Assessor-County Clerk-Recorder

10

11

* 2 0 0 7 0 0 0 0 8 6 5 A R *

12

13

14

### NOTICE OF WITHDRAWAL OF LIS PENDENS    

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF LIS PENDENS

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
MERRILL G. EMERICK, ESQ. (State Bar No. 117248)
PAUL J. SMOOT, ESQ. (State Bar No. 160787)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone: (650) 348-0102
Facsimile: (650) 348-0962

Attorneys for Plaintiff
**PENNY D. ANDERSON**

SUPERIOR COURT OF THE STATE OF CALIFONRIA

IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

| | |
|---|---|
| PENNY D. ANDERSON, | Case No. CIV-445617 |
| Plaintiff, | NOTICE OF WITHDRAWAL |
| vs. | OF LIS PENDENS |
| CHRISTINE DILLON, also known as BETH ANDERSON, DON BOHN, et al., | |
| Defendants. | |

**NOTICE IS GIVEN** that Plaintiff PENNY D. ANDERSON, withdraws the Notice of

Pendency of Action (Lis Pendens) that was recorded in the above action on May 11, 2005 as

Document No. 2005-077471 CONF of the Official Records of San Mateo County, California.

PENNY D. ANDERSON is the party who recorded the above Lis Pendens.

The above Lis Pendens affected certain real property that is situated in San Mateo County,

California, located at 611 South El Dorado Street, San Mateo, San Mateo County, California and

more particularly described on Exhibit "A" attached hereto and incorporated by reference herein.

///

///

1

1    This Notice of Withdrawal is recorded pursuant to Code of Civil Procedure Section 405.50.

2    DATED: January 2 , 2007

3

4                    ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

5           By: _____

6                    P. TERRY ANDERLINI, Attorneys for
                     Plaintiff PENNY D. ANDERSON
7

8    STATE OF CALIFORNIA              )
                                      )
9    COUNTY OF SAN MATEO              )
                                      )
10                                    )
     _____)
11

12        On January 2 , 2007, before me, KATHY ZURAWSKI, Notary Public, personally
     appeared P. TERRY ANDERLINI, personally known to me to be the person whose name is
13   subscribed to the within instrument and acknowledged to me that he executed the same in his
     authorized capacity and that by his signature on the instrument the person, or the entity upon
14   behalf of which the person acted, executed the instrument.
15

16        WITNESS my hand and official seal.

17   Signature Katherine M. Zurawski, Notary Public
                   Notary Public
18

19                                        KATHERINE M. ZURAWSKI
                                            COMM. #1681091
20                                        Notary Public · California
                                              San Mateo County
21                                        My Comm. Expires Jul. 14, 2010

22

23

24

25

26

27

28

                                            2

# EXHIBIT "A"

The land referred to is situated in the State of California, County of San Mateo, City of San Mateo, and is described as follows:

**PARCEL ONE:**

LOT 15, BLOCK 3, as delineated upon that certain Map entitled "MAP OF EAST SAN MATEO BEING A SUBDIVISION OF A PORTION OF THE LANDS OF EMMA ROSE, SAN MATEO COUNTY, CALIFORNIA", filed for record in the Office of the Recorder of the County of San Mateo, State of California, on January 15th, 1908 in Book 5 of Maps, at Page 55.

**PARCEL TWO:**

A non-exclusive easement for ingress and egress and for driveway purposes over a strip of land 6 feet in width lying inside, adjacent to and parallel with the Northwesterly line of Lot 16, Block 3, as designated on the Map entitled "MAP OF EAST SAN MATEO BEING A SUBDIVISION OF A PORTION OF THE LANDS OF EMMA ROSE, SAN MATEO COUNTY, CALIFORNIA", which Map was filed in the office of the Recorder of the County of San Mateo, State of California on January 15, 1908, in Book 5 of Maps at Page 55.

**PARCEL THREE:**

TOGETHER WITH an easement for driveway and turn around purposes over a strip of land described as follows:

COMMENCING at a point on the dividing line between Lots 15 and 16, Block 3, of the above described Map, at the intersection of the Northeasterly line of Eldorado and running thence Southerly along the Northwesterly line of Eldorado a distance of 6 feet; thence Northeasterly and parallel to the dividing line between Lots 15 and 16 a distance of 57 feet to the point of beginning. Thence from said point of beginning at a right angle Southeasterly and parallel with the Northerly line of Eldorado a distance of 7 feet; thence Easterly and parallel with the dividing line between Lots 15 and 16 a distance of 36 feet; thence Northerly and parallel with the Northerly line of Eldorado a distance of 7 feet; thence Westerly and parallel with the dividing line between Lots 15 and 16 to the point of beginning.

Said easement was created in the Deed to Maria Nurisio, a widow, and Faustina Nurisio, an unmarried woman, as Joint Tenants, recorded October 10, 1963 in Book 4566, Page 718, Official Records of San Mateo County, California.

A.P.N. 033-291-230                    J.P.N. 33-29-291-23
                                      R/W 33-29-291-22

# EXHIBIT " A "

1

<u>PROOF OF SERVICE</u>

2      I, Kathleen Dean, declare that I am employed in the County of San Mateo in the State of
California.  I am over the age of eighteen years and not a party to the within cause.  My
3 business address is 777 Marshall Street, Redwood City, California.

4

     On January 3, 2007, I served the within: NOTICE OF WITHDRAWAL OF LIS
5 PENDENS

6

on all interested parties in said cause, by delivering a true copy as follows:

7

   X    **(By Mail)**  I placed a true copy thereof enclosed in a sealed envelope with postage
8 thereon fully prepaid.  I deposited said envelope in the United States mail at Redwood City,
California.

9

     Each envelope (if applicable) was addressed, as follows:
10

11                       SEE ATTACHMENT 1

12      I declare under penalty of perjury, under the laws of the State of California, that the
foregoing is true and correct, and that this declaration was executed on January 3, 2007 at
13 Redwood City, California.

14

15

16                           Kathleen Dean

17

18

19

20

21

22

23

24

25

26

27

28

---

ATTACHMENT 1

CHRISTINE DILLON, AKA BETH ANDERSON
c/o H. Wayne Green, Esq.
West, Seegmiller, Attorneys
20162 Birch Street, Suite 300
Newport Beach, CA 92660

DON BOHN
c/o James H. Hartnett, Esq.
Hartnett, Smith & Associates
777 Marshall Street
Redwood City, CA 94063

DON BOHN
B.E.R. MANAGEMENT
c/o James H. Hartnett, Esq.
Hartnett, Smith & Associates
777 Marshall Street
Redwood City, CA 94063

DAVID W. BARR and
PATRICIA M. BARR
393 Georgetown Avenue
San Mateo, CA 94402

DRAEGERS SUPERMARKET
c/o PETER DRAEGER
1010 University Drive
Menlo Park, CA 94025

GREENSPRINGS FELLOWSHIP TRUST
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
655 Middlefield Road
Redwood City, CA 94063

MARGARET EBERLE, Trustee
GREENSPRINGS FELLOWSHIP TRUST
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
655 Middlefield Road
Redwood City, CA 94063

JOHN WYSE, Trustee
GREENSPRINGS FELLOWSHIP TRUST
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
655 Middlefield Road
Redwood City, CA 94063

1   THE GREENSPRINGS CHRISTIAN
    FELLOWSHIP CHURCH, INC.
2   a California Corporation
    c/o Anthony W. Gibbs, Esq.
3   Law Offices of Anthony W. Gibbs
    655 Middlefield Road
4   Redwood City, CA 94063

5   JOHN WYSE, President
    THE GREENSPRINGS CHRISTIAN FELLOWSHIP CHURCH
6   a California Corporation
    c/o Anthony W. Gibbs, Esq.
7   Law Offices of Anthony W. Gibbs
    655 Middlefield Road
8   Redwood City, CA 94063

9   Frank M Pitre, Esq.
    COTCHETT, PITRE, SIMON & McCARTHY
10   840 Malcolm Road, Suite 200
    Burlingame, CA 94010

11

    P. Terry Anderlini, Esq.
12   Merrill G. Emerick, Esq.
    Paul J. Smoot, Esq.
13   ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
    400 South El Camino Real, Suite 700
14   San Mateo, CA 94402

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1  P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
2  ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   400 South El Camino Real, Suite 700
3  San Mateo, California 94402
   Telephone: (650) 348-0102
4  Facsimile: (650) 348-0962

5

6

7

8

9

10

11

12

13

14



**2007-000866**
01:38pm 01/03/07 NW  Fee: 25.00
Count of pages 7
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*2007000866AR*

## NOTICE OF WITHDRAWAL OF LIS PENDENS 

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF LIS PENDENS

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
MERRILL G. EMERICK, ESQ. (State Bar No. 117248)
PAUL J. SMOOT, ESQ. (State Bar No. 160787)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone: (650) 348-0102
Facsimile: (650) 348-0962

Attorneys for Plaintiff
**PENNY D. ANDERSON**

SUPERIOR COURT OF THE STATE OF CALIFONRIA

IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

| | |
|---|---|
| PENNY D. ANDERSON, | Case No. CIV-445617 |
| Plaintiff, | NOTICE OF WITHDRAWAL |
| vs. | OF LIS PENDENS |
| CHRISTINE DILLON, also known as BETH ANDERSON, DON BOHN, et al., | |
| Defendants. | |

**NOTICE IS GIVEN** that Plaintiff PENNY D. ANDERSON, withdraws the Notice of Pendency of Action (Lis Pendens) that was recorded in the above action on May 11, 2005 as Document No. 2005-077467 CONF of the Official Records of San Mateo County, California. PENNY D. ANDERSON is the party who recorded the above Lis Pendens.

The above Lis Pendens affected certain real property that is situated in San Mateo County, California, located at 65 East 21st Avenue, San Mateo, San Mateo County, California and more particularly described on Exhibit "A" attached hereto and incorporated by reference herein.

///

///

1

1    This Notice of Withdrawal is recorded pursuant to Code of Civil Procedure Section 405.50.

2    DATED: January 2   , 2007

3

4    ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

5    By

6    P. TERRY ANDERLINI, Attorneys for
     Plaintiff PENNY D. ANDERSON

7

8    STATE OF CALIFORNIA          )

9                                 )
     COUNTY OF SAN MATEO          )
10                                )
                                  )
11   _____ )

12   On January 2   , 2007, before me, KATHY ZURAWSKI, Notary Public, personally
     appeared P. TERRY ANDERLINI, personally known to me to be the person whose name is
13   subscribed to the within instrument and acknowledged to me that he executed the same in his
14   authorized capacity and that by his signature on the instrument the person, or the entity upon
     behalf of which the person acted, executed the instrument.
15

16   WITNESS my hand and official seal.

17   Signature Katherine M. Zurawski, Notary Public

18             Notary Public

19                                    KATHERINE M. ZURAWSKI
                                         COMM. #1681091
20                                     Notary Public - California
                                          San Mateo County
                                     My Comm. Expires Jul. 14, 2010
21

22

23

24

25

26

27

28

                                    2

NOTICE OF WITHDRAWAKL OF LIS PENDENS

65 EAST 21ST AVENUE, SAN MATEO, CALIFORNIA
APN 039-072-060

EXHIBIT "A"

ALL THAT REAL PROPERTY SITUATED IN THE CITY SAN MATEO, COUNTY OF SAN MATEO, STATE OF CALIFORNIA DESCRIBED AS FOLLOWS:

PARCEL ONE:

BEGINNING at a point on the Northwesterly boundry of that tract of land described in Quit Claim Deed from Sarah T. Fox, et al, to Katie Kuruez getto, recorded February 28, 1926 in Book 209 of Offic
ial Records of San Mateo County at page 475, distant thereon North 47 degrees 17' East 133 feet from the most Westerly corner of said tract; thence along the Northwesterly boundry of said tract North 47 degrees 17' East 43.31 feet; thence South 42 degrees 51-1/2' East 138.58 feet; thence South 47 degrees 08-1/2' West 47 feet; thence North 41 degrees20' West along the Northeasterly line of an alley 138.73 feet to the point of beginning.

PARCEL TWO:

BEGINNING at a point on the Northwesterly boundry of that tract of land described in Quit Claim Deed from Sarah T. Fox, et al, to Katie Kuruez getto, recorded February 28, 1926 in Book 209 of Officcial Records of San Mateo County at page 475, distant thereon North 47 degrees 17' East 50 feet; thence South 42 degrees 51-1/2' East 138.44 feet; thence South 47 degrees 08-1/2' West 50 feet; thence North 42 degrees 51-1/2' West 138.58 feet to the point of beginning.

PARCEL THREE

BEGINNING at the most Westerly corner of that certain tract of land described in Quit Claim Deed from Sarah t. Fox, et al, to Katie Kuruenz Getto, dated January 18, 1926 and recorded february 28, 1926 in Book 209 of Official Records of San Mateo County at page 475; thence from said point of beginning along the Nortwesterly boundry line of said tract North 47 degrees 17' east 133.00 feet; thence South 41 degrees 20' East 24.32 feet to the true point of beginning; thence from said true point of beginning South 41 degrees 20' East 114.41 feet; thence South 47 degrees 08' 30" West 20 feet; thence North 41 degrees 20' West 114.45 feet to a point that bears South 47 degrees 17' West from the true point of beginning; Tence North 47 degrees 17' East 20 feet to the true point of beginning.

PARCEL FOUR

BEGINNING at a point on the Northwesterly boundry of the tract hereinafter mentioned which point is North 47 degrees 17' East 127 feet from the most Westerly corner of that tract of land described in Quit Claim Deed from Sarah T. Fox, et al, to Katie Kuruenz Getto, recorde February 28, 1926 in Book 209 if Iffucuak Records of San Mateo County at Page 475; thence from said point of beginning along the Northwesterly boundry of said tract North 47 degrees 17' East 6 feet; thence South 41 degrees 20' East 21.32 feet; thence South 47 degrees 17' East 6 feet; thence South 41 degrees 20' West 24.32 feet to the point of beginning.

AP No. 039-072-060

< END OF DOCUMENT >

EXHIBIT "A"

22

1

## PROOF OF SERVICE

2      I, Kathleen Dean, declare that I am employed in the County of San Mateo in the State of

California. I am over the age of eighteen years and not a party to the within cause. My

3   business address is 777 Marshall Street, Redwood City, California.

4      On January 3, 2007, I served the within: NOTICE OF WITHDRAWAL OF LIS

5   PENDENS

6

on all interested parties in said cause, by delivering a true copy as follows:

7

  X   **(By Mail)** I placed a true copy thereof enclosed in a sealed envelope with postage

8   thereon fully prepaid. I deposited said envelope in the United States mail at Redwood City,

California.

9

10      Each envelope (if applicable) was addressed, as follows:

11              SEE ATTACHMENT 1

12      I declare under penalty of perjury, under the laws of the State of California, that the

foregoing is true and correct, and that this declaration was executed on January 3, 2007 at

13   Redwood City, California.

14

15

16                            Kathleen Dean

17

18

19

20

21

22

23

24

25

26

27

28

1              ATTACHMENT 1

2

CHRISTINE DILLON, AKA BETH ANDERSON
3    c/o H. Wayne Green, Esq.
     West, Seegmiller, Attorneys
4    20162 Birch Street, Suite 300
     Newport Beach, CA 92660

5

DON BOHN
6    c/o James H. Hartnett, Esq.
     Hartnett, Smith & Associates
7    777 Marshall Street
     Redwood City, CA 94063

8

DON BOHN
9    B.E.R. MANAGEMENT
     c/o James H. Hartnett, Esq.
10   Hartnett, Smith & Associates
     777 Marshall Street
11   Redwood City, CA 94063

12   DAVID W. BARR and
     PATRICIA M. BARR
13   393 Georgetown Avenue
     San Mateo, CA 94402

14

DRAEGERS SUPERMARKET
15   c/o PETER DRAEGER
     1010 University Drive
16   Menlo Park, CA 94025

17   GREENSPRINGS FELLOWSHIP TRUST
     c/o Anthony W. Gibbs, Esq.
18   Law Offices of Anthony W. Gibbs
     655 Middlefield Road
19   Redwood City, CA 94063

20   MARGARET EBERLE, Trustee
     GREENSPRINGS FELLOWSHIP TRUST
21   c/o Anthony W. Gibbs, Esq.
     Law Offices of Anthony W. Gibbs
22   655 Middlefield Road
     Redwood City, CA 94063

23

24   JOHN WYSE, Trustee
     GREENSPRINGS FELLOWSHIP TRUST
25   c/o Anthony W. Gibbs, Esq.
     Law Offices of Anthony W. Gibbs
26   655 Middlefield Road
     Redwood City, CA 94063

27

28

THE GREENSPRINGS CHRISTIAN
FELLOWSHIP CHURCH, INC.
a California Corporation
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
655 Middlefield Road
Redwood City, CA 94063

JOHN WYSE, President
THE GREENSPRINGS CHRISTIAN FELLOWSHIP CHURCH
a California Corporation
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
655 Middlefield Road
Redwood City, CA 94063

Frank M Pitre, Esq.
COTCHETT, PITRE, SIMON & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010

P. Terry Anderlini, Esq.
Merrill G. Emerick, Esq.
Paul J. Smoot, Esq.
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, CA 94402

1  P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
2  ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   400 South El Camino Real, Suite 700
3  San Mateo, California 94402
   Telephone: (650) 348-0102
4  Facsimile: (650) 348-0962

5

6

7                                    **2007-000867**
                              01:38pm 01/03/07 NW  Fee: 25.00
8                                  Count of pages 7
                              Recorded in Official Records
9                                 County of San Mateo
                                    Warren Slocum
10                          Assessor-County Clerk-Recorder

11

12                          * 2 0 0 7 0 0 0 0 8 6 7 A R *

13

14

              **NOTICE OF WITHDRAWAL OF LIS PENDENS**
15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF LIS PENDENS

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
MERRILL G. EMERICK, ESQ. (State Bar No. 117248)
PAUL J. SMOOT, ESQ. (State Bar No. 160787)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone: (650) 348-0102
Facsimile: (650) 348-0962

Attorneys for Plaintiff
**PENNY D. ANDERSON**

SUPERIOR COURT OF THE STATE OF CALIFONRIA

IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

| | |
|---|---|
| PENNY D. ANDERSON, | ) Case No. CIV-445617 |
| | ) |
| Plaintiff, | ) NOTICE OF WITHDRAWAL |
| vs. | ) OF LIS PENDENS |
| | ) |
| CHRISTINE DILLON, also known as BETH | ) |
| ANDERSON, DON BOHN, et al., | ) |
| | ) |
| Defendants. | ) |
| ——————————————— | ) |

**NOTICE IS GIVEN** that Plaintiff PENNY D. ANDERSON, withdraws the Notice of

Pendency of Action (Lis Pendens) that was recorded in the above action on May 11, 2005 as

Document No. 2005-077463 CONF of the Official Records of San Mateo County, California.

PENNY D. ANDERSON is the party who recorded the above Lis Pendens.

The above Lis Pendens affected certain real property that is situated in San Mateo County,

California, located at 149-151 South Boulevard, San Mateo, San Mateo County, California and

more particularly described on Exhibit "A" attached hereto and incorporated by reference herein.

///

///

1

1    This Notice of Withdrawal is recorded pursuant to Code of Civil Procedure Section 405.50.

2    DATED: January 2 , 2007

3                              ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

4

5                              By_____

6                                  P. TERRY ANDERLINI, Attorneys for
                                   Plaintiff PENNY D. ANDERSON
7

8    STATE OF CALIFORNIA              )
9                                     )
     COUNTY OF SAN MATEO              )
10                                    )
11   _____)

12       On January 2 , 2007, before me, KATHY ZURAWSKI, Notary Public, personally
13   appeared P. TERRY ANDERLINI, personally known to me to be the person whose name is
     subscribed to the within instrument and acknowledged to me that he executed the same in his
14   authorized capacity and that by his signature on the instrument the person, or the entity upon
     behalf of which the person acted, executed the instrument.
15

16       WITNESS my hand and official seal.

17   Signature Katherine M. Zurawski, Notary Public
                        Notary Public
18

19

20                              KATHERINE M. ZURAWSKI
                                COMM. #1681091
                                Notary Public - California
21                              San Mateo County
                                My Comm. Expires Jul. 14, 2010

22

23

24

25

26

27

28

                                          2

NOTICE OF WITHDRAWAKL OF LIS PENDENS

149-151 SOUTH BOULEVARD, SAN MATEO, CALIFORNIA
APN 035-212-210

The following described property in the City of San Mateo County of San Mateo, State of California:

LOTS 11 AND 12, IN BLOCK 1, AS SHOWN ON THAT CERTAIN MAP ENTITLED "SOUTH B STREET TRACT, SAN MATEO CO., CALIFORNIA", FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN MATEO COUNTY ON JANUARY 6, 1927 IN BOOK 14 AT PAGES 78 AND 79.

A/P No. 035-212-060 and No. 035-212-070 now known as 035-212-210
Property address:149-151 SOUTH BOULEVARD - SAN MATEO, CALIFORNIA.

# EXHIBIT " A "

1

<u>PROOF OF SERVICE</u>

2      I, Kathleen Dean, declare that I am employed in the County of San Mateo in the State of
California.  I am over the age of eighteen years and not a party to the within cause.  My
3  business address is 777 Marshall Street, Redwood City, California.

4      On January 3, 2007, I served the within: NOTICE OF WITHDRAWAL OF LIS
5  PENDENS

6
on all interested parties in said cause, by delivering a true copy as follows:

7
  _X__   **(By Mail)**  I placed a true copy thereof enclosed in a sealed envelope with postage
8  thereon fully prepaid.  I deposited said envelope in the United States mail at Redwood City,
California.

9
      Each envelope (if applicable) was addressed, as follows:
10

11                        SEE ATTACHMENT 1

12      I declare under penalty of perjury, under the laws of the State of California, that the
foregoing is true and correct, and that this declaration was executed on January 3, 2007 at
13  Redwood City, California.

14

15                                    Kathleen Dean

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTACHMENT 1

CHRISTINE DILLON, AKA BETH ANDERSON
c/o H. Wayne Green, Esq.
West, Seegmiller, Attorneys
20162 Birch Street, Suite 300
Newport Beach, CA 92660

DON BOHN
c/o James H. Hartnett, Esq.
Hartnett, Smith & Associates
777 Marshall Street
Redwood City, CA 94063

DON BOHN
B.E.R. MANAGEMENT
c/o James H. Hartnett, Esq.
Hartnett, Smith & Associates
777 Marshall Street
Redwood City, CA 94063

DAVID W. BARR and
PATRICIA M. BARR
393 Georgetown Avenue
San Mateo, CA 94402

DRAEGERS SUPERMARKET
c/o PETER DRAEGER
1010 University Drive
Menlo Park, CA 94025

GREENSPRINGS FELLOWSHIP TRUST
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
655 Middlefield Road
Redwood City, CA 94063

MARGARET EBERLE, Trustee
GREENSPRINGS FELLOWSHIP TRUST
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
655 Middlefield Road
Redwood City, CA 94063

JOHN WYSE, Trustee
GREENSPRINGS FELLOWSHIP TRUST
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
655 Middlefield Road
Redwood City, CA 94063

1  THE GREENSPRINGS CHRISTIAN
   FELLOWSHIP CHURCH, INC.
2  a California Corporation
   c/o Anthony W. Gibbs, Esq.
3  Law Offices of Anthony W. Gibbs
   655 Middlefield Road
4  Redwood City, CA 94063

5  JOHN WYSE, President
   THE GREENSPRINGS CHRISTIAN FELLOWSHIP CHURCH
6  a California Corporation
   c/o Anthony W. Gibbs, Esq.
7  Law Offices of Anthony W. Gibbs
   655 Middlefield Road
8  Redwood City, CA 94063

9  Frank M Pitre, Esq.
   COTCHETT, PITRE, SIMON & McCARTHY
10 840 Malcolm Road, Suite 200
   Burlingame, CA 94010

11
   P. Terry Anderlini, Esq.
12 Merrill G. Emerick, Esq.
   Paul J. Smoot, Esq.
13 ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   400 South El Camino Real, Suite 700
14 San Mateo, CA 94402

15

16

17

18

19

20

21

22

23

24

25

26

27

28

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone: (650) 348-0102
Facsimile: (650) 348-0962

**2007-000868**
01:38pm 01/03/07 NW  Fee: 25.00
Count of pages 7
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*2 0 0 7 0 0 0 0 8 6 8 A R *

# NOTICE OF WITHDRAWAL OF LIS PENDENS

NOTICE OF WITHDRAWAL OF LIS PENDENS

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
MERRILL G. EMERICK, ESQ. (State Bar No. 117248)
PAUL J. SMOOT, ESQ. (State Bar No. 160787)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone: (650) 348-0102
Facsimile: (650) 348-0962

Attorneys for Plaintiff
**PENNY D. ANDERSON**

SUPERIOR COURT OF THE STATE OF CALIFONRIA

IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

| | | |
|---|---|---|
| PENNY D. ANDERSON, | ) | Case No. CIV-445617 |
| | ) | |
| Plaintiff, | ) | NOTICE OF WITHDRAWAL |
| vs. | ) | OF LIS PENDENS |
| | ) | |
| CHRISTINE DILLON, also known as BETH | ) | |
| ANDERSON, DON BOHN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE IS GIVEN** that Plaintiff PENNY D. ANDERSON, withdraws the Notice of Pendency of Action (Lis Pendens) that was recorded in the above action on May 11, 2005 as Document No. 2005-077458 CONF of the Official Records of San Mateo County, California. PENNY D. ANDERSON is the party who recorded the above Lis Pendens.

The above Lis Pendens affected certain real property that is situated in San Mateo County, California, located at 610-614 Tenth Avenue, San Mateo, San Mateo County, California and more particularly described on Exhibit "A" attached hereto and incorporated by reference herein.

///

///

1

1    This Notice of Withdrawal is recorded pursuant to Code of Civil Procedure Section 405.50.

2    DATED: January 2 , 2007

3

4                              ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

5

6    By _____
                              P. TERRY ANDERLINI, Attorneys for
                              Plaintiff PENNY D. ANDERSON
7

8

STATE OF CALIFORNIA          )
9                            )
COUNTY OF SAN MATEO          )
10                           )
11   _____)

12        On January 2 , 2007, before me, KATHY ZURAWSKI, Notary Public, personally
appeared P. TERRY ANDERLINI, personally known to me to be the person whose name is
13   subscribed to the within instrument and acknowledged to me that he executed the same in his
14   authorized capacity and that by his signature on the instrument the person, or the entity upon
behalf of which the person acted, executed the instrument.
15

16        WITNESS my hand and official seal.

17   Signature Katherine M. Zurawski, Notary Public
                              Notary Public
18

19                              ┌─────────────────────────────────┐
                                │  KATHERINE M. ZURAWSKI          │
20                              │  COMM. #1681091                 │
                                │  Notary Public · California     │
21                              │  San Mateo County               │
                                │  My Comm. Expires Jul. 14, 2010 │
22                              └─────────────────────────────────┘

23

24

25

26

27

28

2

NOTICE OF WITHDRAWAKL OF LIS PENDENS

610-614 TENTH AVENUE, SAN MATEO, CALIFORNIA
APN 035-013-020

The following described property in the City of San Mateo County of San Mateo, State of California:

PORTION OF LOTS 19 AND 20, BLOCK 29, AS DESIGNATED ON THE MAP ENTITLED "MAP OF RESUBDIVISION OF BLOCKS 5, 6, 7, 8, 9, 10, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, EAST SAN MATEO", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA, ON SEPTEMBER 21, 1908 IN BOOK 6 OF MAPS AT PAGE 36, DESCRIBED AS:
BEGINNING AT THE MOST WESTERLY CORNER OF SAID LOT 20 ON THE SOUTHEASTERLY LINE OF TENTH AVENUE; THENCE NORTHEASTERLY ALONG SAID LINE OF TENTH AVENUE 56 FEET TO THE MOST WESTERLY CORNER OF LAND CONVEYED TO FRANK A. DE PATTA AND WIFE BY DEED DATED SEPTEMBER 3, 1938 AND RECORDED SEPTEMBER 6, 1938 IN BOOK 805 OF OFFICIAL RECORDS AT PAGE 226, RECORDS OF SAN MATEO COUNTY, CALIFORNIA; THENCE SOUTHEASTERLY ALONG THE SOUTHWESTERLY BOUNDARY OF LAND SO CONVEYED TO DE PATTA 112.5 FEET TO THE SOUTHEASTERLY LINE OF SAID LOT 19; THENCE SOUTHWESTERLY ALONG SAID LOT LINE 56 FEET TO THE MOST SOUTHERLY CORNER OF SAID LOT 19; THENCE NORTHWESTERLY ALONG THE SOUTHWESTERLY BOUNDARY OF LOTS 19 AND 20, 112.5 FEET TO THE POINT OF BEGINNING.

A/P 035-013-020
Property Address: 612-614 Tenth Avenue, San Mateo, ca.

# EXHIBIT " A "

1

<u>PROOF OF SERVICE</u>

2       I, Kathleen Dean, declare that I am employed in the County of San Mateo in the State of

3  California.  I am over the age of eighteen years and not a party to the within cause.  My
business address is 777 Marshall Street, Redwood City, California.

4       On January 3, 2007, I served the within: NOTICE OF WITHDRAWAL OF LIS

5  PENDENS

6
on all interested parties in said cause, by delivering a true copy as follows:

7    <u>X</u>   **(By Mail)**  I placed a true copy thereof enclosed in a sealed envelope with postage

8  thereon fully prepaid.  I deposited said envelope in the United States mail at Redwood City,
California.

9
       Each envelope (if applicable) was addressed, as follows:

10

11               SEE ATTACHMENT 1

12       I declare under penalty of perjury, under the laws of the State of California, that the
foregoing is true and correct, and that this declaration was executed on January 3, 2007 at

13  Redwood City, California.

14

15                     *Kathleen Dean*

16               Kathleen Dean

17

18

19

20

21

22

23

24

25

26

27

28

1    ATTACHMENT 1

2

3    CHRISTINE DILLON, AKA BETH ANDERSON
     c/o H. Wayne Green, Esq.
     West, Seegmiller, Attorneys
4    20162 Birch Street, Suite 300
     Newport Beach, CA 92660

5

6    DON BOHN
     c/o James H. Hartnett, Esq.
     Hartnett, Smith & Associates
7    777 Marshall Street
     Redwood City, CA 94063

8

9    DON BOHN
     B.E.R. MANAGEMENT
     c/o James H. Hartnett, Esq.
10   Hartnett, Smith & Associates
     777 Marshall Street
11   Redwood City, CA 94063

12   DAVID W. BARR and
     PATRICIA M. BARR
13   393 Georgetown Avenue
     San Mateo, CA 94402

14

15   DRAEGERS SUPERMARKET
     c/o PETER DRAEGER
     1010 University Drive
16   Menlo Park, CA 94025

17   GREENSPRINGS FELLOWSHIP TRUST
     c/o Anthony W. Gibbs, Esq.
18   Law Offices of Anthony W. Gibbs
     655 Middlefield Road
19   Redwood City, CA 94063

20   MARGARET EBERLE, Trustee
     GREENSPRINGS FELLOWSHIP TRUST
21   c/o Anthony W. Gibbs, Esq.
     Law Offices of Anthony W. Gibbs
22   655 Middlefield Road
     Redwood City, CA 94063

23

24   JOHN WYSE, Trustee
     GREENSPRINGS FELLOWSHIP TRUST
25   c/o Anthony W. Gibbs, Esq.
     Law Offices of Anthony W. Gibbs
26   655 Middlefield Road
     Redwood City, CA 94063

27

28

1  THE GREENSPRINGS CHRISTIAN
   FELLOWSHIP CHURCH, INC.
2  a California Corporation
   c/o Anthony W. Gibbs, Esq.
3  Law Offices of Anthony W. Gibbs
   655 Middlefield Road
4  Redwood City, CA 94063

5  JOHN WYSE, President
   THE GREENSPRINGS CHRISTIAN FELLOWSHIP CHURCH
6  a California Corporation
   c/o Anthony W. Gibbs, Esq.
7  Law Offices of Anthony W. Gibbs
   655 Middlefield Road
8  Redwood City, CA 94063

9  Frank M Pitre, Esq.
   COTCHETT, PITRE, SIMON & McCARTHY
10 840 Malcolm Road, Suite 200
   Burlingame, CA 94010
11
   P. Terry Anderlini, Esq.
12 Merrill G. Emerick, Esq.
   Paul J. Smoot, Esq.
13 ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   400 South El Camino Real, Suite 700
14 San Mateo, CA 94402

15

16

17

18

19

20

21

22

23

24

25

26

27

28

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone: (650) 348-0102
Facsimile: (650) 348-0962

2007-000869
01:38pm 01/03/07 NW  Fee: 25.00
Count of pages 7
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*20070000869AR*

**NOTICE OF WITHDRAWAL OF LIS PENDENS**

NOTICE OF WITHDRAWAL OF LIS PENDENS

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
MERRILL G. EMERICK, ESQ. (State Bar No. 117248)
PAUL J. SMOOT, ESQ. (State Bar No. 160787)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone: (650) 348-0102
Facsimile: (650) 348-0962

Attorneys for Plaintiff
**PENNY D. ANDERSON**

SUPERIOR COURT OF THE STATE OF CALIFONRIA

IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

| | |
|---|---|
| PENNY D. ANDERSON, | ) Case No. CIV-445617 |
| | ) |
| Plaintiff, | ) NOTICE OF WITHDRAWAL |
| vs. | ) OF LIS PENDENS |
| | ) |
| CHRISTINE DILLON, also known as BETH | ) |
| ANDERSON, DON BOHN, et al., | ) |
| | ) |
| Defendants. | ) |
| ———————————————————— | ) |

**NOTICE IS GIVEN** that Plaintiff PENNY D. ANDERSON, withdraws the Notice of Pendency of Action (Lis Pendens) that was recorded in the above action on May 11, 2005 as Document No. 2005-077452 CONF of the Official Records of San Mateo County, California. PENNY D. ANDERSON is the party who recorded the above Lis Pendens.

The above Lis Pendens affected certain real property that is situated in San Mateo County, California, located at 47 South Railroad Avenue, San Mateo, San Mateo County, California and more particularly described on Exhibit "A" attached hereto and incorporated by reference herein.

///

///

1

NOTICE OF WITHDRAWAKL OF LIS PENDENS

This Notice of Withdrawal is recorded pursuant to Code of Civil Procedure Section 405.50.

DATED: January 3 , 2007

ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

By: _____

P. TERRY ANDERLINI, Attorneys for
Plaintiff PENNY D. ANDERSON

STATE OF CALIFORNIA        )
                           )
COUNTY OF SAN MATEO        )
                           )
_____ )

On January 2 , 2007, before me, KATHY ZURAWSKI, Notary Public, personally appeared P. TERRY ANDERLINI, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Signature _Katherine M. Zurawski, Notary Public_
          Notary Public

KATHERINE M. ZURAWSKI
COMM. #1681091
Notary Public - California
San Mateo County
My Comm. Expires Jul. 14, 2010

2

NOTICE OF WITHDRAWAKL OF LIS PENDENS

47 SOUTH RAILROAD AVENUE, SAN MATEO, CALIFORNIA
APN 034-156-090

PORTION OF BLOCK 19, AS DESIGNATED ON THE MAP ENTITLED
"MAP OF THE TOWN OF SAN MATEO, SAN MATEO COUNTY, CALIFORNIA",
WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF
SAN MATEO, STATE OF CALIFORNIA ON JANUARY 24, 1863 IN LIBER 2 OF MISCELLANEOUS
RECORDS AT PAGE 95, AND A COPY ENTERED IN LIBER 1 OF MAPS AT PAGE 45.
MORE PARTICULARLY DESCRIBED AS:

COMMENCING AT A POINT ON THE EASTERLY LINE OF RAILROAD AVENUE, DISTANT
100 FEET NORTHERLY FROM THE NORTHERLY LINE OF FIRST AVENUE AND RUNNING
THENCE NORTHERLY AND ALONG SAID LINE OF RAILROAD AVENUE 100 FEET;
THENCE AT RIGHT ANGLES EASTERLY 85 FEET 5 INCHES; THENCE AT RIGHT ANGLES
SOUTHERLY 100 FEET; THENCE AT RIGHT ANGLES WESTERLY 85 FEET 5 INCHES TO
THE POINT OF COMMENCEMENT.

A/P No. 034-156-090
Property address: 49 S. Railroad Ave.
                  San Mateo, Ca.

# EXHIBIT " A "

1

<u>PROOF OF SERVICE</u>

2

     I, Kathleen Dean, declare that I am employed in the County of San Mateo in the State of California. I am over the age of eighteen years and not a party to the within cause. My business address is 777 Marshall Street, Redwood City, California.

3

4

     On January 3, 2007, I served the within: NOTICE OF WITHDRAWAL OF LIS PENDENS

5

6

on all interested parties in said cause, by delivering a true copy as follows:

7

  _X__  **(By Mail)** I placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I deposited said envelope in the United States mail at Redwood City, California.

8

9

     Each envelope (if applicable) was addressed, as follows:

10

11

SEE ATTACHMENT 1

12

     I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on January 3, 2007 at Redwood City, California.

13

14

15

Kathleen Dean

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1

ATTACHMENT 1

2

CHRISTINE DILLON, AKA BETH ANDERSON
3    c/o H. Wayne Green, Esq.
West, Seegmiller, Attorneys
4    20162 Birch Street, Suite 300
Newport Beach, CA 92660

5

DON BOHN
6    c/o James H. Hartnett, Esq.
Hartnett, Smith & Associates
7    777 Marshall Street
Redwood City, CA 94063

8

DON BOHN
9    B.E.R. MANAGEMENT
c/o James H. Hartnett, Esq.
10    Hartnett, Smith & Associates
777 Marshall Street
11    Redwood City, CA 94063

12    DAVID W. BARR and
PATRICIA M. BARR
13    393 Georgetown Avenue
San Mateo, CA 94402

14

DRAEGERS SUPERMARKET
15    c/o PETER DRAEGER
1010 University Drive
16    Menlo Park, CA 94025

17    GREENSPRINGS FELLOWSHIP TRUST
c/o Anthony W. Gibbs, Esq.
18    Law Offices of Anthony W. Gibbs
655 Middlefield Road
19    Redwood City, CA 94063

20    MARGARET EBERLE, Trustee
GREENSPRINGS FELLOWSHIP TRUST
21    c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
22    655 Middlefield Road
Redwood City, CA 94063

23

24    JOHN WYSE, Trustee
GREENSPRINGS FELLOWSHIP TRUST
25    c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
26    655 Middlefield Road
Redwood City, CA 94063

27

28

1    THE GREENSPRINGS CHRISTIAN
      FELLOWSHIP CHURCH, INC.
2    a California Corporation
      c/o Anthony W. Gibbs, Esq.
3    Law Offices of Anthony W. Gibbs
      655 Middlefield Road
4    Redwood City, CA 94063

5    JOHN WYSE, President
      THE GREENSPRINGS CHRISTIAN FELLOWSHIP CHURCH
6    a California Corporation
      c/o Anthony W. Gibbs, Esq.
7    Law Offices of Anthony W. Gibbs
      655 Middlefield Road
8    Redwood City, CA 94063

9    Frank M Pitre, Esq.
      COTCHETT, PITRE, SIMON & McCARTHY
10   840 Malcolm Road, Suite 200
      Burlingame, CA 94010

11

      P. Terry Anderlini, Esq.
12   Merrill G. Emerick, Esq.
      Paul J. Smoot, Esq.
13   ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
      400 South El Camino Real, Suite 700
14   San Mateo, CA 94402

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone: (650) 348-0102
Facsimile: (650) 348-0962

**2007-000870**
01:38pm 01/03/07 NW  Fee: 25.00
Count of pages 7
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*2007000870AR*

## NOTICE OF WITHDRAWAL OF LIS PENDENS

NOTICE OF WITHDRAWAL OF LIS PENDENS

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
MERRILL G. EMERICK, ESQ. (State Bar No. 117248)
PAUL J. SMOOT, ESQ. (State Bar No. 160787)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone: (650) 348-0102
Facsimile: (650) 348-0962

Attorneys for Plaintiff
**PENNY D. ANDERSON**

SUPERIOR COURT OF THE STATE OF CALIFONRIA

IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

| | |
|---|---|
| PENNY D. ANDERSON, | ) Case No. CIV-445617 |
| | ) |
| Plaintiff, | ) NOTICE OF WITHDRAWAL |
| vs. | ) OF LIS PENDENS |
| | ) |
| CHRISTINE DILLON, also known as BETH | ) |
| ANDERSON, DON BOHN, et al., | ) |
| | ) |
| Defendants. | ) |
| ——————————————————— | ) |

**NOTICE IS GIVEN** that Plaintiff PENNY D. ANDERSON, withdraws the Notice of

Pendency of Action (Lis Pendens) that was recorded in the above action on May 11, 2005 as

Document No. 2005-077450 CONF of the Official Records of San Mateo County, California.

PENNY D. ANDERSON is the party who recorded the above Lis Pendens.

The above Lis Pendens affected certain real property that is situated in San Mateo County,

California, located at 1441 Dakota Avenue, San Mateo, San Mateo County, California and more

particularly described on Exhibit "A" attached hereto and incorporated by reference herein.

///

///

1

1

This Notice of Withdrawal is recorded pursuant to Code of Civil Procedure Section 405.50.

2

DATED: January 2, 2007

3

4                          ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

5                          By

6                              P. TERRY ANDERLINI, Attorneys for
                               Plaintiff PENNY D. ANDERSON
7

8

STATE OF CALIFORNIA           )

9                             )

COUNTY OF SAN MATEO           )

10                            )

11 _____)

12     On January 2, 2007, before me, KATHY ZURAWSKI, Notary Public, personally
appeared P. TERRY ANDERLINI, personally known to me to be the person whose name is
13 subscribed to the within instrument and acknowledged to me that he executed the same in his
authorized capacity and that by his signature on the instrument the person, or the entity upon
14 behalf of which the person acted, executed the instrument.
15

16     WITNESS my hand and official seal.

17 Signature Katherine M. Zurawski, Notary Public

              Notary Public
18

19

20                              KATHERINE M. ZURAWSKI
                                COMM. #1681091
                                Notary Public - California
21                              San Mateo County
                                My Comm. Expires Jul. 14, 2010

22

23

24

25

26

27

28

2

NOTICE OF WITHDRAWAKL OF LIS PENDENS

1441 DAKOTA AVENUE, SAN MATEO, CALIFORNIA
APN 033-265-040

The following described property in the City of San Mateo, County of San
Mateo, State of California, desribed as follows;

PARCEL ONE:

LOT 9, IN BLOCK 5, AS DESIGNATED ON THE MAP ENTITLED "MAP No. 8 SHORE VIEW
TRACT SAN MATEO, CALIF." WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER
OF THE COUNTY OF SAN MATEO, CALIFORNIA, ON JUNE 22, 1949 IN BOOK 30 OF MAPS
AT PAGES 25 TO 28 INCLUSIVE.

PARCEL TWO:

LOT 10, IN BLOCK 5, AS DESIGNATED ON THE MAP ENTITLED "MAP No. 8 SHORE VIEW
TRACT SAN MATEO, CALIF." WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER
OF THE COUNTY OF SAN MATEO, CALIFORNIA, ON JUNE 22, 1949 IN BOOK 30 OF MAPS
AT PAGES 25 TO 28 INCLUSIVE.

A.P. #033-265-040
      #033-265-030
Property Address: 1441-1449 Dakota Avenue, San Mateo, California.

# EXHIBIT " A "

5

1

## PROOF OF SERVICE

2
      I, Kathleen Dean, declare that I am employed in the County of San Mateo in the State of
3
California. I am over the age of eighteen years and not a party to the within cause. My
business address is 777 Marshall Street, Redwood City, California.

4
      On January 3, 2007, I served the within: NOTICE OF WITHDRAWAL OF LIS
5
PENDENS

6
on all interested parties in said cause, by delivering a true copy as follows:

7
  _X__  **(By Mail)** I placed a true copy thereof enclosed in a sealed envelope with postage
8
thereon fully prepaid. I deposited said envelope in the United States mail at Redwood City,
California.

9

10
      Each envelope (if applicable) was addressed, as follows:

11
## SEE ATTACHMENT 1

12
      I declare under penalty of perjury, under the laws of the State of California, that the
foregoing is true and correct, and that this declaration was executed on January 3, 2007 at
13
Redwood City, California.

14

15

16
Kathleen Dean

17

18

19

20

21

22

23

24

25

26

27

28

1

ATTACHMENT 1

CHRISTINE DILLON, AKA BETH ANDERSON
c/o H. Wayne Green, Esq.
West, Seegmiller, Attorneys
20162 Birch Street, Suite 300
Newport Beach, CA 92660

DON BOHN
c/o James H. Hartnett, Esq.
Hartnett, Smith & Associates
777 Marshall Street
Redwood City, CA 94063

DON BOHN
B.E.R. MANAGEMENT
c/o James H. Hartnett, Esq.
Hartnett, Smith & Associates
777 Marshall Street
Redwood City, CA 94063

DAVID W. BARR and
PATRICIA M. BARR
393 Georgetown Avenue
San Mateo, CA 94402

DRAEGERS SUPERMARKET
c/o PETER DRAEGER
1010 University Drive
Menlo Park, CA 94025

GREENSPRINGS FELLOWSHIP TRUST
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
655 Middlefield Road
Redwood City, CA 94063

MARGARET EBERLE, Trustee
GREENSPRINGS FELLOWSHIP TRUST
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
655 Middlefield Road
Redwood City, CA 94063

JOHN WYSE, Trustee
GREENSPRINGS FELLOWSHIP TRUST
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
655 Middlefield Road
Redwood City, CA 94063

1    THE GREENSPRINGS CHRISTIAN
     FELLOWSHIP CHURCH, INC.
2    a California Corporation
     c/o Anthony W. Gibbs, Esq.
3    Law Offices of Anthony W. Gibbs
     655 Middlefield Road
4    Redwood City, CA 94063

5    JOHN WYSE, President
     THE GREENSPRINGS CHRISTIAN FELLOWSHIP CHURCH
6    a California Corporation
     c/o Anthony W. Gibbs, Esq.
7    Law Offices of Anthony W. Gibbs
     655 Middlefield Road
8    Redwood City, CA 94063

9    Frank M Pitre, Esq.
     COTCHETT, PITRE, SIMON & McCARTHY
10   840 Malcolm Road, Suite 200
     Burlingame, CA 94010
11
     P. Terry Anderlini, Esq.
12   Merrill G. Emerick, Esq.
     Paul J. Smoot, Esq.
13   ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
     400 South El Camino Real, Suite 700
14   San Mateo, CA 94402

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

2

400 South El Camino Real, Suite 700
San Mateo, California 94402

3

Telephone: (650) 348-0102

4

Facsimile: (650) 348-0962

5

6

**2007-000871**

01:38pm 01/03/07 NW  Fee: 25.00

7

Count of pages 7
Recorded in Official Records

8

County of San Mateo
Warren Slocum

9

Assessor-County Clerk-Recorder

10



11

12

13

14

# NOTICE OF WITHDRAWAL OF LIS PENDENS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF LIS PENDENS

1  P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
2  MERRILL G. EMERICK, ESQ. (State Bar No. 117248)
   PAUL J. SMOOT, ESQ. (State Bar No. 160787)
3  ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   400 South El Camino Real, Suite 700
4  San Mateo, California 94402
   Telephone: (650) 348-0102
5  Facsimile: (650) 348-0962

6

7  Attorneys for Plaintiff
8  **PENNY D. ANDERSON**

9         SUPERIOR COURT OF THE STATE OF CALIFONRIA

10      IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

11  PENNY D. ANDERSON,                    )   Case No. CIV-445617
                                          )
12              Plaintiff,                )   NOTICE OF WITHDRAWAL
13  vs.                                   )   OF LIS PENDENS
                                          )
14  CHRISTINE DILLON, also known as BETH  )
15  ANDERSON, DON BOHN, et al.,           )
                                          )
16              Defendants.               )
17  ─────────────────────────────────────)

18      **NOTICE IS GIVEN** that Plaintiff PENNY D. ANDERSON, withdraws the Notice of

19  Pendency of Action (Lis Pendens) that was recorded in the above action on May 11, 2005 as

20  Document No. 2005-077448 CONF of the Official Records of San Mateo County, California.

21
22  PENNY D. ANDERSON is the party who recorded the above Lis Pendens.

23      The above Lis Pendens affected certain real property that is situated in San Mateo County,

24  California, located at 501 El Camino Real, San Mateo, San Mateo County, California and more

25  particularly described on Exhibit "A" attached hereto and incorporated by reference herein.

26  ///

27  ///

28  ///

                              1

NOTICE OF WITHDRAWAKL OF LIS PENDENS

1        This Notice of Withdrawal is recorded pursuant to Code of Civil Procedure Section 405.50.

2    DATED: January   , 2007

3

4                        ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

5                    By

6                        P. TERRY ANDERLINI, Attorneys for

7                        Plaintiff PENNY D. ANDERSON

8

9    STATE OF CALIFORNIA     )
                             )

10   COUNTY OF SAN MATEO   )
                             )

11   _____)

12       On January  , 2007, before me, KATHY ZURAWSKI, Notary Public, personally

13   appeared P. TERRY ANDERLINI, personally known to me to be the person whose name is
subscribed to the within instrument and acknowledged to me that he executed the same in his

14   authorized capacity and that by his signature on the instrument the person, or the entity upon
behalf of which the person acted, executed the instrument.

15

16       WITNESS my hand and official seal.

17   Signature _____, Notary Public
                Notary Public

18

19

20                                         KATHERINE M. ZURAWSKI
                                      COMM. #1681091
                                  Notary Public · California

21                                         San Mateo County
                              My Comm. Expires Jul. 14, 2010

22

23

24

25

26

27

28

                                          2

501 EL CAMINO REAL, SAN MATEO, CALIFORNIA
APN 032-071-030

EXHIBIT "A"

Portion of Lot 37, as designated on the map entitled "MAP OF SUBDIVISION NO. 1 OF
SAN MATEO PARK, CAL.", which map was filed in the office of the Recorder of the
County of San Mateo, State of California on June 5, 1902 in Book "B" of Maps at Page
47 and a copy entered in Book 3 of Maps at Page 9, more particularly described as
follows:

BEGINNING at a point on the Southwesterly line of El Camino Real, distant thereon
South 48° 47' East 100 feet Southeasterly from the most Northerly corner of said Lot 37;
thence along said Southwesterly line of El Camino Real South 48° 47' East 100 feet;
thence Southerly on a curve to the right, having a radius of 20 feet, an arc distance of
30 feet to the Northwesterly line of Bellevue Avenue; thence Southwesterly along said
Northwesterly line of Bellevue Avenue, 72.5 feet to the Northeasterly line of property
described in Parcel 2 of Deed from James Winslow McClenahan and Barbara Mae Mc-
Clenahan, his wife to Dean H. Pratt, dated July 18, 1946 and recorded August 2, 1946
in Book 1303 of Official Records of San Mateo County at Page 95; thence along said
Northeasterly line, North 47° 43' West 128.42 feet to a line parallel with and distant a
right angles 100 feet Southeasterly from the Northwesterly Boundary of said Lot 37; then
Northeasterly along said Parallel Line, 87 feet, more or less, to the point of beginning.
A/P No. 032-071-030
Property address: 501 El Camino Real, San Mateo, California

# EXHIBIT " A "

3

1

<u>PROOF OF SERVICE</u>

2      I, Kathleen Dean, declare that I am employed in the County of San Mateo in the State of
California. I am over the age of eighteen years and not a party to the within cause. My
3  business address is 777 Marshall Street, Redwood City, California.

4
       On January 3, 2007, I served the within: NOTICE OF WITHDRAWAL OF LIS
5  PENDENS

6
on all interested parties in said cause, by delivering a true copy as follows:

7
    X    **(By Mail)** I placed a true copy thereof enclosed in a sealed envelope with postage
8  thereon fully prepaid. I deposited said envelope in the United States mail at Redwood City,
California.

9
       Each envelope (if applicable) was addressed, as follows:
10

11                            SEE ATTACHMENT 1

12      I declare under penalty of perjury, under the laws of the State of California, that the
foregoing is true and correct, and that this declaration was executed on January 3, 2007 at
13  Redwood City, California.

14

15                                                _Kathleen Dean_

16                                                Kathleen Dean

17

18

19

20

21

22

23

24

25

26

27

28

1

1

ATTACHMENT 1

2

CHRISTINE DILLON, AKA BETH ANDERSON

3   c/o H. Wayne Green, Esq.
    West, Seegmiller, Attorneys
4   20162 Birch Street, Suite 300
    Newport Beach, CA 92660

5

    DON BOHN
6   c/o James H. Hartnett, Esq.
    Hartnett, Smith & Associates
7   777 Marshall Street
    Redwood City, CA 94063

8

    DON BOHN
9   B.E.R. MANAGEMENT
    c/o James H. Hartnett, Esq.
10  Hartnett, Smith & Associates
    777 Marshall Street
11  Redwood City, CA 94063

12  DAVID W. BARR and
    PATRICIA M. BARR
13  393 Georgetown Avenue
    San Mateo, CA 94402

14

    DRAEGERS SUPERMARKET
15  c/o PETER DRAEGER
    1010 University Drive
16  Menlo Park, CA 94025

17  GREENSPRINGS FELLOWSHIP TRUST
    c/o Anthony W. Gibbs, Esq.
18  Law Offices of Anthony W. Gibbs
    655 Middlefield Road
19  Redwood City, CA 94063

20  MARGARET EBERLE, Trustee
    GREENSPRINGS FELLOWSHIP TRUST
21  c/o Anthony W. Gibbs, Esq.
    Law Offices of Anthony W. Gibbs
22  655 Middlefield Road
    Redwood City, CA 94063

23

24  JOHN WYSE, Trustee
    GREENSPRINGS FELLOWSHIP TRUST
25  c/o Anthony W. Gibbs, Esq.
    Law Offices of Anthony W. Gibbs
26  655 Middlefield Road
    Redwood City, CA 94063

27

28

1    THE GREENSPRINGS CHRISTIAN
     FELLOWSHIP CHURCH, INC.
2    a California Corporation
     c/o Anthony W. Gibbs, Esq.
3    Law Offices of Anthony W. Gibbs
     655 Middlefield Road
4    Redwood City, CA 94063

5    JOHN WYSE, President
     THE GREENSPRINGS CHRISTIAN FELLOWSHIP CHURCH
6    a California Corporation
     c/o Anthony W. Gibbs, Esq.
7    Law Offices of Anthony W. Gibbs
     655 Middlefield Road
8    Redwood City, CA 94063

9    Frank M Pitre, Esq.
     COTCHETT, PITRE, SIMON & McCARTHY
10   840 Malcolm Road, Suite 200
     Burlingame, CA 94010

11
     P. Terry Anderlini, Esq.
12   Merrill G. Emerick, Esq.
     Paul J. Smoot, Esq.
13   ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
     400 South El Camino Real, Suite 700
14   San Mateo, CA 94402

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone: (650) 348-0102
Facsimile: (650) 348-0962

**2007-000872**
01:38pm 01/03/07 NW  Fee: 25.00
Count of pages 7
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

*2007000872AR*

## NOTICE OF WITHDRAWAL OF LIS PENDENS

NOTICE OF WITHDRAWAL OF LIS PENDENS

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
MERRILL G. EMERICK, ESQ. (State Bar No. 117248)
PAUL J. SMOOT, ESQ. (State Bar No. 160787)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone: (650) 348-0102
Facsimile: (650) 348-0962

Attorneys for Plaintiff
**PENNY D. ANDERSON**

SUPERIOR COURT OF THE STATE OF CALIFONRIA

IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

| PENNY D. ANDERSON, | ) | Case No. CIV-445617 |
|---|---|---|
| Plaintiff, | ) | NOTICE OF WITHDRAWAL |
| vs. | ) | OF LIS PENDENS |
| CHRISTINE DILLON, also known as BETH ANDERSON, DON BOHN, et al., | ) | |
| Defendants. | ) | |

**NOTICE IS GIVEN** that Plaintiff PENNY D. ANDERSON, withdraws the Notice of

Pendency of Action (Lis Pendens) that was recorded in the above action on May 11, 2005 as

Document No. 2005-077474 CONF of the Official Records of San Mateo County, California.

PENNY D. ANDERSON is the party who recorded the above Lis Pendens.

The above Lis Pendens affected certain real property that is situated in San Mateo County,

California, located at 22 South Humboldt Street, San Mateo, San Mateo County, California and

more particularly described on Exhibit "A" attached hereto and incorporated by reference herein.

///

///

1

NOTICE OF WITHDRAWAKL OF LIS PENDENS

This Notice of Withdrawal is recorded pursuant to Code of Civil Procedure Section 405.50.

DATED: January 2, 2007

ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

By _____
    P. TERRY ANDERLINI, Attorneys for
    Plaintiff PENNY D. ANDERSON

STATE OF CALIFORNIA        )
                           )
COUNTY OF SAN MATEO        )
                           )
_____)

On January 2, 2007, before me, KATHY ZURAWSKI, Notary Public, personally appeared P. TERRY ANDERLINI, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Signature _Katherine M. Zurawski, Notary Public_
          Notary Public

KATHERINE M. ZURAWSKI
COMM. #1681091
Notary Public - California
San Mateo County
My Comm. Expires Jul. 14, 2010

2

22 S. HUMBOLDT STREET, SAN MATEO, CALIFORNIA
APN 033-129-060

EXHIBIT "A"

All that certain real property in the City of San Mateo, County of San
Mateo, State of California, described as follows:

Lots 23 and 24 in Block 54, as designated on the map entitled "MAP OF
THE BOWIE ESTATE EASTERN ADDITION TO THE CITY OF SAN MATEO", which map
was filed in the Office of the Recorder of the County of San Mateo,
State of California on May 13, 1903 in Book "A" of Maps at page 9 and a
copy entered in Book 3 of Maps at page 15.

APN 033-129-060                                    JPN 033-012-129-06

# EXHIBIT " A "

1

## PROOF OF SERVICE

2    I, Kathleen Dean, declare that I am employed in the County of San Mateo in the State of
California. I am over the age of eighteen years and not a party to the within cause. My
3    business address is 777 Marshall Street, Redwood City, California.

4    On January 3, 2007, I served the within: NOTICE OF WITHDRAWAL OF LIS
5    PENDENS

6
on all interested parties in said cause, by delivering a true copy as follows:

7
   X    (By Mail)  I placed a true copy thereof enclosed in a sealed envelope with postage
8    thereon fully prepaid. I deposited said envelope in the United States mail at Redwood City,
California.
9
10    Each envelope (if applicable) was addressed, as follows:

11    SEE ATTACHMENT 1

12    I declare under penalty of perjury, under the laws of the State of California, that the
foregoing is true and correct, and that this declaration was executed on January 3, 2007 at
13    Redwood City, California.

14

15    *Kathleen Dean*

Kathleen Dean

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                    ATTACHMENT 1

2

CHRISTINE DILLON, AKA BETH ANDERSON
3    c/o H. Wayne Green, Esq.
West, Seegmiller, Attorneys
4    20162 Birch Street, Suite 300
Newport Beach, CA 92660

5

DON BOHN
6    c/o James H. Hartnett, Esq.
Hartnett, Smith & Associates
7    777 Marshall Street
Redwood City, CA 94063

8

DON BOHN
9    B.E.R. MANAGEMENT
c/o James H. Hartnett, Esq.
10   Hartnett, Smith & Associates
777 Marshall Street
11   Redwood City, CA 94063

12   DAVID W. BARR and
PATRICIA M. BARR
13   393 Georgetown Avenue
San Mateo, CA 94402

14

DRAEGERS SUPERMARKET
15   c/o PETER DRAEGER
1010 University Drive
16   Menlo Park, CA 94025

17   GREENSPRINGS FELLOWSHIP TRUST
c/o Anthony W. Gibbs, Esq.
18   Law Offices of Anthony W. Gibbs
655 Middlefield Road
19   Redwood City, CA 94063

20   MARGARET EBERLE, Trustee
GREENSPRINGS FELLOWSHIP TRUST
21   c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
22   655 Middlefield Road
Redwood City, CA 94063

23

24   JOHN WYSE, Trustee
GREENSPRINGS FELLOWSHIP TRUST
25   c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
26   655 Middlefield Road
Redwood City, CA 94063

27

28

1  THE GREENSPRINGS CHRISTIAN
   FELLOWSHIP CHURCH, INC.
2  a California Corporation
   c/o Anthony W. Gibbs, Esq.
3  Law Offices of Anthony W. Gibbs
   655 Middlefield Road
4  Redwood City, CA 94063

5  JOHN WYSE, President
   THE GREENSPRINGS CHRISTIAN FELLOWSHIP CHURCH
6  a California Corporation
   c/o Anthony W. Gibbs, Esq.
7  Law Offices of Anthony W. Gibbs
   655 Middlefield Road
8  Redwood City, CA 94063

9  Frank M Pitre, Esq.
   COTCHETT, PITRE, SIMON & McCARTHY
10 840 Malcolm Road, Suite 200
   Burlingame, CA 94010
11
   P. Terry Anderlini, Esq.
12 Merrill G. Emerick, Esq.
   Paul J. Smoot, Esq.
13 ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   400 South El Camino Real, Suite 700
14 San Mateo, CA 94402

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

2

400 South El Camino Real, Suite 700

3

San Mateo, California 94402
Telephone: (650) 348-0102

4

Facsimile: (650) 348-0962

5

**2007-000873**

6

01:38pm 01/03/07 NW  Fee: 25.00
Count of pages 7

7

Recorded in Official Records
County of San Mateo

8

Warren Slocum
Assessor-County Clerk-Recorder

9

10

\* 2 0 0 7 0 0 0 0 8 7 3 A R \*

11

12

13

14

15

## NOTICE OF WITHDRAWAL OF LIS PENDENS

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF LIS PENDENS

1  P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
2  MERRILL G. EMERICK, ESQ. (State Bar No. 117248)
   PAUL J. SMOOT, ESQ. (State Bar No. 160787)
3  ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   400 South El Camino Real, Suite 700
4  San Mateo, California 94402
   Telephone: (650) 348-0102
5  Facsimile: (650) 348-0962
6
7  Attorneys for Plaintiff
8  **PENNY D. ANDERSON**

9          SUPERIOR COURT OF THE STATE OF CALIFONRIA

10      IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

11  PENNY D. ANDERSON,                    )   Case No. CIV-445617
12                                        )
              Plaintiff,                  )   NOTICE OF WITHDRAWAL
13  vs.                                   )   OF LIS PENDENS
                                          )
14                                        )
    CHRISTINE DILLON, also known as BETH  )
15  ANDERSON, DON BOHN, et al.,           )
                                          )
16            Defendants.                 )
17  ————————————————————————————)

18      **NOTICE IS GIVEN** that Plaintiff PENNY D. ANDERSON, withdraws the Notice of

19  Pendency of Action (Lis Pendens) that was recorded in the above action on May 11, 2005 as

20  Document No. 2005-077453 CONF of the Official Records of San Mateo County, California.

21
22  PENNY D. ANDERSON is the party who recorded the above Lis Pendens.

23      The above Lis Pendens affected certain real property that is situated in San Mateo County,

24  California, located at 400 South "B" Street, San Mateo, San Mateo County, California and more

25  particularly described on Exhibit "A" attached hereto and incorporated by reference herein.

26  ///
27  ///
28

                                          1

NOTICE OF WITHDRAWAKL OF LIS PENDENS

This Notice of Withdrawal is recorded pursuant to Code of Civil Procedure Section 405.50.

DATED: January 2, 2007

ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

By _____
P. TERRY ANDERLINI, Attorneys for
Plaintiff PENNY D. ANDERSON

STATE OF CALIFORNIA     )
                        )
COUNTY OF SAN MATEO     )
                        )
_____)

On January 2, 2007, before me, KATHY ZURAWSKI, Notary Public, personally appeared P. TERRY ANDERLINI, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Signature _Katherine M. Zurawski, Notary Public_
Notary Public

KATHERINE M. ZURAWSKI
COMM. #1681091
Notary Public · California
San Mateo County
My Comm. Expires Jul. 14, 2010

2

NOTICE OF WITHDRAWAKL OF LIS PENDENS

EXHIBIT A

LOT 4, BLOCK 5 AS DESIGNATED ON THE MAP ENTITLED "MAP" OF THE
TOWN OF SAN MATEO SAN MATEO COUNTY CAL.", WHICH MAP WAS FILED IN
THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO STATE OF
CALIFORNIA, ON JANUARY 24, 1963 IN BOOK 2 OF MISCELLANEOUS
RECORDS AT PAGE 95 AND A COPY ENTERED IN BOOK 1 OF MAPS AT PAGE
45.

EXCEPTING THERE FROM, THE NORTHWESTERLY 5 FEET, MEASURED AT RIGHT
ANGLES   SOUTHEASTERLY   FROM   AND   LYING   CONTIGUOUS   TO   THE
NORTHWESTERLY LINE OF LOT 4 IN BLOCK 5, AS GRANTED TO THE CITY OF
SAN MATE, A MUNICIPAL CORPORATION, BY DEED RECORDED MAY 11, 1950
IN BOOK 1855 OFFICIAL RECORDS, PAGE 650 INSTRUMENT NO. 56836-A1.

(APN: 034-176-070)

PROPERTY ADDRESS:  400 SOUTH "B" STREET, SAN MATEO, CALIFORNIA

EXHIBIT " A "

1

<u>PROOF OF SERVICE</u>

2

    I, Kathleen Dean, declare that I am employed in the County of San Mateo in the State of California. I am over the age of eighteen years and not a party to the within cause. My business address is 777 Marshall Street, Redwood City, California.

3

4

    On January 3, 2007, I served the within: NOTICE OF WITHDRAWAL OF LIS PENDENS

5

6

on all interested parties in said cause, by delivering a true copy as follows:

7

  _X_  **(By Mail)** I placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I deposited said envelope in the United States mail at Redwood City, California.

8

9

    Each envelope (if applicable) was addressed, as follows:

10

11

SEE ATTACHMENT 1

12

    I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on January 3, 2007 at Redwood City, California.

13

14

15

Kathleen Dean

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTACHMENT 1

CHRISTINE DILLON, AKA BETH ANDERSON
c/o H. Wayne Green, Esq.
West, Seegmiller, Attorneys
20162 Birch Street, Suite 300
Newport Beach, CA 92660

DON BOHN
c/o James H. Hartnett, Esq.
Hartnett, Smith & Associates
777 Marshall Street
Redwood City, CA 94063

DON BOHN
B.E.R. MANAGEMENT
c/o James H. Hartnett, Esq.
Hartnett, Smith & Associates
777 Marshall Street
Redwood City, CA 94063

DAVID W. BARR and
PATRICIA M. BARR
393 Georgetown Avenue
San Mateo, CA 94402

DRAEGERS SUPERMARKET
c/o PETER DRAEGER
1010 University Drive
Menlo Park, CA 94025

GREENSPRINGS FELLOWSHIP TRUST
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
655 Middlefield Road
Redwood City, CA 94063

MARGARET EBERLE, Trustee
GREENSPRINGS FELLOWSHIP TRUST
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
655 Middlefield Road
Redwood City, CA 94063

JOHN WYSE, Trustee
GREENSPRINGS FELLOWSHIP TRUST
c/o Anthony W. Gibbs, Esq.
Law Offices of Anthony W. Gibbs
655 Middlefield Road
Redwood City, CA 94063

1  THE GREENSPRINGS CHRISTIAN
   FELLOWSHIP CHURCH, INC.
2  a California Corporation
   c/o Anthony W. Gibbs, Esq.
3  Law Offices of Anthony W. Gibbs
   655 Middlefield Road
4  Redwood City, CA 94063

5  JOHN WYSE, President
   THE GREENSPRINGS CHRISTIAN FELLOWSHIP CHURCH
6  a California Corporation
   c/o Anthony W. Gibbs, Esq.
7  Law Offices of Anthony W. Gibbs
   655 Middlefield Road
8  Redwood City, CA 94063

9  Frank M Pitre, Esq.
   COTCHETT, PITRE, SIMON & McCARTHY
10 840 Malcolm Road, Suite 200
   Burlingame, CA 94010

11
   P. Terry Anderlini, Esq.
12 Merrill G. Emerick, Esq.
   Paul J. Smoot, Esq.
13 ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   400 South El Camino Real, Suite 700
14 San Mateo, CA 94402

15

16

17

18

19

20

21

22

23

24

25

26

27

28