1  RECORDING REQUESTED BY
   AND WHEN RECORDED RETURN TO:
2  P. TERRY ANDERLINI, ESQ. (SBN 044783)
   MERRILL G. EMERICK, ESQ. (SBN 117248)
3  ANDERLINI, FINKELSTEIN, EMERICK
4  & SMOOT
   400 South El Camino Real, Suite 700
5  San Mateo, California 94402
   Telephone: (650) 348-0102
6  Facsimile: (650) 348-0962

**2006-169265**

08:22am 11/09/06 NW  Fee: 16.00
Count of pages 4
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder

\* 2 0 0 6 0 1 6 9 2 6 5 A R \*

## NOTICE OF WITHDRAWAL OF LIS PENDENS

NOTICE OF WITHDRAWAL OF LIS PENDENS

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone: (650) 348-0102
Facsimile: (650) 348-0962

FRANK J. PITRE, ESQ.
COTCHETT, PITRE, SIMON & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Attorneys for Plaintiff
**PENNY D. ANDERSON, individually and as Personal Representative of the Estate of Ward D. Anderson III, deceased and of the Estate of Elsie Turchen, deceased**

**ENDORSED FILED
SAN MATEO COUNTY**

NOV - 8 2006

Clerk of the Superior Court
By M. Puddicombe
DEPUTY CLERK

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

| | |
|---|---|
| PENNY D. ANDERSON, individually and as Personal Representative of the Estate of Ward D. Anderson III, deceased and of the Estate of Elsie Turchen, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTINE MASERDOTTI DILLON, also known as BETH ANDERSON, et al. <br><br> Defendants. | Case No. CIV-445617 <br><br> NOTICE OF WITHDRAWAL OF LIS PENDENS |

**NOTICE IS GIVEN** that Plaintiff PENNY D. ANDERSON, withdraws the Notice of Pendency of Action (Lis Pendens) that was recorded in the above action on May 11, 2005 as

1

NOTICE OF WITHDRAWAL OF LIS PENDENS-14

Document No. 2005-077459 CONF of the Official Records of San Mateo County, California. PENNY D. ANDERSON is the party who recorded the above Lis Pendens.

The above Lis Pendens affected certain real property that is situated in San Mateo County, California, located at 1217 South Railroad Avenue, San Mateo, San Mateo County, California and more particularly described on Exhibit "A" attached hereto and incorporated by reference herein.

This Notice of Withdrawal is recorded pursuant to Code of Civil Procedure Section 405.50.

DATED: November 8, 2006

ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

By: _____
P. TERRY ANDERLINI, Attorneys for
Plaintiff PENNY D. ANDERSON

STATE OF CALIFORNIA    )
                       )
COUNTY OF SAN MATEO    )
                       )
_____)

On November 8, 2006, before me, MERRILL G. EMERICK, Notary Public, personally appeared P. TERRY ANDERLINI, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____
Notary Public

MERRILL G. EMERICK
COMM. #1448809
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
MY COMM. EXPIRES NOV 30, 2007

1217 SOUTH RAILROAD AVENUE, SAN MATEO, CALIFORNIA
APN 035-051-320

County of San Mateo

LOT 10, BLOCK 22, AS DESIGNATED ON THE MAP ENTITLED "SUNNYBRAE MAP NO. 3, SAN MATEO, CALIFORNIA", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA ON AUGUST 29, 1946 IN BOOK 26 OF MAPS AT PAGES 11, 12 and 13.

**EXHIBIT " A "**

**2006-169266**
08:22am 11/09/06 NW Fee: 16.00
Count of pages 4
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder



1  RECORDING REQUESTED BY
   AND WHEN RECORDED RETURN TO:
2  P. TERRY ANDERLINI, ESQ. (SBN 044783)
   MERRILL G. EMERICK, ESQ. (SBN 117248)
3  ANDERLINI, FINKELSTEIN, EMERICK
   & SMOOT
4  400 South El Camino Real, Suite 700
5  San Mateo, California 94402
   Telephone: (650) 348-0102
6  Facsimile: (650) 348-0962

# NOTICE OF WITHDRAWAL OF LIS PENDENS

NOTICE OF WITHDRAWAL OF LIS PENDENS

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone: (650) 348-0102
Facsimile: (650) 348-0962

FRANK J. PITRE, ESQ.
COTCHETT, PITRE, SIMON & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Attorneys for Plaintiff
**PENNY D. ANDERSON, individually and as Personal Representative of the Estate of Ward D. Anderson III, deceased and of the Estate of Elsie Turchen, deceased**

**ENDORSED FILED**
**SAN MATEO COUNTY**

NOV - 8 2006

Clerk of the Superior Court
By M. Puddicombe
DEPUTY CLERK

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

PENNY D. ANDERSON, individually and as Personal Representative of the Estate of Ward D. Anderson III, deceased and of the Estate of Elsie Turchen, deceased,

    Plaintiff,

vs.

CHRISTINE MASERDOTTI DILLON, also known as BETH ANDERSON, et al.

    Defendants.

Case No. CIV-445617

NOTICE OF WITHDRAWAL OF LIS PENDENS

**NOTICE IS GIVEN** that Plaintiff PENNY D. ANDERSON, withdraws the Notice of Pendency of Action (Lis Pendens) that was recorded in the above action on May 11, 2005 as

1

NOTICE OF WITHDRAWAL OF LIS PENDENS-11

1  Document No. 2005-077456 CONF of the Official Records of San Mateo County, California.

2  PENNY D. ANDERSON is the party who recorded the above Lis Pendens.

3  The above Lis Pendens affected certain real property that is situated in San Mateo County,
4  California, located at 307 South Claremont Street, San Mateo, San Mateo County, California and
5
6  more particularly described on Exhibit "A" attached hereto and incorporated by reference herein.

7  This Notice of Withdrawal is recorded pursuant to Code of Civil Procedure Section
8  405.50.

9  DATED: November 8, 2006
10
                              ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
11
12                            By: _____
13                              P. TERRY ANDERLINI, Attorneys for
                                Plaintiff PENNY D. ANDERSON
14

15
    STATE OF CALIFORNIA       )
16                            )
17  COUNTY OF SAN MATEO        )
                              )
18  _____)

19  On November 8, 2006, before me, MERRILL G. EMERICK, Notary Public, personally
20  appeared P. TERRY ANDERLINI, personally known to me to be the person whose name is
    subscribed to the within instrument and acknowledged to me that he executed the same in his
21  authorized capacity, and that by his signature on the instrument the person or the entity upon
    behalf of which the person acted, executed the instrument.
22
23  WITNESS my hand and official seal.

24  Signature _____
                 Notary Public
25
                                                    MERRILL G. EMERICK
26                                                  COMM. #1448809
                                                    NOTARY PUBLIC - CALIFORNIA
27                                                  SAN MATEO COUNTY
                                                    MY COMM. EXPIRES NOV. 30, 2007
28

                                    2
NOTICE OF WITHDRAWAL OF LIS PENDENS-11

LOT 8 and the Northwesterly 3 feet front and rear measurements of Lot 9, Block 21, as designated on the map entitled "Map of the Town of San Mateo, San Mateo County. Cal.", which map was filed in the office of the Recorder of the County of San Mateo, State of California on January 24, 1863 in Book 2 of Miscellaneous at Page 95 and a copy entered in Book 1 of Maps at Page 45.

Commonly known as: 307 S. Claremont Street, San Mateo, California

**EXHIBIT " A "**

10

```
                                              2006-169267
                                     08:22am 11/09/06 NW Fee: 16.00
 1  RECORDING REQUESTED BY                 Count of pages 4
    AND WHEN RECORDED RETURN TO:       Recorded in Official Records
 2  P. TERRY ANDERLINI, ESQ. (SBN 044783)    County of San Mateo
    MERRILL G. EMERICK, ESQ. (SBN 117248)       Warren Slocum
 3  ANDERLINI, FINKELSTEIN, EMERICK     Assessor-County Clerk-Recorder
    & SMOOT
 4                                       * 2 0 0 6 0 1 6 9 2 6 7 A R *
    400 South El Camino Real, Suite 700
 5  San Mateo, California 94402
    Telephone: (650) 348-0102
 6  Facsimile: (650) 348-0962
```

# NOTICE OF WITHDRAWAL OF LIS PENDENS

NOTICE OF WITHDRAWAL OF LIS PENDENS

P. TERRY ANDERLINI, ESQ. (State Bar No. 044783)
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone: (650) 348-0102
Facsimile: (650) 348-0962

FRANK J. PITRE, ESQ.
COTCHETT, PITRE, SIMON & MCCARTHY
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Attorneys for Plaintiff
**PENNY D. ANDERSON, individually and as Personal Representative of the Estate of Ward D. Anderson III, deceased and of the Estate of Elsie Turchen, deceased**

**ENDORSED FILED**
**SAN MATEO COUNTY**

NOV - 8 2006

Clerk of the Superior Court
By M. Puddicombe
DEPUTY CLERK

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN THE COUNTY OF SAN MATEO - UNLIMITED JURISDICTION

| | |
|---|---|
| PENNY D. ANDERSON, individually and as Personal Representative of the Estate of Ward D. Anderson III, deceased and of the Estate of Elsie Turchen, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTINE MASERDOTTI DILLON, also known as BETH ANDERSON, et al. <br><br> Defendants. | Case No. CIV-445617 <br><br> NOTICE OF WITHDRAWAL OF LIS PENDENS |

**NOTICE IS GIVEN** that Plaintiff PENNY D. ANDERSON, withdraws the Notice of Pendency of Action (Lis Pendens) that was recorded in the above action on May 11, 2005 as

1

NOTICE OF WITHDRAWAL OF LIS PENDENS-15

Document No. 2005-077460 CONF of the Official Records of San Mateo County, California.

PENNY D. ANDERSON is the party who recorded the above Lis Pendens.

The above Lis Pendens affected certain real property that is situated in San Mateo County, California, located at 1301-1303 South Railroad Avenue, San Mateo, San Mateo County, California and more particularly described on Exhibit "A" attached hereto and incorporated by reference herein.

This Notice of Withdrawal is recorded pursuant to Code of Civil Procedure Section 405.50.

DATED: November 8, 2006

ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

By: _____
P. TERRY ANDERLINI, Attorneys for
Plaintiff PENNY D. ANDERSON

STATE OF CALIFORNIA    )
                       )
COUNTY OF SAN MATEO    )
                       )
_____)

On November 8, 2006, before me, MERRILL G. EMERICK, Notary Public, personally appeared P. TERRY ANDERLINI, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____
Notary Public

MERRILL G. EMERICK
COMM. #1448809
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
MY COMM. EXPIRES NOV. 30, 2007

2

NOTICE OF WITHDRAWAL OF LIS PENDENS-15

1301 SOUTH RAILROAD AVENUE, SAN MATEO, CALIFORNIA
APN 035-051-310

LOT 9, BLOCK 22, AS DESIGNATED ON THE MAP ENTITLED "SUNNYBRAE MAP NO. 3 SAN MATEO, CALIFORNIA", WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SAN MATEO, STATE OF CALIFORNIA ON AUGUST 29, 1946 IN BOOK 26 OF MAPS AT PAGES 11, 12 AND 13.

A/P No. 035-051-310
Property adress: 1301 - 1303 South Railroad Avenue, San Mateo, Ca.

# EXHIBIT " A "