November 14, 2004

Ms. Christine Dillon and
Mr. Don Bohn
Ward Anderson Realty
407 South B Street
San Mateo, Ca. 94401-4118

Dear Christine & Don:

    We realize that it has been close to two years since our last contact. The reason for that being that at the same time you sent the Agreement between MPA and the Grace Parish Christian Church, the native Hawaiians sought and were successful in stopping Peter Martin from subdividing the land the school would be purchasing. Subsequently, we were back at Square One when the property owned by Maui Land & Pine became an option again. This property consists of 14.9 acres and includes 7 huge buildings including a large cafeteria. These buildings had been previously used as a Dorm Site for the Pineapple Migrant Workers. This land has a view of the ocean as well as the West Maui Mountains and since it was once a school long ago it has the feel of a School Campus. To make a long story short, after long and tedious negotiations MPA was able to secure this land for $100.00 due to the changing of the guard at ML&P. The new CEO recognized the importance of a much needed school on the West Side and basically donated the land to MPA. The bottom line now is the school has the property and now needs to raise $4 million for the renovation of the existing buildings into first rate classrooms.

    You left us in quite an embarrassing position the last time by first issuing two checks one in the amount of $497,000.00 and the other in the amount of $3,000.00 neither one of them originating from the Grace Parish Church. I can't begin to tell you how happy the MPA school board was to receive that donation. That was until they realized you had issued the checks to a non-existent Title Company rendering the checks valueless. The embarrassment continued when we hired an attorney to work with Grace Parish Church and a Mr. John Wyse as President of Grace Parish Church on the Land Purchase Agreement you sent to MPA. Not only could the attorney not find any listing of a Grace Parish Church nor could he find it's President, Mr. John Wyse. He informed MPA that this was a non-existent entity, the details of which were very suspicious to say the least. Such behavior would tend to suggest that you have something to hide and that more importantly you are afraid of any inquiry that might result in discovery.

    As you are well aware, this entire effort on our part is our attempt to provide a decent education for our daughter and Elsie G. Turchin and Ward D. Anderson's grandchild Molly without the added hardship of a three hour a day commute on a dangerous road. This is what Teddy and Ward would have wanted for Molly and I have the documentation to prove it. We can afford to pay the tuition but not build the school ourselves. As Molly's education is dependent on the success of MPA as her only school alternative we will ask both of you again for the last time to issue a check in the amount

of $500,000.00 payable to Maui Preparatory Academy c/o Molly Miller.(This time, however, without the embarrassment that went along with your previous attempts at trying to appear as having done something but in reality did not) This money represents the fair market value (according to the appraisal you told us you had done) of the home at 325 Malcolm, Belmont, Ca. that Teddy was about to give to Molly and Annie on her deathbed. This was also the verbal agreement that you had come to with us regarding this matter and that is why you issued the checks for $497,000.00 and $3,000.00 respectively to honor that agreement. You both know that this is the right thing to do but if you should decide not to you will be forcing us to commence an investigation of your handling of Grandma Teddy's estate if for no other reason than to find out the reason for your peculiar behavior and just what it is that you are trying to hide with respect to Grandma Teddy's along with Grandpa Ward's respective estates. This is the last thing that we want to embark on but we will because we believe that we owe it to Grandma to see that her last wish regarding this matter is fulfilled. We look forward to hearing from you. If you need us to provide any documentation other than what we are enclosing we will endeavor to do so and we look forward to hearing from you one way or the other no later than November 30, 2004.

                                                Sincerely,

                                                Bob & Barbara Miller
                                                On behalf of Molly Miller