

# Seabury Hall

480 Olinda Road, Makawao, Hawaii 96768   (808) 572-7235   Fax (808) 572-7196

March 20, 2007

Bob and Barbara Miller
18821 Blythswood Drive
Los Gatos, CA  05030

Dear Bob and Barbara,

Thank you for the generous $200,000 pledge that you made to the Seabury Hall *Campaign for Excellence*. Thank you also for the $100,000 of non-public Contivo stock. Having reviewed the results of the pledge receipts, it has come to our attention that we have not received payment on your pledge. We are very grateful for your unselfish giving and look forward to receiving payment so that we can close out our books for this campaign and complete funding on the project. It is also important for us to know the status of the Contivo stock.

We were very pleased to honor the Miller Family Foundation for these wonderful gifts by including the name of the Foundation on the major donor plaque, the classroom, and the all-donor plaque. We want to ensure that these plaques accurately reflect the substantial contributions that the School has received for this very important building project. The policy of Seabury Hall is to provide public recognition and honor on these plaques for major donors whose funding has been received.

We are asking that those families and foundations who have not fulfilled their pledges to please provide payment prior to May 31, 2007 (the end of the fiscal year). Over the course of the summer the plaques will be updated.

Again, we are very grateful for your support and for your understanding of how important this project was for Seabury Hall. We look forward to hearing from you and personally thanking you for this fine gift.

Sincerely,

Cordelia B. MacLaughlin
President, Board of Trustees

Joseph J. Schmidt
Headmaster