LAST WILL AND TESTAMENT
OF
ELSIE G. TURCHEN

KNOW ALL MEN BY THESE PRESENTS, That I, ELSIE G. TURCHEN, a resident of Burlingame, California, being of sound and disposing mind and memory, and realizing fully the nature and extent of all my acts and deeds, and being free from the effects of fraud, duress, or undue influence on the part of any person, do hereby make and publish this, my Last Will and Testament, hereby revoking any and all testamentary dispositions by me heretofore made.

FIRST: I declare that I am married to Nick Turchen and that we have no children of this marriage, but that I have a child from a former marriage, to-wit: Ward D. Anderson, III.

SECOND: I give, devise, and bequeath unto my son, Ward D. Anderson, III, all of my right, title, and interest in and to that certain real estate situated in Albuquerque, Bernalillo County, New Mexico, and more particularly described as follows, to-wit:

> Block numbered Four (4) of the TERRACE ADDITION to the City of Albuquerque, New Mexico, as the same appears on the Map of said Addition, filed in the Office of the County Clerk of Bernalillo County, New Mexico, on May 20th, 1905.

THIRD: I have opened certain accounts and taken title to certain properties in my name and in the name of my said son, as joint tenants, it being my intention that he should succeed to the ownership thereof as the survivor of the joint tenancy. All of the property standing in my name, other than that specifically described and referred to above remaining after the payment of all of my just debts, including the expenses of my last illness and funeral, real, personal, and mixed, including powers and



-2-

choses in action, I give, devise, and bequeath unto my husband, Nick Turchen.

FOURTH: I name, constitute and appoint my husband, Nick Turchen, and my son, Ward D. Anderson, III, or the survivor of them, co-Executors under this, my Last Will and Testament, and request all Courts having jurisdiction in the premises to appoint them to serve without bond.

IN WITNESS WHEREOF, I have hereunto set my hand at Albuquerque, New Mexico, this 26th day of August, 1952.

*[signature]*
Elsie G. Turchen, Testatrix

    The foregoing instrument, consisting of one page preceding this, was at the date hereof, by the said ELSIE G. TURCHEN, signed, sealed, and published as and declared to be her Last Will and Testament, in the presence of us, who at her request and in her presence, and in the presence of each other, have subscribed our names as witnesses thereto.

*[signature]*
*[signature]*