1  CARLETON L. BRIGGS, SBN 117361
   Law Offices of Carleton L. Briggs
2  3510 Unocal Place, Suite 209
   Santa Rosa, CA 95403-0918
3  Telephone: (707) 523-2251
   Facsimile: (707) 523-2253
4  E-mail: clbriggs@sonic.net

5  James E. Rice, SBN 213670
   GINES & RICE
6  2319 Polk Street
   Caldwell, Idaho 83605
7  Telephone: (208) 455-2302
   Facsimile: (208) 377-8722
8  E-mail: jimrice@q.com

9  Attorneys for Defendant
   GREENSPRINGS BAPTIST
10 CHRISTIAN FELLOWSHIP TRUST

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13 BARBARA MILLER, individually and          Case No. C 07-04776 JL
   as guardian ad litem of Molly Miller, an
14 individual; ANNE MILLER, an               STIPULATION THAT COURT MAY
   individual; and ROBERT MILLER, an         TAKE JUDICIAL NOTICE OF NON-
15 individual,                               CERTIFIED DOCUMENTS; ORDER
                                             THEREON
16        Plaintiffs,                        _____

17   vs.                                     Date: June 4, 2008
                                             Time: 9:30 a.m.
18 GREENSPRINGS BAPTIST                      Courtroom: F, 15th Floor
   CHRISTIAN FELLOWSHIP TRUST, et            Chief Magistrate Judge:
19 al.,                                              Hon. James Larson
                                             Complaint filed: August 17, 2007
20        Defendants.                        First Amended Complaint filed:
                                                    March 28, 2008
21 _____/          Trial date: None

22        IT IS HEREBY STIPULATED by and between the parties to this action, through

23 their designated counsel, that the Court may take judicial notice of the following non-

24 certified documents attached as Exhibits A through H to the Request for Judicial Notice

25 in Support of Defendant Greensprings' Motion to Dismiss for Failure to State a Claim

26 upon Which Relief Can Be Granted [FRCP 12(B)(6)] served and filed herewith, under the

27 Federal Rules of Evidence, as if they were certified:

28
                                         1
                    STIPULATION FOR JUDICIAL NOTICE; ORDER THEREON

1     Exhibit A - Complaint in *Anderson v. Dillon*, Case No. CIV-445617 in the Superior Court of California, County of San Mateo ("*Anderson v. Dillon*")

    Exhibit B - First Amended Complaint in *Anderson v. Dillon*

    Exhibit C - Second Amended Complaint in *Anderson v. Dillon*

    Exhibit D - Third Amended Complaint in *Anderson v. Dillon*

    Exhibit E - Dismissal with Prejudice in *Anderson v. Dillon*

    Exhibit F - Grant Deeds to Greensprings

    Exhibit G - Withdrawals of Lis Pendens

    Exhibit H - Greensprings' 947 Letter from the IRS dated September 20, 1994

DATED: April 17, 2008     LAW OFFICES OF CARLETON L. BRIGGS

By: /s/ Carleton L. Briggs
    CARLETON L. BRIGGS

DATED: April 17, 2008

/s/ James E. Rice
JAMES E. RICE, ESQ.

Attorneys for Defendant GREENSPRINGS BAPTIST CHRISTIAN FELLOWSHIP TRUST

DATED: April 17, 2008     TEMMERMAN & CILLEY, LLP

By: /s/ Mark Schmuck
    MARK SCHMUCK, ESQ.

Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: April 17, 2008 | HARTNETT, SMITH AND ASSOCIATES |

By: /s/ James H. Hartnett
JAMES H. HARTNETT, ESQ.

Attorneys for Defendant DONALD BOHN

**ORDER**

IT IS SO ORDERED.

DATED:

_____
United States District Judge

3
STIPULATION FOR JUDICIAL NOTICE; ORDER THEREON