1  CARLETON L. BRIGGS, SBN 117361
   Law Offices of Carleton L. Briggs
2  3510 Unocal Place, Suite 209
   Santa Rosa, CA 95403-0918
3  Telephone: (707) 523-2251
   Facsimile: (707) 523-2253
4  E-mail: clbriggs@sonic.net

5  James E. Rice, SBN 213670
   GINES & RICE
6  2319 Polk Street
   Caldwell, Idaho 83605
7  Telephone: (208) 455-2302
   Facsimile: (208) 377-8722
8  E-mail: jimrice@q.com

9  Attorneys for Defendant
   GREENSPRINGS BAPTIST
10 CHRISTIAN FELLOWSHIP TRUST

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13 BARBARA MILLER, individually and              Case No. C 07-04776 JL
   as guardian ad litem of Molly Miller, an
14 individual; ANNE MILLER, an                   STIPULATION THAT COURT MAY
   individual; and ROBERT MILLER, an             TAKE JUDICIAL NOTICE OF NON-
15 individual,                                   CERTIFIED DOCUMENTS; ORDER
                                                 THEREON
16        Plaintiffs,                            _____

17    vs.                                        Date: June 4, 2008
                                                 Time: 9:30 a.m.
18 GREENSPRINGS BAPTIST                          Courtroom: F, 15th Floor
   CHRISTIAN FELLOWSHIP TRUST, et                Chief Magistrate Judge:
19 al.,                                                 Hon. James Larson
                                                 Complaint filed: August 17, 2007
20        Defendants.                            First Amended Complaint filed:
                                                        March 28, 2008
21 _____/              Trial date: None

22        IT IS HEREBY STIPULATED by and between the parties to this action, through

23 their designated counsel, that the Court may take judicial notice of the following non-

24 certified documents attached as Exhibits A through H to the Request for Judicial Notice

25 in Support of Defendant Greensprings' Motion to Dismiss for Failure to State a Claim

26 upon Which Relief Can Be Granted [FRCP 12(B)(6)] served and filed herewith, under the

27 Federal Rules of Evidence, as if they were certified:

28
                                              1
                   STIPULATION FOR JUDICIAL NOTICE; ORDER THEREON

1  Exhibit A - Complaint in *Anderson v. Dillon*, Case No. CIV-445617 in the
2  Superior Court of California, County of San Mateo ("*Anderson v. Dillon*")
3  Exhibit B - First Amended Complaint in *Anderson v. Dillon*
4  Exhibit C - Second Amended Complaint in *Anderson v. Dillon*
5  Exhibit D - Third Amended Complaint in *Anderson v. Dillon*
6  Exhibit E - Dismissal with Prejudice in *Anderson v. Dillon*
7  Exhibit F - Grant Deeds to Greensprings
8  Exhibit G - Withdrawals of Lis Pendens
9  Exhibit H - Greensprings' 947 Letter from the IRS dated September 20, 1994

DATED: April 17, 2008                    LAW OFFICES OF CARLETON L. BRIGGS

                                         By: /s/ Carleton L. Briggs
                                             CARLETON L. BRIGGS

DATED: April 17, 2008

                                         /s/ James E. Rice
                                         JAMES E. RICE, ESQ.

                                         Attorneys for Defendant GREENSPRINGS
                                         BAPTIST CHRISTIAN FELLOWSHIP
                                         TRUST

DATED: April 17, 2008                    TEMMERMAN & CILLEY, LLP

                                         By: /s/ Mark Schmuck
                                             MARK SCHMUCK, ESQ.

                                         Attorneys for Plaintiffs

Case 3:07-cv-04776-JL    Document 70    Filed 04/22/2008    Page 3 of 3

| | |
|---|---|
| DATED: April 17, 2008 | HARTNETT, SMITH AND ASSOCIATES |
| | By: /s/ James H. Hartnett |
| | JAMES H. HARTNETT, ESQ. |
| | Attorneys for Defendant DONALD BOHN |

**ORDER**

IT IS SO ORDERED.

DATED: April 22, 2008

_____
United States District Judge

3
STIPULATION FOR JUDICIAL NOTICE; ORDER THEREON