1  James P. Cilley, Esq.  (SB#168118)
   Mark A. Schmuck, Esq.  (SB#205164)
2  **TEMMERMAN & CILLEY, LLP**
   2502 Stevens Creek Blvd.
3  San Jose, California 95128-1654
   Tel: (408) 998-9500
4  Fax: (408) 998-9700

5  Attorney for Plaintiffs

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                    ————

11  BARBARA MILLER, individually and      )   Case No.: C 07-04776 JL
    as guardian ad litem of Molly Miller, an )
12  individual; ANNE MILLER, an           )   **STIPULATION TO CONTINUE
    individual; and ROBERT MILLER, an     )   HEARINGS ON: (1) GREENSPRINGS'
13  individual,                           )   MOTION TO DISMISS FOR FAILURE TO
                                          )   STATE A CLAIM UPON WHICH RELIEF
14              Plaintiffs,               )   CAN BE GRANTED; (2) GREENSPRINGS'
                                          )   MOTION TO DISMISS FOR FAILURE TO
15  v.                                    )   JOIN AN INDISPENSABLE PARTY; (3)
                                          )   GREENSPRINGS' MOTION TO STRIKE;
16  GREENSPRINGS BAPTIST                  )   AND (4) DONALD BOHN'S MOTION TO
    CHRISTIAN FELLOWSHIP TRUST, a         )   DISMISS FOR FAILURE TO STATE A
17  business entity of unknown form;      )   CLAIM UPON WHICH RELIEF CAN BE
    CARLETON L. BRIGGS, an               )   GRANTED; ORDER THEREON**
18  individual; CHRISTINE DILLON, an      )
    individual; DONALD BOHN, an           )   Date:  June 4, 2008
19  individual; GRACE PARISH              )   Time:  9:30 a.m.
    CHRISTIAN CHURCH, a business          )   Dept.: F, 15th Floor
20  entity of unknown form; and DOES 1    )   Judge: Hon. James Larson
    through 50, inclusive,                )
21                                        )
                                          )
22              Defendants.               )

23          IT IS HEREBY STIPULATED by and between the parties to this action, through their

24  designated counsel, that the Court may continue the hearings on the following motions (originally

25  scheduled for June 4, 2008) to **July 9, 2008, at 9:30 a.m. in Department F, 15th Floor**: (1)

26  GREENSPRINGS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON

27  WHICH RELIEF CAN BE GRANTED; (2) GREENSPRINGS' MOTION TO DISMISS FOR

28  FAILURE TO JOIN AN INDISPENSABLE PARTY; (3) GREENSPRINGS' MOTION TO

1    STRIKE; AND (4) DONALD BOHN'S MOTION TO DISMISS FOR FAILURE TO STATE A

2    CLAIM UPON WHICH RELIEF CAN BE GRANTED.

3

4    DATED: May 15, 2008                    LAW OFFICES OF CARLETON L. BRIGGS

5

6                                    By:    /s/ Carleton L. Briggs
                                            CARLETON L. BRIGGS, ESQ.
7    DATED: May 15, 2008

8
                                            /s/ James E. Rice
9                                           JAMES E. RICE, ESQ.
                                            Attorneys for GREENSPRINGS BAPTIST
10                                          CHRISTIAN FELLOWSHIP TRUST

11
     DATED: May 15, 2008                    LAW OFFICES OF JOHN B. LYTLE
12

13
                                    By:    /s/ John B. Lytle
14                                          JOHN B. LYTLE, ESQ.
                                            Attorney for CARLETON L. BRIGGS
15

16   DATED: May 15, 2008                    HARTNETT, SMITH AND ASSOCIATES

17

18                                   By:    /s/ James H. Hartnett
                                            JAMES H. HARTNETT, ESQ.
19                                          Attorneys for DONALD BOHN

20
     DATED: May 15, 2008                    TEMMERMAN & CILLEY, LLP
21

22
                                     By:    /s/ Mark Schmuck
23                                          MARK SCHMUCK, ESQ.
                                            Attorneys for Plaintiffs
24
                                          **ORDER**
25
     IT IS SO ORDERED.
26

27   DATED:
                                          _____
28                                          United States District Judge