James P. Cilley, Esq.  (SB#168118)
Mark A. Schmuck, Esq.  (SB#205164)
**TEMMERMAN & CILLEY, LLP**
2502 Stevens Creek Blvd.
San Jose, California 95128-1654
Tel: (408) 998-9500
Fax: (408) 998-9700

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MILLER, individually and as guardian ad litem of Molly Miller, an individual; ANNE MILLER, an individual; and ROBERT MILLER, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>GREENSPRINGS BAPTIST CHRISTIAN FELLOWSHIP TRUST, a business entity of unknown form; CARLETON L. BRIGGS, an individual; CHRISTINE DILLON, an individual; DONALD BOHN, an individual; GRACE PARISH CHRISTIAN CHURCH, a business entity of unknown form; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: C 07-04776 JL<br><br>**STIPULATION TO CONTINUE HEARINGS ON: (1) GREENSPRINGS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED; (2) GREENSPRINGS' MOTION TO DISMISS FOR FAILURE TO JOIN AN INDISPENSABLE PARTY; (3) GREENSPRINGS' MOTION TO STRIKE; AND (4) DONALD BOHN'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED; ORDER THEREON**<br><br>Date:  June 4, 2008<br>Time:  9:30 a.m.<br>Dept.:  F, 15th Floor<br>Judge: Hon. James Larson |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the Court may continue the hearings on the following motions (originally scheduled for June 4, 2008) to **July 9, 2008, at 9:30 a.m. in Department F, 15th Floor**: (1) GREENSPRINGS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED; (2) GREENSPRINGS' MOTION TO DISMISS FOR FAILURE TO JOIN AN INDISPENSABLE PARTY; (3) GREENSPRINGS' MOTION TO

STRIKE; AND (4) DONALD BOHN'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED.

DATED: May 15, 2008                    LAW OFFICES OF CARLETON L. BRIGGS

                                By:    /s/ Carleton L. Briggs
                                       CARLETON L. BRIGGS, ESQ.

DATED: May 15, 2008

                                       /s/ James E. Rice
                                       JAMES E. RICE, ESQ.
                                       Attorneys for GREENSPRINGS BAPTIST
                                       CHRISTIAN FELLOWSHIP TRUST

DATED: May 15, 2008                    LAW OFFICES OF JOHN B. LYTLE

                                By:    /s/ John B. Lytle
                                       JOHN B. LYTLE, ESQ.
                                       Attorney for CARLETON L. BRIGGS

DATED: May 15, 2008                    HARTNETT, SMITH AND ASSOCIATES

                                By:    /s/ James H. Hartnett
                                       JAMES H. HARTNETT, ESQ.
                                       Attorneys for DONALD BOHN

DATED: May 15, 2008                    TEMMERMAN & CILLEY, LLP

                                By:    /s/ Mark Schmuck
                                       MARK SCHMUCK, ESQ.
                                       Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

DATED: May 16, 2008

                                       _____
                                       United States District Judge