UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARBARA MILLER

    Plaintiff(s),                                                   No. 07-04776 (JL)

  v.                                                           NOTICE OF CONTINUANCE

GREENSPRINGS BAPTIST CHRISTIAN FELLOWSHIP

    Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on defendants' mo to strike 1st amended complaint noticed for June 4, 2008 has been continued to July 9, 2008, at 9:30 a.m., in Courtroom F, 15th Floor, before Magistrate Judge James Larson.

Dated: May 19, 2008

*Wings Hom*

_____
Wings Hom, Courtroom Deputy to
U.S. Magistrate Judge James Larson

Hearing.Not                  1