CARLETON L. BRIGGS, SBN 117361
Law Offices of Carleton L. Briggs
3510 Unocal Place, Suite 209
Santa Rosa, CA 95403-0918
Telephone: (707) 523-2251
Facsimile: (707) 523-2253
E-mail: clbriggs@sonic.net

James E. Rice, SBN 213670
GINES & RICE
2319 Polk Street
Caldwell, Idaho 83605
Telephone: (208) 455-2302
Facsimile: (208) 377-8722
E-mail: jimrice@q.com

Attorneys for Defendant
GREENSPRINGS BAPTIST
CHRISTIAN FELLOWSHIP TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MILLER, individually and as guardian ad litem of Molly Miller, an individual; ANNE MILLER, an individual; and ROBERT MILLER, an individual,<br><br>        Plaintiffs,<br><br>    vs.<br><br>GREENSPRINGS BAPTIST CHRISTIAN FELLOWSHIP TRUST, et al.,<br><br>        Defendants.<br>_____/ | Case No. C 07-04776 JL<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT GREENSPRINGS' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED [F.R.C.P. 12(b)(6)]<br><br>Date:  July 9, 2008<br>Time:  9:30 a.m.<br>Courtroom: F, 15th Floor<br>Chief Magistrate Judge:<br>        Hon. James Larson<br>Complaint filed: August 17, 2007<br>First Amended Complaint filed:<br>        March 28, 2008<br>Trial date: None |

Defendant Greensprings Baptist Christian Fellowship Trust ("Greensprings") hereby requests that the Court take judicial notice, under Rule 201 of the Federal Rules of Evidence, of the matter herein discussed.  A matter that is properly the subject of judicial

1  notice may be considered along with the complaint when deciding a motion to dismiss for
2  failure to state a claim under Rule 12(b)(6). *MGIC Indem. Corp. v. Weisman,* 803 F.2d
3  500, 504 (9th Cir. 1986). The court may take judicial notice of official records and reports
4  without converting a Rule 12(b)(6) motion into a Rule 56 motion for summary judgment.
5  *In re Colonial Mortg. Bankers Corp.,* 324 F.3d 12, 16, 19 (1st Cir. 2003).
6      Defendant Greensprings asks the Court to take judicial notice of the following:
7      Current corporate records of the California Secretary of State, publicly accessible
8  on the Secretary of State's official website, identify the Robert C. and Barbara P. Miller
9  Family Foundation, Corporation No. 1917832, with its status listed as "suspended." See
10 Exhibit A attached hereto and by reference made a part hereof.
11     Federal Rule of Evidence 201(b) permits judicial notice of facts that are capable of
12 accurate and ready determination by resort to sources whose accuracy cannot reasonably
13 be questioned. Judicial notice of action by a government agency may properly be taken
14 where the action is officially published and thus ascertainable and verifiable. *Kitty Hawk*
15 *Aircargo, Inc. v. Chao,* 418 F.3d 453, 457 & fn. 9 (5th Cir. 2005) (judicial notice properly
16 taken of union's status as certified collective bargaining representative where
17 administrative action approving certification published in official administrative agency
18 reporter); *Island Software & Computer Service, Inc. v. Microsoft Corp.,* 413 F.3d 257,
19 261 (2nd Cir. 2005) (judicial notice properly taken of federal copyright registrations
20 published in Copyright Office's registry).
21     During the period of a corporation's suspension, the only permissible corporate
22 action is filing an application for tax-exempt status or amending the articles to perfect that
23 application or to set forth a new corporate name. Otherwise, the corporation is
24 disqualified from exercising any right, power, or privilege. Rev. & Tax. Code § 23301;
25 see *Timberline, Inc. v. Jaisinghani*, 54 Cal.App.4th 1361, 1367 (1997). During such
26 suspension, the corporation is incapable of suing or defending in state courts. *Cadle Co.*
27
28

1  *v. World Wide Hospitality Furniture, Inc.,* 144 Cal.App.4th 504, 511 (2006); *Palm Valley Homeowners Ass'n, Inc. v. Design MTC*, 85 Cal.App.4th 553, 560-561 (2000).  The corporation's incapacity to sue or defend in state courts may also preclude it from suing or defending in federal courts.  *Matter of Christian & Porter Aluminum Co.*, 584 F.2d 326, 331 (9th Cir. 1978).  Any person who attempts or purports to exercise the powers, rights, and privileges of a suspended corporation may be criminally punished by a $250 to $1,000 fine and/or up to one year in prison.  Rev. & Tax. Code § 19719(a),(b).

By stipulation dated June 23, 2008, served and filed herewith, the parties through their counsel have agreed that the Court may take judicial notice of the document listed above as Exhibit A.

Dated: June 23, 2008                    Respectfully submitted,

                                        LAW OFFICES OF
                                        CARLETON L. BRIGGS


                                        /s/ Carleton L. Briggs
                                        CARLETON L. BRIGGS
                                        Attorneys for Defendant
                                        GREENSPRINGS BAPTIST
                                        CHRISTIAN FELLOWSHIP TRUST