1  CARLETON L. BRIGGS, SBN 117361
   Law Offices of Carleton L. Briggs
2  3510 Unocal Place, Suite 209
   Santa Rosa, CA 95403-0918
3  Telephone: (707) 523-2251
   Facsimile: (707) 523-2253
4  E-mail: clbriggs@sonic.net

5  James E. Rice, SBN 213670
   GINES & RICE
6  2319 Polk Street
   Caldwell, Idaho 83605
7  Telephone: (208) 455-2302
   Facsimile: (208) 377-8722
8  E-mail: jimrice@q.com

9  Attorneys for Defendant
   GREENSPRINGS BAPTIST
10 CHRISTIAN FELLOWSHIP TRUST

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  BARBARA MILLER, individually and as guardian ad litem of Molly Miller, an individual; ANNE MILLER, an individual; and ROBERT MILLER, an individual, | Case No. C 07-04776 JL |
| 14 | STIPULATION THAT COURT MAY TAKE JUDICIAL NOTICE OF NON-CERTIFIED DOCUMENT; ORDER THEREON |
| 16  Plaintiffs, | |
| 17  vs. | Date: July 9, 2008<br>Time: 9:30 a.m. |
| 18  GREENSPRINGS BAPTIST CHRISTIAN FELLOWSHIP TRUST, et al., | Courtroom: F, 15th Floor<br>Chief Magistrate Judge:<br>Hon. James Larson<br>Complaint filed: August 17, 2007 |
| 20  Defendants. | First Amended Complaint filed:<br>March 28, 2008 |
| 21  _____ / | Trial date: None |

22      IT IS HEREBY STIPULATED by and between the parties to this action, through

23 their designated counsel, that the Court may take judicial notice of the following non-

24 certified document attached as Exhibit A to the Request for Judicial Notice in Support of

25 Defendant Greensprings' Reply to Plaintiffs' Opposition to Motion to Dismiss for Failure

26 to State a Claim upon Which Relief Can Be Granted [FRCP 12(B)(6)], served and filed

27 herewith, under the Federal Rules of Evidence, as if it were certified:

28
                                        1
            STIPULATION FOR JUDICIAL NOTICE; ORDER THEREON

Exhibit A - Current corporate records of the California Secretary of State, accessible on the Secretary of State's website, identifying the Robert C. and Barbara P. Miller Family Foundation, Corporation No. 1917832, with its status listed as "suspended."

DATED: June 23, 2008           LAW OFFICES OF CARLETON L. BRIGGS

                               By: /s/ Carleton L. Briggs
                                   CARLETON L. BRIGGS

DATED: June 23, 2008

                               /s/ James E. Rice
                               JAMES E. RICE, ESQ.

                               Attorneys for Defendant GREENSPRINGS BAPTIST
                               CHRISTIAN FELLOWSHIP TRUST

DATED: June 23, 2008           TEMMERMAN & CILLEY, LLP

                               By: /s/ Mark Schmuck
                                   MARK SCHMUCK, ESQ.

                               Attorneys for Plaintiffs

DATED: June 23, 2008           HARTNETT, SMITH AND ASSOCIATES

                               By: /s/ James H. Hartnett
                                   JAMES H. HARTNETT, ESQ.

                               Attorneys for Defendant DONALD BOHN

DATED: June 23, 2008           LAW OFFICE OF JOHN B. LYTLE

                               By: /s/ John B. Lytle
                                   JOHN B. LYTLE

                               Attorneys for Defendant CARLETON L. BRIGGS

1 **ORDER**

2 IT IS SO ORDERED.

3

4 DATED:

5

6 _____
United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR JUDICIAL NOTICE; ORDER THEREON