Case 3:07-cv-04776-JL     Document 93     Filed 06/23/2008     Page 1 of 1



**DISCLAIMER:** The information displayed here is current as of JUN 20, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| ROBERT C. AND BARBARA P. MILLER FAMILY FOUNDATION | | |
| **Number:** C1917832 | **Date Filed:** 12/6/1994 | **Status:** suspended |
| **Jurisdiction:** California | | |
| Address | | |
| 24133 YOUNG CT | | |
| LOS ALTOS, CA 94024 | | |
| Agent for Service of Process | | |
| ROBERT C MILLER | | |
| 24133 YOUNG CT | | |
| LOS ALTOS, CA 94024 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.