JOHN B. LYTLE, SBN 115050
Law Office of John B. Lytle
1200 Humboldt Street
Santa Rosa, California 95404
Telephone: (707) 578-0482
Facsimile:  (707) 578-0468
E-mail: johnblytle@gmail.com

Attorneys for Defendant
CARLETON L. BRIGGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MILLER, individually and as guardian ad litem of Molly Miller, an individual; ANNE MILLER, an individual; and ROBERT MILLER, an individual,<br><br>            Plaintiffs,<br><br>    vs.<br><br>GREENSPRINGS BAPTIST CHRISTIAN FELLOWSHIP TRUST, et al.,<br><br>            Defendants. | Case No. C 07-04776 JL<br><br>DEFENDANT BRIGGS' JOINDER IN DEFENDANT GREENSPRINGS' REPLIES TO PLAINTIFFS' OPPOSITIONS TO ITS FRCP 12(b)(6), 12(b)(7) AND 12(f) MOTIONS<br><br>Date:  July 9, 2008<br>Time:  9:30 a.m.<br>Courtroom: F, 15th Floor<br>Chief Magistrate Judge:<br>        Hon. James Larson<br>Complaint filed: August 17, 2007<br>First Amended Complaint filed:<br>        March 28, 2008<br>Trial date: None |

Defendant Carleton L. Briggs hereby joins in Defendant Greensprings' Replies to Plaintiffs' Oppositions to its FRCP 12(b)(6), 12(b)(7) and 12(f) Motions, served and filed on this date.

DATED: June 23, 2008            LAW OFFICE OF JOHN B. LYTLE


                                By: /s/ John B. Lytle
                                    JOHN B. LYTLE
                                Attorneys for Defendant Carleton L. Briggs

JOINDER