### CIVIL MINUTES

**Chief Magistrate Judge James Larson**         Sahar McVickar-Court Reporter
                                                9:40-10:02 (22 mins)

Date: **July 9, 2008**

Case No: **C07-4776 JL**

Case Name: **Barbara Miller, et al v. Greenspring Baptist, et al**
Plaintiff Attorney(s): James Cilley
Defendant Attorney(s): James hartnettfor D. Bohn; Carlton Briggs & James Rice for Greensprings; John Lytle for C. Briggs
Deputy Clerk: **Wings Hom**

| Motions | RULING: |
|---|---|
| 1. Defts' mo to strike allegations of 1st amended complt | Submitted |
| 2. Defts' mos to dismiss | Submitted |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

[ ]Case Management Conference  [ ] Status Conference  [] P/T Conference
**ORDERED AFTER HEARING:**
**Order to be prepared by:** [ ] Plntf  [ ] Deft  [x] Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for days.
        [ ] Jury  [ ] Court

Notes:



cc: Venice, Kathleen,