UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barbara Miller, et al., | No. C 07-4776 JL |
| Plaintiffs, | |
| v. | **ORDER GRANTING LEAVE TO FILE OPPOSITION PAPERS LATE (Docket # 17)** |
| Greensprings Baptist Christian Fellowship Trust, | |
| Defendants. | |

The Court continued the hearing date on Defendants' motions to dismiss. Accordingly, the motion for leave to file opposition papers late was granted.

IT IS SO ORDERED.

DATED: August 7, 2008

James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\07-4776\Order grant 17.wpd